# EXHIBIT C



# DATA MANAGEMENT PLAN (DMP) – EDC TRIAL

| Sponsor: | CytoDyn, Inc. |
|---|---|
| | 1111 Main Street, Suite 660 |
| | Vancouver, Washington |
| | 98660 |
| **Protocol Number:** | **PRO 140_CD 02 Extension** |
| **Protocol Title:** | **An Extension Protocol for Subjects who Successfully Completed PRO140_CD02 Study** |
| **Original Protocol Date:** | **26 Sep 2016, Version 1.0** |
| **Protocol Amendment:** | V2.0 / 01 Nov 2016 |

| DMP Version: | 14-Aug-2017, Final Version 1.0 |
|---|---|
| DMP Author: | Amarex, LLC |
| | 20201 Century Boulevard |
| | Germantown, MD   20874   USA |

*--- confidential---*

**Document Revisions**

Any changes to this document will be noted in the revision history table, below.

| History of Revisions | | | |
|---|---|---|---|
| **Version** | **Version Date** | **Page Number** | **Description of Changes** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# TABLE OF CONTENTS

ABBREVIATIONS, ACRONYMS, AND DEFINITIONS .................................................. 4

1.   INTRODUCTION ................................................................................................ 5

2.   DATABASE SPECIFICATIONS .......................................................................... 7

3.   MANAGEMENT OF ELECTRONIC CRF DATA: ENTRY, CODING, STORAGE ............ 8
     3.1   eCRF Data Entry ....................................................................................... 8
     3.2   eCRF Completion Guidelines ..................................................................... 8
     3.3   Training ....................................................................................................... 8
     3.4   The Data Management function in eCRF processing ............................ 8
     3.5   Coding ......................................................................................................... 9
           3.5.1   Adverse Events ................................................................................ 10
           3.5.2   Medications and Antiretroviral Therapies ................................. 10
           3.5.3   Medical History .............................................................................. 10
           3.5.4   Sponsor Review Procedure for Coding ....................................... 11

4.   MANAGEMENT OF EXTERNAL DATA: TRANSFER, RECEIPT, PROCESSING,
     ARCHIVING ..................................................................................................... 12
     4.1   Contact Information ................................................................................. 12
     4.2   External Data Types and Transfer Frequencies ................................... 12
     4.3   External Dataset Receipt and Storage ................................................... 12
     4.4   External Datasets Checks for Discrepancies vs. eCRF Data .............. 12
     4.5   External Datasets Checks for Missing Values ...................................... 13

5.   DATA EDITING: SPECIFICATIONS, QUERY ISSUANCE, TRACKING AND
     RESOLUTION ................................................................................................... 15
     5.1   Query Tracking ........................................................................................ 15
     5.2   Edit Runs ................................................................................................... 17
     5.3   Query Issuance for eCRF Data Discrepancies ...................................... 18
     5.4   Query Resolution ..................................................................................... 18
           5.4.1   IH Resolutions ................................................................................ 19
     5.5   Monitor's Corrections ............................................................................. 19
     5.6   Handling of Missing Values, Repeated/Duplicate Values and
           Outliers/Spurious Data ........................................................................... 19

6.   OPENCLINICA LOCK/UNLOCK/RELOCK PROCEDURES .................................... 21

7.   DATA QC PROCEDURES ................................................................................ 223
     7.1   Ongoing QC Procedures ......................................................................... 223
     7.2   QC Procedures for Interim and Final Data Lock ................................. 24
           7.2.1   General requirements ..................................................................... 24
           7.2.2   Interim and Final Data Lock ......................................................... 24
                   Coding Review (Interim and Final Lock) ..................................... 24
                   Final Listings Review and Database Lock (Final Lock) .......... 24

8.   DATA ARCHIVING AND ELECTRONIC FILES ................................................... 26

## ABBREVIATIONS, ACRONYMS, AND DEFINITIONS

| | |
|---|---|
| AE | Adverse Event |
| ATC | Anatomical-Therapeutic-Chemical Classification |
| CM | Concomitant Medications |
| CRA | Clinical Research Associate |
| CRF | Case Report Form |
| CTM | Clinical Trial Manager |
| DCF | Data Clarification Form |
| DE | Data Entry |
| DM | Data Management |
| eCRF | Electronic Case Report Form |
| EDC | Electronic Data Capture |
| GUI | Graphical User Interface |
| HLGT | High Level Group Term |
| HLT | High Level Term |
| IH | In-house |
| LCDM | Lead Clinical and Data Manager |
| LLT | Lowest Level Term |
| MCF | Monitor's Correction Form |
| PI | Principle Investigator |
| PT | Preferred Term |
| SAS | Statistical Analysis Software |
| SAP | Statistical Analysis Plan |
| SOC | Systemic Organ Class |
| SOP | Standard Operating Procedures |
| SQL | Structured Query Language |
| TLG | Tables, Listings and Graphs |
| QC | Quality Control |
| QTDB | Query Tracking Database |
| UAT | User Acceptance Testing |
| eTMF | Electronic Trial Master File |

