**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CytoDyn Inc.
_____

**Plaintiff,**

**v.**

Amarex Clinical Research LLC, et al.
_____

**Defendant.**

\*

\*

\*

\*

**Case No.** 21-2533
_____

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff
_____

I certify that I am admitted to practice in this Court.

Oct. 4, 2021
_____
Date

Fradette, Jacquelyn E.  Digitally signed by Fradette,
                        Jacquelyn E.
                        Date: 2021.10.04 14:42:36 -04'00'
_____
Signature

Jacquelyn E. Fradette, # 20884
_____
Printed name and bar number

Sidley Austin LLP, 1501 K St, NW, Washington, DC 20005
_____
Address

jfradette@sidley.com
_____
Email address

(202) 736-8000
_____
Telephone number

(202) 736-8711
_____
Fax number