IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC.           ) <br>                                  ) <br>        *Plaintiff*,      ) <br>                                  ) <br>    *v.*                           ) <br>                                  ) <br> AMAREX CLINICAL RESEARCH, LLC, and   ) <br> NSF INTERNATIONAL, INC.         ) <br>                                  ) <br>       *Defendant*.    ) | Civil Action No. 21-2533 |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Civil Rules for this Court, Plaintiff CytoDyn, Inc., through undersigned counsel of record, certifies that:

1. Plaintiff CytoDyn, Inc. is a publicly traded entity, and no other publicly held company holds 10 percent or more of the stock of CytoDyn, Inc.


DATED: October 4, 2021                                  Respectfully submitted,

/s/ Jacquelyn E. Fradette
Mark D. Hopson*
Benjamin M. Mundel*
Jacquelyn E. Fradette
Lucas W.E. Croslow*
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

*Counsel for Plaintiff CytoDyn, Inc.*

*\*Pro hac vice* application forthcoming