AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

CytoDyn, Inc.

*Plaintiff(s)*

v.

Amarex Clinical Research, LLC and
NSF International, Inc.

*Defendant(s)*

Civil Action No. 21-2533

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NSF International, Inc.
c/o
Michael P. Walsh
789 N. Dixboro Rd.
Ann Arbor, MI 48105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark D. Hopson
Benjamin M. Mundel
Jacquelyn E. Fradette
Lucas W.E. Croslow
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*