IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 21-2533 |
| v. | ) |
| | ) |
| | ) |
| AMAREX CLINICAL RESEARCH, LLC, | ) |
| and NSF INTERNATIONAL, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF CYTODYN, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff CytoDyn, Inc. ("CytoDyn"), having filed a Complaint for Declaratory and Injunctive Relief hereby moves, pursuant to Federal Rule of Civil Procedure 65(a)(1), for a preliminary injunction and other equitable relief against Defendants Amarex Clinical Research, LLC, and Amarex's owner NSF International, Inc. Pursuant to Local Rule 105.6, CytoDyn requests a preliminary injunction hearing by videoconference.

As described in greater detail in Plaintiff's Memorandum in Support of its Motion for a Preliminary Injunction, Amarex has failed in its duties as CytoDyn's contract research organization ("CRO") with responsibility to manage CytoDyn's clinical trials. Amarex has breached the parties' Master Services Agreement ("MSA") by, among other things, failing to submit to routine audits and refusing to provide access to databases created for, and containing data from, CytoDyn's human clinical trials. Amarex's breach of the MSA unnecessarily jeopardizes the patients currently enrolled in CytoDyn's clinical trials and will cause immediate and irreparable harm for CytoDyn. To prevent these harms, CytoDyn seeks specific performance of the MSA's audit clause and a preliminary injunction that will facilitate CytoDyn's transition to

a new CRO, by requiring that Defendants provide CytoDyn with access to CytoDyn's databases, all of which are owned by CytoDyn.

WHEREFORE, Plaintiff respectfully request that the Court grant the proposed Motion, enter the proposed preliminary injunction, and enter such other and further relief that it deems just and appropriate.

DATED: October 4, 2021

Respectfully submitted,

/s/ Jacquelyn E. Fradette
Mark D. Hopson*
Benjamin M. Mundel*
Jacquelyn E. Fradette
Lucas W.E. Croslow*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711

*Counsel for Plaintiff CytoDyn, Inc.*

*\*Pro hac vice* application forthcoming