# EXHIBIT C

CytoDyn, Inc.  
Protocol: PRO 140_CD 02

Monitoring Plan  
Version 1.0



# MONITORING PLAN

| | |
|---|---|
| **Protocol No.** | **PRO 140_CD 02** |
| **Title** | **A Multi-center, Randomized, Double-blind, Placebo-controlled Trial, Followed by Single-arm Treatment of PRO 140 in Combination With Optimized Background Therapy in Treatment-Experienced HIV-1 Subjects.** |
| **Sponsor** | **CytoDyn, Inc.** <br> **1111 Main Street, Suite 660** <br> **Vancouver, Washington 98660** |
| **Prepared By** | **Amarex Clinical Research** <br> **20201 Century Boulevard** <br> **Germantown, MD  20874 USA** |
| **Version** | **1.0** |
| **Version Date** | **28Dec2015** |

**Prepared by :**

*[signature: Derry Green]*  

30-Dec-2015

Derry Green, PharmD, MSHS  
Clinical Lead for PRO 140_CD 02  
Amarex Clinical Research

Date

**Reviewed by**:

*[signature: Kush Dhody]*  

30-Dec-2015

Kush Dhody, MSc  
Project Manager for PRO 140_CD 02  
Amarex Clinical Research

Date

**Approved by**:

*Nader Pourhassan*  

12/30/2015

Nader Pourhassan  
President/CEO  
CytoDyn, Inc.

Date

*Confidential – Not for Disclosure or Publication*

## TABLE OF CONTENTS

**1.0   REVISION HISTORY** ....................................................................... **5**

**2.0   ACRONYMS AND DEFINITIONS** ................................................... **6**

**3.0   PURPOSE OF THE MONITORING PLAN** .................................... **8**

   3.1   RESPONSIBLE PERSONNEL ............................................................... 8
   3.2   STANDARD OPERATING PROCEDURES FOR AMAREX PERSONNEL ...... 8
   3.3   TRAINING OF STUDY TEAM MEMBERS .............................................. 9
   3.4   STUDY RESPONSIBILITIES LOG ........................................................ 9

**4.0   COMMUNICATION** ......................................................................... **11**

   4.1   EMAIL CORRESPONDENCE ............................................................... 12

**5.0   SUBJECT CONFIDENTIALITY** ....................................................... **13**

**6.0   ESSENTIAL DOCUMENTS REQUIREMENTS** ............................ **14**

   6.1   COLLECTION OF SITE REGULATORY DOCUMENTS ............................. 14
   6.2   AMAREX TRIAL MASTER FILE MAINTENANCE AND FILING .............. 15
   6.3   INVESTIGATIONAL SITE REGULATORY BINDER FILING AND MAINTENANCE ..... 15
   6.4   INVESTIGATIONAL PRODUCT (IP) BINDER FILING AND MAINTENANCE ............ 15

**7.0   INVESTIGATIONAL PRODUCT** ................................................... **17**

   7.1   IP SUPPLY PROCESS ........................................................................ 17
   7.2   IP DESTRUCTION ........................................................................... 17
   7.3   IP ACCOUNTABILITY ...................................................................... 18
   7.4   STUDY UNBLINDING ....................................................................... 18

**8.0   OTHER SUPPLIES** ........................................................................... **19**

**9.0   RANDOMIZATION PROCEDURES** .............................................. **20**

**10.0  SITE INITIATION VISIT (SIV)** ..................................................... **21**

   10.1   SIV TIMING ................................................................................ 21
   10.2   TASKS REQUIRED BEFORE SIV CONDUCT ...................................... 21
      10.2.1   Supply Shipments ............................................................... 21
      10.2.2   CRA Preparation for SIV .................................................... 21
      10.2.3   SIV Confirmation Letter ...................................................... 21
      10.2.4   Assurance of Supplies / Equipment Receipt and Completion of Registration Documents ................................................ 22
      10.2.5   PSV Review ......................................................................... 22
      10.2.6   Amarex Travel Arrangements and Reimbursement Policy ...... 22
   10.3   SITE INITIATION VISIT CONDUCT ................................................. 23
   10.4   SIV FOLLOW-UP ......................................................................... 25
      10.4.1   Written approval for screening initiation ............................ 25
      10.4.2   SIV Report and Follow-Up Letter ....................................... 25

**11.0  INTERIM MONITORING VISITS** ................................................. **27**

   11.1   FREQUENCY AND DURATION .......................................................... 27
   11.2   INTERIM MONITORING VISIT PREPARATION .................................. 28

11.2.1     IMV Confirmation Letter ................................................................. 28
11.2.2     Amarex Travel Arrangements ........................................................ 28
11.2.3     Data Review .................................................................................. 28
11.2.4     Previous Monitoring Report Review .............................................. 29
11.2.5     CRA TMF Review ......................................................................... 29
11.2.6     SAE Review ................................................................................... 29
11.3     INTERIM MONITORING VISIT CONDUCT ..................................... 29
11.3.1     Informed Consent Form Review .................................................... 29
11.3.2     Protocol Compliance ..................................................................... 31
11.3.3     Source Document Review ............................................................. 32
11.3.4     Query Review ................................................................................ 33
11.3.5     SAE Review ................................................................................... 33
11.3.6     IP Monitoring ................................................................................. 33
11.3.7     Trial Supplies Review .................................................................... 33
11.3.8     Laboratory Samples ...................................................................... 34
11.3.9     Facility and Staff Review ............................................................... 34
11.3.10    Regulatory Documents Review ...................................................... 35
11.3.11    Summary Meeting .......................................................................... 35
11.4     IMV REPORT AND FOLLOW-UP LETTER AND REPORT ................... 35
11.5     REMOTE INTERIM MONITORING ................................................. 36
12.0     FINAL CLOSEOUT VISIT ACTIVITIES ............................... 37
12.1     PURPOSE ................................................................................. 37
12.2     FREQUENCY AND DURATION ..................................................... 37
12.3     TASKS REQUIRED BEFORE VISIT CONDUCT ............................... 37
12.3.1     COV Confirmation Letter ............................................................... 38
12.3.2     Travel Arrangements ..................................................................... 38
12.3.3     IEC/IRB Notification ...................................................................... 38
12.3.4     Data Review .................................................................................. 38
12.3.5     Previous Monitoring Report Review .............................................. 38
12.3.6     TMF Review ................................................................................... 39
12.3.7     SAE Review ................................................................................... 39
12.3.8     Trial Supplies ................................................................................ 39
12.4     CLOSE-OUT VISIT CONDUCT ..................................................... 39
12.4.1     Final Informed Consent Review .................................................... 39
12.4.2     Final Data Review ......................................................................... 39
12.4.3     Final Source Document Review ..................................................... 39
12.4.4     Final Query Review ....................................................................... 39
12.4.5     Final SAE Review .......................................................................... 40
12.4.6     Final Facility and Staff Review ...................................................... 40
12.4.7     Final Regulatory Binder Review .................................................... 40
12.4.8     Final Summary Meeting ................................................................. 41
12.5     FOLLOW-UP LETTER AND VISIT REPORT ................................... 41
13.0     TEMPLATE DOCUMENTS ...................................................... 43
13.1     TELEPHONE CALL TEMPLATE_GENERAL ................................... 43
13.2     SIISA ....................................................................................... 44
13.3     SITE REGULATORY BINDER CONTENTS ..................................... 50
13.4     SIV CONFIRMATION LETTER TEMPLATE ..................................... 52

13.5     SIV Report Template – Annotated ............................................................ 53
13.6     SIV Follow-up Letter Template................................................................ 61
13.7     Screening Initiation Letter Template ....................................................... 63
13.8     IMV Confirmation Letter Template ......................................................... 64
13.9     IMV Report Template- Annotated ............................................................ 65
13.10    IMV Follow-up Letter Template ............................................................... 75
13.11    COV Confirmation Letter Template......................................................... 77
13.12    COV Report Template- Annotated ........................................................... 78
13.13    COV Follow-up Letter Template.............................................................. 84
13.14    Early Termination Letter Template ......................................................... 86

## 1.0   REVISION HISTORY

Any changes to version 1.0 of this document will be noted in the revision history table, below. Red, bolded text indicates additions.  Strike-outs indicate deletions.

| History of Revisions | | | |
|---|---|---|---|
| **Version** | **Version Date** *(dd/mmm/yyyy)* | **File Name** | **Description of Changes** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 2.0   ACRONYMS AND DEFINITIONS

| **Term** | **Definition** |
|---|---|
| AE | Adverse Event |
| AIDS | Acquired Immune Deficiency Syndrome |
| ART | Antiretroviral Therapy |
| CDA | Confidential Disclosure Agreement |
| CFR | Code of Federal Regulations |
| CL | Clinical Lead |
| CLIA | Clinical Laboratory Improvement Amendments |
| CMO | Contract Manufacturing Organization |
| COV | Close-out Visit |
| CRA | Clinical Research Associate |
| CRO | Clinical Research Organization |
| CS | Clinically Significant |
| CTA | Clinical Trial Agreement |
| CV | Curriculum Vitae |
| DCF | Data Clarification Form |
| DM | Data Management |
| eCRF | Electronic Case Report Form |
| FAQ | Frequently Asked Questions |
| FDA | Food & Drug Administration (U.S.) |
| GCP | Good Clinical Practice |
| HAART | Highly Active Antiretroviral Therapy |
| HIV | Human Immunodeficiency Virus |
| IB | Investigator Brochure |
| ICH | International Conference on Harmonization |
| ICF | Informed Consent Form |
| IEC | Independent Ethics Committee |
| IP | Investigational Product |
| IRB | Institutional Review Board |
| IMV | Interim Monitoring Visit |
| LA | Logistics Administrator |
| MD | Doctor of Medicine |
| NCS | Not clinically significant |
| OBT | Optimized Background Therapy |
| PHRP | Protecting Human Subject Research Participants |
| PI | Principal Investigator |
| PM | Project Manager |
| PSV | Pre-Study Visit |
| SAE | Serious Adverse Event |
| SAER | Serious Adverse Event Report |
| SC | Study Coordinator |

| **Term** | **Definition** |
| --- | --- |
| SDV | Source Data Verification |
| SIISA | Site Initiation and IP Shipment Approval Form |
| SIV | Site Initiation Visit |
| SMP | Safety Management Plan |
| SOP | Standard Operating Procedure |
| TMF | Trial Master File |
| US | United States |

## 3.0   PURPOSE OF THE MONITORING PLAN

CytoDyn, Inc. is conducting protocol PRO 140_CD 02 and has contracted with Amarex Clinical Research, LLC (Amarex) to perform pre-study visits (PSV), site initiation visits (SIV), interim monitoring visits (IMV), and close-out visits (COV) in the United States (US), for this protocol.

This monitoring plan provides guidance to the responsible Amarex Clinical Research Associate(s) (CRA) who are responsible for the site monitoring and site management of this study.  Pre-study visit procedures are described in the Site Selection Plans and are not covered by this plan.

All Amarex and independent contractors designated to fulfill those functions involved in monitoring activities, are responsible for complying with this plan. The managers of these individuals are responsible for ensuring compliance with this plan.

Compliance with this guidance by the CRAs ensures that the trial is conducted in accordance with the principles of Good Clinical Practice (GCP), applicable Standard Operating Procedures (SOPs), 21 Code of Federal Regulations (CFR) 312, 50, 54, and 56, other applicable regulatory requirements, and all protocol requirements.

The monitoring plan will be reviewed, approved, and signed-off by CytoDyn and Amarex. It will be followed for the duration of the specified task and will be amended, with version control and subsequent CytoDyn approval, prior to the implementation of any required changes. Should the Amarex or CytoDyn SOPs change during the course of this project, it will not affect the written, approved Monitoring Plan, unless the change is deemed vital to the success of the project. If the change is deemed vital, the plan will be revised (with version control and change history) and approved by CytoDyn.

In the event of a disagreement between this Monitoring Plan and the Protocol, the Protocol will take precedence.

In the event of a disagreement between this Monitoring Plan and applicable Amarex, or CytoDyn SOPs, the Monitoring Plan will take precedence.

### 3.1    Responsible Personnel

The CytoDyn and Amarex Project Managers (PM) and Clinical Lead (CL); and the assigned CRA(s) are responsible for implementing the procedures defined in this plan.

### 3.2    Standard Operating Procedures for Amarex Personnel

The following Amarex SOPs will be followed for this trial:

- CL002v12:  Site Initiation Visit (SIV)

- CL003v12:  Interim Monitoring Visit (IMV)

- CL004v12:  Close-out Visit (COV)

- CL007v8: Format, Content and Maintenance of Clinical Files
- CL009v10: Essential Clinical Documents Collection and Review

## 3.3    Training of Study Team Members

Training sessions will be provided to the study team at the commencement of their participation in the study. Whenever there is a study-specific manual or plan launched, all team members will be trained.  The purpose of these trainings is to ensure full understanding of study procedures and compliance with these plans and manuals. All training will be documented in the Trial Master File (TMF) with a scanned copy placed in the eTMF.

CRAs on this study will receive training in all aspects of the protocol.  In addition to this, CRAs will receive specific training, as follows:

- Therapeutic Indication
- Monitoring and maintenance of the Regulatory Binder
- Source data verification and monitoring of Electronic Case Report Forms (eCRF)
- Investigational Product (IP) supply, receipt, handling, administration and accountability
- Safety reporting
- Randomization procedures
- Protecting Human Subject Research Participants
- Good Clinical Practice
- Monitoring procedures
- Laboratory procedures
- PSV/SIV/IMV/COV conduct

## 3.4    Study Responsibilities Log

An original log will be maintained in the TMF which lists the study team member's name, signature, initials, study responsibilities, and dates of study participation. A scanned copy will be placed in the eTMF.

A site responsibility log will also be maintained in the TMF and this log will list the responsible CRA for each site with the dates of responsibility for the site.

In the event that the responsibility of a site is transferred from one CRA to another, the CRA Transfer Document will have to be completed to document the transfer and the

site's status at the time of the transfer. This document should be signed by both CRAs, whenever possible.

## 4.0    COMMUNICATION

When a CRA is first assigned to a site they will contact the site via telephone (preferred) and follow up via email to formally introduce themselves to the study coordinator. The Clinical Lead, CRA or other appropriate member of the team will contact the site staff at least weekly via telephone (preferred) or e-mail. CRAs should attempt to assure a call is set at least every other week.

Examples of topics that may be discussed in this routine communication are:

- Enrollment information including screening, pre-screening activities, chart review, etc

- Information on trial withdrawals

- Information on trial completers

- Planned screenings for the next 2 weeks and beyond

- Investigational product ordering, receipt, application, handling and disposal

- Supply levels and ordering of all other study or lab supplies

- Source Document and eCRF completion questions/problems

- Issues noted with lab requisitions or results

- Trial related questions/answers/issues, FAQ

- Other issues, as appropriate

The CRA or other appropriate member of the team will document any significant or important telephone discussions (both incoming and outgoing) with the investigator or site staff in an email summarizing the discussion to the site. Alternatively, the discussion may be documented on a telephone contact report form (Attachment 13.1). Completed telephone contacts will be filed in the TMF. If important decisions are made or agreed upon over the telephone, the Clinical Lead or CRA will provide the site with written documentation (via email/or attached to an email). The study mailbox, Clinical Lead and PM, will be copied on all communications of this type.

Important electronic correspondence will be retained electronically on the Amarex network and saved in the *.pdf format in the eTMF as specified in Amarex SOPs. Important correspondence will include, but is not limited to, correspondence about SAEs, protocol deviations, protocol-related questions, and monitoring visit follow-up. The Logistics Administrator (LA) will be responsible for converting "important electronic correspondence" to *.pdf format and saving them in the eTMF.

CytoDyn will be notified of any significant issues via email or phone call immediately after Amarex becomes aware of the issue. Significant issues are defined as any issues that cannot be resolved by the Amarex Clinical Lead or Project Manager, are deemed critical issues that require sponsor input, or are issues that the study team determines require sponsor notification. These are issues such as major protocol deviations that may affect

subject safety and/or the integrity of the data or major technical issues that may impede trial progress at a site. The Clinical Lead or the CRA will notify the PM of any issues and the PM and/or Clinical Lead will communicate with CytoDyn and provide the CRA with a response.

The LA will be responsible for communicating general information to all sites.  These communications may include such items as providing updated template documents, or sending general study information.

## 4.1   Email Correspondence

The following guidelines will be followed when sending/receiving emails for the PRO 140_CD 02 study. The study mailbox address for the PRO 140_CD 02 study is CDI14@amarexcro.com. This address is to be added on the cc line of all email correspondence concerning the CytoDyn study for Amarex personnel.

This email address is to be added on the cc line of email correspondence, as appropriate, concerning the PRO 140_CD 02 study for CytoDyn personnel.

These emails will be received automatically in the Inbox folder of the study mailbox. The study mailbox (Amarex Outlook) is divided into subsections containing folder for site correspondence,   sponsor   correspondence,   pharmacovigilance,   data   management, programming/statistical,   medical   writing,   regulatory,   eCRF,   vendor,   business development, central lab, site selection. Please note that more subfolders can be added if deemed necessary.

The site folder (labeled by site number, name of Principal Investigator (PI) and location) will have subfolders where email communication with that particular site will be filed.

The LA will check the inbox of the study mailbox on a regular basis and file the emails in their appropriate subfolders. At the end of the trial, emails will be placed on a CD and provided to CytoDyn along with the TMF.

## 5.0   SUBJECT CONFIDENTIALITY

The CRA will instruct the sites to refer to subjects by their unique subject identification number. This is to assure the confidentiality of the subject.

If source documents or other supporting documentation, such as hospital records, are submitted in this trial, all subject confidential information must be redacted before submitting to Amarex or CytoDyn.

In the event that confidential information is inadvertently submitted, the information will be immediately redacted by appropriate Amarex or CytoDyn personnel.

## 6.0   ESSENTIAL DOCUMENTS REQUIREMENTS

The purpose of this section is to define the standard procedure for the collection, review, filing and maintenance of regulatory documentation for clinical trial sites participating in this trial.

### 6.1   Collection of Site Regulatory Documents

The Amarex Clinical Lead and the Logistics Administrator (LA), under the direction of the Project Manager (PM), will prepare a document package and instructions for the completion of site regulatory documents and other required forms.

