# EXHIBIT E

**From:** Martin Lush <martinlush@nsf.org>
**Sent:** Monday, August 9, 2021 1:02 PM
**To:** Christopher Recknor <crecknor@cytodyn.com>
**Subject:** Amarex In-Process Vendor Audit on behalf of CytoDyn - update

Dear Chris

Firstly, I hope you are keeping well.

Chris, I have received the email (below) regarding CytoDyn's audit request. In light of COVID-19 protocols, Amarex is not permitting on-site audits by any client at this time. Furthermore, CytoDyn and Amarex remain in a dispute regarding the outstanding payments. As set forth in our demand letter, CytoDyn is in material breach of the contract and all data transfer is therefore suspended. In light of this, we do not believe that CytoDyn has a right to require an audit. We obviously remain open, and willing, to continue to work towards a resolution and are willing to return to the audit discussion at a later date.

Best personal regards

*Martin*

**Martin Lush**
Global Vice President, NSF Pharmaceuticals, Med Devices & Dietary Supplements.

**T** +44 (0)1751 432999   **E** martinlush@nsf.org

**NSF Health Sciences Limited** | **an NSF International company** | **nsf.org**
The Georgian House, 22/24 West End, Kirkbymoorside, York, YO62 6AF, UK
nsfpharma.org

🖨 **Please consider the environment before printing this email**


**From:** Christopher Recknor <crecknor@cytodyn.com>
**Sent:** Friday, August 6, 2021 6:02 PM
**To:** Nupur Murali <nmurali@cytodyn.com>; Kush Dhody <kushd@amarexcro.com>; wbakergcp@gmail.com
**Subject:** Re: Amarex In-Process Vendor Audit on behalf of CytoDyn

Kush, We have discussed the need for audit several times in the past. I am following up on CytoDyn's August 3, 2021 request to audit Amarex regarding CytoDyn's clinical trials. Section 2.4 of the contract requires that Amarex allow CytoDyn to audit and inspect Amarex's records and facilitates upon 24 hours' notice and we have given you the courtesy of more than one week notice.
Our auditors from The Commonwealth Clinical Research Group, Inc. will begin their audit at your facilitates at 9:00am on August 11, 2021. That audit will continue until

completed, and we expect it to take 3 business days.  Please confirm by noon eastern time on Monday, August 9 that Amerax will be prepared for and will participate in the audit at the scheduled date and time.

If we do not receive your confirmation, CytoDyn intends to pursue its remedies to compel compliance with this audit requirement.

Sincerely,

Chris Recknor

Section 2.4 provides that "Amarex will maintain accurate, complete, and current records relating to all Services. Amarex will furnish to CytoDyn all data, information, and records maintained in connection with the Services as well as written reports of the process of the Services at reasonable times upon CytoDyn's request. CytoDyn shall be entitled, with at least 24 hours' prior notice, to audit and inspect records, facilities used, and the conduct of the Services relating to a Project Work Order under this Agreement. CytoDyn will not be responsible for payment to Amarex for time spent on audits."

**From:** Nupur Murali <nmurali@cytodyn.com>
**Sent:** Friday, August 6, 2021 9:33 AM
**To:** Christopher Recknor <crecknor@cytodyn.com>
**Subject:** FW: Amarex In-Process Vendor Audit on behalf of CytoDyn

Chris, please see below communication between FDAQRC and Amarex regarding CRO audit for next week.



Nupur Murali
Associate Director - Clinical Development
CytoDyn Inc. (www.cytodyn.com)
1111 Main Street, Suite 660
Vancouver, Washington 98660
E-mail:  nmurali@cytodyn.com
Office:  (360) 980-8524
Facsimile:  (360) 799-5954
Cell: (609) 802-1870

CONFIDENTIALITY NOTICE. This e-mail transmission and any documents, files, or previous e-mail messages appended or attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, or use of the information contained or attached to this transmission is strictly prohibited.  If

you have received this transmission in error, please immediately notify the sender by telephone (360.980.8524) or return the e-mail message to nmurali@cytodyn.com and delete the original transmission, its attachments, and any copies without reading or saving in any manner.  Thank you.

