# EXHIBIT F



law for business

Chicago Detroit Las Vegas Los Angeles Peoria

direct dial: 248.723.0332 Patrick M. McCarthy email:PMcCarthy@howardandhoward.com

August 2, 2021

***Sent Via Certified Mail, Return Receipt Requested and Via E-mail***

**Nader Pourhassan, PhD (**npourhassan@cytodyn.com)
**Director, President & CEO**
**CytoDyn Inc.**
1111 Main Street, Suite 660
Vancouver, WA 98660
**Certified Mail # 7012 1640 00001 4456 4867**

**Antonio Migliarese (**amigliarese@cytodyn.com**)**
**VP, Corporate Controller**
**CytoDyn Inc.**
1111 Main Street, Suite 660
Vancouver, Washington 98660
**Certified Mail # 7012 1640 00001 4456 4850**

**Michael Mulholland** (mmulholland@cytodyn.com)
**Chief Financial Officer**
1111 Main Street, Suite 660
Vancouver, WA 98660
**Certified Mail # 7012 1640 00001 4456 4843**

**Re: Continued Demand for Payment of Outstanding Invoices/Suspension of Services**

Dear Messrs. Pourhassan, Migliarese, and Mulholland

We represent Amarex Clinical Research, LLC ("Amarex"). This letter is a continued demand for payment of substantial sums owed by CytoDyn Inc. ("CytoDyn") to Amarex. As of July 30, 2021, a total amount of $11,544,930.83 is outstanding, with $9,707,413.11 overdue as set forth on the outstanding invoices previously sent to CytoDyn (collectively the "Invoices"), a summary of which is attached.

Under the terms of the Master Services Agreement between CytoDyn and Amarex (the "MSA") and the individual project agreements entered into between CytoDyn and Amarex in connection

with such MSA, CytoDyn is required to pay all invoices within 30 days of receipt.[1] Despite numerous requests for payment made by Amarex, the Invoices remain unpaid and overdue. CytoDyn's failure to pay the Invoices is an ongoing material breach of the MSA and the individual project agreements.

Until and if full payment is received for all Invoice(s), Amarex is suspending all services, as well as any data and analysis transfer to CytoDyn in accordance with the MSA. Notwithstanding the foregoing, Amarex recognizes that the monitoring of patient safety is an integral and critical part of the clinical trial process. Accordingly, Amarex will continue performing, and invoice CytoDyn for, only those services necessary for patient safety or trial monitoring under any ongoing clinical trials, which services will continue only for a reasonable period of time pursuant to Amarex' discretion. All data and analysis transfers to CytoDyn for those trials, however, is suspended.

Amarex reserves all rights and remedies, including but not limited to termination of the MSA and all project agreements as well as other legal action.

Very truly yours,

**HOWARD & HOWARD ATTORNEYS PLLC**

Patrick M. McCarthy

[1] Also pursuant to the terms of the MSA and the individual project agreements, interest accrues at the rate of 1% per month on each overdue Invoice. This interest amount has been added to the outstanding balance due from CytoDyn due to CytoDyn's failure to timely pay the Invoices.

