IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 21-2533 |
| v. ) | |
| ) | |
| ) | |
| AMAREX CLINICAL RESEARCH, LLC, ) | |
| and NSF INTERNATIONAL, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF CYTODYN, INC.'S
MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of the Motion for a Preliminary Injunction, the accompanying Memorandum of Law and Exhibits, as well as arguments and evidence offered by Plaintiff CytoDyn, Inc., it is hereby:

ORDERED that Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction is GRANTED, and it is further

ORDERED that Defendants Amarex Clinical Research, LLC, and NSF International, Inc., shall, within two days of the entry of this Order, provide Plaintiff CytoDyn, Inc. with full access to all databases for CytoDyn's human clinical trials, and any other Client Information or Confidential Information owned by CytoDyn, as defined the parties' Master Services Agreement, and it is further

ORDERED that Plaintiff CytoDyn, Inc shall be entitled to its attorneys fees and costs incurred in conjunction with this action.

SO ORDERED.

_____