## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Cytodyn, Inc.

                                          **Plaintiff**

Case No.: 8:21-cv-02533-GLS

                                                 vs.

Amarex Clinical Research, LLC, et al.

                                          **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, MIchael Rehbein, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Entry of Appearance in a Civil Case, Financial Interest Disclosure Statement, Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Declaration of Dr. Nader Pourhassan, Ph.D. in Support of Motion for Preliminary Injunction, Declaration of Dr. Christopher P. Recknor, M.D. in Support of Motion for Preliminary Injunction with Exhibits, Proposed Order Granting Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Commercial Arbitration Rules Demand for Arbitration Attachment, and Demand for Arbitration with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/05/2021 at 1:49 PM, I served NSF International, Inc. with the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Entry of Appearance in a Civil Case, Financial Interest Disclosure Statement, Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Declaration of Dr. Nader Pourhassan, Ph.D. in Support of Motion for Preliminary Injunction, Declaration of Dr. Christopher P. Recknor, M.D. in Support of Motion for Preliminary Injunction with Exhibits, Proposed Order Granting Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Commercial Arbitration Rules Demand for Arbitration Attachment, and Demand for Arbitration with Attachments at 789 North Dixboro Road, Ann Arbor, Michigan 48105 by serving Colleen Ramsdell, Administrative Assistant, who stated that he/she is authorized to accept service on behalf of NSF International, Inc..

Colleen Ramsdell is described herein as:

Gender: Female   Race/Skin: White   Age: 50's   Weight: 175   Height: 5'8"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10/5/2021
Executed On



MIchael Rehbein

Client Ref Number: 72901-40020
Job #: 1594526

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050