Cytodyn, Inc.

**Plaintiff**

Case No.: 8:21-cv-02533-GLS

vs.

Amarex Clinical Research, LLC, et al.

**Defendant(s)**

## **AFFIDAVIT OF SERVICE**

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Entry of Appearance in a Civil Case, Financial Interest Disclosure Statement, Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Declaration of Dr. Nader Pourhassan, Ph.D. in Support of Motion for Preliminary Injunction, Declaration of Dr. Christopher P. Recknor, M.D. in Support of Motion for Preliminary Injunction with Exhibits, Proposed Order Granting Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Commercial Arbitration Rules Demand for Arbitration Attachment, and Demand for Arbitration with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/05/2021 at 1:45 PM, I served Amarex Clinical Research, LLC. c/o Cogency Global Inc. at 1519 York Road, Lutherville, Maryland 21903 with the Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Cover Sheet, Entry of Appearance in a Civil Case, Financial Interest Disclosure Statement, Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Memorandum of Law in Support of Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Declaration of Dr. Nader Pourhassan, Ph.D. in Support of Motion for Preliminary Injunction, Declaration of Dr. Christopher P. Recknor, M.D. in Support of Motion for Preliminary Injunction with Exhibits, Proposed Order Granting Plaintiff CytoDyn, Inc.'s Motion for a Preliminary Injunction, Commercial Arbitration Rules Demand for Arbitration Attachment, and Demand for Arbitration with Attachments by serving Mark Hylind, Esquire, authorized to accept service.

Mark Hylind is described herein as:

Gender: Male    Race/Skin: White    Age: 62    Weight: 160    Height: 5'10"    Hair: Black/Gray    Glasses:

I declare under penalty of perjury that this information is true and correct.

10-5-21

Executed On

David S. Felter

Client Ref Number: 72901-40020
Job #: 1594527

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

CytoDyn, Inc.

*Plaintiff(s)*

v.

Amarex Clinical Research, LLC and
NSF International, Inc.

*Defendant(s)*

Civil Action No. 21-2533

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amarex Clinical Research, LLC
c/o Cogency Global Inc.
1519 York Road
Lutherville, MD 21903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark D. Hopson
Benjamin M. Mundel
Jacquelyn E. Fradette
Lucas W.E. Croslow
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/2021

*Signature of Clerk or Deputy Clerk*