IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CytoDyn, Inc.
Plaintiff,

v.

Amarex Clinical Research LLC, et al.
Defendant.

Case No. 8:21-cv-02533-PJM

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants Amarex Clinical Research, LLC and NSF International, Inc.

I certify that I am admitted to practice in this Court.

10/07/2021
Date

*[Signature]*
Signature

Rachel T. McGuckian, #22452
Printed name and bar number

11 N. Washington St., #700, Rockville, MD 20850
Address

rmcguckian@milesstockbridge.com
Email address

301-517-4816
Telephone number

301-517-4816
Fax number

EntryofAppearanceCivil (08/2015)