### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYTODYN, INC. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 21-2533 |
| | * | |
| AMAREX, ET AL. | | |
| **Defendant.** | * | |

### MOTION FOR ADMISSION PRO HAC VICE

I, Rachel T. McGuckian, am a member in good standing of the bar of this Court. I am moving the admission of Patrick M. McCarthy to appear pro hac vice in this case as counsel for AmarexClinical Research, LLC and NSF International, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Michigan Supreme Court 11-30-1993 | 6thCir.COA 3-11-1996; 1stCir.COA 2-22-0C |
| U.S. Court & Date of Admission | 3rdCir.COA 9-29-00; 8thCir.COA 8-5-09 |
| USDC Eastern Dist. of MI 9-18-96 | 7thCir.COA 3-4-16; Fed.Cir.COA 4-26-13 |
| USDC Western Dist. of MI 3-20-02 | USDC Eastern Dist. of WI 6-29-06 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Rachel T. McGuckian #22452 | Patrick M. McCarthy |
| Printed name and bar number | Printed name |
| Miles & Stockbridge P.C. | Howard & Howard Attorneys PLLC |
| Office name | Office name |
| 11 N Washington St Ste 700, Rockville, MD | 450 W. 4th Street, Royal Oak, MI 48067 |
| Address | Address |
| 301-517-4816 | 248-723-0332 |
| Telephone number | Telephone number |
| 301-762-0363 | 248-645-1568 |
| Fax Number | Fax Number |
| rmcguckian@milesstockbridge.com | pmm@h2law.com |
| Email Address | Email Address |

### THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Patrick Michael McCarthy*

was admitted to the practice of law in the courts of the State of Michigan on

*November 30, 1993*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 24, 2021

Clerk