## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYTODYN, INC. | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 21-2533 |
| AMAREX, ET AL. | * | |
| **Defendant.** | * | |

### MOTION FOR ADMISSION PRO HAC VICE

I, Rachel T. McGuckian, am a member in good standing of the bar of this Court. I am moving the admission of Jon R. Steiger to appear pro hac vice in this case as counsel for AmarexClinical Research, LLC and NSF International, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Michigan Supreme Court - 11-10-1983 | USDC Eastern Dist. of CA 6-30-21 |
| California Supreme Court - 01-08-2004 | USDC Western Dist. of WA 12-11-20 |
| | 6thCir. COA 4-25-88 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Rachel T. McGuckian  #22452 | Jon R. Steiger |
| Printed name and bar number | Printed name |
| Miles & Stockbridge P.C. | Howard & Howard Attorneys PLLC |
| Office name | Office name |
| 11 N Washington St Ste 700, Rockville, MD | 450 W. 4th Street, Royal Oak, MI 48067 |
| Address | Address |
| 301-517-4816 | 248-723-0407 |
| Telephone number | Telephone number |
| 301-762-0363 | 248-645-1568 |
| Fax Number | Fax Number |
| rmcguckian@milesstockbridge.com | js@h2law.com |
| Email Address | Email Address |

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jon Robert Steiger*

was admitted to the practice of law in the courts of the State of Michigan on

*November 10, 1983*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 24, 2021

_____
Clerk





## Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JON ROBERT STEIGER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JON ROBERT STEIGER, #229814, was on the 8th day of January, 2004 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of September 27th, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk