**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk  
David E. Ciambruschini, Chief Deputy  
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

October 12, 2021

8:21−cv−02533−PJM  
CytoDyn, Inc. v. Amarex Clinical Research, LLC et al

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Benjamin Mundel and Lucas Croslow. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Refile the motion using the event, "Pro Hac Vice − Corrected."

When the new motion is received, it will be reviewed and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

Very truly yours,

_____/s/_____  
Catherine M. Stavlas  
Clerk, U.S. District Court  
District of Maryland  
prepared by: D. McLain

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600  
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**