# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYTODYN, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. **21-2533 PJM** |
| **AMAREX CLINICAL RESEARCH LLC** *et al.*, | * | |
| Defendant. | * | |

## ORDER

Having considered Defendant's oral Motion to Seal by Telephone Conference held October 12, 2021, and Plaintiff's consent thereto, it is, this 13 day of October 2021,

**ORDERED**

1. The Motion shall be **GRANTED** and the following documents sealed: Complaint Exhibit D (ECF No. 1-5); Motion for Preliminary Injunction Exhibit B (ECF No. 6-5).

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE