**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| CYTODYN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 8:21-cv-02533-PJM |
| | ) |
| AMAREX CLINICAL RESEARCH, LLC, *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Amarex Clinical Research, LLC ("Amarex") and NSF International ("NSF"), by their attorneys, Rachel T. McGuckian, Miles & Stockbridge P.C., Jonathan R. Steiger, Patrick M. McCarthy and Howard & Howard Attorneys PLLC, move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12, and state as follows:

For the reasons stated in Defendants' Memorandum in Support of Their Motion to Dismiss, no allegations support any claim against NSF International in this case, and Amarex should be dismissed because the issuance of a preliminary injunction is unsupported and the remaining requests for relief pleaded against Amarex belong in arbitration pursuant to the parties' arbitration agreement.

WHEREFORE, Defendants respectfully request the Court grant their motion to dismiss.

Respectfully submitted,

*/s/ Rachel T. McGuckian*
Rachel T. McGuckian, #22452
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, MD 20850
Phone: 301-762-1600
Email:  rmcguckian@milesstockbridge.com

Jon R. Steiger (*pro hac vice*)
Patrick M. McCarthy (*pro hac vice*)
Howard & Howard
450 W 4th Street
Royal Oak, Michigan  48067
Phone: 248-723-0332
Email: pmm@h2law.com
Email: js@h2law.com

*Attorneys for Defendants*
*Amarex Clinical Research LLC*
*and NSF Interntional*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2021, the foregoing was filed via

the Court's CM/ECF system and served upon the following parties via the CM/ECF system:

Mark D. Hopson (mhopson@sidley.com)
Benjamin M. Mundel (bmundel@sidley.com)
Lucas Croslow (lcroslow@sidley.com)
Jacquelyn E. Fradette (jfradette@sidley.com)
Sidley Austin, LLP
1501 K Street, N.W.
Washington, D.C.  20005

*/s/ Rachel T. McGuckian*