UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CYTODYN, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAREX CLINICAL RESEARCH, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 8:21-cv-02533-PJM |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss and the accompanying Memorandum of Law in Support and Exhibits thereto, Plaintiff's Opposition and Defendants' Reply, it is, this ____ day of _____, hereby ORDERED:

1. That Defendant NSF International's Motion to Dismiss is hereby **GRANTED** on the basis that that this Court does not have personal jurisdiction over, and does not state a claim against, NSF International; and

2. That Amarex Clinical Research Inc.'s Motion to Dismiss is hereby **GRANTED** on the basis that CytoDyn's non-injunctive claims against Amarex are governed by a valid arbitration agreement and therefore this Court lacks jurisdiction over such claims.

**Hon. Peter J. Messitte
United States District Judge**