## 1.  INTRODUCTION

The purpose of this plan is to provide specifications for the management of data for CytoDyn Inc. Protocol PRO 140_CD 02 Extension, per Amarex Standard Operating Procedure DM005. The study will be performed using the Internet-based Electronic Data Capture system OpenClinica®, software designed for the collection of clinical data in electronic format for use in clinical trials. The system supports Title 21 CFR Part 11 guidelines on electronic records and electronic signatures. It is considered trustworthy, reliable and equivalent to paper records. The system consists of a graphical user interface component for data entry, a validation component to check the data for accuracy, as well as a reporting tool for reporting collected data while the trial is ongoing. Please refer to OpenClinica® User Documentation, revised version 3.1 (https://docs.openclinica.com/3.1/) for complete description of the software.

Templates of eCRF screenshots specifically designed in accordance with protocol requirements will be used to create electronic Case Report Forms for data collection. In addition, an overview of the OpenClinica® workflow is depicted in Figure 1.

All guidelines appearing in this plan are based on Amarex SOPs per Sponsor's specification. This plan includes the following elements, and is governed by the specified SOPs:

➢ Database Development and Modification (SOP DO003)
➢ Coding Report (SOP SPV003)
➢ Data Queries and Resolution Methods  (SOP DM011)
➢ Processing and maintenance of external electronic data; i.e., data not captured in CRF (SOP DO005)
➢ EDC Database Lock (SOP DM025)
➢ Edit Specification Development (SOP DM019)
➢ Electronic Data Capture System (EDC) Development (SOP DM020)
➢ Quality Control in Clinical Trial Data in EDC studies  (SOP DM024)
➢ Case Report Form (CRF) Annotation (SOP DO002)
➢ Training (SOP CW004)
➢ Format, Content, and Maintenance of Clinical Files (CL007)

Amarex checklists and approval forms specified by the respective SOP will be used to document these data management procedures.  All completed checklists and approval forms will be filed in the Amarex Data Management Binder for EDC Studies (per Amarex SOP DM023).

This Data Management Plan will be maintained by the Lead Clinical Data Manager (LCDM) for the project and stored in the Data Management Binder for the Study.

LCDM for the study:

Sarah Garrett

(Telephone:  703.395.6772, ext 735)

**Figure 1: Overview of OpenClinica® workflow**



## 2.  DATABASE SPECIFICATIONS

The clinical database will be developed from the annotated final eCRF screenshots according to Amarex SOP DO003.  All annotations will be made according to Amarex SOP DO002.

> **Operating System:**  Windows Server 2012 R2
>
> **Relational Database Management System:**  PostgreSQL 9.5.4
>
> **Server:** VMOC-CDI24
>
> **Instance:** CDI24
>
> **Database:** oc_cdi24_prod
>
> **Geographic Location:** Germantown, Maryland, USA

# 3. MANAGEMENT OF ELECTRONIC CRF DATA: ENTRY, CODING, STORAGE

## 3.1 eCRF Data Entry

Data from source documentation will be entered directly into the system by the study coordinator. Once all the data on a panel is entered and no edits are pending, the Coordinator will press the "Complete" button to enable that the panel is ready to be monitored by the CRA. Please refer to OpenClinica® User Documentation, revised version 3.1 (https://docs.openclinica.com/3.1/) for complete description of the software.

## 3.2 eCRF Completion Guidelines

The eCRF completion guidelines will be developed by Amarex Clinical Research. Any revisions to the current eCRFs due to protocol amendment(s), Sponsor requests, etc that require changes to the eCRF Completion Guidelines will be performed by the Lead CDM and the final draft will be approved by the Sponsor prior to being distributed to the sites by the Lead CRA.

## 3.3 Training

The lead CDM is responsible for having all Amarex and CytoDyn personnel involved in the CDI24 project trained on the data management procedures specific to the current project. All training activities are documented accordingly as per company-wide SOP CW004. The CRAs are responsible for training site staff.