The Site Initiation and IP Shipment Approval (SIISA) form will be completed, reviewed, and approved by the Amarex PM (Attachment 13.2).

The minimum documents required are:

- Signed Confidentiality Agreement

- CVs for PI and  Sub-Is (signed and dated within the past two years)

- CVs for additional staff members participating in study

- Medical License for PI, Sub-Is and other IP administrators

- Protocol/Revised protocol signature page(s) (original, signed and dated)

- IB receipt signature page (original, signed and dated)

- FDA form 1572 (original, signed and dated)

- Financial Disclosure Forms for the PI and all Sub-Is (original, signed and dated)

- IEC/IRB Approval Letter (national or local)

- IEC/IRB Composition (national or local)

- IEC/IRB approved ICF and any translations, if applicable

- Fully-executed Clinical Trial Agreement (CTA)

- Signed Indemnity Form and/or Insurance Certificate

- Local Laboratory Accreditation Certificate

- Local Laboratory Reference Ranges

- Central Laboratory Accreditation Certificate (included in the lab manual)

- Central Laboratory Reference Ranges  (included in the lab manual)

Central laboratory CLIA and CAP certifications and laboratory ranges for protocol-specified tests are required and obtained from the vendor directly.

## 6.2    Amarex Trial Master File Maintenance and Filing

Amarex will maintain site regulatory documents for this trial according to Amarex SOP CL009v10 (Essential Clinical Documents Collection, Review and Filing) and the ICH/GCP Guidelines for the management of the TMF. Documents will be filed according to the Amarex TMF format for Clinical Operations documents described in CL007v8: Format, Content and Maintenance of Clinical Files.  The TMF will also contain general trial documents, such as the protocol, study plans, and investigational product information, as well as site-specific regulatory documents. Other sections of the TMF are described in the respective plans (i.e., Data Management Plan).

## 6.3    Investigational Site Regulatory Binder Filing and Maintenance

A binder for regulatory documents will be provided to the site at study initiation for the filing and maintenance of all regulatory documents and correspondence. The site is responsible for maintaining the Regulatory Binder, which contains all Sponsor and GCP-required documentation for this trial.  The CRAs responsibilities for reviewing the Regulatory File are described in Section 11.3.10.  The list of the Regulatory Binder sections can be found in Attachment 13.3.

Study documents must be filed in the appropriately tabbed section of the binder. Documents should be filed in reverse chronological order, with the most recent documents filed in the front of each tabbed section.

For questions concerning the placement of information in the Regulatory Binder, sites should contact their CRA (see Operations Manual, Study Personnel Contact List).

## 6.4    Investigational Product (IP) Binder Filing and Maintenance

A binder for pharmacy documents will be provided to the site at study initiation for the filing and maintenance of all IP related documents and correspondence. The site is responsible for maintaining the Pharmacy Binder, which contains all Sponsor and GCP-required IP documentation for this trial.

Study documents must be filed in the appropriately tabbed section of the binder. Documents should be filed in reverse chronological order, with the most recent documents filed in the front of each tabbed section.

For questions concerning the placement of information in the Pharmacy Binder, sites should contact their CRA (see Operations and Reference Manual, Study Personnel Contact List).

Contents of the Pharmacy Binder for Protocol PRO 140_CD 02 are outlined below:

| | PHARMACY BINDER: TABLE OF CONTENTS |
|---|---|
| 1 | Study Contact List |
| 2 | Pharmacy Manual (IP Handling and Administration) |
| 3 | IP Master Accountability Log |
| 4 | TempTale Temperature Reports |
| 5 | IP Temperature Log |
| 6 | Subject Specific IP Administration Log |
| 7 | IP Preparation Log (*if pharmacist preparing IP syringes*) |
| 8 | IP Return Shipment Authorization Form (Sherpa) |
| 9 | Packing List and Shipment Verification Forms |
| 10 | Completed Airway Bills |

## 7.0   INVESTIGATIONAL PRODUCT

PRO 140 is a humanized IgG4,κ monoclonal antibody (mAb) to the chemokine receptor CCR5. PRO 140 is provided at a concentration of 175 mg/mL and is intended for SC route of administration.

IP kits will be labeled with a unique identification number. Each kit used during Part 1 of the Treatment Phase (double blind period) will contain two vials of PRO 140 or Placebo for SC injection. Each kit used during Part 2 of the Treatment Phase (treatment maintenance period) will contain two vials of PRO 140 for SC injection. One milliliter (1 mL) of PRO 140 or placebo solution will be drawn from each vial and loaded into the syringe. A total of 350 mg (175 mg/mL) of PRO 140 or placebo is delivered as two 1 mL injections administered subcutaneously on opposite sides of the abdomen. One study injection kit will be assigned per subject per treatment visit.

Each vial of the PRO 140 product contains 1.4 mL antibody at 175mg/ml in a buffer containing 5 mM L-histidine, 15.0 mM glycine, 95 mM sodium chloride, 0.3% (w/v) sorbitol, 0.005% (w/v) polysorbate 20 (Tween 20®), and sterile water for injection, at pH of 5.5.

Each vial of the Placebo solution contains 5mM Histidine, 15 mM Glycine, 95 mM Sodium Chloride, 0.3% (w/v) Sorbitol, 0.005% (w/v) Polysorbate 20 at a pH of 5.5.

### 7.1   IP Supply Process

The site will not be responsible for ordering IP, but IP will be shipped automatically. Sherpa Clinical Packaging is responsible for distributing IP shipments based on information communicated by the Amarex WebView[SM] CTMS system.

IP will be ordered through the Amarex WebView[SM] system, and Sherpa will receive an automated email via WebView[SM] with IP order information.

Further details about the handling of IP can be found in the IP Handling & Administration Manual of the Pharmacy Binder.

### 7.2   IP Destruction

Following IP injection, IP kits/vials used will be stored until reviewed by site CRA.  All used injection needles and syringes should be discarded in the site's sharps container immediately after the subject receives treatment, per site SOPs concerning disposal of bio hazardous materials.  Any unused IP kits will be stored under refrigerated conditions until return to Sherpa is authorized and completed.

## 7.3    IP Accountability

The Pharmacy Binder should be referenced for administering and accounting IP. The CRA will perform accountability/reconciliation of IP at each monitoring visit. The CRA will confirm all patients received IP prior to product expiry.

At the time of injection, the amount of IP administered to the subject should be recorded on the Subject-specific IP administration Log.  Likewise, the IP Master Accountability log may be completed to indicate when the IP kit has been used.

The CRA should ensure that accurate records are maintained by reviewing the IP Accountability Log, Subject-specific IP administration Log and the IP administration source document for each applicable study visit. The CRA will compare the information contained on the drug label to all three documents as well as the IP treatment administration page in the EDC system.

Any significant discrepancies between the IP Master Accountability log and drug treatment administration page in the EDC system should be documented in the Monitoring Visit Report. If significant discrepancies are noted in the IP Master Accountability, the CRA should re-instruct the site, discuss the issue immediately with the PI, inform the CL and project PMs and confirm that the resolution is documented in the IMV report and follow-up letter. If IP accountability was not done at a visit, the CRA is to document reason in the IMV report and task is to be priority at the next visit.


## 7.4    Study Unblinding

Study subject unblinding should only be done via WebView$^{SM}$ in the case of an adverse event where the treating clinician feels that knowledge of the treatment may change the therapy to the participant. It is highly recommended that site should contact the Medical Monitor before unblinding the study subject.

## 8.0   OTHER SUPPLIES

Amarex, Sherpa and LabCorp will provide the following to the site at study start:

- Amarex will provide the Regulatory Binder, Operations Manual, Pharmacy Binder, study specific source documents and SIV slides binder.

- Sherpa will provide IP kits (PRO 140 and Placebo)

- LabCorp will provide the following materials for blood sample collection and shipment: Laboratory Manual, specimen collection kits, courier air bills, shipping boxes, shipping instructions and lab requisition forms.

    o As the study proceeds and depending on enrollment numbers, additional supplies can be requested from LabCorp by the site on as-needed basis. The CRA should ensure site personnel order additional lab collection kits by contacting LabCorp as needed per inventory assessment and patient scheduling. At the beginning of each month, LabCorp will email a site specific report to each site informing them about upcoming expiration of kits. LabCorp does not automatically send lab kits to sites; sites must request resupply.

    o US sites will need to acquire dry ice for each frozen lab specimen shipment.

## 9.0    RANDOMIZATION PROCEDURES

Randomization will be performed at the time of Treatment Visit 1 (T1) using WebView[SM], according to the PRO 140_CD 02 Randomization Plan. The site must have received all required lab reports (Tropism, Resistance Testing, Viral Load, Safety) and fully evaluate subject for enrollment eligibility prior to conducting randomization.

## 10.0  SITE INITIATION VISIT (SIV)

This visit is conducted to assure that the site is knowledgeable of the protocol, aware of Investigator responsibilities during the trial, and is trained on appropriate procedures, in accordance with the protocol, SOPs, GCP, and applicable regulatory requirements.

### 10.1  SIV Timing

Sites that have been selected and qualified by Amarex and CytoDyn in accordance with the Site Selection Plan will undergo an SIV prior to the start of the study once all the required regulatory documents have been received from the site. A site will **not** be initiated unless the site has confirmed that the PI and all relevant research staff are available for the SIV. Deviations from the above must be approved in writing by CytoDyn.

Once a site is approved for an SIV, the Clinical Lead or LA will work with the CRA and the site to schedule the SIV at each site.

The assigned CRA will be responsible for ensuring that the procedures outlined below are completed prior to each Site Initiation Visit (SIV).

### 10.2  Tasks Required Before SIV Conduct

#### 10.2.1    Supply Shipments

Arrangements for the shipments of supplies (Amarex, Sherpa, LabCorp) will be made after the SIV is scheduled and confirmed. See section 8.0 for further details.

Note: CRA will confirm with site whether SIV slides binders should be provided for all attendees.

#### 10.2.2    CRA Preparation for SIV

When the SIV date has been confirmed, the Amarex CRA or delegate will enter the date of the planned visit into the CTMS.

The CRA will notify the CL of the SIV date who will enter the planned visit date on the Tracker. The CL will then email the appropriate Amarex and vendor contact persons to ensure the supplies are shipped to the site being initiated.

The CRA is also responsible for completing the following items prior to the visit.

#### 10.2.3    SIV Confirmation Letter

The CRA assigned to the site will contact the study team via email approximately two weeks prior to the scheduled SIV to introduce themselves (if they have not had prior dealings with the site), confirm the visit date, time, location, the availability of PI and Study Coordinator (SC), length of visit and inform the site about what supplies they

should expect and by when. The CRA will also provide, via email, a list of any activities that should be completed prior to the SIV, such as EDC registration, WebView[SM] registration and LabCorp registration etc.

The CRA will prepare a confirmation visit letter on Amarex letterhead. The letter will contain a detailed agenda of the SIV, including the CRA arrival time at the site, the SIV start time, the times for each session of the agenda, and required attendees for each session. The letter will be signed, scanned, and emailed as a PDF to the site. The confirmation letter should be sent to the site no later than 7 calendar days prior to the SIV. An original copy will be placed in the Regulatory Binder by the CRA either prior to the Regulatory Binder being shipped or at the SIV. An electronic copy (PDF) will be filed in the eTMF. A template SIV Confirmation Letter may be found in Attachment 13.4.

### 10.2.4    Assurance of Supplies / Equipment Receipt and Completion of Registration Documents

Within the week prior to the SIV, the CRA will:

- Contact the site to assure that all supplies have been received.

- Ensure that that all appropriate individuals have completed and returned (fax or email) the required registration forms. If this is not completed prior to the SIV, it is mandatory that this be completed at the SIV with the CRA present.

- Determine which site personnel will have access to WebView[SM] and make sure they register themselves on WebView[SM].  If this is not completed prior to the SIV, it is mandatory that this be completed at the SIV with the CRA present.

- Provide the completed SIV Checklist to Amarex PM/CL.

### 10.2.5    PSV Review

CRA will review the PSV report and ensure that all action items have been completed or are in the process of being completed.  The CRA will follow-up on any open action items.

### 10.2.6    Amarex Travel Arrangements and Reimbursement Policy

The following summary of travel policy will apply to all Amarex employees who have travel pertinent to the conduct of this trial. Approval from Amarex PM prior to making travel reservations is required if travel is outside these specifications. All expense reports will be submitted to the study CL and/or PM at Amarex for approval. Amarex will reimburse Amarex team members once the visit report has been finalized. Amarex will forward travel expense reports to CytoDyn on a monthly basis. More detailed information

can be found in the Amarex Travel Policy in the employee handbook and should be followed. Any deviations from these policies require Amarex PM approval.

- All travel must be economy-class.

- Travel request forms should be submitted, whenever possible, 14 business days before the expected travel date.

- Pass-through travel costs have been estimated as follows:

    o Airfare costs to any single destination:  USD $750 (before taxes and fees)

    o Hotel costs:  USD $175/night (before taxes and fees)

- Meals must not exceed an amount of USD $75 per day.

- Meals will be reimbursed for the project team member only.

- Ground transportation: Taxi, train, bus, subway or economy car rental.

- Project team member should use their best judgment and determine the most practical and economical travel itineraries.

## 10.3  Site Initiation Visit Conduct

During the SIV the CRA will perform specific training for the members of the site team by using the sponsor approved SIV PowerPoint presentation to guide the CRA in presenting all the information and to ensure consistency between CRAs.

It is mandatory that the PI, the SC, and additional site personnel attend the relevant portions of the SIV as per the assigned roles in the delegation of authority log.

While at the site, the CRA will sign the SIV Attendance log in the Regulatory Binder to signify that the SIV occurred.

The CRA will ensure that those attending the SIV document their presence by signing the SIV Attendance log. Attendance log sheet title must include Sponsor name, protocol title, date of the visit, the PI's name and the site number. The SIV Attendance log sheet will contain columns for name, function, signature, and organization (site/sponsor/CRO). The CRA will collect the <u>original</u> of the SIV Attendance Log for TMF filing, to include it as an attachment to the SIV report and to place an electronic copy (PDF) in the eTMF. A copy will also be filed at the site in the Regulatory Binder.

Due to the length of the SIV, the CRA may provide lunch during the SIV.  The cost of this lunch should be limited to a reasonable amount per person (i.e., approximately $15 USD per person).  The CRA should be aware of any special state rules and regulations for providing meals to health care professionals.

Details of the standard agenda for SIVs appear below.

CytoDyn, Inc.
Protocol: PRO 140_CD 02

Monitoring Plan
Version 1.0

1)     Introductions

2)     Distribute and Review SIV Agenda

3)     Investigator and Study Staff Responsibilities

4)     ICH and GCP

5)     Recruitment Expectations and Site Procedures

6)     Protocol Discussion

      Provide a review of all of the following sections of the protocol:

- Background Information
- Study Design
- Study Objectives & Endpoints
- Study Treatments
- Subject Population
- Entry Criteria
- Informed Consent Process & Documentation
- AEs and SAEs
  - Review the differences/definitions between AEs and SAEs
  - Review the logistics for documenting and reporting AEs and SAEs
  - Review the Reporting Requirements for AEs and SAEs
- IP – Ordering, Storage, Administration, Disposal
- Assuring the blind and emergency unblinding procedures
- Concomitant medications and treatments
- Prohibited medications and treatments
- Study Visit Schedule
- Study Assessments
- Discontinuation of study treatment and ART regimen adjustment
- Discontinuation/withdrawal
- Randomization and Blinding

7)   LabCorp Supplies and Re-Ordering

8)   CRF Completion Guidelines

9)   Monitoring Schedule & Site Expectations/Responsibilities

10)  Source Documents and Source Worksheets

11)  Regulatory Binder Review

12)  Operations and Reference Manual Review

13)  Pharmacy Binder Review

14)  Facilities Tour

The CRA will notify the PM and/or Clinical Lead immediately of any significant issues occurring at the visit. These issues will be discussed with CytoDyn by the PM and/or CL and addressed with the site by the CRA.

## 10.4   SIV Follow-Up

### 10.4.1   Written approval for screening initiation

If at the end of the SIV the site has met the training requirements, all critical regulatory documents have been collected and the site has received all the necessary supplies the CRA will verbally inform the site they are authorized to begin screening and document this in the SIV report.  The CRA/CL will also provide written approval in the form of a screening initiation letter (a template screening initiation letter can be found in Attachment **Error! Reference source not found.**) which will be sent to the site within 2 days of the SIV and will reflect the date of the SIV as the date of authorization to screen. The sponsor will be notified within 1 day of the SIV that the site has been approved to initiate screening.

The screening initiation letter will be signed by the CRA/CL and a signed, scanned letter (PDF) will be sent via email to the site. A copy of the letter is to be filed in the site's Regulatory Binder.  An electronic copy of the letter will be filed in the eTMF at Amarex.

If there are outstanding items that prevent site approval to begin screening, the CRA will inform the Clinical Lead, PM and CytoDyn within 1 day of the SIV.  A plan will be put in place, within 2 days of this notification, in order to resolve outstanding items so that site can begin screening.

### 10.4.2   SIV Report and Follow-Up Letter

The format and content of the SIV report may be found in Attachment 13.5. An annotated SIV template report is also available to guide the CRA in the completion of the report. CRAs will submit a draft of the SIV report to the Clinical Lead, and/or PM for review within 5 business days after completion of the SIV.

The Clinical Lead and/or PM will review and provide comments to the CRA on the report within 5 business days of CRA submission for review.

CytoDyn, Inc.                                                                    Monitoring Plan
Protocol: PRO 140_CD 02                                                           Version 1.0

The report will be finalized within 15 business days of completion of the visit. The finalized report, containing CRA, Clinical Lead and/or PM signatures, will be in PDF format and will contain, at a minimum, four attachments within the PDF file:

      1) SIV Confirmation letter

      2) SIV slide presentation or handouts

      3) SIV Follow-up letter

      4) SIV Attendance log

An SIV follow-up letter on Amarex letterhead will be emailed (signed, PDF version) to the investigator within 2 business days after the SIV report is finalized. The PI will be required to initial and date each page of the letter upon receipt. The SIV report will be sent to the sponsor within 2 business days after the SIV report is finalized. A template SIV follow-up letter may be found in Attachment 13.6. The CRA must ensure that any action items noted in the report are followed until resolution.

The site will place copy of the letter in the Regulatory Binder and an electronic copy will be placed in the eTMF.