---

**From:** wbakergcp@gmail.com <wbakergcp@gmail.com>
**Sent:** Tuesday, August 3, 2021 6:20 PM
**To:** 'Kush Dhody'
**Cc:** 'David Kuo'; Nupur Murali; 'Amanda White'
**Subject:** RE: Amarex In-Process Vendor Audit on behalf of CytoDyn

Thank you for your response Kush.

We look forward to hearing from you again soon.

Best Regards,

William Baker, MBA
The Commonwealth Clinical Research Group, Inc.
(203) 470-1867


**From:** Kush Dhody <kushd@amarexcro.com>
**Sent:** Tuesday, August 3, 2021 3:18 PM
**To:** wbakergcp@gmail.com
**Cc:** David Kuo <davidk@amarexcro.com>; 'Nupur Murali' <nmurali@cytodyn.com>; 'Amanda White' <a.white@fdaqrc.com>
**Subject:** RE: Amarex In-Process Vendor Audit on behalf of CytoDyn

Hi William,

We received your request and are reviewing internally. We will reach out to CytoDyn to discuss following our review.

Regards,
Kush
----

Kush Dhody, MBBS, MS, CCRA
Sr. Vice President, Clinical Operations
**Amarex Clinical Research, LLC**
20201 Century Boulevard, 4th Floor
Germantown, MD  20874
Tel:  (301) 956-2536
Fax:  (240) 454-7909

Mob: (240) 595-3264
Email: kushd@amarexcro.com
-----------------------------------------------------------------------------------------

The enclosed information, including any attachments hereto, does not constitute a contractual offer or acceptance, is intended solely for discussion purposes and shall in no event be deemed to be an obligation by either party to execute an agreement. Neither party shall have any obligation or liability to the other until such time as both parties shall have executed and delivered a written contract. No employee or agent is authorized to conclude any binding agreement on behalf of Amarex Clinical Research, LLC with another party by email without express written confirmation by authorized officer(s) of the company.

This email message, from Amarex Clinical Research, LLC, may contain confidential information, intended only for the designated recipient(s). If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution, use of, or reliance on, the contents of this e-mail is prohibited. If this message was received in error, please contact the sender by reply email and destroy all copies of the original message.

**From:** wbakergcp@gmail.com <wbakergcp@gmail.com>
**Sent:** Tuesday, August 3, 2021 12:25 PM
**To:** Kush Dhody <kushd@amarexcro.com>
**Cc:** David Kuo <davidk@amarexcro.com>; 'Nupur Murali' <nmurali@cytodyn.com>; 'Amanda White' <a.white@fdaqrc.com>
**Subject:** Amarex In-Process Vendor Audit on behalf of CytoDyn


Good Morning Kush:

On behalf of CytoDyn, I have been asked to schedule a three day audit at your facility to review services being performed for the CytoDyn Oncology Program. The protocols that are in spec for this audit are:

CD07 Compassionate Use:  A Compassionate Use Study of Leronlimab (PRO 140) plus Treatment of Physician's Choice in Patients with CCR5+ Metastatic Triple-Negative Breast Cancer (mTNBC)

CD09:  Basket Study of Leronlimab (PRO 140) in Patients with CCR5+ Locally Advanced or Metastatic Solid Tumors

Please note that additional studies may be included, but the focus for now rests on these two protocols.

I do have next week open, 10-13 August 2021 to complete this audit, or the week of September 13th. Please let me know at your earliest convenience if next week or the week of September 13th will work for your team. A full agenda will be prepared and sent to your attention once the dates have been established.

Thank you in advance for your assistance in setting up this audit. I look forward to hearing from you.

Best Regards,

William Baker, MBA
The Commonwealth Clinical Research Group, Inc.
(203) 470-1867