| Transaction Number | Reference | Transaction Date | Due Date | Invoice Currency | Amount Due Original | Amount Outstanding |
|---|---|---|---|---|---|---|
| 192175 | CDI16_GVHD2 | 5/3/2020 | 6/2/2020 | USD | 27,565.92 | 27,565.92 |
| 192193 | CDI38_Basket | 5/4/2020 | 6/3/2020 | USD | 69,852.42 | 7,614.48 |
| 192781 | CDI16_GVHD2 | 6/1/2020 | 7/1/2020 | USD | 29,254.82 | 29,254.82 |
| 192838 | CDI09_Extension | 6/3/2020 | 7/3/2020 | USD | 572.00 | 572.00 |
| 193279 | CDI16_GVHD2 | 7/1/2020 | 7/31/2020 | USD | 206.00 | 206.00 |
| 193360 | CDI16_GVHD2 | 7/3/2020 | 8/2/2020 | USD | 27,510.92 | 27,510.92 |
| 193874 | CDI16_GVHD2 | 8/3/2020 | 9/2/2020 | USD | 27,510.92 | 27,510.92 |
| 194749 | CDI16_GVHD2 | 9/2/2020 | 10/2/2020 | USD | 28,224.42 | 28,224.42 |
| 195666 | CDI16_GVHD2 | 10/1/2020 | 10/31/2020 | USD | 30,314.42 | 30,314.42 |
| 196113 | CDI39-COVID19 | 10/21/2020 | 11/20/2020 | USD | 150.00 | 150.00 |
| 196136 | CDI41_COVID19 | 10/23/2020 | 11/22/2020 | USD | 200.00 | 200.00 |
| 196533 | CDI16_GVHD2 | 11/2/2020 | 12/2/2020 | USD | 27,400.92 | 27,400.92 |
| 196598 | CDI39-COVID19 | 11/4/2020 | 12/4/2020 | USD | 693.50 | 693.50 |
| 196703 | CDI41_COVID19 | 11/9/2020 | 12/9/2020 | USD | 1,250.00 | 1,250.00 |
| 196895 | CDI37_Comp TNBC | 11/23/2020 | 12/23/2020 | USD | 5,775.00 | 5,775.00 |
| 197096 | CDI18_MonoTherapy | 11/30/2020 | 12/30/2020 | USD | 386.19 | 386.19 |
| 197097 | CDI30_Breast Cancer | 11/30/2020 | 12/30/2020 | USD | 113.42 | 113.42 |
| 197100 | CDI39_COVID19 | 11/30/2020 | 12/30/2020 | USD | 218.59 | 218.59 |
| 197101 | CDI41_COVID 19 | 11/30/2020 | 12/30/2020 | USD | 608.42 | 608.42 |
| 197238 | CDI41_COVID 19 | 12/1/2020 | 12/31/2020 | USD | 265,766.70 | 265,766.70 |
| 197365 | CDI29_CDI02 | 12/2/2020 | 1/1/2021 | USD | 25,874.90 | 25,874.90 |
| 197370 | CDI28_mono ext | 12/2/2020 | 1/1/2021 | USD | 29,047.89 | 29,047.89 |
| 197389 | CDI24_AllCompassionate | 12/2/2020 | 1/1/2021 | USD | 22,841.58 | 22,841.58 |
| 197390 | CDI18_MonoTherapy | 12/2/2020 | 1/1/2021 | USD | 114,646.78 | 114,646.78 |
| 197391 | CDI16_GVHD2 | 12/2/2020 | 1/1/2021 | USD | 25,350.42 | 25,350.42 |
| 197393 | CDI09_Extension | 12/2/2020 | 1/1/2021 | USD | 25,782.31 | 25,782.31 |
| 197394 | CDI02_IB | 12/2/2020 | 1/1/2021 | USD | 55,074.00 | 55,074.00 |
| 197410 | CDI39_COVID19 | 12/3/2020 | 1/2/2021 | USD | 17,053.96 | 17,053.96 |
| 197464 | CDI16_GVHD2 | 12/4/2020 | 1/3/2021 | USD | 27,927.45 | 27,927.45 |
| 197484 | CDI25_BLA | 12/6/2020 | 1/5/2021 | USD | 116,602.75 | 116,602.75 |
| 197573 | CDI30_Breast Cancer | 12/10/2020 | 1/9/2021 | USD | 25,700.00 | 25,700.00 |
| 197644 | CDI30_Breast Cancer | 12/14/2020 | 1/13/2021 | USD | 1,500.00 | 1,500.00 |
| 197934 | CDI45 Covid Approval | 12/22/2020 | 1/21/2021 | USD | 51,892.00 | 51,892.00 |
| 198046 | CDI16_GVHD2 | 12/28/2020 | 1/27/2021 | USD | 304.35 | 304.35 |
| 198065 | CDI41_COVID 19 | 12/29/2020 | 1/28/2021 | USD | 420,665.82 | 420,665.82 |
| 198066 | CDI39_COVID19 | 12/29/2020 | 1/28/2021 | USD | 97,376.70 | 97,376.70 |
| 198067 | CDI38_Basket | 12/29/2020 | 1/28/2021 | USD | 32,759.36 | 32,759.36 |
| 198068 | CDI37_Comp TNBC | 12/29/2020 | 1/28/2021 | USD | 25,268.69 | 25,268.69 |
| 198070 | CDI25_BLA | 12/29/2020 | 1/28/2021 | USD | 111,895.25 | 111,895.25 |
| 198073 | CDI18_MonoTherapy | 12/29/2020 | 1/28/2021 | USD | 87,188.66 | 87,188.66 |
| 198075 | CDI30_Breast Cancer | 12/29/2020 | 1/28/2021 | USD | 40,044.64 | 40,044.64 |
| 198076 | CDI29_CDI02 | 12/29/2020 | 1/28/2021 | USD | 25,082.90 | 25,082.90 |
| 198077 | CDI28_mono ext | 12/29/2020 | 1/28/2021 | USD | 31,842.01 | 31,842.01 |
| 198079 | CDI24_AllCompassionate | 12/29/2020 | 1/28/2021 | USD | 20,697.14 | 20,697.14 |