## 3.4 The Data Management function in eCRF processing

The functions of the Lead Data Manager include:

1. Manage the development of the EDC application as per study specific UAT plan and applicable SOPs (SOPs DM019, DM020, DM024, DM025)
2. Set-up trial information as follows:
   o Enter and maintain trial information
   o Enter and update site's information as necessary
   o Set-up and maintain study roles with appropriate permissions
   o Support Logistics Administrator in adding Amarex, Sponsor and site user IDs with assigned roles and permissions.
   o Add and update, as necessary, the following reference documents to the system: study protocol, the workflow document.
3. View/Review specific CRFs for data completeness and accuracy.
4. Add New Notes/Comments and queries to completed eCRFs.
5. Issue queries for paper-based CRFs.
6. Develop additional edit specifications for cross-checks and paper-based CRFs. These edit specifications are programmed using SAS application and the output validated queries inserted into OpenClinica.
7. Review eCRF notes, queries, comments, bypasses prior to locking the subject(s)' data
8. Lock all site eCRFs once the eCRF is complete, monitored and electronically signed by the Investigator.
9. Unlock an eCRF if data needs corrections and/or additions after being locked.
10. Unlock all site eCRFs if data needs corrections and/or additions after being locked.
11. Unlock all trial eCRFs if data needs corrections and/or additions after being locked.

12. Display Audit History
13. Generate summary, query, bypass, and other reports per Sponsor's or internal requests.
14. Provide assistance related to data entry issues.
15. Perform UAT when mid-study modifications are applied to the existing eCRFs and associated edit specifications.

## 3.5  Coding

Coding will be performed according to Amarex SOP SPV003. Adverse Events, Concomitant Medications and Antiretroviral Therapies data will be downloaded by Amarex and converted into SAS datasets. Once processed, auto encoders with manual over-rides (see below specifications) will be utilized to code each term individually. The Medical Monitor will be responsible for coding procedures. See below coding specifications:

### *3.5.1  Adverse Events*

| | |
|---|---|
| **Coding Frequency:** | As needed. |
| **Coding Dictionary:** | MedDRA Version 17.0 |
| **Required Coding Levels:** | <ul><li>Lowest Level Term (LLT)</li><li>Preferred Term (PT)</li><li>High Level Term (HLT)</li><li>High Level Group Term (HGLT)</li><li>System Organ Class (SOC)</li></ul> |
| **Table Name Requiring Coding:** | AE |
| **Variable Name Requiring Coding:** | AETERM |
| **Allowable IH entries:** | N/A |
| **Required Queries:** | <ul><li>Only conditions and diagnoses will be coded (exception: all laboratory abnormalities will be coded under the SOC "Investigations"). Surgical / therapeutic procedures that are recorded on the AE page will be queried for the diagnosis leading to the procedure.</li><li>Unrecognized entries</li><li>Any misspellings, discrepancies, term splits, etc.</li></ul> |

### 3.5.2  Medications and Antiretroviral Therapies

| | |
|---|---|
| **Coding Frequency:** | As needed. |
| **Coding Dictionary:** | WHODRUG version Y2014MAR, auto encoder with manual over-ride |
| **Required Coding Levels:** | • Anatomical-Therapeutic-Chemical classification (ATC code)<br>• Generic |
| **Tables Name Requiring Coding:** | • TBL_CM; TBL_ART; TBL_OBT |
| **Variable Name Requiring Coding:** | CMTRT; ARTMED; OBTMED |
| **Allowable IH Edits:** | N/A |
| **Required Queries:** | • Unrecognized entries<br>• Misspellings, discrepancies, term splits, etc. |

### 3.5.3  Medical History

| | |
|---|---|
| **Coding Frequency:** | As needed. |
| **Coding Dictionary:** | MedDRA Version 17.0, auto encoder with manual over-ride. |
| **Required Coding Levels:** | • Lowest Level Term (LLT)<br>• Preferred Term (PT)<br>• High Level Term (HLT)<br>• High Level Group Term (HGLT)<br>• System Organ Class (SOC) |
| **Table Name Requiring Coding:** | TBL_MH |
| **Variable Name Requiring Coding:** | MHTERM |
| **Allowable IH entries:** | N/A |
| **Required Queries:** | • Only conditions and diagnoses will be coded<br>• Unrecognized entries<br>• Misspellings |

### 3.5.4  Sponsor Review Procedure for Coding

| | |
|---|---|
| **Review Frequency:** | Prior to final data lock and analysis. |
| **Review Method:** | Data transfers |
| **Documentation:** | Completed coding review form (Amarex SOP SPV003) |

As per Sponsor's request or prior to Final Database lock, the data will be downloaded from OpenClinica® converted into required format as per SAP specifications, and transferred to Sponsor for review.