The Amarex CRA will place the electronic version of the completed and PDFed report in the "to be filed" folder of the eTMF. CRAs will file WORD versions of the report and letter on the Amarex server (K: drive) within the appropriate site folder.

## 11.0   INTERIM MONITORING VISITS

The assigned CRA will oversee the progress of this study and ensure that it is conducted, recorded, and reported in accordance with the current protocol, ICH-GCP, SOPs and applicable regulatory requirements.

The assigned CRA will be responsible for conducting the procedures outlined below at each IMV.

### 11.1   Frequency and Duration

The first IMV should occur within 2 weeks of the first patient being randomized.  At this visit the CRA will primarily focus on:

1.  Reviewing the informed consent documentation to confirm the site is properly obtaining and documenting informed consent
2.  Reviewing the source documentation against EDC to ensure that the subject is eligible
3.  Review the lab reports for correctness
4.  Review of the Regulatory Binder to confirm documentation is properly maintained
5.  Review the Injection and IP source documents to assure that the blind was maintained
6.  Meet with the Principal Investigator
7.  Other tasks such as pending action items from the last visit can be completed as time allows

Subsequent IMVs will be conducted approximately every 4 to 6 weeks. The frequency of the visits to a site will depend on the enrollment rate, protocol compliance, staff turnover rates, and other factors which could require attention from the CRA.    If a site has not enrolled a sufficient number of subjects to warrant an IMV (other than first subject in at the site), the visit interval may be extended beyond the 4-6 week period after discussion with the Sponsor/Amarex PM. Motivational visits may be carried out with the approval of Sponsor/Amarex PM. In general, two day IMVs, with the approval of the PM, should be used rather than shortening the visit frequency to less than 4 weeks if there is a large amount of outstanding work at a site.

Each IMV will consist of one full day on site, appropriate to complete outstanding work and ensure compliance with regulatory and protocol requirements. The length of the visit may also be adjusted due to low enrollment or as subjects enter the follow-up phase of their participation.

## 11.2   Interim Monitoring Visit Preparation

Prior to each monitoring visit the following tasks will be completed.

### 11.2.1   IMV Confirmation Letter

In general, the assigned CRA will contact the site to schedule a monitoring visit at least 14 business days in advance, if possible, of the planned visit. Exceptions to this are acceptable such as for the IMVs which must occur within 2 weeks of the first randomization.

The CRA will prepare a visit confirmation letter on Amarex letterhead. The letter will be signed, scanned, and emailed as a PDF to the site. The confirmation letter should be sent to the site no later than 7 calendar days prior to the IMV. A copy will be placed in the Regulatory Binder by the CRA at the IMV. An electronic copy (PDF) will be filed in the eTMF. A template IMV Confirmation Letter may be found in Attachment 13.7.

### 11.2.2   Amarex Travel Arrangements

Travel arrangements and lodging will be made according to the Amarex Travel Policy. Please see travel section in the SIV conduct section (Section 10.2.6).

### 11.2.3   Data Review

The CRA will monitor the eCRF well in advance of any upcoming visit in order to verify that data completion will be up to date as of the date of the planned IMV. If the CRA notes that there are eCRFs that have not been completed, this needs to be communicated to the site to ensure that these eCRFs are completed as soon as possible. The site needs to be reminded that eCRFs should be completed within 72 hours of the subject visit date (unless their CTA states otherwise).

The CRA should determine all the subject visits that need review at the visit to ensure enough time has been allotted for the visit.

Any discrepancies/issues noted in the eCRF should be entered into the system as a query prior to the IMV, and noted for discussion during the IMV. As a general rule, the site should be notified that new queries have been raised on the eCRF by the CRA during the weekly call.

It should be made clear to the site that the CRA's goal is to maximize eCRF monitoring and source data verification (SDV) during the visit. The CRA will notify the site prior to the visit of which subjects and visits are planned for source document verification, so that the site can prepare these documents prior to the visit. This notification must be provided within reasonable time to allow the site time to prepare the requested documents. If for any reason the source documents are not available for review at the IMV, the CRA must ensure these are available for all subsequent visits. The CRA must also ensure that the CL/PM is notified of any monitoring and SDV delays and associated issues.

### 11.2.4    Previous Monitoring Report Review

Previous visit reports and correspondence will be reviewed for outstanding action items that will need to be addressed at the IMV. These will be sent to the site in the IMV confirmation letter so the site is prepared to address these issues at the upcoming IMV.

### 11.2.5    CRA TMF Review

A printout of TMF inventory for the site will be obtained, to verify that the site Regulatory Binder and the TMF contain the appropriate documents.

### 11.2.6    SAE Review

If applicable, a list of SAEs occurring at the site will be obtained from the Amarex Safety Department along with a list of outstanding queries from the Safety Department to assure that all SAEs are being reported and followed according to protocol.

### 11.3   Interim Monitoring Visit Conduct

It is expected that the activities below will be performed at all IMV's. Non-completed tasks should always be written in the IMV report.  This includes visit eCRFs that were not reviewed.

### 11.3.1    Informed Consent Form Review

The CRA will review 100% of completed ICFs for the following.

- Confirm that all versions of subject information and consent form, approved by the IRB, are present in the site's Regulatory Binder.

- Confirm that each screened subject has signed the appropriate (IRB-approved) ICF version.

- Check for complete signatures, e.g., person obtaining consent.

- Check the source documents for proper documentation of the consenting process.

- Check signature dates and times to assure that the informed consent was signed prior to any trial procedures being conducted.

- If the ICF is revised, verify that all subjects currently in the trial have been re-consented, as appropriate.

- Verify that all subjects providing signed Informed Consent have been entered into the Informed Consent Log and that the version date or approval date of the signed informed consent is accurate in the log.

- Additionally, if a subject is re-consented, verify that the Informed Consent Log contains an entry for the re-consent and the version date or approval date is correct.

- Confirm that all signed ICFs are filed appropriately.

- Ensure that the subjects have received a copy of the signed ICF.

At each monitoring visit, Informed consent should be reviewed for all new subjects consented since the previous monitoring visit (including screen failures).

All deviations in the consent process will be reported immediately to Amarex CL or PM. Deviations will be captured in the IMV report and identified in the follow-up letter to the Investigator.

Please note that it is acceptable to have open action items in the IMV report. The IMV report can be finalized with action items outstanding.  All open action items should be addressed at the next IMV, assessed for completion and updated in the next IMV report.

### 11.3.2    Protocol Compliance

The CRA will conduct the following checks for protocol compliance.

- Verify that the study is being performed according to the protocol.

- Ensure appropriate subject selection and verify that recruitment strategy is consistent. Confirm that enrolled subjects have met study eligibility requirements.

- Verify that all randomized subjects receive the assigned Investigational Product throughout the study (in a blinded manner).

- Verify that Investigational Product is being administered and documented correctly (in a blinded manner).

- Ensure that all concomitant mediations/treatments have been recorded and that medication indication, medical history, physical examination and adverse events are consistent.

- Verify that subjects who meet withdrawal criteria, as specified in the protocol, have been appropriately discontinued from the study.

- Verify that the protocol-specified procedures for each consented subject are being followed.

- For subjects that are discontinued from study, verify that the investigator has determined a primary reason for discontinuation. This reason will need to be verified against available information in the source documents and medical records.

- Verify that all SAEs have been reported appropriately and managed according to protocol-specified procedures.

- Ensure that the study is being conducted in accordance with ICH/GCP guidelines.

- Verify that subject visits are within protocol-specified windows. The CRA will review source documents to assure that reasons for late or missed visits or missed procedures are appropriately documented.

The site personnel must not deviate from the protocol without prior written approval, except in medical emergencies. The site must notify the site CRA as soon as possible of any deviations that occur. All deviations from protocol compliance will be discussed with the site during the IMV, captured in the deviations table within the IMV report, and in the IMV follow-up letter. The site will be re-educated on proper procedures, and any re-education or corrective action will be documented in the IMV report. The CRA will instruct sites to notify the IRB of any protocol deviations (per the IRB's policy). A copy of the IRB notification will be filed in the site's Regulatory Binder and in the eTMF at Amarex. The CRA will discuss any deviations with the PI and ensure that the PI understands the corrective action assigned to the deviation. If the PI is not available, the CRA will discuss any deviations and corrective actions with the PI's Designee and will follow up with a phone call to the PI to review within a reasonable time following the

IMV, not to exceed one week.

Protocol deviations pertaining to informed consent, eligibility criteria, IP administration, not withdrawing a subject when protocol-specified withdrawal criteria are met, administration of excluded medications, or deviations in SAE reporting will be reported to Amarex PM/CLimmediately.

Deviation trends within a site should be discussed with the Amarex PM, and/or Sponsor, who will advise the CRA on the appropriate action needed to correct the identified trend.

### 11.3.3   Source Document Review

The CRA will verify the accuracy of each value entered into the eCRF by verifying the entry versus subject source documents (i.e., 100% source document verification will be performed for each consented subject, including screen failures[*]). When completing SDV, there will be a bi-directional review of the source documents versus the eCRFs. Bi-directional review requires that all data points present in the eCRF will be reviewed versus the medical records, and all relevant materials noted in the medical record will appear in the eCRF. In addition, data will be reviewed to ensure that it is plausible, makes sense and is consistent visit to visit.

Source documents are considered to be the original documents that record subject information. The eCRF will not be used as a source document unless specifically noted in the protocol.

Source documents for this study include (but are not limited to):

- Notes of site visits dates and times

- Results of examinations performed on the subject

- Signed ICFs

- Completed provided source worksheets

- Assessments by the investigator or designated study staff

- Laboratory reports with the PI or delegate signature and notes of clinical significance for abnormal values

Any discrepancies between source documents and eCRF entries will be discussed with the site staff during the visit and subsequently resolved by the site staff.

The CRA will also verify that accurate, complete, and current source documents are being maintained, including all required logs. If it is determined that the source records are not being maintained properly, the site will be re-instructed on proper procedures, and the deficiency and follow-up actions will be documented in the IMV report and follow-up

---

[*] A screen failure eCRF page is required to be completed for screen failures.

letter. The re-training will also be documented on the training form and filed in the appropriate section of the site regulatory binder.

### 11.3.4   Query Review

The CRA will ensure adequate and timely resolution of all outstanding queries contained in the eCRF. The CRA will verify all resolutions that are recorded in the eCRF are supported by appropriate source documentation. The PI or authorized Sub-I must sign off the eCRF after all eCRF pages have been completed, monitored and corrected.  The CRA will instruct the site when the site should sign the eCRF pages.

The CRA will investigate reasons for delayed query resolution (i.e., outstanding for more than 30 days) and document the reason in the IMV report and follow-up letter.

Any queries that are resolved by the site following an IMV should be remotely monitored by the CRA and closed whenever possible, such that time on-site at the next visit is utilized efficiently.

### 11.3.5   SAE Review

All SAEs will be reported in the eCRF. The CRA will provide continued support and guidance to all participating study sites on complying with the Safety Management Plan as required by Amarex and CytoDyn. Further information can be found in the Operations and Reference Manual.

For any additional safety questions, the Amarex Safety Department can be contacted on:

**Amarex Safety Department**

**E-mail:**        **saereporting@amarexcro.com**

**Facsimile:**     **+1-240-454-6602**

**Telephone:**     **+1-240-454-6844**

### 11.3.6   IP Monitoring

During the IMV the CRA will carry out drug accountability/reconciliation of IP. See section 7.0 for more details.

### 11.3.7   Trial Supplies Review

The CRA will ensure trial supplies are adequate, not expired, and stored according to provided instructions.

### 11.3.8   Laboratory Samples

LabCorp has been selected as the central laboratory. At each IMV, the CRA will conduct an inventory of all laboratory kits and components. The CRA will verify the site has enough kits on site and that the kits are complete and that the kits (or their individual components) have not expired.

The CRA will ensure that all samples are stored, processed and shipped according to the Laboratory Manual. Any deviations will be noted in the IMV report.

The lab will provide kits. Sample collection and shipment procedures, as well as sample schedule, have been provided in the Laboratory Manual.

All abnormal laboratory results for chemistry, hematology, etc. requires a notation of Clinically Significant (CS) or Not Clinically Significant (NCS) with signature by PI or Sub-I (if delegated to do so on Delegation of Authority log). Any CS laboratory value after randomization, that was not CS during the Screening Period, will be recorded in the eCRF as an AE. The CRA will follow up with any new or outstanding laboratory reports and/or designations of CS at each IMV.

The CRA has to ensure, during the IMV, that lab reports have been signed and filed appropriately at each site.

### 11.3.9   Facility and Staff Review

The CRA will confirm that the facility remains adequate to conduct the trial. Any changes to the facility will be assessed for adequacy.

For any changes in site staff, the CRA will:

- Assure that new personnel have signed the Delegation of Authority Log including a start date and that an end date is listed for departing personnel.

- Collect appropriate regulatory documents for newly assigned staff (Financial Disclosure, CVs, licenses, updated 1572, etc., as appropriate to the position).

- Review the documents to assure that the newly assigned personnel have the appropriate training and experience to perform the designated tasks.

- Provide training on the protocol and the specific areas in which the new staff member will be involved in the study.

- Assure that training documentation is filed in the site Regulatory Binder.

- Submit new or updated documents to the Amarex LA for eTMF filing.

All changes in facility and staff (along with an assessment(s) of adequacy) will be noted in the IMV report and reported to CytoDyn.

### 11.3.10   Regulatory Documents Review

The CRA will verify, at a minimum at every second monitoring visit, that all documents filed in the site Regulatory Binder are current, accurate, and complete. The CRA will use the table in the IMV report form to document the contents of the Regulatory Binder. The contents of the site Regulatory Binder will be reviewed and compared to a list of regulatory documents contained within the eTMF at Amarex. Any new or updated documents will be collected by the CRA and filed in the TMF and a scanned copy will be filed in the eTMF at Amarex.

The CRA will sign the Site Visit Log during each day of the visit.

### 11.3.11   Summary Meeting

The CRA will request a meeting with the PI and appropriate site staff at the end of each IMV. The wrap-up meeting will include a review of the trial status and discuss any issues or findings that were apparent during the visit. All issues discussed during the summary meeting will be documented in the visit report and follow-up letter.

The PM/Clinical Lead will be notified immediately of any significant issues that are discovered during an IMV. Significant issues include, but are not limited to, the following:

- Suspicion of fraudulent activities at the site
- Issues with improperly obtained informed consent
- Issues with eligibility criteria violations
- Issues concerning inappropriate IP administration
- Issues concerning non-withdrawal of subjects who meet protocol-specified withdrawal criteria
- Issues concerning administration of excluded medications
- Issues concerning delayed SAE reporting
- Changes in study staff
- Changes to facilities that impact the conduct of the study

### 11.4   IMV Report and Follow-up Letter and Report

The format and content of the IMV report may be found in Attachment 13.9. CRAs will submit a draft of the IMV report to the Clinical Lead and/or PM for review within 7 business days after completion of the IMV.

The Clinical Lead and/or PM will review and provide comments on the report within 5 business days of CRA submission for review.

The report will be finalized within 15 business days of completion of the visit. The finalized report, containing Clinical Lead and/or PM signatures, will be in PDF format and will contain, at a minimum, two attachments within the PDF file:

     1) IMV confirmation letter

     2) IMV follow-up letter

The IMV follow-up letter on Amarex letterhead will be emailed (signed, PDF version) to the site and to the sponsor within 15 business days of the IMV. The PI will be required to initial and date each page of the letter upon receipt. A template IMV follow-up letter may be found in **Attachment 13.10**. The CRA must ensure that any action items noted in the report are followed until resolution.

A copy of the follow-up letter will be placed in the Regulatory Binder and an electronic copy will be placed in the eTMF.

The Amarex CRA will place the electronic version of the completed and PDFed report in the "to be filed" folder of the eTMF. The CRA will file WORD versions of the report and letter on the Amarex server (K: drive) within the appropriate site folder.

The expense report will be completed and submitted to the CL/PM for sign-off at the time of report finalization.


## 11.5    Remote Interim Monitoring

Additional monitoring as needed, including the possibility of remote monitoring activities will be performed from a location other than the clinical site, with prior approval by Clinical Lead or PM, and consists of the following tasks:

- SDV of source documents that are available remotely, including but not limited to central lab reports

    o Monitor will access the Central Lab website(s) and review the available lab reports for all subjects.

- Review of EDC Data Entry

    o Monitor will access EDC and review the status of data entry for participating subjects.  Sites should enter data into the EDC within 24-48 hours of subject visit.

- Review of WebView Randomization/IP Management

    o Monitor will access WebView Randomization/IP Management application to determine whether Sites are appropriately creating and maintaining subject records as it relates to IP assignment and discontinuation of treatment phase.

## 12.0  FINAL CLOSEOUT VISIT ACTIVITIES

When each site has completed enrollment, all patients have completed all study visits and all eCRF pages and queries have been resolved and eCRF pages signed by the PI, and the database has been locked, an in-depth close out visit (COV) will be conducted. Every reasonable effort will be made by the CRA to perform the COV within 4 weeks following database lock. Sites may be closed prior to database lock, due to protocol non-compliance or poor recruitment, for example, if authorized by CytoDyn, or the study is terminated for any reason.

### 12.1  **Purpose**

The CRA should prepare to close-out the study site, only if instructed by Amarex and/or CytoDyn. The purpose of the COV is:

- To perform a final review of the regulatory documents and eCRFs to make sure that the site's records are sufficient

- To ensure that all AEs have been completely followed-up

- Perform final IP accountability and return shipment arrangements, completion of IP logs and final signature by designee

- To ensure that all IP and study specific equipment and supplies have been removed from the site

- To ensure that the site has complied/is aware of the need to comply with any ICH-GCP, central/local IRB requirements

- To ensure that the investigator understands the ongoing responsibilities of an investigator after the trial is closed, including records retention

The assigned CRA will be responsible for conducting the procedures outlined below.

### 12.2  **Frequency and Duration**

The duration of each COV is planned as one day, on site. If additional time on site is required, approval from Sponsor (through the Amarex PM) must be obtained.

### 12.3  **Tasks Required Before Visit Conduct**

Prior to each COV the following will be completed:

### 12.3.1    COV Confirmation Letter

The assigned CRA will contact the site to schedule the COV at least 14 days in advance of the planned visit. The CRA will ensure that the PI, SC and all other staff (whenever possible) who had responsibilities during the study will be available.