| 198082 | CDI16_GVHD2 | 12/29/2020 | 1/28/2021 | USD | 25,350.42 | 25,350.42 |
|---|---|---|---|---|---|---|
| 198089 | CDI14_Phase 3 | 12/29/2020 | 1/28/2021 | USD | 2,549.95 | 2,549.95 |
| 198090 | CDI09_Extension | 12/29/2020 | 1/28/2021 | USD | 25,574.20 | 25,574.20 |
| 198098 | CDI02_IB | 12/29/2020 | 1/28/2021 | USD | 74,338.00 | 74,338.00 |
| 198514 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 18,304.70 | 18,304.70 |
| 198515 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 9,131.50 | 9,131.50 |
| 198518 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 71,587.50 | 71,587.50 |
| 198519 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 202,680.83 | 202,680.83 |
| 198520 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 57,869.10 | 57,869.10 |
| 198521 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 13,453.20 | 13,453.20 |
| 198522 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 46,205.50 | 46,205.50 |
| 198523 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 68,984.50 | 68,984.50 |
| 198524 | CDI41_COVID19 | 1/5/2021 | 2/4/2021 | USD | 96,319.50 | 96,319.50 |
| 198603 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 252,999.00 | 252,999.00 |
| 198604 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 213,036.75 | 213,036.75 |
| 198605 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 8,381.25 | 8,381.25 |
| 198606 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 97,362.00 | 97,362.00 |
| 198607 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 33,500.00 | 33,500.00 |
| 198608 | CDI41_COVID19 | 1/7/2021 | 2/6/2021 | USD | 6,750.00 | 6,750.00 |
| 198645 | CDI39-COVID19 | 1/11/2021 | 2/10/2021 | USD | 1,350.00 | 1,350.00 |
| 198647 | CDI41_COVID19 | 1/11/2021 | 2/10/2021 | USD | 19,167.00 | 19,167.00 |
| 198648 | CDI41_COVID19 | 1/11/2021 | 2/10/2021 | USD | 2,700.00 | 2,700.00 |
| 198650 | CDI41_COVID19 | 1/11/2021 | 2/10/2021 | USD | 78,196.75 | 78,196.75 |
| 198697 | CDI33_Emergency IND | 1/13/2021 | 2/12/2021 | USD | 125,627.00 | 125,627.00 |
| 198965 | CDI30_Breast Cancer | 1/25/2021 | 2/24/2021 | USD | 107.96 | 107.96 |
| 198966 | CDI37_Comp TNBC | 1/25/2021 | 2/24/2021 | USD | 567.25 | 567.25 |
| 198967 | CDI39-COVID19 | 1/25/2021 | 2/24/2021 | USD | 1,692.43 | 1,692.43 |
| 198968 | CDI41_COVID19 | 1/25/2021 | 2/24/2021 | USD | 1,336.75 | 1,336.75 |
| 198969 | CDI45_COVID | 1/25/2021 | 2/24/2021 | USD | 88.78 | 88.78 |
| 199207 | CDI44 Long Hauler | 2/1/2021 | 3/3/2021 | USD | 101,739.62 | 101,739.62 |
| 199221 | CDI41_COVID 19 | 2/1/2021 | 3/3/2021 | USD | 405,505.18 | 405,505.18 |
| 199222 | CDI39_COVID19 | 2/1/2021 | 3/3/2021 | USD | 56,358.78 | 56,358.78 |
| 199223 | CDI38_Basket | 2/1/2021 | 3/3/2021 | USD | 3,213.20 | 3,213.20 |
| 199224 | CDI37_Comp TNBC | 2/1/2021 | 3/3/2021 | USD | 28,243.35 | 28,243.35 |
| 199225 | CDI34_Nash | 2/1/2021 | 3/3/2021 | USD | 6,342.98 | 6,342.98 |