## 4. MANAGEMENT OF EXTERNAL DATA: TRANSFER, RECEIPT, PROCESSING, ARCHIVING

### 4.1 Contact Information

Contact information for vendors may be found in shared file path:

K:\Clinical\Clients\CytoDyn\CDI24_AllCompassionate (Multi Center)\__Project Contact List

### 4.2 External Data Types and Transfer Frequencies

Planned external data types and transfer frequencies/timing are specified in Table 1 below.

Frequencies and timing of transfers may increase prior to data lock for final analysis.

**Table 1         External Data Types and Transfer Frequencies**

| EXTERNAL DATA TYPES AND TRANSFER FREQUENCY | | | |
|---|---|---|---|
| **Data Type** | **Organization** | **Transfer Frequency During Trial Conduct** | **Timing of Transfers** |
| Laboratory Data | **Covance**<br>**Irina Patent**<br>750 Walnut Ave<br>Cranford, NJ 07016<br>Tel: 908-709-5845<br>Fax: 512-225-1273<br>Email: patenti@labcorp.com | Monthly | 1st Tuesday of the month |
| | **Consolidated Laboratory Services**<br>**Ken Low**<br>7855 Haskell Ave., Suite 302<br>Van Nuys, CA. 91406<br>Tel: 818-994-9714<br>Email: klow@cls-lab.com | As requested | As requested |
| | **QPS, LLC**<br>**Caroline Becker**<br>1 Innovation Way, Suite 200<br>Newark, DE, 19711<br>Tel: 302-369-5198<br>Email: caroline.becker@qps.com | As requested | As requested |
| | **Quest Diagnostics, Nichols Institute**<br>**TBD**<br>33608 Ortega Highway<br>San Juan Capistrano, CA, 92675<br>Tel: 312-515-2455<br>Email:<br>Sean.W.Hansel@questdiagnostics.com | As requested | As requested |

### 4.3 External Dataset Receipt and Storage

| | |
|---|---|
| **Required Dataset Modifications:** | Read-only access. |
| **Storage:** | All transmitted datasets will be stored in an appropriate folder, as listed below:<br>N:\CytoDyn\PRO_140_CD02_Extension\ElectronicData |

### 4.4  External Datasets Checks for Discrepancies vs. eCRF Data

Laboratory electronic data from LabCorp Clinical Trials will be transferred to Amarex. Amarex will produce SAS datasets and perform discrepancy checks. All valid queries noting the revealed discrepancies will be raised directly in EDC system.

Standard edit specifications as per SOP DM019 for verifying the following external dataset fields are typically provided in the separate edit specifications document.

- Subject ID
- Collection Date
- Time Point (Visit Number)

Additional cross checks of external vendor data will be implemented for missing values, discrepant parameters, subject initials, date of birth, etc. Refer to the external lab edit specifications document created for this purpose. Discrepancies vs. monitored eCRF will be raised directly into the EDC application by the Data Manager.

All valid discrepancies will be tracked in the "Query Tracking" system (see section 5.1) and raised in OpenClinica®. DM will log in the system and insert queries into the appropriate panel at the discrepant datapoint.

Amarex will download any laboratory data, produce SAS datasets and perform discrepancy checks. All valid queries noting the revealed discrepancies will be raised directly in EDC system.

**Note: If any changes are required to external vendor's data as a result of DM queries, the site will be notified and asked to communicate directly with the vendor to resolve the issue so that the next data transfer contains updated information.**

### 4.5  External Datasets Checks for Missing Values

Safety data will be checked for missing protocol-specified parameters. Refer to Figure 2 for a detailed workflow of external data. If a protocol-specified parameter or value is missing from the dataset, the missing value will be added to queries raised directly in EDC application OpenClinica®.