When notified that the COV date has been scheduled, the CRA will enter the date of the planned visit into the CTMS.

Confirmation of each COV will be documented with a written letter on Amarex letterhead to the site at least 7 business days prior to the scheduled visit. A template COV Confirmation Letter may be found in Attachment 13.11.

A signed, scanned PDF copy of the confirmation letter will be emailed to the site and filed in the Regulatory Binder.

An electronic copy (PDF) will be filed in the eTMF.


### 12.3.2    Travel Arrangements

Travel arrangements and lodging will be made according to Section 10.2.6 and to the Amarex Travel Policy.


### 12.3.3    IEC/IRB Notification

The CRA will determine if the IRB has been notified about site closure.  If the IRB/IEC has not been notified, the CRA will request that the site notify the IRB/IEC.  A copy of the IRB/IEC notification will be collected for filing in the eTMF.  The IRB/IEC notification should also be filed in the site's Regulatory Binder.  If the IRB returns an acknowledgement letter/memo, that document should also be filed in the Regulatory Binder and collected for the TMF.

The CRA will ensure all central/local IRB/IEC requirements are adhered to.


### 12.3.4    Data Review

If the site is being closed prior to database lock, the CRA will confirm with the PM and Data Manager that the site is ready for a COV. A final review of eCRFs will be conducted. All eCRF should have been completed and all existing queries resolved. Any additional discrepancies/issues noted in eCRF should be entered into the system as a query. All additional discrepancies/issues must be discussed and resolved during the COV.

### 12.3.5    Previous Monitoring Report Review

Previous visit reports and communications will be reviewed for outstanding action items. All outstanding action items must be resolved before the COV report is finalized.

### 12.3.6    TMF Review

A printout of TMF inventory for the site will be obtained, to verify that the site Regulatory Binder and the TMF contain the appropriate documents. The site Regulatory Binder and the TMF must be reconciled at the COV.

### 12.3.7    SAE Review

A list of SAEs occurring at the site will be obtained from the Amarex Safety Department along with a list of outstanding queries from the Safety Department. All outstanding queries must be resolved during the COV.

### 12.3.8    Trial Supplies

The CRA or LA will contact site to ensure site has adequate materials to return supplies. If the site does not have boxes and other materials, the CRA will arrange for supplies to be shipped to the site. The ICON lab kits are to be destroyed at the site. CRA will contact the vendors to check their study supplies return requirement and instruct the sites accordingly.

## 12.4   Close-Out Visit Conduct

During the COVs the following activities will be performed:

### 12.4.1    Final Informed Consent Review

The CRA will ensure that all ICFs are filed appropriately and the ICF log is complete.

### 12.4.2    Final Data Review

The CRA will ensure that all entered data have been finalized and signed by the investigator.

### 12.4.3    Final Source Document Review

The CRA will ensure that all source documents are appropriately filed.

### 12.4.4    Final Query Review

The CRA will ensure that all remaining queries have been resolved and are supported by appropriate source documentation.

### 12.4.5    Final SAE Review

The CRA will ensure that all SAE documentation is appropriately filed and that any remaining queries have been resolved and are supported by appropriate source documentation.

### 12.4.6    Final Facility and Staff Review

The CRA will confirm that the facility remained adequate to conduct the trial from the time of the last IMV to the COV. Any changes to the facility will need to be assessed for adequacy.

For any changes in site staff since the last IMV, the CRA will:

- Assure that new personnel have signed the Delegation of Authority Log and that an end date has been entered for any departing personnel.

- Collect appropriate regulatory documents for newly assigned staff (Financial Disclosure, CVs, licenses, updated 1572, etc., as appropriate to the position).

- Review the documents to assure that the newly assigned personnel have the appropriate training and experience to perform the designated tasks.

- Assure that applicable training documentation is filed in the site Regulatory Binder.

All changes in facility and staff since the last IMV (along with an assessment(s) of adequacy) will be noted in the COV report.

### 12.4.7    Final Regulatory Binder Review

The CRA will perform a final reconciliation of the site Regulatory Binder with the contents of the TMF at Amarex. Additionally, the CRA will ensure that all trial manuals, such as operations and laboratory manuals are retained.

If site's regulatory binder is missing any documents, the CRA will inform the site personnel or insert the document(s).

The CRA will sign the Site Visit Log during each day of the visit.

The following documents (or copies, as indicated below) will be retrieved from the site for the TMF at Amarex:

- Collect a copy of the letter to IRB/IEC regarding trial completion/termination, if available.  If the letter is not available, the site should be instructed to forward it as soon as possible.

- Obtain original end of study financial disclosure forms for trial personnel noted on 1572 and leave a copy at the site.

- Collect copies of logs that have been used during the trial. The originals of the logs will be left at the site.

### 12.4.8   Final Summary Meeting

The CRA will request a meeting with the PI and appropriate site staff at the end of the COV. The wrap-up meeting will include a review of the following.

- **Records Retention:** The CRA will review with the investigator and/or designee(s) the requirements for retaining and storing trial-related documents in accordance with the protocol, FDA regulations, GCP, and other regulatory requirements.

- **Audits:** The CRA will review procedures, with investigator and/or designee(s) for audits conducted by regulatory authorities, CytoDyn or designee.

- **Investigator Obligations:** The CRA will review continuing obligations of the investigator following trial closure.

- **Final Financial Arrangements:** If applicable, the final trial payment arrangements will be discussed.

- **Publication Policy:** The CRA will review the publication policy of CytoDyn or designee.

- **Outstanding Action Items:** The CRA will review any outstanding issues and establish a timeframe for resolution.

- **Site Questions:** The CRA will review and address all questions from the PI and site staff.

## 12.5  Follow-up Letter and Visit Report

The format and content of the COV report may be found in Attachment 13.12. CRAs will submit a draft of the COV report to their PM/ Clinical Lead for review within 5 business days after completion of the COV.

The PM will review and provide comments on the report within 5 business days of CRA submission for review.

The report should be finalized within 15 days of completion of the visit. NOTE: all action items listed in the COV must be in a 'completed' status.  Therefore, it may take more than 15 days to finalize the report.

A follow-up letter to the investigator will be sent to the PI within 15 days of the visit. A template COV follow-up letter may be found in Attachment 13.13.

The CRAs expense report for the visit will be completed and submitted to the PM for signoff at the time the report is finalized.

The electronic version of the finalized report, containing, CRA and PM signatures will be in PDF format and will contain, at a minimum, two attachments within the PDF file:

> 1) COV confirmation letter

> 2) COV follow-up letter

The Amarex CRA will place the electronic version of completed and PDFed report in the "to be filed" folder of the eTMF. The CRA will file Word versions of the report and letter on the Amarex server (k drive) within the appropriate site folder.

The follow-up letter to the investigator will be completed and sent to the site and to the sponsor within 15 business days of completion of the visit. The letter must be on Amarex letterhead.  The letter will include directions to the site to file the letter in the site regulatory binder.

## 13.0 TEMPLATE DOCUMENTS

## 13.1 Telephone Call Template_General

 **TELEPHONE CONTACT REPORT** 

| Project: | CytoDyn | Protocol: | PRO 140_CD 02 |
|---|---|---|---|
| Principal Investigator: | | Site No.: | |
| Date of Contact: | | Time of Contact: | |
| Person Contacted: | | Reported By: | |

*Summary of Discussion:*
*The following items were discussed :*



*Action Items/Follow-up Required:*




| Signature: | Date: |
|---|---|

| Amarex filed in: | TMF/eTMF |
|---|---|
| Section/Sub-section: | Section 2_Site-Specific Files/2.09.1_Telephone Contact Reports |

| Site filed in: | Regulatory Binder | Section: | Memos to File |
|---|---|---|---|

CytoDyn, Inc.
Telephone Contact Report
**Version 1.0 15 Jul 2015**

Page 1 of 1

## 13.2  **SIISA**

### Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | Principal Investigator: | | |
|---|---|---|---|---|
| Protocol Nº: | PRO 140_CD 02 | Country: | | |
| EudraCT/IND/IDE Nº: | | Responsible CRA/LA: | | |
| TMF Filing Location: *(Amarex/Sponsor)* | 2.10.1 | | | |

### SECTION 1: SITE INITIATION APPROVAL

| Document | Present | | | No | NR* | Document Version & Date (dd/mmm/yyyy) | Date of Document Signature (dd/mmm/yyyy) | CRA/LA Comment | PM Comment |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | | | | | | | | |
| | Orig | Copy | Trans* | | | | | | |
| 1. Signed Confidentiality Agreement*** | | | | | | *[If not applicable write NA]* | *All signature dates to be added Site: [xx/xxx/xxxx] Amarex: [xx/xxx/xxxx]* | | |
| 2. Protocol / Amendment(s), signed by the PI** *(document version Nº and dates)* | | | | | | | | *[If only copy available, comment to state it will be collected at...]* | |
| 3. Investigator's Brochure Signature Form, signed by the PI** *(document version Nº and date)* | | | | | | *[Add]* | *[State NA if IB does not require signature form]* | *[If IB is not been signed off on, then fill document V & date and add comment in this section. Date of document signature to state NA]* | |

## Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | Principal Investigator: | | | |
|---|---|---|---|---|---|
| Protocol N°: | PRO 140_CD 02 | Country: | | | |
| EudraCT/IND/IDE N°: | | Responsible CRA/LA: | | | |
| TMF Filing Location: (Amarex/Sponsor) | 2.10.1 | | | | |

| Document | Present | | | | | Document Version & Date (dd/mmm/yyyy) | Date of Document Signature (dd/mmm/yyyy) | CRA/LA Comment | PM Comment |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | | | No | NR* | | | | |
| | Orig | Copy | Trans ° | | | | | | |
| 4. Signed Contract / Clinical Trial Agreement / Budget Agreement** | | | | | | | All signature dates to be added Site: [xx/xxx/xxxx] Amarex: [xx/xxx/xxxx] | | |
| 5. Signed Indemnity Form and/or Insurance Certificate** (state which) | | | | | | | | [Specify which of the 2 documents this applies for] | |
| 6. Principal Investigator's CV** (signed & dated within past 2 years) | | | | | | [if no version, write NA. Do not add PI name here] | [xx/xxx/xxxx] | | |
| 7. Sub-Investigators' CVs (signed and dated) | | | | | | [if no version, write NA. do not add names here] | [Last name] [date signed] [Last name] [date signed] [Last name] [date signed] | | |
| 8. Principal Investigator's Medical License** | | | | | | [if no version, write NA. Do not add PI name here] | [xx/xxx/xxxx] | | |

### Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | Principal Investigator: | | | |
|---|---|---|---|---|---|
| Protocol N°: | PRO 140_CD 02 | Country: | | | |
| EudraCT/IND/IDE N°: | | Responsible CRA/LA: | | | |
| TMF Filing Location: *(Amarex/Sponsor)* | 2.10.1 | | | | |

| Document | Present | | | | | Document Version & Date *(dd/mmm/yyyy)* | Date of Document Signature *(dd/mmm/yyyy)* | CRA/LA Comment | PM Comment |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | | | No | NR* | | | | |
| | Orig | Copy | Trans● | | | | | | |
| 9. Sub-Investigator's Medical Licenses | | | | | | *[if no version, write NA. Do not add names here]* | *[Last name] Exp.[expiration date] [Last name] Exp.[expiration date] [Last name] Exp.[expiration date]* | | |
| 10. FDA 1572** or Statement of Investigator *(signed and dated)* | | | | | | *[if no version, write NA. Do not add PI name here]* | *[xx/xxx/xxxx]* | *[If only copy available, comment to state it will be collected at…]* | |
| 11. PI's Financial Disclosure Form** *(signed and dated)* | | | | | | *[if no version, write NA. Do not add PI name here]* | *[xx/xxx/xxxx]* | *[If only copy available, comment to state it will be collected at…]* | |
| 12. Sub-Investigators' Financial Disclosure Form *(signed and dated)* | | | | | | *[if no version, write NA. Do not add names here]* | *[Last name] [date signed] [Last name] [date signed] [Last name] [date signed]* | *[If only copy available, comment to state it will be collected at…]* | |

## Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | Principal Investigator: | | | |
|---|---|---|---|---|---|
| Protocol N°: | PRO 140_CD 02 | Country: | | | |
| EudraCT/IND/IDE N°: | | Responsible CRA/LA: | | | |
| TMF Filing Location: *(Amarex/Sponsor)* | 2.10.1 | | | | |

| Document | Present | | | | | Document Version & Date *(dd/mmm/yyyy)* | Date of Document Signature *(dd/mmm/yyyy)* | CRA/LA Comment | PM Comment |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | | | No | NR* | | | | |
| | Orig | Copy | Trans ° | | | | | | |
| 13. Local Laboratory Accreditation Certificate** | | | | | | | *All applicable certificates Expiration CLIA: [xx/xxx/xxxx]. CAP: [xx/xxx/xxxx]* | | |
| 14. Local Laboratory Reference Ranges** *(dated)* | | | | | | *[If not applicable write NA]* | *[xx/xxx/xxxx]. CRA/LA/PM to confirm that all tests required per protocol are provided in the laboratory reference ranges* | | |
| 15. Local Laboratory Director's CV | | | | | | *[If not applicable write NA]* | *[Last name] [date signed]* | | |
| 16. Central Laboratory Accreditation Certificate** | | | | | | *[if no version, write NA]* | *All applicable certificates Expiration CLIA: [xx/xxx/xxxx]. CAP: [xx/xxx/xxxx]* | | |

## Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | | Principal Investigator: | | | |
|---|---|---|---|---|---|---|
| Protocol N°: | PRO 140_CD 02 | | Country: | | | |
| EudraCT/IND/IDE N°: | | | Responsible CRA/LA: | | | |
| TMF Filing Location: *(Amarex/Sponsor)* | 2.10.1 | | | | | |

| Document | Present | | | | | Document Version & Date (dd/mmm/yyyy) | Date of Document Signature (dd/mmm/yyyy) | CRA/LA Comment | PM Comment |
|---|---|---|---|---|---|---|---|---|---|
| | Yes | | | No | NR* | | | | |
| | Orig | Copy | Trans ° | | | | | | |
| 17. Central Laboratory Reference Ranges** *(dated)* | | | | | | | *[xx/xxx/xxxx]. CRA/LA/PM to confirm that all tests required per protocol are provided in the laboratory reference ranges* | | |
| 18. National Regulatory Approval** e.g.: CTA, IND | | | | | | | | | |
| 19. National Ethics Committee / IRB / REC Signed Final Approval Letter** | | | | | | | | | |
| 20. National Ethics Committee / IRB / REC Composition** | | | | | | | | | |
| 21. Local Ethics Committee / IRB / REC Submission Letter** *(if applicable)* | | | | | | | | | |
| 22. Local Ethics Committee / IRB / REC Signed Final Approval Letter** *(if applicable)* | | | | | | | | | |
| 23. Local Ethics Committee / IRB / REC Composition** *(if applicable)* | | | | | | | | | |
| 24. Site Specific Approved ICF** As approved by the Central/Local Ethics Committee (as applicable) | | | | | | | | | |
| *Additional Local Requirements to be added by PM as required.* | | | | | | | | | |

\* NR = Not Required
\* Trans = Translation
\*\* Minimum Required Documents

## Site Initiation and IP Shipment Approval Form (SIISA)



| Sponsor Name: | CytoDyn, Inc. | Principal Investigator: | | | |
|---|---|---|---|---|---|
| Protocol N°: | PRO 140_CD 02 | Country: | | | |
| EudraCT/IND/IDE N°: | | Responsible CRA/LA: | | | |
| TMF Filing Location: *(Amarex/Sponsor)* | 2.10.1 | | | | |

### SECTION 2:  APPROVAL OF SITE INITIATION AND FIRST IP SHIPMENT

#### CRA/LA Statement:

☐ I confirm that the above information is correct.

| CRA/LA Name: | | Signature: | | Date:*(dd/mmm/yyyy)* | |
|---|---|---|---|---|---|

#### The Project Management review has been completed:

☐ I confirm that all Essential Documents as per Section 1 of the Form are now present and accurate is consistent with the requirements of the standard operation procedure (SOP) SOP CL002 Initiation Visit, CL009 Essential Clinical Documents, ICH-GCP 8.2.1 – 8.2.11 and/or documents which Amarex considers essential.

☐ Original documents verified by, ……………………………………………………… *(name)*, …………………………… *(dd/mmm/yyyy)*

☐ *I confirm that the Initiation Visit can take place on* ……………………… *(dd/mmm/yyyy)*

☐ I approve the release of the first shipment of the IP to the site.