| 199226 | CDI33_Emergency IND | 2/1/2021 | 3/3/2021 | USD | 133,652.40 | 133,652.40 |
| 199227 | CDI30_Breast Cancer | 2/1/2021 | 3/3/2021 | USD | 44,267.08 | 44,267.08 |
| 199267 | CDI41_COVID19 | 2/2/2021 | 3/4/2021 | USD | 1,933.51 | 1,933.51 |
| 199268 | CDI29_CDI02 | 2/2/2021 | 3/4/2021 | USD | 32,904.65 | 32,904.65 |
| 199270 | CDI28_mono ext | 2/2/2021 | 3/4/2021 | USD | 31,414.99 | 31,414.99 |
| 199272 | CDI25_BLA | 2/2/2021 | 3/4/2021 | USD | 257,962.10 | 257,962.10 |
| 199273 | CDI24_AllCompassionate | 2/2/2021 | 3/4/2021 | USD | 23,063.82 | 23,063.82 |
| 199274 | CDI18_MonoTherapy | 2/2/2021 | 3/4/2021 | USD | 100,797.71 | 100,797.71 |
| 199275 | CDI16_GVHD2 | 2/2/2021 | 3/4/2021 | USD | 25,350.42 | 25,350.42 |
| 199276 | CDI14_Phase 3 | 2/2/2021 | 3/4/2021 | USD | 9,844.95 | 9,844.95 |
| 199277 | CDI09_Extension | 2/2/2021 | 3/4/2021 | USD | 25,980.72 | 25,980.72 |
| 199278 | CDI02_IB | 2/2/2021 | 3/4/2021 | USD | 81,162.00 | 81,162.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 199461 | CDI30_Breast Cancer | 2/9/2021 | 3/11/2021 | USD | 4,137.00 | 4,137.00 |
| 199462 | CDI30_Breast Cancer | 2/9/2021 | 3/11/2021 | USD | 1,957.00 | 1,957.00 |
| 199463 | CDI37_Comp TNBC | 2/9/2021 | 3/11/2021 | USD | 5,451.00 | 5,451.00 |
| 199516 | CDI38_Basket | 2/11/2021 | 3/13/2021 | USD | 1,937.00 | 1,937.00 |
| 199577 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 4,811.00 | 4,811.00 |
| 199585 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 9,701.00 | 9,701.00 |
| 199586 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 8,946.00 | 8,946.00 |
| 199587 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 2,501.00 | 2,501.00 |
| 199589 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 5,859.90 | 5,859.90 |
| 199591 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 5,505.70 | 5,505.70 |
| 199594 | CDI41_COVID19 | 2/15/2021 | 3/17/2021 | USD | 10,690.00 | 10,690.00 |
| 199616 | CDI24_AllCompassionate | 2/16/2021 | 3/18/2021 | USD | 15,088.00 | 15,088.00 |
| 199617 | CDI28_mono ext | 2/16/2021 | 3/18/2021 | USD | 5,281.00 | 5,281.00 |
| 199621 | CDI09_Extension | 2/16/2021 | 3/18/2021 | USD | 1,564.00 | 1,564.00 |
| 199622 | CDI18_MonoTherapy | 2/16/2021 | 3/18/2021 | USD | 325.00 | 325.00 |
| 199623 | CDI29_CDI02 | 2/16/2021 | 3/18/2021 | USD | 325.00 | 325.00 |
| 199704 | CDI30_Breast Cancer | 2/18/2021 | 3/20/2021 | USD | 1,200.00 | 1,200.00 |
| 199705 | CDI30_Breast Cancer | 2/18/2021 | 3/20/2021 | USD | 600.00 | 600.00 |
| 199722 | CDI41_COVID19 | 2/19/2021 | 3/21/2021 | USD | 7,110.50 | 7,110.50 |
| 199723 | CDI41_COVID19 | 2/19/2021 | 3/21/2021 | USD | 2,795.00 | 2,795.00 |
| 199799 | CDI44 Long Hauler | 2/22/2021 | 3/24/2021 | USD | 1,520.00 | 1,520.00 |
| 199876 | CDI24_AllCompassionate | 2/23/2021 | 3/25/2021 | USD | 1,110.00 | 1,110.00 |