**Figure 2: A general overview of external data workflow**



# 5. DATA EDITING: SPECIFICATIONS, QUERY ISSUANCE, TRACKING AND RESOLUTION

For the purposes of this study, a portion of edit checks are incorporated in OpenClinica as part of programmed edit specifications. Once the data is entered, queries will automatically be fired by the validation component of the program, if discrepant and/or erroneous (e.g. out of protocol specified visit windows, out of range values, etc) data is being entered. A warning icon and notification will appear next to the discrepant datapoint. Refer to the OpenClinica® Manual specified above for additional details on automated queries validation module. The data editing portion of the DM function includes raising additional queries resulting from separate edit check runs for external data, manual queries raised as a result of safety review of SAE reports, data listings review, coding of Adverse Events, Concomitant Medications and Antiretroviral Therapies, manual queries as a result of the Bypass validation process, and any other checks that the DM will consider necessary to implement during the study. A separate edit specifications document provides details on data checks that the DM will be running separately from the OpenClinica pre-programmed edit checks. All resulting queries will be entered directly into the system, so that the sites have the ability to resolve the discrepancies in the same manner as programmed queries. For this purpose, the DM will logon to OpenClinica and manually raise queries resulting from additional edit runs. Clinical sites will logon to OpenClinica and resolve the above-mentioned queries.

The respective panel in OpenClinica will not be considered complete unless the CRA labels it as "Monitored" or "SDV'd". If the query is considered resolved, and labeled as "Monitored"/"SDV'd", the discrepancy should not occur during the next edit run. However, if the same discrepancy occurs during the next edit run, the query will be raised again until full resolution of the issue.

The above processes will be performed according to Amarex SOPs DM011, with the project specifications identified in the next section.

## 5.1 Query Tracking
Query tracking will be maintained for manually raised queries, as well as automated queries from datasets (generated from eCRF data in the OpenClinica® system).

| | |
|---|---|
| **Tracking Frequency:** | Daily, upon generation of queries. |
| **Tracking Location:** | **Server\Instance:** VMSQL01\STUDYDB<br><br>**Database:** T:\Tracking\CytoDyn\CDI24_Extension<br><br>**Geographic Location:** Germantown, Maryland |
| **Tracking** | Tracking for each query will begin after validation and assignment of unique |

| Initiation: | query number. |
|---|---|
| **Tracking Completion:** | For the purposes of this study, the tracking tool will not contain the query resolution text, because the discrepancy is being corrected directly in the system. Each validated query is considered completed once the site resolves the discrepancy in OpenClinica, the CRA source document verifies the query response and closes the query, and marks the panel as source verified. |
| **Required Fields:** | See **Table 2** |

**Table 2         Variables, Query Tracking**

| VARIABLES IN QUERY TRACKING DATABASE | |
|---|---|
| **Field** | **Description** |
| Check Number | The edit check number, as listed in the Edit Specifications document. |
| Center Number | Study site identification number:  2 digits |
| Screening Number | Subject identifier:  3 digits |
| Randomization Number | Not applicable to query tracking database |
| Principal Investigator | Investigator name for the study site (not applicable for query tracking) |
| DCF Number | The unique number of each query entered into the tracking database |
| Query Source | The source of the query; i.e., P = programmed edit check run, M = manual review |
| Run Date | The date of the programmed edit check run.  NA for manual reviews. |
| Visit ID | The visit number associated with the data point to be queried. |
| Panel | Database panel associated with the data point to be queried. |
| Subject Initials | Not applicable. |
| Variable Name | Variables associated with the edit check. |
| CRF Page | Not applicable for EDC study |
| Discrepancy | Description of data issue/discrepancy. |
| Resolution Method | The method used to resolve the query; i.e., IH, or DCF |
| Query Validation | Each discrepancy entered into the Query Tracking Database must be validated.  Validated queries to be resolved will have an entry of "V".  Invalid queries, that will not be issued, will have an entry of "I". |
| Validation Personnel | Initials of the Amarex Data Manager performing the Query Validation procedure. |
| DCF Issue Date | The date that the query was issued. NA will be entered for IH corrections. |
| Resolution | For the purposes of this study, the tracking tool will not contain the query resolution text, because the discrepancy is being corrected directly in OpenClinica. Each validated query is considered completed once the site resolves the discrepancy in OpenClinica and the Monitor labels the panel as verified. |
| Resolved By | For the purposes of this study, the tracking tool will not contain the initials of the person resolving the query, because the discrepancy is being corrected directly in OpenClinica. |
| Resolved Date | For the purposes of this study, the tracking tool will not contain the date the query was resolved, because the discrepancy is being corrected directly in OpenClinica. For IH corrections, the field will be populated with the date when the correction was performed. |
| PI Signature Date | For the purposes of this study, the tracking tool will not contain the PI signature date, because the discrepancy is being corrected directly in OpenClinica.<br>Note: OpenClinica is Title 21 CFR Part 11 compliant and, and therefore electronic signatures in OpenClinica are considered valid. PI or designee will electronically sign the CRFs at the end of the study, approving all query responses. Also, the document will be create for the IH corrections and send to PI for review and signature. |
| DB Updated By | For the purposes of this study, the tracking tool will not contain the Initials of Amarex Data Manager who updates the Master Clinical Database, because all discrepancies will be resolved by the site personnel directly in the OpenClinica® system. |

| VARIABLES IN QUERY TRACKING DATABASE | |
|---|---|
| **Field** | **Description** |
| DB Updated Date | For the purposes of this study, the tracking tool will not contain the DB updated date, because all discrepancies will be resolved by the site personnel directly in the OpenClinica® system. |
| Original Received and Verified | Not applicable for EDC study. |