☐ I confirm that distributor has all documentation necessary for IP shipment. ☐N/A

Project Manager (or Designee) Comments: ........................................................................................................................
........................................................................................................................

| PM (or Designee) Name: | | Signature: | | Date:*(dd/mmm/yyyy)* | |
|---|---|---|---|---|---|

## 13.3  Site Regulatory Binder Contents



| Section | Contents |
|---|---|
| | **PRO 140_CD 02**<br>**Table of Contents** |
| 01. Study Contact List | Amarex/Sponsor Team Contact |
| 02. Site Visit Log | Site Visit Log |
| 03. Delegation of Authority Log | Delegation of Authority Log |
| 04. Screening and Enrollment Log | Screening Log<br>Enrollment Log |
| 05. Informed Consent log | Informed Consent Log |
| 06. Informed Consent Form & HIPAA | Blank set of current IRB approved ICFs & HIPAA<br>Superseded ICFs & HIPAA<br>Translation certificate, if applicable |
| 07. Subject Master Log | Subject ID Log |
| 08. IEC/IRB Approvals | Initial approval<br>Annual (continuing review) approvals<br>Amendment approvals<br>IEC/IRB approved advertisement/recruitment materials<br>IEC/IRB approved subject compensation, subject instruction or other written information |
| 09. IEC/IRB Correspondence | Initial submission<br>Additional submissions<br>Interim or annual report/progress report |
| 10. IRB/IEC Roster | IEC/IRB membership roster |
| 11. FDA 1572 | FDA 1572<br>Superseded FDA 1572 |
| 12. Protocol/Amendments | Current approved protocol(s)/amendment(s)<br>Superseded protocol(s)/amendment(s) |
| 13. Protocol Signature Pages | Protocol signature page<br>Protocol amendment signature page(s) |
| 14. Investigator's Brochure | Investigator's Brochure<br>Superseded IB's |
| 15. Investigator's Brochure Signature Pages | Investigator's Brochure signature page<br>Superseded IB's signature page(s) |
| 16. CDA/Insurance | Confidential disclosure agreement<br>Indemnification/insurance certificate |
| 17. Investigational Product | IP Preparation Log<br>IP Subject Specific Administration Log<br>IP Master Accountability Log<br>IP Return Authorization Form |

Page 1 of 2

**CytoDyn**  **PRO 140_CD 02**
**Table of Contents**  **AMAREX** CLINICAL RESEARCH

| Section | Contents |
|---|---|
|  | IP Temperature Log |
| **18. CVs** | Principal investigator documents (CV, GCP certificate) |
|  | Sub-Investigator documents (CV, GCP certificate) |
|  | Study coordinator documents (CV, GCP certificate) |
| **19. Medical Licenses** | Current medical licenses |
|  | Superceded medical licenses |
| **20. FDF** | Principal Investigator Financial Disclosure Form |
|  | Sub-investigator(s) Financial Disclosure Form(s) |
|  | Superseded Financial Disclosure Form (s) |
| **21. Training** | Site Staff Training Logs |
| **22. Site Initiation Visit** | SIV Attendance log |
|  | SIV agenda |
|  | SIV confirmation and follow-up letter |
|  | SIV report |
|  | Site Start-Up Letter |
| **23. Monitoring Visits** | Monitoring Visit confirmation and follow-up letters |
| **24. Safety** | SAE Reports |
|  | IRB SAE correspondence |
|  | Safety Reports – Reportable events |
|  | Safety Reports  - IRB correspondence for reportable events |
| **25. Email Correspondence** | Email Sponsor correspondence |
|  | Email CRO correspondence |
| **26. Other Correspondence** | Sponsor correspondence |
|  | CRO correspondence |
|  | Newsletters |
| **27. Memos/Notes to File** | Memos/Notes to file from site |
|  | Memos/Notes to file from Sponsor/CRO |
| **28. Vendors** | Amarex (supply order forms and receipts) |
|  | Cytodyn (IP shipment receipts) |
|  | Lab order forms and receipts |
| **29. Blank CRF** | eCRF Casebook Template |

**Page 2 of 2**

*Confidential – Not for Disclosure or Publication*

## 13.4  SIV Confirmation Letter Template



<dd/mmm/yyyy>

<Investigator Name>
<Investigator Address>

RE:  CytoDyn, Inc. Protocol PRO 140_CD02, Site xxx, Planned Site Initiation Visit on
     dd/mmm/yyyy>

Dear Dr. <Investigator Name>:

This letter is to confirm the site initiation visit to be conducted <dd/mmm/yyyy>, starting at approximately
<Time> (example 9.00 am), to review study documentation for the CytoDyn, Inc. Protocol PRO
140_CD02 study being conducted at your site.

The following areas will be evaluated and reviewed:
- ☐  Protocol
- ☐  Study assessments
- ☐  Visit schedules
- ☐  Electronic Case Report Forms/source documentation
- ☐  Query process
- ☐  Enrollment and IP management via WebView CTMS
- ☐  IP receipt and accountability and destruction
- ☐  Laboratory procedures
- ☐  Regulatory Binder and Operations Manual
- ☐  Study logs
- ☐  AE and SAE reporting
- ☐  Investigator responsibilities
- ☐  Monitoring procedures
- ☐  Study personnel and facilities
- ☐  Study supplies
- ☐  Recruitment plans

Please contact me in my office at (xxx) xxx-xxxx or my cell (xxx) xxx-xxxx, if you have any questions or
have schedule changes that affect the scheduled visit.  I look forward to meeting with you and your study
staff on <Date> (example; dd/mmm/yyyy).

Best regards,

<CRA Name>
<CRA Title>
Tel: (xxx) xxx-xxxx
Cell: (xxx) xxx-xxxx
Fax: (xxx) xxx-xxxx
Email: xxxx@amarexcro.com

cc:      Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

20150929_CDI14_SIV Confirmation Letter Template_Final V2.0.docx          PI Initials/Date:_____

Confidential                                                            Page 1 of 1

## 13.5  SIV Report Template – Annotated



### Site Initiation Visit Report

| Sponsor:<br>CytoDyn, Inc. | Investigational Product:<br>PRO 140 | Protocol Number:<br>PRO 140_CD 01 |
|---|---|---|
| Site Number: | Principal Investigator(s):<br><List investigator name and credentials> | Site Name and Address:<br><Insert> |

| Date of Pre-study visit:<br>dd/mmm/yyyy | | Date of Site Initiation Visit:<br>dd/mmm/yyyy |
|---|---|---|
| Amarex and Sponsor Personnel Present:<br><List all sponsor and Amarex attendees at this visit> | | Study Role:<br><List study roles> |
| Site Personnel Present:<br><List all site attendees at this visit> | | Study Role:<br><List study roles> |

### 1.  Discussion Topics

The following were discussed with the study staff:

| Item | Protocol & Investigational Product | Yes | No | N/A |
|---|---|---|---|---|
| 1.1 | Investigators brochure/investigational product information * | ☐ | ☐ | |
| 1.2 | Protocol –Study design and objectives * | ☐ | ☐ | |
| 1.3 | Protocol – Selection criteria * | ☐ | ☐ | |
| 1.4 | Protocol – Study procedures * | ☐ | ☐ | |
| 1.5 | Protocol – Investigational product administration procedures and storage requirements* | ☐ | ☐ | |
| 1.6 | Enrollment timelines and expectations* | ☐ | ☐ | |

*comments required

| Item | Comments – Protocol & Investigational Product |
|---|---|
| 1.1 | Indicate that the IB was provided to the site prior to the SIV and that the importance of being familiar with the IB was discussed. |
| 1.2 | Discuss objectives, endpoints and overall study design as outlined in the protocol. |
| 1.3 | Indicate slide version date presented to site during SIV.<br>Go over the rationale for key eligibility criteria and discuss any issues with site staff.<br>List any questions site staff had about the I/E criteria. |

Confidential
20150901_CDI14 annotated SIV Report Template_Final Version 2.0
Page 1 of 8

CytoDyn, Inc.                                                                                  Monitoring Plan
Protocol: PRO 140_CD 02                                                                        Version 1.0

**Site Initiation Visit Report**
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| Item | Comments – Protocol & Investigational Product |
|------|---|
| 1.4 | a. Discuss the study visit schedule and procedures to be completed. <br> b. ICF requirements (document in source) and process at site <br> c. Subject ID number process <br> d. Unscheduled visits <br> e. Randomization process <br> f. Allowed and excluded medications <br> g. Re-screening <br> h. Lab supplies and testing |
| 1.5 | Discuss the following: <br> a. IP delivery <br> b. IP administration <br> c. IP destruction |
| 1.6 | 300 subjects to be enrolled/randomized in the trial at approximately 40 centers in USA |

| Item | GCP/ICH Requirements | Yes | No | N/A |
|------|---|-----|-----|-----|
| 1.7 | IRB Requirements* | ☐ | ☐ | |
| 1.8 | Informed consent/ HIPAA authorization* | ☐ | ☐ | |
| 1.9 | Source Documentation* | ☐ | ☐ | |
| 1.10 | Records Retention* | ☐ | ☐ | |
| 1.11 | Investigational Product Dispensing and Accountability* | ☐ | ☐ | |
| 1.12 | Regulatory Document Maintenance* | ☐ | ☐ | |
| 1.13 | Adverse Event/Serious Adverse Event Reporting Requirements* | ☐ | ☐ | |
| 1.14 | Study Monitoring* | ☐ | ☐ | |
| 1.15 | Regulatory Agency Audits* | ☐ | ☐ | |
| 1.16 | Sponsor/CRO Audits* | ☐ | ☐ | |

*comments required

| Item | Comments – GCP/ICH Requirements |
|------|---|
| 1.7 | a. Confirm the site is aware of the WIRB reporting requirements if they are using WIRB <br> b. Discuss the local EC/IRB reporting requirements (deviations, safety events) for sites using local EC/IRBs. |
| 1.8 | Confirm understanding by site personnel to use the most current consent/HIPAA and obtain consent prior to any study procedures. <br><br> Ensure site has approved consent (indicate what languages) <br><br> Note whether the site's HIPAA is a separate document or if this is not relevant. |
| 1.9 | Discuss source document requirements; the site must have source for all eCRF entries <br><br> Discuss types of source documents (medical records, study charts, lab documents, photography upload reports) and a detailed summary of the site's source document procedures in the comments. <br><br> Discuss if the site will be using the provided source worksheets or if their own. Make sure site understands that the hospital charts are the main source and if the hospital charts capture required study information then provided source documents will not be required. <br><br> Discuss if the site uses EMR how the CRA will verify information (will CRA have access to EMR? If not, what procedures will be employed to ensure that the CRA can source verify adequately) |

Site Initiation Visit Report
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| Item | Comments – GCP/ICH Requirements |
|---|---|
| 1.10 | Review the record retention policy in the protocol: The Investigator will maintain all research records, reports, and case history reports for a period of 15 years after the completion or discontinuation of the study.  Patient files and other source data must be kept for the maximum period of time permitted by the hospital, institution or private practice, but not less than 15 years. These documents should be retained for a longer period if required by the applicable regulatory requirements of if needed by CytoDyn or its authorized representative (as per GCP 5.5.11). Please inform site that details of archival must always be provided to Amarex/Sponsor. |
| 1.11 | Discuss that the Investigator or designee is responsible for IP accountability, reconciliation and record maintenance and importance of blinding. Review IP manual in detail. |
| 1.12 | Discuss requirements for document retention and filing |
| 1.13 | a.  AE collection b.  SAE reporting timelines c.  SAE/AE reporting in general d.  Pregnancy guidelines e.  Location of forms and instructions (Operations Manual) f.  Investigator assessment of seriousness, severity, and causality |
| 1.14 | a.  First visit timeline b.  Frequency of subsequent visits c.  PI meeting during visits d.  IP e.  Inventory of study supplies |
| 1.15 | a.  Inform site that inspection could happen at any time b.  Remind site to notify Amarex in the case of an inspection |
| 1.16 | Inform site that inspection could happen at any time. Access to all records must be made available to Sponsor and/or Amarex at any time for review/audit to ensure data integrity |

## 2.      Site Personnel and Facilities

| Item | Site Personnel and Facilities | Yes | No | N/A |
|---|---|---|---|---|
| 2.1 | Have the names of all personnel assigned to work on this study and their roles been identified?  Please list all study personnel below. | ☐ | ☐* | ☐ |
| 2.2 | Did all participating site personnel attend the SIV? If no, inform site that all study personnel **must** be trained by Amarex prior to performing any study related activity. | ☐ | ☐* | ☐ |
| 2.3 | Have all required regulatory documents been collected for participating personnel? | ☐ | ☐* | ☐ |
| 2.4 | Have there been any changes in the facilities used to conduct the study? | ☐* | ☐ | |
| 2.5 | Do the facilities continue to be adequate to conduct the study? | ☐ | ☐* | |

*comments required

| List the names of all personnel currently identified to work on this study and their role. | |
|---|---|
| Name | Study Role |
| | Principal Investigator |
| | Study Coordinator |
| Delete rows if not used | |

Site Initiation Visit Report
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| Item | Comments – Site Personnel and Facilities |
|------|-------------------------------------------|
| 2.2 | Note that a comment is required for all site staff who were not trained at the SIV. |
| 2.3 | CRA should list any documents collected in the table at the end of the report at the visit (if documents not already in the TMF) |
| 2.4 | Confirm the site has an ECG machine, centrifuge, fridge and -20°C freezer. |

## 3.   Study Supplies

| Item | The following study supplies have been received at the study site: | Yes | No | N/A |
|------|---------------------------------------------------------------------|-----|-----|-----|
| 3.1 | Access to CTMS - EDC and WebView applications* | ☐ | ☐ | ☐ |
| 3.2 | Central laboratory kits, supplies, and manual * | ☐ | ☐ | ☐ |
| 3.3 | Study equipment (specify provided equipment in comments)* | ☐ | ☐ | ☐ |
| 3.4 | Study manuals (specify provided study manuals in comments)* | ☐ | ☐ | ☐ |
| 3.5 | Source document worksheets* | ☐ | ☐ | ☐ |
| 3.6 | Regulatory documents binder* | ☐ | ☐ | ☐ |
| 3.7 | Were procedures for ordering additional study supplies reviewed? | ☐* | ☐ | |
| 3.8 | Were instructions for eCRF completion reviewed?* | ☐ | ☐ | |

*comments required

| Initial Quantity Shipped to site | Item | Quantity at Site (CRA to inventory) |
|----------------------------------|------|--------------------------------------|
| 12 | IP Kits (10 DB, 15 OL) | |
| NA | Lab Kits | |
| |    a.  Kit A (SV) – 10 | |
| |    b.  Kit B (T1) – 5 | |
| |    c.  Kit C (NTF-FU1, TF-FU2-6) – 5 | |
| |    d.  Kit D (T3, T11, T19, T23) – 5 | |
| |    e.  Kit E (T7, T15) – 5 | |
| |    f.  Kit F (EOT) - 2 | |
| |    g.  Kit G (TF) - 2 | |
| |    h.  Kit H (Treatment Unsch) - 2 | |
| |    i.  Kit I (NTF-FU2, TF-FU1) - 2 | |
| |    j.  Kit J (T2) – 5 | |
| |    k.  Kit U (NTF Unsch, TF-FU Unsch) – 2 | |
| |    l.  Bulk Kit Items – 1 | |
| |    m.  Pregnancy Kits - 5 | |
| |    n.  180 (airway bills frozen, airway bills ambient, airway bill pouches, courier diagnostic pack, frozen shipper) | |
| |    o.  10 (Saturday delivery stickers) | |
| |    p.  Lab Manual | |
| 1 | Regulatory Binder | |
| 1 | Operations Manual | |
| 1 | Pharmacy Binder | |
| 2 | Source Document Template Binder | |
| 1 | SIV Presentation Slides Binder | |

Site Initiation Visit Report
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| Item | Comments – Study Supplies |
|------|---------------------------|
| 3.2 | List all the supplies that were inventoried during the visit. Comment if anything was missing. |
| 3.4 | a.  Regulatory Binder<br>b.  Operations Manual<br>   i.   CRF Completion Guidelines<br>   ii.  WebView Manual<br>c.  Pharmacy Binder<br>d.  Screen Failure Binder<br>e.  SIV Presentation Slides Binder |

## 4.     Investigational Products

| Item | Investigational Products | Yes | No | N/A |
|------|--------------------------|-----|-----|-----|
| 4.1 | Was IP received and reviewed? | ☐ | ☐* | |
| 4.2 | Is there an appropriate storage for the investigational product? | ☐ | ☐* | ☐ |
| 4.3 | Have all shipping forms, packing lists, etc been properly processed and filed? | ☐ | ☐* | ☐ |
| 4.4 | Are the investigational product logs present? | ☐ | ☐* | ☐ |
| 4.5 | Have investigational product re-supply procedures been reviewed? | ☐ | ☐* | |

*comments required

| Item | Comments – Investigational Products |
|------|-------------------------------------|
| 4.1-<br>4.3 | Confirm IP receipt and proper storage<br><br>Confirm site has filed IP shipping forms and packing lists appropriately |
| 4.4 | The logs that should be present include:<br>   a.  IP accountability log<br>   b.  IP preparation log<br>   c.  IP subject specific administration log<br>   d.  IP temperature log (*refrigerator*)<br>   e.  IP return form<br><br>Discuss site's understanding on how to complete the IP Accountability Logs.<br><br>Ensure that site understands that IP log documentation should include details for all subjects that are randomized and receive treatment. |
| 4.5 | Ensure site aware that the EDC must be updated within 24-48 hours of study visit. |

## 5.     Regulatory Document Review

| Item | Study Logs | Yes | No | N/A |
|------|-----------|-----|-----|-----|
| 5.1 | Is the screening/enrollment log present? | ☐ | ☐* | |
| 5.2 | Is the informed consent log present? | ☐ | ☐* | |
| 5.3 | Is the site personnel signature/delegation of authority log present? | ☐ | ☐* | |
| 5.4 | Is the site personnel signature/delegation of authority log complete and up to date? | ☐ | ☐* | |
| 5.5 | Was the site visit log signed? | ☐ | ☐* | |
| 5.6 | Are all other study logs required for the study present?<br>Specify: Subject Participation Log; Screen Failure Log | ☐ | ☐* | |
| 5.7 | Was the SIV Attendance Log signed? | ☐ | ☐* | |

*comments required

Confidential
20150901_CDI14 annotated SIV Report Template_Final Version 2.0
Page 5 of 8

CytoDyn, Inc.
Protocol: PRO 140_CD 02

Monitoring Plan
Version 1.0

Site Initiation Visit Report
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| The following regulatory documents are present in the Regulatory Binder, complete, and up to date: | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 5.9 | CDA/Insurance certificate | ☐ | ☐* | ☐ |
| 5.10 | Investigators Brochure/Product information<br>Version 7.0/06Feb2014/ Date signed: | ☐ | ☐* | ☐ |
| 5.11 | Study protocol<br>Version 1.0/ | ☐ | ☐* | ☐ |
| 5.12 | Protocol amendments (list each one, if applicable)<br>Version #/Date: | ☐ | ☐* | ☐ |
| 5.13 | Protocol signature page(s)<br>Version 1.0/          Date signed: | ☐ | ☐* | ☐ |
| 5.14 | Protocol amendment signature page(s) (list each one, if applicable)<br>Version #/Date signed: | ☐ | ☐* | ☐ |
| 5.15 | FDA 1572 form/Investigator Agreement (list all dates, if more than one 1572)<br>Date signed: | ☐ | ☐* | ☐ |
| 5.16 | Principal Investigator CV<br>Date signed: | ☐ | ☐* | ☐ |
| 5.17 | Sub-investigator CV(s)<br>Last name/Date signed:<br><br>Site staff CV(s)<br>Last name/Date signed: | ☐ | ☐* | ☐ |
| 5.18 | PI medical license<br>Expiration date: | ☐ | ☐* | ☐ |
| 5.19 | Sub-investigator medical license(s)<br>Last name/expiration date:<br><br>Site Staff license(s) (if applicable)<br>Last name/expiration date: | ☐ | ☐* | ☐ |
| 5.20 | Financial disclosure forms<br>Last name/date signed: | ☐ | ☐* | ☐ |
| 5.21 | Human Subjects Protection Training Certificates | ☐ | ☐* | ☐ |
| 5.22 | IRB approval (initial) of protocol<br>Expires: | ☐ | ☐* | ☐ |
| 5.23 | IRB approval of protocol amendment(s)<br>Version #/Date approved: | ☐ | ☐* | ☐ |
| 5.24 | Other IRB approval letters (list all) | ☐ | ☐* | ☐ |
| 5.25 | Current IRB membership list / Assurance number | ☐ | ☐* | ☐ |
| 5.26 | IRB-approved informed consent form(s) (list all) | ☐ | ☐* | ☐ |
| 5.27 | IRB-approved advertisements/recruitment materials (list approved materials) | ☐ | ☐* | ☐ |
| 5.28 | IRB correspondence and annual review reports | ☐ | ☐* | ☐ |
| 5.29 | Central laboratory license<br>CAP expires:<br>CLIA expires: | ☐ | ☐* | ☐ |
| 5.30 | Central laboratory normal ranges | ☐ | ☐* | ☐ |
| 5.31 | Central laboratory director CV | ☐ | ☐* | ☐ |