| 200032 | CDI18_MonoTherapy | 2/25/2021 | 3/27/2021 | USD | 324.45 | 324.45 |
| 200034 | CDI44 Long Hauler | 2/25/2021 | 3/27/2021 | USD | 325.98 | 325.98 |
| 200079 | CDI41_COVID 19 | 2/26/2021 | 3/28/2021 | USD | 4,275.14 | 4,275.14 |
| 200090 | CDI39-COVID19 | 2/26/2021 | 3/28/2021 | USD | 607.00 | 607.00 |
| 200091 | CDI41_COVID19 | 2/26/2021 | 3/28/2021 | USD | 740.00 | 740.00 |
| 200096 | CDI44 Long Hauler | 2/26/2021 | 3/28/2021 | USD | 1,250.00 | 1,250.00 |
| 200099 | CDI18_MonoTherapy | 2/26/2021 | 3/28/2021 | USD | 475.00 | 475.00 |
| 200101 | CDI29_CDI02 | 2/26/2021 | 3/28/2021 | USD | 1,745.00 | 1,745.00 |
| 200225 | CDI41_COVID 19 | 3/1/2021 | 3/31/2021 | USD | 913,416.73 | 913,416.73 |
| 200228 | CDI39_COVID19 | 3/1/2021 | 3/31/2021 | USD | 25,882.04 | 25,882.04 |
| 200230 | CDI38_Basket | 3/1/2021 | 3/31/2021 | USD | 5,411.83 | 5,411.83 |
| 200238 | CDI37_Comp TNBC | 3/1/2021 | 3/31/2021 | USD | 26,381.24 | 26,381.24 |
| 200246 | CDI33_Emergency IND | 3/1/2021 | 3/31/2021 | USD | 86,966.80 | 86,966.80 |
| 200258 | CDI30_Breast Cancer | 3/1/2021 | 3/31/2021 | USD | 43,957.90 | 43,957.90 |
| 200264 | CDI29_CDI02 | 3/1/2021 | 3/31/2021 | USD | 32,904.65 | 32,904.65 |
| 200265 | CDI28_mono ext | 3/1/2021 | 3/31/2021 | USD | 28,502.37 | 28,502.37 |
| 200273 | CDI25_BLA | 3/1/2021 | 3/31/2021 | USD | 106,886.00 | 106,886.00 |
| 200275 | CDI24_AllCompassionate | 3/1/2021 | 3/31/2021 | USD | 22,748.98 | 22,748.98 |
| 200276 | CDI18_MonoTherapy | 3/1/2021 | 3/31/2021 | USD | 68,765.94 | 68,765.94 |
| 200277 | CDI16_GVHD2 | 3/1/2021 | 3/31/2021 | USD | 25,350.42 | 25,350.42 |
| 200278 | CDI14_Phase 3 | 3/1/2021 | 3/31/2021 | USD | 2,549.95 | 2,549.95 |
| 200279 | CDI09_Extension | 3/1/2021 | 3/31/2021 | USD | 24,874.07 | 24,874.07 |
| 200280 | CDI02_IB | 3/1/2021 | 3/31/2021 | USD | 99,834.00 | 99,834.00 |
| 200320 | CDI29_CDI02 | 3/3/2021 | 4/2/2021 | USD | 560.00 | 560.00 |
| 200357 | CDI44 Long Hauler | 3/4/2021 | 4/3/2021 | USD | 1,250.00 | 1,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200359 | CDI41_COVID19 | 3/4/2021 | 4/3/2021 | USD | 703.00 | 703.00 |
| 200456 | CDI44 Long Hauler | 3/9/2021 | 4/8/2021 | USD | 1,280.00 | 1,280.00 |
| 200491 | CDI24_AllCompassionate | 3/12/2021 | 4/11/2021 | USD | 470.00 | 470.00 |
| 200494 | CDI41_COVID19 | 3/12/2021 | 4/11/2021 | USD | 280.00 | 280.00 |
| 200500 | CDI44 Long Hauler | 3/15/2021 | 4/14/2021 | USD | 2,859.00 | 2,859.00 |
| 200626 | CDI44 Long Hauler | 3/19/2021 | 4/18/2021 | USD | 1,610.00 | 1,610.00 |
| 200627 | CDI41_COVID19 | 3/19/2021 | 4/18/2021 | USD | 543.42 | 543.42 |
| 200830 | CDI45 Covid Approval | 3/23/2021 | 4/22/2021 | USD | 86,980.00 | 86,980.00 |
| 200937 | CDI29_CDI02 | 3/26/2021 | 4/25/2021 | USD | 12,920.00 | 12,920.00 |
| 201011 | CDI29_CDI02 | 3/30/2021 | 4/29/2021 | USD | 280.00 | 280.00 |
| 201141 | CDI41_COVID19 | 4/1/2021 | 5/1/2021 | USD | 440.00 | 440.00 |