### 5.2  Edit Runs

Edit runs will be performed on datasets generated from all eCRF data in the OpenClinica® system. (See separate edit specifications document for complete details)

| | |
|---|---|
| **Edit Run Frequency:** | As deemed appropriate by data manager, generally twice a month.<br><br>Note:  the frequency of edit runs may be increased at the time of and prior to final database lock. |
| **Edit Specs:** | An additional Edit Specifications document will be prepared.  Edit specifications will be programmed according to Amarex SOP DO004 using SAS (Version 9.3 and 9.4). |
| **Edit Run Initiation:** | LCDM (or designee) will notify the project's Lead Database Programmer, who will prepare the SAS analysis datasets from the Clinical Database and initiate the edit run. |
| **Discrepancy File Location:** | Incremental discrepancy output files will be stored in a holding table until reviewed by the LCDM (or designee). If deemed a valid edit run, the records will then be merged into the main query tracking table. Both tables will reside in the following database: CDI24_Extension DCF TRACKING |
| **Discrepancy Validation:** | 100% of all discrepancies resulting from edit runs will be checked for validity prior to query issuance. Validity will be recorded in the Query Tracking Database (field: Query Validation) as "V" for valid discrepancy and "I" for invalid discrepancy. |
| **Invalid Discrepancies:** | Invalid discrepancies are defined as any of the following:<br><br>• A comment, memo, waiver, other data point in the database, etc. can answer discrepancy.<br>• A note in the system (OpenClinica®) clarifying the discrepancy<br>• Error in the edit program.<br><br>The reason for invalidation of a discrepancy will be recorded in the Query Tracking Database "Resolution" field. |

### 5.3  Query Issuance for eCRF Data Discrepancies

| | |
|---|---|
| **Query Issuance Frequency:** | Valid queries to eCRF data that require resolution by investigator or the designee will be issued twice a month as deemed appropriate by data manager.<br><br>Note: the frequency of query issuance may be increased to meet project specific timelines and at the time of final analysis. |
| **Query Format:** | Queries will be inserted directly in OpenClinica with the reference to the query |

| | number which is automatically generated by the Query tracking tool. |
|---|---|
| **Issuance Method:** | Queries will be generated directly in OpenClinica. The site will have the ability to review and resolve the query by logging into the system. |

## 5.4  Query Resolution

Valid queries will be resolved by the site by logging into the OpenClinica® system and selecting records where a query is raised.

For complete description of the process refer to OpenClinca® User Documentation, revised version 3.1 (https://docs.openclinica.com/3.1/). The database (back-end) will be automatically updated once the site enters the correct value. An incorrect or discrepant value will be resolved by utilizing one of the following 2 methods:

1. OpenClinica validation component – Query will fire automatically upon saving the form and the site will be able to correct the data.

2. Queries raised manually by the DM and/or CRAs – the site will be able to resolve them by correcting the data incorrectly entered in OpenClinica or responding to the query with an explanation. Please see the separate Edit check specifications document for OpenClinica incorporated edit checks and the Edit Specifications document for DM checks.

Note:  The DM has authority to make self-evident corrections in the data recorded in OpenClinica. IH corrections will be documented in the query tracking system in the same manner as manually raised DCFs.

| **Query Resolution Timeframe:** | Resolved by login into the OpenClinica system and updating the discrepant data within 7 days from issuance. During the Final Database Lock period, the resolution timeframe will be reduced to 2 days from issuance. |
|---|---|
| **OpenClinica® Update:** | The site will update the data by correcting the discrepant record(s) in appropriate panel(s). |
| **Query Tracking Update Timeframe:** | Because the site will correct the data directly in the system, query tracking will NOT be updated with the query resolution. A separate spreadsheet with queries resolutions will be generated by DM upon completion of the study. The report will be part of validation process along with the query tracking tool used by DM to manually raise queries in OpenClinica. |

### 5.4.1  IH Resolutions

The only discrepancies permitted to be resolved through IH corrections are:

o   Information related to external electronically uploaded data (central safety lab)

o   Deleting eCRFs that by error were added to subject's casebook. Note: This type of IH corrections is typically being requested by the site via completing a Monitor's Correction Form.