CytoDyn, Inc.                                                                                    Monitoring Plan
Protocol: PRO 140_CD 02                                                                Version 1.0

**Site Initiation Visit Report**
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| | The following regulatory documents are present in the Regulatory Binder, complete, and up to date: | Yes | No | N/A |
|---|---|---|---|---|
| 5.32 | Local laboratory license<br>CAP expires:<br>CLIA expires:<br>Other license (specify type and expiration): | ☐ | ☐* | ☐ |
| 5.33 | Local laboratory normal ranges | ☐ | ☐* | ☒ |
| 5.34 | Local laboratory director CV | ☐ | ☐* | ☒ |
| 5.35 | Reportable safety events documentation | ☐ | ☐* | ☐ |
| 5.36 | IRB notification of reportable safety events | ☐ | ☐* | ☐ |
| 5.37 | Serious Adverse Event report forms | ☐ | ☐* | ☒ |

*comments required

| Item | Comments – Regulatory Documents |
|---|---|
| 5.21 | This should be no more than 2 years old. |
| 5.26 | Also include dates of approval and/or version dates |
| 5.29 | These items are maintained in the lab manual |
| 5.30 | These items are maintained in the lab manual |
| 5.31 | This item is maintained in the lab manual |
| 5.32 | Copies of secondary central labs will be filed in study Lab Manual binder. |
| 5.37 | Confirm that the blank form (back-up form) is in the Ops Manual.<br>Instruct site that SAE form completion instructions are located in the SMP which can be found in the Ops Manual. |

## 6.    Additional comments (Write N/A if not needed)

| Item | |
|---|---|
| C1 | |
| | |
| | |

## 7.    Action Items

| Action Item | Responsible Party<br>Site or Amarex | Date Identified<br>dd/mmm/yyyy | Status<br>Open or Complete |
|---|---|---|---|
| Include section number | | | Open or Complete<br>Once an item is complete it should be removed in the next visit's report |
| Open action items from the PSV report should be listed here and marked as complete if they are resolved. | | | |

| Attachments | |
|---|---|
| **1.** SIV Confirmation Letter | **2.** SIV Follow-up Letter |

Confidential
20150901_CDI14 annotated SIV Report Template_Final Version 2.0
Page 7 of 8

Site Initiation Visit Report
Investigator: <Insert name>
Date of Visit: <dd/mmm/yyyy>

| Attachments | |
|---|---|
| 3. SIV Attendance Log | 4. |

| Documents Collected for the TMF | |
|---|---|
| 1. List all documents collected for the TMF. Do not attach to the report | 2. |
| 3. | 4. |

| Approval Sign-off | |
|---|---|
| | |
| Monitor (Amarex): [Insert Name] | Date  (dd/mmm/yyyy) |
| | |
| Project Manager or Clinical Lead (Amarex): [Insert Name] | Date (dd/mmm/yyyy) |

Confidential
20150901_CDI14 annotated SIV Report Template_Final Version 2.0
Page 8 of 8

## 13.6  SIV Follow-up Letter Template



<dd/mmm/yyyy>

<Investigator Name>
<Investigator Address>

RE:  CytoDyn, Inc. Protocol PRO 140_CD02, Site Initiation Visit, Follow-up Letter

Dear Dr. <Investigator Name>:

I would like to thank your staff for the hospitality shown during the initiation visit conducted on <dd/mmm/yyyy> for the CytoDyn, Inc., Protocol PRO 140_CD02, study. This follow-up letter contains a summary of our discussions and the findings identified during this visit.

**Site Initiation Visit Site Staff Attendees:**
<List Attendees from site staff>

**Protocol Review and Implementation**
<Brief description of the study procedures, including lab procedures discussed>

**Recruitment Plan**
<Describe any planned recruitment methods and strategies>
<Any obstacles or difficulties sites may have in regards to recruitment>

**Informed Consent**
<Provide assessment of consenting process and documentation>

**Facilities and Study Staff and Staff Training**
<Describe whether site facilities and equipment are adequate to conduct the trial>
<Describe whether study supplies have been received and if any are missing and whether they are appropriately accessible/stored>
<Note whether study staff is qualified for delegated responsibilities including what training procedures were done>

**Investigational Product**
<Describe storage area of investigational product>
<Describe if IP accountability and destruction was discussed>

**Regulatory Document Review**
<Note if regulatory binder was complete and up-to-date>
<List missing documents>

**Study Monitoring**
<Briefly describe monitoring visits and frequency>

**eCRF Completion Instructions**
If there are any questions with regard to eCRF completion, refer to the trial specific eCRF completion instructions in your Operations Manual.  In addition, please feel free to contact me with any questions.

20150929_CDI14_SIV FU Letter Template_Final Version 2.0                PI Initials/Date:_____

Confidential                                                                                   Page 1 of 2

**Protocol PRO 140_CD02_SIV Follow-up Letter <insert investigator name>**
Page 2 of 2

**Serious Adverse Event Reporting Procedures**
<Briefly describe procedures for SAE reporting>

**Additional Comments**
<Provide any additional comments necessary>

**Action Items** <Insert action items table from report, including PSV action items>

| Action Item | Responsible Party
Site or Amarex | Date Identified
dd/mmm/yyyy | Status
Open or Complete |
|---|---|---|---|
| | | | *Open or Complete*
*Once an item is complete it should be removed in the next visit's report* |
| | | | |

I look forward to meeting with you during the next monitoring visit.  Please feel free to contact me in my office at (xxx) xxx-xxxx or my cell (xxx) xxx-xxxx, if you have any questions, concerns, or need clarification regarding the report or study.

Best regards,

<CRA Name>
<CRA Title>
Tel: (xxx) xxx-xxxx
Cell: (xxx) xxx-xxxx
Fax: (xxx) xxx-xxxx
Email: xxxx@amarexcro.com

cc:      Site Study Coordinator, Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

20150929_CDI14_SIV FU Letter Template_Final Version 2.0                    PI Initials/Date:_____

Confidential                                                                              Page 2 of 2

## 13.7  Screening Initiation Letter Template



<mark><dd/mmm/yyyy></mark>
<mark><Investigator Name></mark>
<mark><Investigator Address></mark>

RE:  **CytoDyn, Inc. Protocol PRO 140_CD 02 - Approval of Screening Initiation (Site <mark>xxx</mark>)**

Dear Dr. <mark><Investigator Name>:</mark>

This letter is to confirm that you have completed all of the required training and have submitted all of the required documentation in order to begin subject screening and randomization for the **Protocol PRO 140_CD 02 study** being conducted at your site.

The site initiation visit was completed on <mark><dd/mmm/yyyy></mark>. **You are now approved to begin screening/enrollment for the PRO 140_CD 02 study.**

In addition, all trial supplies have been received and you and your team have completed all outstanding initiation visit items.

Based on the completion of the above you may begin subject screening subjects for the trial, including entry of data into the appropriate systems.

Please contact me at my office <mark>(xxx) xxx-xxxx</mark> or on my cell <mark>(xxx) xxx-xxxx</mark>, if you have any questions.

Best regards,

<mark><CRA Name></mark>
Clinical Research Associate
Tel: <mark><CRA phone number></mark>
Cell: <mark><CRA cell number></mark>
Fax: <mark><CRA fax number></mark>
Email: <mark><CRA e-mail></mark>

cc:      Site study coordinator, Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

20150831_CDI14_Screening Initiation Letter Template_Version 1 0.docx      **Confidential**                    **Page 1 of 1**

## 13.8  IMV Confirmation Letter Template



<dd/mmm/yyyy>

<Investigator Name>
<Investigator Address>

RE: CytoDyn, Inc. Protocol PRO 140_CD02, Planned Site Interim Monitoring Visit # [Insert no], dd/mmm/yyyy>

Dear Dr. <Investigator Name>:

This letter is to confirm the interim monitoring visit to be conducted <dd/mmm/yyyy>, starting at approximately <<Time> (example 9.00 am), to review study documentation for the CytoDyn, Inc. Protocol PRO 140_CD02 study being conducted at your site.

During the visit, the following areas will be evaluated and reviewed:
- ☐ Overall clinical trial compliance
- ☐ Informed consent forms for subjects consented or re-consented since the last monitoring visit
- ☐ Regulatory binder, including study logs
- ☐ Source document verification, eCRF review, and eCRF completion
  - • <List subject visits planned for review>
- ☐ DCF resolution
- ☐ Adverse events and serious adverse events, if applicable
- ☐ Central and/or local lab specimens
- ☐ Study personnel and facilities
- ☐ Investigational product
- ☐ Study supplies

<The CRA should consider listing any open action items for the site to resolve prior to the visit>

Please ensure all documents are complete and accurate prior to the visit.

After reviewing the required documents, a summary meeting will be conducted to review findings during the visit.

Please contact me in my office at (xxx) xxx-xxxx or my cell (xxx) xxx-xxxx, if you have any questions or have schedule changes that affect the scheduled visit.  I look forward to meeting with you and your study staff on <Date> (example; dd/mmm/yyyy).

Best regards,

<CRA Name>
<CRA Title>
Tel: (xxx) xxx-xxxx
Cell: (xxx) xxx-xxxx
Fax: (xxx) xxx-xxxx
Email: xxxx@amarexcro.com

cc:      Site study coordinator, Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

## 13.9  IMV Report Template- Annotated



### Interim Monitoring Visit Report

| Sponsor:<br>CytoDyn, Inc. | Investigational Product:<br>PRO 140 | Protocol Number:<br>PRO 140_CD 02 |
|---|---|---|
| Site Number: | Principal Investigator(s):<br><List investigator name and credentials> | Site Name and Address:<br><Insert> |
| Date of Initiation Visit:<br>dd/mmm/yyyy | Date of Last Monitoring Visit:<br>dd/mmm/yyyy | Date of Monitoring Visit:<br>dd/mmm/yyyy<br>[Visit #] |
| Amarex and Sponsor Personnel Present:<br><List all sponsor and Amarex attendees at this visit> | | Study Role:<br><List study roles> |
| Site Personnel Present:<br><List all site attendees at this visit> | | Study Role:<br><List study roles> |

### 1.  Visit Preparation

| Item | Visit Preparation | Yes | No | N/A |
|---|---|---|---|---|
| 1.1 | Was a confirmation letter sent to the site prior to the visit? (Attach letter to this report) | ☐ | ☐* | |
| 1.2 | Was the previous visit report reviewed prior to this visit, including action items, SAEs requiring follow up, CRF status, and query/DCF status, as applicable? | ☐ | ☐* | |
| 1.3 | Was the TMF reviewed prior to the IMV? | ☐ | ☐* | |

*comments required

| Item | Comments – Visit Preparation (Write NA and delete rows if not used) |
|---|---|
| | |
| | |
| | |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 1 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

## 2.   Recruitment Status

| | Cumulative Summary of Recruitment Status | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | Consented | Screened (3+4+5) | Screen Failures | In Screening (If applicable) | Total Randomized (6+7+8) | Active | Early Terminations | Completed |
| Last Visit | | | | | | | | |
| This Visit | | | | | | | | |

| Item | Recruitment Status | Yes | No | N/A |
|---|---|---|---|---|
| 2.1 | Are there any issues related to subject recruitment? | ☐* | ☐ | ☐ |
| 2.2 | Has subject recruitment for the study been completed/discontinued? | ☐* | ☐ | |
| 2.3 | Has subject enrollment for the site been completed/discontinued? | ☐* | ☐ | |

*comments required

| Item | Comments – Recruitment Status (Write NA and delete rows if not used) |
|---|---|
| | |
| | |
| | |

| Summary of Screen Failures (Cumulative) | | | |
|---|---|---|---|
| Subject No. | Date Subject Failed Screening dd/mmm/yyyy | Reason for Screen Failure | Entry Criteria Number Excluding Subject |
| | | | |
| | | | |
| | | | |

| Summary of Discontinued Subjects (Cumulative) | | |
|---|---|---|
| Subject No. | Date Discontinued dd/mmm/yyyy | Reason for Discontinuation |
| | | |
| | | |
| | | |

## 3.   Informed Consent

| Item | Informed Consent | Yes | No | N/A |
|---|---|---|---|---|
| 3.1 | Since the last monitoring visit, were potential subjects consented for the study? | ☐* | ☐ | |
| 3.2 | Since the last monitoring visit, has a revised informed consent form been approved? | ☐* | ☐ | |
| 3.2.1 | If yes, do those changes require the active subjects to be re-consented? | ☐* | ☐ | |
| 3.2.2 | If yes, were active subjects re-consented? | ☐ | ☐* | ☐ |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 2 of 10

CytoDyn, Inc.
Protocol: PRO 140_CD 02

Monitoring Plan
Version 1.0

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Item | Informed Consent | Yes | No | N/A |
|------|------------------|-----|-----|-----|
| 3.3 | Since the last monitoring visit, have informed consent forms for consented/re-consented subjects been reviewed? (document all reviewed consents in table) | ☐ | ☐* | ☐ |
| 3.4 | For consent forms reviewed during this visit, has informed consent and HIPAA authorization been properly obtained? | ☐ | ☐* | ☐ |
| 3.5 | Is HIPAA authorization provided in an independent document from the informed consent? | ☐* | ☐ | |

*comments required

**Informed Consent Monitoring (Cumulative)**

| Subject No. | Date Signed *dd/mmm/yyyy* Date Reviewed *dd/mmm/yyyy* | Consent Version Identifier/ Approval Date *dd/mmm/yyyy* | Type of Consent[1] | HIPAA Authorization Properly Obtained? | Informed Consent Properly Obtained? |
|-------------|------|------|------|------|------|
| | | ICF: HIPAA: | ☐ Initial ☐ Re-consent | ☐ Yes ☐ No* | ☐ Yes ☐ No* |
| | | ICF: HIPAA: | ☐ Initial ☐ Re-consent | ☐ Yes ☐ No* | ☐ Yes ☐ No* |
| | | ICF: HIPAA: | ☐ Initial ☐ Re-consent | ☐ Yes ☐ No* | ☐ Yes ☐ No* |

*comments required
[1] Written, Verbal, Language

| Item | Comments – Informed Consent *(Write NA and delete rows if not used)* |
|------|------|
| | |
| | |
| | |

## 4.    Subject Records Reviewed

| Item | Subject Records Reviewed | Yes | No | N/A |
|------|--------------------------|-----|-----|-----|
| 4.1 | Are case report forms/eCRFs being completed in a timely manner? | ☐ | ☐* | ☐ |
| 4.2 | Were case report forms/eCRFs complete, accurate and legible? | ☐ | ☐* | ☐ |
| 4.3 | Were source documents complete and available for monitoring? | ☐ | ☐* | ☐ |
| 4.4 | Were completed case report forms/eCRFs reviewed against source documentation? | ☐ | ☐* | ☐ |
| 4.5 | Are CRF/eCRF entries supported by and consistent with source documentation? | ☐ | ☐* | ☐ |
| 4.6 | Were CRFs/eCRFs signed/dated by the investigator? | ☐ | ☐* | ☐ |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 3 of 10

CytoDyn, Inc.                                                                          Monitoring Plan
Protocol: PRO 140_CD 02                                                                  Version 1.0

**Interim Monitoring Visit Report**
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Item | Subject Records Reviewed | Yes | No | N/A |
|---|---|---|---|---|
| 4.7 | Have all outstanding data clarification forms/data issues been resolved? | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Subject Records Reviewed (Write NA and delete rows if not used) |
|---|---|
| | |
| | |
| | |

| Subject No. | CRF Visits/Logs/Diaries Reviewed | CRF Visits and/or Pages Retrieved |
|---|---|---|
| | | |
| | | |
| | | |

### 5.   Study Conduct

| Item | Since the last monitoring visit: | Yes | No | N/A |
|---|---|---|---|---|
| 5.1 | Has subject selection been done in accordance with inclusion/exclusion criteria specified in the protocol? | ☐ | ☐* | ☐ |
| 5.2 | Have study procedures/assessments been performed in accordance with the protocol? | ☐ | ☐* | ☐ |
| 5.3 | Have subjects been properly randomized? | ☐ | ☐* | ☐ |
| 5.4.1 | For blinded studies, has the study blind been maintained? | ☐ | ☐* | ☐ |
| 5.5 | Have central laboratory samples been properly obtained, stored, and processed? | ☐ | ☐* | ☐ |
| 5.6 | Have adverse events that occurred been appropriately recorded? | ☐ | ☐* | ☐ |

*comments required; record protocol deviations in the protocol deviations log (Section 9)

| Item | Comments – Study Conduct (Write NA and delete rows if not used) |
|---|---|
| | |
| | |
| | |