| 201276 | CDI39_COVID19 | 4/5/2021 | 5/5/2021 | USD | 53,120.98 | 53,120.98 |
| 201278 | CDI38_Basket | 4/5/2021 | 5/5/2021 | USD | 1,309.40 | 1,309.40 |
| 201285 | CDI37_Comp TNBC | 4/5/2021 | 5/5/2021 | USD | 34,276.72 | 34,276.72 |
| 201293 | CDI33_Emergency IND | 4/5/2021 | 5/5/2021 | USD | 85,469.10 | 85,469.10 |
| 201294 | CDI30_Breast Cancer | 4/5/2021 | 5/5/2021 | USD | 44,323.36 | 44,323.36 |
| 201309 | CDI29_CDI02 | 4/6/2021 | 5/6/2021 | USD | 33,003.65 | 33,003.65 |
| 201310 | CDI28_mono ext | 4/6/2021 | 5/6/2021 | USD | 37,497.55 | 37,497.55 |
| 201314 | CDI25_BLA | 4/6/2021 | 5/6/2021 | USD | 207,411.00 | 207,411.00 |
| 201319 | CDI24_AllCompassionate | 4/6/2021 | 5/6/2021 | USD | 32,762.02 | 32,762.02 |
| 201320 | CDI18_MonoTherapy | 4/6/2021 | 5/6/2021 | USD | 72,442.70 | 72,442.70 |
| 201321 | CDI16_GVHD2 Amendment 3 | 4/6/2021 | 5/6/2021 | USD | 25,350.42 | 25,350.42 |
| 201322 | CDI14_Phase 3 | 4/6/2021 | 5/6/2021 | USD | 2,549.95 | 2,549.95 |
| 201323 | CDI09_Extension | 4/6/2021 | 5/6/2021 | USD | 30,735.43 | 30,735.43 |
| 201324 | CDI41_COVID19 | 4/6/2021 | 5/6/2021 | USD | 18,440.00 | 18,440.00 |
| 201325 | CDI02_IB | 4/6/2021 | 5/6/2021 | USD | 125,378.00 | 125,378.00 |
| 201422 | CDI41_COVID 19 | 4/9/2021 | 5/9/2021 | USD | 769,098.24 | 769,098.24 |
| 201529 | CDI41_COVID19 | 4/15/2021 | 5/15/2021 | USD | 2,424.43 | 2,424.43 |
| 201599 | CDI41_COVID19 | 4/19/2021 | 5/19/2021 | USD | 522.91 | 522.91 |
| 201700 | CDI45 Covid Approval | 4/21/2021 | 5/21/2021 | USD | 41,440.00 | 41,440.00 |
| 201749 | CDI09_Extension | 4/26/2021 | 5/26/2021 | USD | 805.00 | 805.00 |
| 201758 | CDI24_AllCompassionate | 4/26/2021 | 5/26/2021 | USD | 5,635.00 | 5,635.00 |
| 201789 | CDI14_Phase 3 | 4/28/2021 | 5/28/2021 | USD | 145.30 | 145.30 |
| 201790 | CDI41_COVID 19 | 4/28/2021 | 5/28/2021 | USD | 1,288.45 | 1,288.45 |
| 201793 | CDI45 Covid Approval | 4/28/2021 | 5/28/2021 | USD | 189.98 | 189.98 |
| 201816 | CDI28_mono ext | 4/29/2021 | 5/29/2021 | USD | 1,610.00 | 1,610.00 |
| 201817 | CDI09_Extension | 4/29/2021 | 5/29/2021 | USD | 280.00 | 280.00 |
| 202032 | CDI41_COVID 19 | 5/5/2021 | 6/4/2021 | USD | 539,079.78 | 539,079.78 |
| 202059 | CDI39_COVID19 | 5/6/2021 | 6/5/2021 | USD | 52,516.48 | 52,516.48 |
| 202061 | CDI38_Basket | 5/6/2021 | 6/5/2021 | USD | 15,252.78 | 15,252.78 |
| 202062 | CDI37_Comp TNBC | 5/6/2021 | 6/5/2021 | USD | 26,103.74 | 26,103.74 |
| 202064 | CDI33_Emergency IND | 5/6/2021 | 6/5/2021 | USD | 32,397.40 | 32,397.40 |
| 202065 | CDI30_Breast Cancer | 5/6/2021 | 6/5/2021 | USD | 38,366.43 | 38,366.43 |
| 202066 | CDI25_BLA | 5/6/2021 | 6/5/2021 | USD | 174,897.83 | 174,897.83 |
| 202067 | CDI29_CDI02 | 5/6/2021 | 6/5/2021 | USD | 33,003.65 | 33,003.65 |
| 202068 | CDI28_mono ext | 5/6/2021 | 6/5/2021 | USD | 28,567.14 | 28,567.14 |
| 202069 | CDI24_AllCompassionate | 5/6/2021 | 6/5/2021 | USD | 20,530.46 | 20,530.46 |