*Confidential*

The necessary corrections will be performed by the DM only.

| | |
|---|---|
| **IH Resolution Timeframe:** | Upon validation of the discrepancy. |
| **OpenClinica® System Update** | Performed using the conventional resolution specified in the separate Edit Specifications document. |
| **IH Database Update Timeframe:** | Upon validation of the discrepancy. |
| **Finalization of IH Resolutions:** | Prior to final database lock, all IH valid queries will be issued in a list (with the conventional resolution specified in the resolution field) to site personnel for acknowledgement and acceptance/revision of the conventional resolution. |
| **Documentation of IH Resolutions:** | The original list containing confirmation of IH resolution, containing Investigator (or designee) signature. Date of receipt of the confirmation/revision will be recorded in the Query Tracking Database. Original list of in-house corrections will be scanned and submitted to sponsor along with hard copy documentation. Original will be filed with the Data Management binder. |

## 5.5  Monitor's Corrections

No Monitor's Correction Forms (other than the ones indicated in  section 5.4.1 – IH corrections) will be sent to Amarex, and therefore, Monitor's corrections section is not applicable for the purposes of this study. The CRA will work closely with the site to correct any revealed discrepancies between eCRF, source documentation, electronic data queries, etc. The correct data will be entered directly in the system and verified by the CRA for correctness. Any queries raised by CRA will be closed only by the CRA and resolution verified by DM.

## 5.6  Handling of Missing Values, Repeated/Duplicate Values and Outliers/Spurious Data

The site(s) will make every effort to record in OpenClinica® system all required data specified in the study protocol. Amarex will be responsible for monitoring all eCRF data prior to final data transfer to Amarex.

Incorporated OpenClinica® edit specifications and additional DM edit specifications (contained in the Edit Specifications document) will be utilized in order to review recorded data for logic and consistency. Values identified as missing, repeat, duplicate, or spurious, will be reviewed and queried, as appropriate, prior to database lock.

Subjects with AEs identified as "Death" will be recorded with the Stop date of the AE as the date of death.

## 6. OPENCLINICA LOCK/UNLOCK/RELOCK PROCEDURES

The write access to eCRF data will be removed by the DM once:

- o The data is collected,

- o All panels are completed,

- o All panels are monitored, and

- o All panels are electronically signed off by the Principal Investigator.

eCRF data will be locked by the DM on "per subject" basis provided that the above conditions are met. The site personnel will not be able to enter any data once the subject eCRFs are locked.

When a subject's data is electronically signed off by the Principal Investigator, the monitor will notify the DM that the data is ready to be reviewed and locked. The following steps will be followed by the DM prior to locking a subject's data:

1. Ensure that all subject's information is present in OpenClinica®.

2. Ensure that all queries in all panels are resolved and no additional discrepancies are present.

3. Ensure complete electronic data is available for the subject and was compared through running edit checks on the OpenClinica® data.

4. Perform final edit run based on the set of separate edit specifications set for external electronic data including additional edits developed by the DM.

5. Review the notes and ensure that responses are satisfactory.

6. Ensure coding of Adverse Events, Concomitant Medications and Antiretroviral Therapies is satisfactory and no queries are pending.

7. Send the IH correction log sheet to the site for approval and sign-off by the P.I.  If the P.I. does not agree with the change made, then additional queries may result and need to be resolved before the lock.

If the unlock procedure is warranted due to reasonable causes, such as data editing, additional information to be entered, etc., the monitor, Sponsor or authorized reviewer will notify the DM in an email providing the following elements:

1. Subject's identification number

2. The reason for data unlock procedure

3. The affected datapoint(s)

4. Correction to be performed

The DM will forward the appropriate Request to Unlock/Relock EDC data (SOP DM 024) for signoff and upon receipt of the signed document will proceed and unlock the subject's information.  . After changes are performed, the data will be monitored and electronically signed off by the Investigator prior to being locked by the DM. The following steps will be followed by the DM prior to re-locking the data:

1. Ensure that all subject's information is present in OpenClinica® for the affected datapoint(s).

2. Ensure that all queries in all panels are resolved and no additional discrepancies are present.

3. Review the comments and ensure that responses are satisfactory.

4. If applicable, complete electronic data is available for the subject and was compared through running edit checks with the OpenClinica® data.