### 6.   Facilities, Staff and Supplies

| Item | Facilities, Staff and Supplies | Yes | No | N/A |
|---|---|---|---|---|
| 6.1 | Since the last monitoring visit has there been any change in the site personnel? | ☐* | ☐ | |
| 6.2 | Was the experience of the new study personnel reviewed? | ☐* | ☐* | ☐ |
| 6.3 | Was training of the new study personnel conducted and documented?  If yes, describe type and scope of training in the comments. | ☐* | ☐* | ☐ |
| 6.4 | Have the training documentation for individuals listed on the site delegation log been filed appropriately? | ☐ | ☐* | ☐ |
| 6.5 | Have new study personnel signed the Delegation of Authority Log? | ☐ | ☐* | ☐ |
| 6.7 | Do the facilities remain adequate to conduct the study? | ☐ | ☐* | |
| 6.8 | Have there been any changes in the facilities used to conduct the study? | ☐* | ☐ | ☐ |
| 6.9 | Do the changes in facilities/staff require updates to regulatory documentation? | ☐* | ☐ | ☐ |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 4 of 10

CytoDyn, Inc.  
Protocol: PRO 140_CD 02

Monitoring Plan  
Version 1.0

**Interim Monitoring Visit Report**  
Investigator: <Insert name>  
IMV #:  
Date of Visit: <dd/mmm/yyyy>

| Item | Facilities, Staff and Supplies | Yes | No | N/A |
|------|-------------------------------|-----|-----|-----|
| 6.10 | Does the site have adequate supplies (e.g., source document binders, worksheets, laboratory supplies) to conduct the study? | ☐ | ☐* | ☐ |
| 6.11 | Is the study required equipment(s) adequate and maintained? List all required equipments in the comments section | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Facilities, Staff and Supplies *(Write NA and delete rows if not used)* |
|------|-------------------------------------------------------------------------------------|
|      |                                                                                     |
|      |                                                                                     |
|      |                                                                                     |

## 7.  Investigational Product

| Item | Investigational Product | Yes | No | N/A |
|------|------------------------|-----|-----|-----|
| 7.1 | Was pharmacy binder reviewed? | ☐ | ☐* | ☐ |
| 7.2 | Are records of receipt for all Investigational Products been properly filed? | ☐ | ☐* | ☐ |
| 7.3 | Since the last monitoring visit have the Investigational Product(s) been dispensed to subjects in accordance with the study protocol? | ☐ | ☐* | ☐ |
| 7.4 | Have the Investigational Product(s) been stored in accordance with the protocol? | ☐ | ☐* | ☐ |
| 7.5 | Is/are the Investigational Product accountability log(s) complete and do they reconcile with subject source documents? | ☐ | ☐* | ☐ |
| 7.6 | Has the supply of Investigational Products been inventoried? | ☐ | ☐* | ☐ |
| 7.7 | Does the amount of Investigational Product inventory on hand coincide with the accountability logs? | ☐ | ☐* | ☐ |
| 7.8 | Is/are the expiration date(s) of Investigational Product(s) acceptable for conducting the study? | ☐ | ☐* | ☐ |
| 7.9 | Does the Investigational Product supply remain adequate? | ☐ | ☐* | ☐ |
| 7.10 | Is the temperature log for the Investigational Product storage area maintained and up to date? | ☐ | ☐* | ☐ |

*describe in comments

| Item | Comments – Investigational Product *(Write NA and delete rows if not used)* |
|------|-----------------------------------------------------------------------------|
|      |                                                                             |
|      |                                                                             |
|      |                                                                             |

## 8.  Regulatory, IRB, and GCP Compliance

| Item | Regulatory, IRB and GCP Compliance | Yes | No | N/A |
|------|------------------------------------|-----|-----|-----|
| 8.1 | Is the Investigator conducting the study in accordance with all applicable good clinical practice guidelines, federal, state, and local regulations, and IRB requirements? | ☐ | ☐* | |
| 8.2 | Were all FDA Reportable Events/Safety Letters submitted to the IRB? | ☐ | ☐* | ☐ |
| 8.3 | Since the last visit, were all Investigator Brochure/product information revisions submitted to the IRB? | ☐ | ☐* | ☐ |
| 8.4 | Since the last visit, have submitted Investigator Brochure/product information been approved by the IRB? | ☐ | ☐* | ☐ |

Confidential  
20151028_CDI14 annotated IMV Report Template_v1.0  
Page 5 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Item | Regulatory, IRB and GCP Compliance | Yes | No | N/A |
|---|---|---|---|---|
| 8.5 | Since the last visit, have all protocol amendments and/or consent revisions been submitted to the IRB? | ☐ | ☐* | ☐ |
| 8.6 | Since the last visit, have submitted protocol amendments and/or informed consent revisions been approved by the IRB? | ☐ | ☐* | ☐ |
| 8.7 | Since the last visit, have other documents been submitted to the IRB? (specify these documents in comments) | ☐ | ☐* | ☐ |
| 8.8 | Since the last visit, have other submitted documents been approved by the IRB? | ☐ | ☐* | ☐ |
| 8.9 | Have all significant protocol deviations (e.g., informed consent, selection criteria, study procedures, Investigational Product administration, withdrawal criteria, concomitant medications) been appropriately reported to the IRB? | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Regulatory, IRB, and GCP Compliance |
|---|---|
| | *(Write NA and delete rows if not used)* |
| | |
| | |
| | |

## 9.    Regulatory and Study Document Review

| Item | Study Document Review | Yes | No | N/A |
|---|---|---|---|---|
| 9.1 | Was the site visit log signed for each day of the visit? | ☐ | ☐* | ☐ |
| 9.2 | Is the site personnel signature/delegation of authority log complete and up to date? | ☐ | ☐* | ☐ |
| 9.3 | Is the Screening/Enrollment log complete and up to date? | ☐ | ☐* | ☐ |
| 9.4 | Is the Informed Consent log complete and up to date? | ☐ | ☐* | ☐ |
| 9.5 | Are other study logs required for the study complete and up to date? Specify: | ☐ | ☐* | ☐ |
| 9.6 | Are the study manuals current and up to date? | ☐ | ☐* | ☐ |
| 9.7 | Was the regulatory binder reviewed? If no, do not complete items 9.8 through 9.41 | ☐ | ☐* | ☐ |

| Item | The following regulatory documents are complete and up to date: | Yes | No | N/A |
|---|---|---|---|---|
| 9.8 | CDA | ☐ | ☐* | ☐ |
| 9.9 | Insurance certificate | ☐ | ☐* | ☐ |
| 9.10 | Investigators Brochure/Product information Version # / Date: | ☐ | ☐* | ☐ |
| 9.11 | Study protocol (list version number/date) | ☐ | ☐* | ☐ |
| 9.12 | Protocol signature page(s) (list each one, if applicable) Version # / Date signed: | ☐ | ☐* | ☐ |
| 9.13 | Protocol amendments (list each one, if applicable) Version # / Date: | ☐ | ☐* | ☐ |
| 9.14 | Protocol amendment signature page(s) (list each one, if applicable) Version # / Date signed: | ☐ | ☐* | ☐ |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 6 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Item | The following regulatory documents are complete and up to date: | Yes | No | N/A |
|---|---|---|---|---|
| 9.15 | IRB approval (initial) of protocol<br>Expires: | ☐ | ☐* | ☐ |
| 9.16 | IRB approval of protocol amendment(s)<br>Version # / Date approved: | ☐ | ☐* | ☐ |
| 9.17 | IRB approved informed consent form(s)<br>Version # / Date approved: | ☐ | ☐* | ☐ |
| 9.18 | Other IRB approval letters (list all) | ☐ | ☐* | ☐ |
| 9.19 | IRB approved advertisements/recruitment materials (list each one, if applicable) | ☐ | ☐* | ☐ |
| 9.20 | IRB correspondence and reports | ☐ | ☐* | ☐ |
| 9.21 | Current IRB membership list / Assurance number | ☐ | ☐* | ☐ |
| 9.22 | IRB notification of reportable safety events | ☐ | ☐* | ☐ |
| 9.23 | Reportable safety events documentation | ☐ | ☐* | ☐ |
| 9.24 | Completed Serious Adverse Event report forms<br>*Confirm filed forms match the SAE list in Section 9* | ☐ | ☐* | ☐ |
| 9.25 | Study Correspondence | ☐ | ☐* | ☐ |

| Item | Have there been updates to the following documents? | Yes | No | N/A |
|---|---|---|---|---|
| 9.26 | FDA 1572 form/Investigator Agreement<br>Date signed: | ☐* | ☐ | ☐ |
| 9.27 | Principal Investigator CV<br>Date signed: | ☐* | ☐ | ☐ |
| 9.28 | Sub investigator CV(s)<br>Last name/Date signed: | ☐* | ☐ | ☐ |
| 9.29 | PI medical license<br>Expiration date: | ☐* | ☐ | ☐ |
| 9.30 | Sub-investigator medical license(s)<br>Last name/Expiration date: | ☐* | ☐ | ☐ |
| 9.31 | Financial disclosure forms<br>Last name/Last signature date | ☐* | ☐ | ☐ |
| 9.32 | Central laboratory License – CLIA<br>Expiration date: | ☐* | ☐ | ☐ |
| 9.33 | Central laboratory License - CAP<br>Expiration date: | ☐* | ☐ | ☐ |
| 9.34 | Central laboratory License – Other (list each one, if applicable)<br>Expiration date: | ☐* | ☐ | ☐ |
| 9.35 | Central laboratory normal ranges | ☐* | ☐ | ☐ |
| 9.36 | Central laboratory Director CV | ☐* | ☐ | ☐ |
| 9.37 | Local laboratory License- CLIA<br>Expiration date | ☐* | ☐ | ☐ |
| 9.38 | Local laboratory License- CAP<br>Expiration date | ☐* | ☐ | ☐ |
| 9.39 | Local laboratory License- Other (list each one, if applicable)<br>Expiration date | ☐* | ☐ | ☐ |
| 9.40 | Local laboratory normal ranges | ☐* | ☐ | ☐ |
| 9.41 | Local laboratory Director CV | ☐* | ☐ | ☐ |

*describe in comments

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 7 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Item | Comments – Regulatory Document Review *(Write NA and delete rows if not used)* |
|------|-------------------------------------------------------------------------------|
|      |                                                                               |
|      |                                                                               |
|      |                                                                               |

## 10.   Protocol Deviations

- ☐ No protocol deviations have been noted to date
- ☐ A list of protocol deviations identified at this visit are provide below
- ☐ A cumulative list of protocol deviations noted for the study provided below.
  - ☐ Deviations were identified at this visit
  - ☐ No deviations were noted at this visit

| Subject No. | Study Visit | Deviation Date dd/mmm/yyyy | Deviation Type | Sponsor Waiver Issued? | Describe Deviation | Recorded in CRF (Y/N) | Verified by CRA (Y/N) |
|-------------|-------------|----------------------------|----------------|------------------------|--------------------|-----------------------|-----------------------|
|             |             |                            |                |                        |                    |                       |                       |
|             |             |                            |                |                        |                    |                       |                       |
|             |             |                            |                |                        |                    |                       |                       |

\* Deviation types:
1 – Did not meet Inclusion/Exclusion Criteria but Entered in the Study
2 – Developed Withdrawal Criteria During the Study but Not Withdrawn
3 – Received Wrong Treatment or Incorrect Dose of Study Drug
4 – Received Excluded Concomitant Medications
5 – Other

| Subject ID | Comments – Protocol Deviations *(Write NA and delete rows if not used)* |
|------------|------------------------------------------------------------------------|
|            |                                                                        |
|            |                                                                        |
|            |                                                                        |

## 11.   Serious Adverse Events (SAEs)

| Item | | Yes | No | N/A |
|------|--|-----|-----|-----|
| 11.1 | Have there been any SAEs been reported to date? *Ensure all SAEs are included in the Cumulative List of SAEs table below | ☐* | ☐ | ☐ |
| 11.2 | Have SAEs have occurred or been reported since the last visit? * Ensure new SAEs are included in the Cumulative List of SAEs table below | ☐* | ☐ | ☐ |
| 11.3 | Have SAEs have been reported in a timely manner to Amarex/Sponsor since the last visit? | ☐ | ☐* | ☐ |
| 11.4 | Have SAEs have been reported to IRB as required since the last visit? | ☐ | ☐* | ☐ |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 8 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

## Cumulative List of SAEs

| # | Subj No. | SAE Term | SAE Start Date dd/mmm/yyyy | SAE End Date dd/mmm/yyyy | Reported Appropriately? (Y/N) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

| Subject No. | Comments – Serious Adverse Events |
|---|---|
| | |
| | |
| | |

## 12.  Additional Comments (Write N/A if not needed)

| Item | |
|---|---|
| C1 | |
| | |
| | |
| | |

## 13.  Action Items

| Action Item | Responsible Party Site or Amarex | Date Identified dd/mmm/yyyy | Status Open or Complete |
|---|---|---|---|
| | | | Open or Complete Once an item is complete it should be removed in the next visit's report |
| | | | |

| Attachments | |
|---|---|
| 1. IMV Confirmation Letter | 2. IMV Follow-up Letter |
| 3. | 4. |

| Documents Collected for the TMF | |
|---|---|
| 1. | 2. |
| 3. | 4. |

| Approval Sign-off | |
|---|---|
| | |
| Monitor (Amarex): [Insert Name] | Date  (dd/mmm/yyyy) |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 9 of 10

Interim Monitoring Visit Report
Investigator: <Insert name>
IMV #:
Date of Visit: <dd/mmm/yyyy>

| Approval Sign-off | |
| --- | --- |
| | |
| Project Manager or Clinical Lead (Amarex): [Insert Name] | Date (dd/mmm/yyyy) |

Confidential
20151028_CDI14 annotated IMV Report Template_v1.0
Page 10 of 10

## 13.10 IMV Follow-up Letter Template



<mark><dd/mmm/yyyy></mark>

<mark><Investigator Name></mark>
<mark><Investigator Address></mark>

**RE: CytoDyn, Inc. Protocol PRO 140_CD02, Interim Monitoring Visit # [Insert no] Follow-up**

Dear Dr. <mark><Investigator Name>:</mark>

I would like to thank your staff for the hospitality shown during the interim monitoring visit conducted on <mark><dd/mmm/yyyy>,</mark> for the **CytoDyn, Inc., Protocol PRO 140_CD02** study. This follow-up letter contains a summary of the findings identified during this visit.

**Interim Monitoring Visit Site Staff Attendees:**
<List Attendees>

**Recruitment Status**
<Provide number of patients enrolled and target enrollment>
<Describe any new or planned recruitment methods and strategies>

**Informed Consent**
<Provide number of patients who have signed consent>
<Provide assessment of consenting process and documentation>

**Patient Records Reviewed and Study Conduct**
<List eCRFs reviewed>
<List any eCRF completion problems/issues>
<List any study conduct problems/issues>
<Describe any protocol deviations and possible solutions>

**Protocol Deviations**
The below table contains a cumulative list of protocol deviations noted to date <CRA may just list deviations identified at this visit, if the deviations list is too long>. Please make sure to report all the listed deviations to your IRB as required and file the correspondence in the Regulatory Binder.

| Date Confirmed at Site dd/mmm/yyyy | Subject No. | Study Visit | Deviation Date dd/mmm/yyyy | Deviation Type | Sponsor Waiver Issued? | Describe Deviation |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

\* Deviation types:
1 – Did not meet Inclusion/Exclusion Criteria but Entered in the Study
2 – Developed Withdrawal Criteria During the Study but Not Withdrawn
3 – Received Wrong Treatment or Incorrect Dose of Study Drug
4 – Received Excluded Concomitant Medications
5 - Other

20151028_CDII4_IMV FU Letter Template_v1.0.doc     Confidential                     Page 1 of 2

PI Signature/Date_____

Protocol PRO 140_CD02 _IMV#xxx_Follow Up Letter <insert investigator name>

**Serious Adverse Events (SAEs)**
The below table contains a cumulative list of protocol deviations noted to date <CRA may just list SAEs identified at this visit, if the SAE list is too long>. Please make sure to report all the listed SAEs to your IRB as required and file the correspondence in the Regulatory Binder.

| # | Subj No. | SAE Term | SAE Start Date dd/mmm/yyyy | SAE End Date dd/mmm/yyyy | Date Reported to dd/mmm/yyyy | | |
|---|----------|----------|---------------------------|-------------------------|------|-----------------|------------------|
| | | | | | Site | IRB (if applicable) | Amarex/ Sponsor |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

**Facilities and Study Staff**
<Describe whether site facilities and equipment remain adequate to conduct the trial>
<Describe whether site study supplies are adequate and appropriately accessible>
<Note whether study staff is qualified for delegated responsibilities>

**Investigational Product**
<Describe storage of investigational product>
<Note whether accountability log was correct>

**Regulatory Review**
<Note if regulatory binder was complete and up-to-date>
<List any updated documents collected>

**Additional Comments**
<Provide any additional comments necessary>

**Action Items**

| Action Item | Responsible Party Site or Amarex | Date Identified dd/mmm/yyyy | Status Open or Complete |
|-------------|----------------------------------|-----------------------------|-------------------------|
| | | | *Open or Complete*<br>*Once an item is complete it should be removed in the next visit's report* |

I look forward to meeting with you during the next monitoring visit.  Please feel free to contact me at (xxx) xxx-xxxx or my cell (xxx) xxx-xxxx, if you have any questions, concerns, or need clarification regarding the report or study.

Best regards,

<CRA Name>
<CRA Title>
Tel: (xxx) xxx-xxxx
Cell: (xxx) xxx-xxxx
Fax: (xxx) xxx-xxxx
Email: xxxx@amarexcro.com

cc:      Site study coordinator, Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

20151028_CDI14_IMV FU Letter Template_v1.0.doc      Confidential                                    Page 2 of 2

PI Signature/Date_____

CytoDyn, Inc.                                                                                         Monitoring Plan
Protocol: PRO 140_CD 02                                                                             Version 1.0

## 13.11 COV Confirmation Letter Template



<dd/mmm/yyyy>
<Investigator Name>
<Investigator Address>

RE:  CytoDyn, Inc. Protocol PRO 140_CD02, Planned Site Closeout Visit <dd/mmm/yyyy>, Site #xxx

Dear Dr. <Investigator Name>:

This letter is to confirm the Closeout Visit to be conducted <dd/mmm/yyyy>, starting at approximately <time>, for the CytoDyn, Inc. Protocol PRO 140_CD02 study at your site.

During the visit, the following activities will be completed:
- ☐ Ensure investigational product is reconciled and destroyed or returned
- ☐ Ensure all other supplies have been returned
- ☐ Review and reconcile the study regulatory binder to ensure completeness
- ☐ Review subject eCRFs to ensure all eCRF pages and completed queries have been completed
- ☐ Review requirements for record retention and investigator obligations
- ☐ Review procedures in case of an audit
- ☐ Review final IRB reporting procedures
- ☐ Review Sponsor's publication policies
- ☐ Review of study personnel and facilities

Please ensure all documents are complete and accurate prior to the visit.