| 202070 | CDI18_MonoTherapy | 5/6/2021 | 6/5/2021 | USD | 63,577.67 | 63,577.67 |
|---|---|---|---|---|---|---|
| 202071 | CDI16_GVHD2 | 5/6/2021 | 6/5/2021 | USD | 25,051.42 | 25,051.42 |
| 202072 | CDI14_Phase 3 | 5/6/2021 | 6/5/2021 | USD | 2,549.95 | 2,549.95 |
| 202073 | CDI09_Extension | 5/6/2021 | 6/5/2021 | USD | 24,940.05 | 24,940.05 |
| 202075 | CDI02_IB | 5/6/2021 | 6/5/2021 | USD | 45,338.00 | 45,338.00 |
| 202226 | CDI28_mono ext | 5/14/2021 | 6/13/2021 | USD | 1,250.00 | 1,250.00 |
| 202272 | CDI41_COVID19 | 5/18/2021 | 6/17/2021 | USD | 5,752.01 | 522.91 |
| 202328 | CDI28_mono ext | 5/21/2021 | 6/20/2021 | USD | 607.00 | 607.00 |
| 202419 | CDI24_AllCompassionate | 5/26/2021 | 6/25/2021 | USD | 270.00 | 270.00 |
| 202490 | CDI16_GVHD2 | 5/28/2021 | 6/27/2021 | USD | 250.00 | 250.00 |
| 202491 | CDI18_MonoTherapy | 5/28/2021 | 6/27/2021 | USD | 172.30 | 172.30 |
| 202492 | CDI24_AllCompassionate | 5/28/2021 | 6/27/2021 | USD | 176.05 | 176.05 |
| 202494 | CDI39_COVID19 | 5/28/2021 | 6/27/2021 | USD | 1,614.81 | 1,614.81 |
| 202495 | CDI41_COVID 19 | 5/28/2021 | 6/27/2021 | USD | 1,236.55 | 1,236.55 |
| 202692 | CDI29_CD02 Open Label | 6/2/2021 | 7/2/2021 | USD | 33,003.65 | 33,003.65 |
| 202696 | CDI45 Covid Approval | 6/2/2021 | 7/2/2021 | USD | 58,320.00 | 58,320.00 |
| 202697 | CDI41_COVID 19 | 6/2/2021 | 7/2/2021 | USD | 301,451.54 | 301,451.54 |
| 202701 | CDI39_COVID19 | 6/2/2021 | 7/2/2021 | USD | 53,120.98 | 53,120.98 |
| 202709 | CDI38_Basket | 6/2/2021 | 7/2/2021 | USD | 6,916.53 | 6,916.53 |
| 202710 | CDI37_Comp TNBC | 6/2/2021 | 7/2/2021 | USD | 22,450.95 | 22,450.95 |
| 202712 | CDI33_Emergency IND | 6/2/2021 | 7/2/2021 | USD | 22,275.40 | 22,275.40 |
| 202713 | CDI30_Breast Cancer | 6/2/2021 | 7/2/2021 | USD | 36,217.20 | 36,217.20 |
| 202714 | CDI28_mono ext | 6/2/2021 | 7/2/2021 | USD | 28,761.45 | 28,761.45 |
| 202715 | CDI25_BLA | 6/2/2021 | 7/2/2021 | USD | 12,928.00 | 12,928.00 |
| 202716 | CDI24_AllCompassionate | 6/2/2021 | 7/2/2021 | USD | 21,679.66 | 21,679.66 |
| 202717 | CDI18_MonoTherapy | 6/2/2021 | 7/2/2021 | USD | 67,339.15 | 67,339.15 |
| 202718 | CDI16_GVHD2 | 6/2/2021 | 7/2/2021 | USD | 24,139.22 | 24,139.22 |
| 202719 | CDI14_Phase 3 | 6/2/2021 | 7/2/2021 | USD | 7,073.85 | 7,073.85 |
| 202720 | CDI09_Extension | 6/2/2021 | 7/2/2021 | USD | 23,238.70 | 23,238.70 |
| 202721 | CDI02_IB | 6/2/2021 | 7/2/2021 | USD | 42,754.00 | 42,754.00 |
| 202728 | CDI28_mono ext | 6/3/2021 | 7/3/2021 | USD | 607.00 | 607.00 |
| 202895 | CDI34_Nash | 6/15/2021 | 7/15/2021 | USD | 607.00 | 607.00 |
| 203032 | CDI41_COVID 19 | 6/28/2021 | 7/28/2021 | USD | 391.10 | 391.10 |
| 203052 | CDI39-COVID19 | 6/28/2021 | 7/28/2021 | USD | 635.00 | 635.00 |
| 203054 | CDI28_mono ext | 6/28/2021 | 7/28/2021 | USD | 1,110.00 | 1,110.00 |
| 203055 | CDI09_Extension | 6/28/2021 | 7/28/2021 | USD | 475.00 | 475.00 |
| 203056 | CDI18_MonoTherapy | 6/28/2021 | 7/28/2021 | USD | 11,250.00 | 11,250.00 |
| 203057 | CDI24_AllCompassionate | 6/28/2021 | 7/28/2021 | USD | 635.00 | 635.00 |
| 203058 | CDI29_CD02 Open Label | 6/28/2021 | 7/28/2021 | USD | 280.00 | 280.00 |
| 203059 | CDI38_Basket | 6/28/2021 | 7/28/2021 | USD | 4,246.00 | 4,246.00 |
| 203060 | CDI44 Long Hauler | 6/28/2021 | 7/28/2021 | USD | 5,208.00 | 5,208.00 |
| 203066 | CDI30_Breast Cancer | 6/29/2021 | 7/29/2021 | USD | 6,467.00 | 6,467.00 |
| 203067 | CDI41_COVID19 | 6/29/2021 | 7/29/2021 | USD | 4,655.00 | 4,655.00 |
| 203068 | CDI41_COVID19 | 6/29/2021 | 7/29/2021 | USD | 7,778.00 | 7,778.00 |
| 203072 | CDI44 Long Hauler | 6/29/2021 | 7/29/2021 | USD | 750.00 | 750.00 |
| 203173 | CDI34_Nash | 7/1/2021 | 7/31/2021 | USD | 2,461.00 | 2,461.00 |
| 203180 | CDI34_Nash | 7/1/2021 | 7/31/2021 | USD | 5,030.00 | 5,030.00 |