5. If applicable, (i.e. external electronic data affected), complete final edit run based on the set of separate edit specifications set for external electronic data including additional edits developed by the DM.

6. If applicable, ensure that coding of Adverse Events, Concomitant Medications and Antiretroviral Therapies is satisfactory and no queries are pending.

7. If applicable, send the IHC log sheet to the site for approval and sign-off by the P.I.

## 7.  DATA QC PROCEDURES

### 7.1  Ongoing QC Procedures

| eCRF Data: | QC of eCRF data is conducted routinely on a bi-monthly basis and consists of the following.<br><br>• Review of monitored eCRF data. DM will regularly perform routine data reviews for data completeness, note correctness, query resolutions provided by the site in OpenClinica®.<br><br>Note: Any additional queries can be generated by the DM if query response is considered unsatisfactory or unclear. |
|---|---|
| External Data: | QC of External Data is conducted upon receipt of an external dataset or downloading of EDC external dataset and consists of the following:<br><br>• Comparison of subject ID values in external dataset vs. eCRF Subject ID.<br><br>Comparison of timepoint values in external dataset vs. eCRF timepoint values |

### 7.2  QC Procedures for Interim and Final Data Lock

#### 7.2.1  General requirements

Generally, data QC procedures are conducted after the subjects' information was locked in OpenClinica® system as per requirements stipulated in section 6 of this document. The QC procedures will be performed prior to Final database lock.

The download of study data from OpenClinica® will be performed when all panels are labeled as Monitored.

The following procedures will be performed after the data has been downloaded by Amarex:

1. Production of SAS datasets.

2. Production of data listings as per specifications detailed in SAP.

3. Review of data listings by Amarex and/or Sponsor.

4. If discrepancies are revealed, and data clarification(s) are required, the DM will generate the necessary queries. See section 6 for detailed description of requirements prior to unlocking the OpenClinica® data.

If no discrepancies are revealed and the data is considered satisfactory as per Amarex and Sponsor review, the DM will proceed with Final Data Lock as per SOP DM025. TLGs will be generated as per approved SAP.

### 7.2.2  Interim and Final Data Lock

| | |
|---|---|
| **Required data prior to Interim database lock:** | No interim analysis planned |
| **Criteria to continue Interim lock sequence:** | All study data for included subjects is being labeled as locked with site(s)' write-access removed. No pending queries for required data, unless the requirement is waived by the Sponsor. |
| **Required data prior to Final database lock:** | All subjects |
| **Criteria to continue Final lock sequence:** | All study data is being labeled as locked with site(s)' write-access removed. No pending queries for required data, unless the requirement is waived by the Sponsor. |

**Coding Review (Interim and Final Lock)**

| | |
|---|---|
| **Reviews:** | Sponsor Reviews Required for ALL subjects, all AE and all Concomitant Medications. The original list containing confirmation of IH resolution, with Investigator (or designee) signature should be obtained from site(s) prior to Final DB lock. Date of receipt of the confirmation/revision will be recorded in the Query Tracking Database. |
| **Criteria to continue lock sequence:** | Signed Sponsor approval form (SOP SPV003). |

**Final Listings Review and Database Lock (Final Lock)**

| | |
|---|---|
| **Required Sponsor Reviews:** | ALL subjects, all applicable data listings or analysis datasets. |
| **Criteria to continue lock sequence:** | Sponsor-signed Database Lock approval form (SOP DM025). |

Note: An official Data Lock occurs when the Data Lock approval form is signed off by the Sponsor. Data Lock procedure requires an approved Coding report received from the Sponsor. Any subjects' casebooks or individual eCRFs can be locked and unlocked prior to the official Data Lock approval without any notification. Subjects' data cannot be unlocked after the signed off

Lock approval form is received from the Sponsor unless unlock procedures are followed accordingly as per SOP DM024.

A detailed workflow of the Final database QC process is depicted in Figure 3 below:

**Figure 3**



## 8.  DATA ARCHIVING AND ELECTRONIC FILES

The archiving process including the QC process of the archived data is the responsibility of Amarex. The archival of EDC data will be performed upon Sponsor's request. Only after the database lock the archival procedures can be commenced. The completion of eCRF data will be QC'd prior to archival procedures.

The Sponsor has up to 90 days to complete their review of the package. Specifically, the package consists of a hard drive containing all sites eCRF pdf files for the sponsor along with site CDs. This package will be sent to the Sponsor and it is up to the Sponsor's responsibility to send the site CDs to the sites.