After completing the above activities, a summary meeting will be conducted to review investigator requirements and any items requiring follow-up.

Please contact me at <CRA phone number> if you have any questions or have schedule changes that affect the scheduled visit.  I look forward to meeting with you and your study staff on <dd/mmm/yyyy>.

Best regards,

<CRA Name>
Amarex Clinical Research, LLC
Tel: <CRA phone number>
Cell: <CRA cell number>
Fax: <CRA fax number>
Email: <CRA e-mail>

cc:      Site study coordinator, Sponsor PM, Amarex PM, Trial Master File

20151028_CDI14_COV Confirmation Letter Template_v1.0.doc      Confidential                          Page 1 of 1

## 13.12 COV Report Template- Annotated



**Close-out Visit Report**

| Sponsor:<br>CytoDyn, Inc. | Investigational Product:<br>PRO 140 | Protocol Number:<br>PRO 140_CD 02 |
|---|---|---|
| Site Number: | Principal Investigator(s):<br><List investigator name and credentials> | Site Name and Address: |
| Date of Initiation Visit:<br>dd/mmm/yyyy | Date of Last Monitoring Visit:<br>dd/mmm/yyyy<br>[Visit #] | Date of Close-out Visit:<br>dd/mmm/yyyy |
| Amarex and Sponsor Personnel Present:<br><List all sponsor and Amarex attendees at this visit> | | Study Role:<br><List study roles> |
| Site Personnel Present:<br><List all site attendees at this visit> | | Study Role:<br><List study roles> |

### 1. Final Recruitment Status

| Number of Subjects | | | |
|---|---|---|---|
| Consented | | Enrolled/Randomized | |
| Screened | | Completed | |
| Screen Failures | | Discontinued | |

### 2. Discussion Items

The following items were discussed with the investigator and responsible study staff:

| Item | Discussion Items | Yes | No | N/A |
|---|---|---|---|---|
| 2.1 | Investigator obligations | ☐ | ☐* | |
| 2.2 | IRB notification of study closure | ☐ | ☐* | |
| 2.3 | Records retention policy | ☐ | ☐* | |
| 2.4 | Records storage* *(State what records the site will be retaining, # Site Document Binders, # Regulatory Binders, # Pharmacy Binders and additional study manuals and site specific binders and write location in comment section)* | ☐* | ☐* | |
| 2.5 | Study audits | ☐ | ☐* | |

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 1 of 6

**Close-out Visit Report**
Investigator: <Insert name>
Date of Close-out Visit: <dd/mmm/yyyy>

| 2.6 | Publication policy | ☐ | ☐* | |
|-----|--------------------|---|-----|---|
| 2.7 | Final financial arrangements | ☐ | ☐* | |
| 2.8 | Financial disclosure | ☐ | ☐* | |

*comments required

| Item | Comments – Recruitment Status & Discussion Items *(Write NA and delete rows if not used)* |
|------|-------------------------------------------------------------------------------------------|
| | |
| | |
| | |

### 3. Case Report Forms and Source Documentation

| Item | Case Report Forms | Yes | No | N/A |
|------|-------------------|-----|-----|-----|
| 3.1 | Have all completed eCRFs been monitored? | ☐ | ☐* | ☐ |
| 3.2 | Have all data clarification forms (DCFs) been completed and monitored? | ☐ | ☐* | ☐ |
| 3.3 | Are all completed eCRFs signed by the PI? | ☐ | ☐* | ☐ |
| 3.4 | Are all source documents, including lab reports, properly filed? | ☐ | ☐* | ☐ |
| 3.5 | Was informed consent was properly obtained from all subjects? | ☐ | ☐* | ☐ |
| 3.6 | Have all ICFs been filed correctly? (specify filing location in comments) | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Case Report Forms *(Write NA and delete rows if not used)* |
|------|----------------------------------------------------------------------|
| | |
| | |
| | |

### 4. Study Supplies

| Item | Study Supplies | Yes | No | N/A |
|------|----------------|-----|-----|-----|
| 4.1 | Have all unused study supplies been destroyed or returned? | ☐ | ☐* | ☐ |
| 4.2 | Has all loaned study equipment been returned? *(list the equipment in comments)* | ☐ | ☐* | ☐ |
| 4.3 | Have all central laboratory supplies been destroyed or returned? | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Study Supplies *(Write NA and delete rows if not used)* |
|------|-------------------------------------------------------------------|
| | |
| | |
| | |

### 5. Study Conduct

| Item | Study Conduct | Yes | No | N/A |
|------|---------------|-----|-----|-----|
| 5.1 | Have all action items from previous monitoring visits been adequately addressed? | ☐ | ☐* | ☐ |
| 5.2 | Are there any ongoing adverse events or serious adverse events that require additional follow-up? | ☐* | ☐ | ☐ |

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 2 of 6

**Close-out Visit Report**
Investigator: <Insert name>
Date of Close-out Visit: <dd/mmm/yyyy>

| Item | Study Conduct | Yes | No | N/A |
|------|---------------|-----|-----|-----|
| 5.3 | Have all central laboratory samples been shipped to the central laboratory? * | ☐ | ☐* | ☐ |
| 5.4 | Are all study manuals present and complete? (list all study manuals in comments) | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Study Conduct (Write NA and delete rows if not used) |
|------|----------------------------------------------------------------|
|  |  |
|  |  |
|  |  |

## 6.  Investigational Product

| Item | Investigational Product | Yes | No | N/A |
|------|-------------------------|-----|-----|-----|
| 6.1 | Was a final inventory of all Investigational Product(s) performed? | ☐ | ☐* | ☐ |
| 6.2 | Do the Investigational Product accountability logs reconcile with the Final Investigational Product inventory form? *Attach the Final Investigational Product Inventory form to the report* | ☐ | ☐* | ☐ |
| 6.3 | Were originals of Investigational Product accountability logs obtained? | ☐ | ☐* | ☐ |
| 6.4 | Was all unused Investigational Product returned to Sherpa? | ☐ | ☐* | ☐ |
| 6.5 | Was pharmacy binder reviewed and found to be up to date? | ☐ | ☐* | ☐ |
| 6.6 | Have all temperature logs been reviewed and retrieved? *if No, retrieve any logs not collected previously | ☐ | ☐* | ☐ |

*comments required

| Item | Comments – Investigational Product (Write NA and delete rows if not used) |
|------|--------------------------------------------------------------------------|
|  |  |
|  |  |
|  |  |

## 7.  Regulatory and Study Document Review

| Item | Study Document Review | Yes | No | N/A |
|------|-----------------------|-----|-----|-----|
| 7.1 | Was the site visit log signed? | ☐ | ☐* | ☐ |
| 7.2 | Is the site personnel signature/delegation of authority log complete and up to date? | ☐ | ☐* | ☐ |
| 7.3 | Is the Screening/Enrollment log complete and up to date? | ☐ | ☐* | ☐ |
| 7.4 | Is Informed Consent log complete and up to date? | ☐ | ☐* | ☐ |
| 7.5 | Are other study logs complete and up to date? (list other logs in comments) | ☐ | ☐* | ☐ |
| 7.6 | Are all the study manuals present at site? | ☐ | ☐* | ☐ |
| 7.7 | Were the originals of all study logs obtained, except the subject identification log? (add in comment section the location of the subject identification log) | ☐ | ☐* | ☐ |
| 7.8 | Was the IRB notified of study closure in writing and a copy of the notification placed in the Regulatory Binder and collected for the TMF? | ☐ | ☐* | ☐ |
| 7.9 | Was the Regulatory Binder reviewed? | ☐ | ☐* | ☐ |

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 3 of 6

CytoDyn, Inc.                                                                                    Monitoring Plan
Protocol: PRO 140_CD 02                                                              Version 1.0

**Close-out Visit Report**
Investigator: <Insert name>
Date of Close-out Visit: <dd/mmm/yyyy>

| Item | The following regulatory documents are complete and up to date: | Yes | No | N/A |
|------|------------------------------------------------------------------|-----|-----|-----|
| 7.10 | CDA/ Insurance certificate | ☐ | ☐* | ☐ |
| 7.11 | Investigators Brochure/Product information<br>Version # / Date: | ☐ | ☐* | ☐ |
| 7.12 | Study protocol  (list version number/date) | ☐ | ☐* | ☐ |
| 7.13 | Protocol amendments (list each one, if applicable)<br>Version # / Date: | ☐ | ☐* | ☐ |
| 7.14 | Protocol signature page(s) (list each one, if applicable)<br>Version # / Date signed: | ☐ | ☐* | ☐ |
| 7.15 | Protocol amendment signature page(s) (list each one, if applicable)<br>Version # / Date signed: | ☐ | ☐* | ☐ |
| 7.16 | FDA 1572 form/Investigator's Agreement (list each one, if applicable)<br>Date signed: | ☐ | ☐* | ☐ |
| 7.17 | Principal Investigator CV<br>Date signed: | ☐ | ☐* | ☐ |
| 7.18 | Sub-investigator CV(s)<br>Last name/Date signed: | ☐ | ☐* | ☐ |
| 7.19 | PI medical license | ☐ | ☐* | ☐ |
| 7.20 | Sub-investigator medical license (s) | ☐ | ☐* | ☐ |
| 7.21 | Financial disclosure forms | ☐ | ☐* | ☐ |
| 7.22 | IRB approval (initial) of protocol and continuing review approvals<br>Initial approval date:<br>Current expiration date: | ☐ | ☐* | ☐ |
| 7.23 | IRB approval of protocol amendment(s)<br>Version # / Date approved: | ☐ | ☐* | ☐ |
| 7.25 | Current IRB membership list / Assurance number | ☐ | ☐* | ☐ |
| 7.25 | IRB approved informed consent form(s) (list each one, if applicable)<br>Version # / Date approved: | ☐ | ☐* | ☐ |
| 7.26 | IRB approval letters for other materials (list all) | ☐ | ☐* | ☐ |
| 7.27 | IRB correspondence and reports | ☐ | ☐* | ☐ |
| 7.28 | Central laboratory License<br>CAP expires:<br>CLIA expires:<br>Other license (specify type and expiration): | ☐ | ☐* | ☐ |
| 7.29 | Central laboratory normal ranges | ☐ | ☐* | ☐ |
| 7.30 | Central laboratory Director CV | ☐ | ☐* | ☐ |
| 7.31 | Local laboratory License<br>CAP expires:<br>CLIA expires:<br>Other license (specify type and expiration): | ☐ | ☐* | ☐ |
| 7.32 | Local laboratory normal ranges | ☐ | ☐* | ☐ |
| 7.33 | Local laboratory Director CV | ☐ | ☐* | ☐ |
| 7.34 | Reportable safety events documentation | ☐ | ☐* | ☐ |
| 7.35 | IRB notification of reportable safety events | ☐ | ☐* | ☐ |
| 7.36 | Completed Serious Adverse Event report forms<br>Confirm filed forms match the SAE list in Section 9 | ☐ | ☐* | ☐ |
| 7.37 | Study Correspondence | ☐ | ☐* | ☐ |

*comments required

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 4 of 6

**Close-out Visit Report**
Investigator: <Insert name>
Date of Close-out Visit: <dd/mmm/yyyy>

| Item | Comments – Regulatory Document Review *(Write NA and delete rows if not used)* |
|---|---|
|  |  |
|  |  |
|  |  |

### 8. Protocol Deviations

- ☐ No protocol deviations have been noted to date
- ☐ A cumulative list of protocol deviations noted for the study site provided below.
- ☐ Deviations were identified at this visit
- ☐ No deviations were noted at this visit

| Subject No. | Study Visit | Deviation Date *dd/mmm/yyyy* | Deviation Type | Sponsor Waiver Issued? | Describe Deviation | Recorded in CRF *(Y/N)* | Verified by CRA *(Y/N)* |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Deviation types:
1 – Did not meet Inclusion/Exclusion Criteria but Entered in the Study
2 – Developed Withdrawal Criteria During the Study but Not Withdrawn
3 – Received Wrong Treatment or Incorrect Dose of Study Drug
4 – Received Excluded Concomitant Medications
5 – Others

| Subject No. | Comments – Protocol Deviations *(Write NA and delete rows if not used)* |
|---|---|
|  |  |
|  |  |
|  |  |

### 9. Serious Adverse Events (SAEs)

- ☐ No SAEs have been noted to date
- ☐ SAEs have been reported in a timely manner to Amarex/Sponsor
- ☐ SAEs have been reported to IRB as required
- ☐ A cumulative list of SAEs noted for the study provided below.
  - ☐ SAEs were identified at this visit
  - ☐ No SAEs were noted at this visit

| # | Subject No. | SAE Term | SAE Start Date *dd/mmm/yyyy* | SAE End Date *dd/mmm/yyyy* | Reported Appropriately? *(Y/N)* | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Site | IRB *(if applicable)* | Amarex/ Sponsor |
| 1 |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |

### 10. Additional Comments *(Write N/A if not needed)*

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 5 of 6

**Close-out Visit Report**
Investigator: <Insert name>
Date of Close-out Visit: <dd/mmm/yyyy>

| Item | |
|------|--|
| C1 | |
| | |
| | |

## 11. Action Items

| Action Item | Responsible Party<br>*Site or Amarex* | Date Identified<br>*dd/mmm/yyyy* | Status<br>*Open or Complete* |
|-------------|----------------------|-----------------|--------------------|
| | | | |
| | | | |

| Attachments | |
|-------------|--|
| **1.** COV Confirmation Letter | **2.** COV Follow-up Letter |
| **3.** Final Investigational Product Reconciliation Form | **4.** |

| Documents Collected for the TMF | |
|----------------------------------|--|
| **1.** Study Logs (list each collected) | **2.** |
| **3.** | **4.** |

| Approval Sign-off | |
|-------------------|--|
| | |
| **Monitor (Amarex): [Insert Name]** | **Date** *(dd/mmm/yyyy)* |
| | |
| **Project Manager or Clinical Lead (Amarex): [Insert Name]** | **Date** *(dd/mmm/yyyy)* |

Confidential
20151028_CDI14_annotated COV Report Template_v1.0
Page 6 of 6

## 13.13 COV Follow-up Letter Template



<dd/mmm/yyyy>
<Investigator Name>
<Investigator Address>

RE:  CytoDyn, Inc. Protocol PRO 140_CD02, Closeout Visit Follow-up, Site #xxx

Dear Dr. <Investigator Name>:

I would like to thank your staff for the hospitality shown during the closeout visit conducted on <Date>
<dd/mmm/yyyy>, for the **CytoDyn, Inc. Protocol PRO 140_CD02 study**. This follow-up letter contains a
summary of the discussion which occurred during this visit.

**Regulatory Documents**
<Presence of IRB closure letter>
<List any missing documents and what should be done to resolve the situation>

**Record Retention**
<Describe documents that need to be retained, study manuals, Regulatory Binder, etc.>
<Describe length of time to maintain documents>
<List specific location/address where records will be stored>

**Financial Disclosure Records and Other Financial Information**
An updated Financial Disclosure Form should be provided to Macrocure, Ltd. if your financial
arrangements with to Macrocure, Ltd., change within one year following study completion.

<Note any missing financial disclosure forms>

**Audit**
Please be aware that the FDA could plan an inspection of your facility at any time.  Should you be notified
of an inspection, contact **Amarex** and **CytoDyn, Inc.,** immediately.

**Publication Policy**
<Describe Sponsor's publication policy or refer PI to location of specific details on publications (i.e., study
protocol or contract)>

**Investigational Product**
<Describe disposition of investigational product>

**Outstanding items**
<Describe any outstanding items >

| Action Item | Responsible Party<br>Site or Amarex | Date Identified<br>dd/mmm/yyyy | Status<br>Open or Complete |
|---|---|---|---|
| | | | |

20151028_CDI14_COV FU Letter Template_v1.0.doc     Confidential

Page 1 of 2

PI Signature/Date_____

**PRO 140_CD 02 - COV Follow Up Letter** <insert investigator name>

| | | | Open or Complete<br>Once an item is complete it should be removed in the next visit's report |
|---|---|---|---|
| | | | |

On behalf of **CytoDyn, Inc.**, it has been a pleasure working with you and your staff on this study.  Please contact me in my office at (xxx) xxx-xxxx or my cell (xxx) xxx-xxxx if you have any questions about the above-mentioned items.

Best regards,

<CRA Name>
Amarex Clinical Research, LLC
Tel: <CRA phone number>
Cell: <CRA cell number>
Fax:  <CRA fax number>
Email: <CRA e-mail>

cc:      Site study coordinator, Sponsor PM, Amarex PM, Trial Master File

20151028_CDI14_COV FU Letter Template_v1.0.doc       Confidential                                    Page 2 of 2

PI Signature/Date_____

## 13.14 Early Termination Letter Template



<dd/mmm/yyyy>
<Investigator Name>
<Investigator Address>

RE:  CytoDyn, Inc. Protocol PRO 140_CD02

Dear Dr. <Investigator Name>:

This letter confirms that, after careful consideration, CytoDyn, Inc., has decided to end your participation as an investigator in the PRO 140_CD 02 study due to an inability to randomize an adequate number of subjects following the Site Initiation Visit.

As you know, it is imperative that each site produce a sufficient number of subjects for evaluation of across-site consistency of treatment effect. Your ability to not randomize an adequate number of subjects suggests that this study does not match the patient population you are likely to evaluate and treat within the scope of your practice.

We appreciate the time and effort you and your staff have devoted to the trial. We are requesting continued cooperation in this regard until all close out activities can be completed.

Your CRA will be in communication to ensure all procedures for study close out are accomplished.

Please do not hesitate to contact me if you have any questions about this letter. On behalf of CytoDyn, Inc., we thank you and your team for your work on the study thus far.

Best regards,

< Name>
Amarex Clinical Research, LLC
Tel: < phone number>
Cell: < cell number>
Fax: < fax number>
Email: < e-mail>

cc:      Site study coordinator, Sponsor PM, Amarex PM, Amarex Clinical Lead, Trial Master File

20151028_CDI14_Eady Termination Letter Template_v1.0.docx      Confidential                              Page 1 of 1