| 203229 | CDI44 Long Hauler | 7/4/2021 | 8/3/2021 | USD | 119,900.63 | 119,900.63 |
|---|---|---|---|---|---|---|
| 203230 | CDI41_COVID 19 | 7/4/2021 | 8/3/2021 | USD | 343,301.13 | 343,301.13 |
| 203231 | CDI39_COVID19 | 7/4/2021 | 8/3/2021 | USD | 53,249.98 | 53,249.98 |
| 203232 | CDI38_Basket | 7/4/2021 | 8/3/2021 | USD | 6,397.69 | 6,397.69 |
| 203233 | CDI37_Comp TNBC | 7/4/2021 | 8/3/2021 | USD | 508.51 | 508.51 |
| 203234 | CDI34_Nash | 7/4/2021 | 8/3/2021 | USD | 54,615.88 | 54,615.88 |
| 203235 | CDI30_Breast Cancer | 7/4/2021 | 8/3/2021 | USD | 65,426.74 | 65,426.74 |
| 203236 | CDI29_CD02 Open Label | 7/4/2021 | 8/3/2021 | USD | 48,381.75 | 48,381.75 |
| 203237 | CDI28_mono ext | 7/4/2021 | 8/3/2021 | USD | 32,986.68 | 32,986.68 |
| 203238 | CDI25_BLA | 7/5/2021 | 8/4/2021 | USD | 33,680.00 | 33,680.00 |
| 203239 | CDI24_AllCompassionate | 7/5/2021 | 8/4/2021 | USD | 20,478.92 | 20,478.92 |
| 203287 | CDI18_Monotherapy | 7/6/2021 | 8/5/2021 | USD | 91,516.00 | 91,516.00 |
| 203288 | CDI16_GVHD2 | 7/6/2021 | 8/5/2021 | USD | 26,675.72 | 26,675.72 |
| 203289 | CDI14_Phase 3 | 7/6/2021 | 8/5/2021 | USD | 2,549.95 | 2,549.95 |
| 203290 | CDI09_Extension | 7/6/2021 | 8/5/2021 | USD | 26,751.68 | 26,751.68 |
| 203292 | CDI02_IB | 7/6/2021 | 8/5/2021 | USD | 53,872.00 | 53,872.00 |
| 203305 | CDI34_Nash | 7/7/2021 | 8/6/2021 | USD | 607.00 | 607.00 |
| 203310 | CDI34_Nash | 7/7/2021 | 8/6/2021 | USD | 1,821.00 | 1,821.00 |
| 203317 | CDI44 Long Hauler | 7/8/2021 | 8/7/2021 | USD | 2,249.00 | 2,249.00 |
| 203333 | CDI30_Breast Cancer | 7/10/2021 | 8/9/2021 | USD | 876.00 | 876.00 |
| 203334 | CDI28_mono ext | 7/10/2021 | 8/9/2021 | USD | 1,431.68 | 1,431.68 |
| 203462 | CDI02_IB | 7/14/2021 | 8/13/2021 | USD | 7,730.00 | 7,730.00 |
| 203553 | CDI34_Nash | 7/16/2021 | 8/15/2021 | USD | 7,047.00 | 7,047.00 |
| 203636 | CDI33_Emergency_IND | 7/19/2021 | 8/18/2021 | USD | 425.00 | 425.00 |
| 203849 | CDI28_mono ext | 7/27/2021 | 8/26/2021 | USD | 3,750.00 | 3,750.00 |
| 203851 | CDI18_MonoTherapy | 7/27/2021 | 8/26/2021 | USD | 4,011.34 | 4,011.34 |
| 203852 | CDI29_CD02 Open Label | 7/27/2021 | 8/26/2021 | USD | 785.18 | 785.18 |
| 203853 | CDI34_Nash | 7/27/2021 | 8/26/2021 | USD | 2,404.77 | 2,404.77 |
| 203854 | CDI37_Comp TNBC | 7/27/2021 | 8/26/2021 | USD | 1,738.47 | 1,738.47 |
| 203855 | CDI44 Long Hauler | 7/27/2021 | 8/26/2021 | USD | 8,092.64 | 8,092.64 |
| 15826 | CONV_15826 | 6/30/2019 | 7/30/2019 | USD | 26,176.02 | 3,661.00 |
| 16211 | CONV_16211 | 10/8/2019 | 11/7/2019 | USD | 100.00 | 100.00 |