# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

CYTODYN, INC,

       Plaintiff,                              Civil Action No. 21-2533

v.                                             Hon. Peter J. Messitte

AMAREX CLINICAL RESEARCH, LLC,
and NSF INTERNATIONAL,

       Defendants.

---

## DECLARATION OF KAZEM KAZEMPOUR, Ph.D

1.      Pursuant to 28 U.S.C. § 1746, I, Kazem Kazempour, make the following statements based on personal knowledge:

2.      I am over eighteen years of age, have personal knowledge of the facts set forth herein, and am competent to testify to the same.

3.      I am the Co-Founder, President and CEO of Amarex Clinical Research, LLC. I have over 30 years of experience in clinical research and clinical product development, and a frequent presenter and publisher in the clinical research arena.

4.      I started my career in mathematical statistics at the Genetics Institute in 1975. In 1991, I joined the U.S. Food and Drug Administration (FDA) as a statistical reviewer.  During my tenure at the FDA, I worked as a Senior Staff Fellow and Mathematical Statistician responsible for supervising and conducting independent statistical analyses for numerous clinical trials and for reviewing clinical trials submissions and protocols.  While in FDA I was responsible for most of early HIV clinical trials and presented to FDA Advisory committee several times for approval/disapproval of most of early HIV treatments.

5.      From 1985 to 1989, I served as Global Senior Director of Biometrics and Clinical Data Systems for Otsuka Pharmaceuticals, an international pharmaceutical company, where I was responsible for the global standardization of biostatistics, scientific programming and data management procedures.  In this capacity, I implemented ICH guidelines and validated programs for all biometric offices, and also prepared and presented the biometrical aspects of study designs for Drugs/clinical devices and submitted to regulatory agencies in the U.S. and Europe.

6.      I have worked on more than 200 clinical trials around the globe, conducting clinical research activities with industry organizations, the National Institutes of Health (NIH), universities and many other research centers. I also contributed to hundreds of FDA and other international regulatory body meetings on over 100 different products. I also established, presented at and participated in many FDA advisory committees and Data Safety Monitoring Boards (DSMBs).

7.      I have authored numerous publications and technical reports, I have taught at George Washington University (GW), and currently I sit on GW's Regulatory Affairs Advisory Board.

### Dr. Daniel Hanley Declaration

8.      I have read the Declaration of Dr. Daniel Hanley and concur with all of his opinions and conclusions concerning the work of Amarex and regarding patient safety.  I will not repeat those opinions and instead briefly address several issues.

### The Nearly $14,000,000 in Unpaid Invoices and CytoDyn's Material Breach

9.      At present, the total sum of unpaid invoices, as of October 22, 2021 is $13,261,982.62 plus $665,937.60 of interest, for a grand total of $13,927,920.22, and continuing. Ex. A. This nearly $14,000,000 in unpaid sums were the product of numerous invoices, over a period of years, from Amarex to CytoDyn.

10.     Section 3.2 of the parties' Master Services Agreement ("MSA") required payment by CytoDyn within thirty (30) days of receipt of an invoice.  CytoDyn has failed to pay Amarex within 30 days of receipt of invoicing.

11.     Section 3.3 of the MSA provided a mechanism for CytoDyn to dispute any invoice within 21 days of receipt of an invoice: "in the event CytoDyn in good faith disputes any invoice or portion thereof, CytoDyn will notify Amarex in writing with an explanation of the reasons for disputing the invoice, and payment of such invoice or portion thereof will not be due until the parties resolve such dispute, provided that CytoDyn will promptly pay the undisputed portion of any disputed invoice as set forth above."  Of the $14,000,000 in unpaid invoices/interest (some of which are from as far back as 2019), CytoDyn never disputed any of the invoices or provided any explanation for any supposed dispute.

12.     Belatedly and untimely, and only in the last few months, CytoDyn throw out generalized, non-specific complaints as to invoicing.

13.     For quite some time, Amarex patiently tried to get CytoDyn to pay its invoices and certainly did not suddenly stop work as CytoDyn incorrectly alleges.  With nearly $14,000,000 past due (again, invoices as old as 2019), Amarex made multiple demands for payment and advised that it would suspend services, including after several warnings, and further communicated that all services, including those for serious adverse effect reporting and patient monitoring, would end in the near future.  CytoDyn did nothing to pay the outstanding invoices to Amarex.

**Serious Adverse Events ("SAE")**

14.     To date, and despite the substantial sum of unpaid invoices, Amarex has not stopped but rather is continuing its medical monitoring associated with serious adverse event ("SAE") reporting.  See also October 21, 2021 letter to counsel for CytoDyn from R. McGluckian.  Ex. B. As a result, no patient is at risk, nor is the integrity of any trial in jeopardy.

15.     Each of the ongoing trials has in place a method of reporting an SAE occurring in a patient other than through the EDC.  For decades, the reporting of SAEs to the sponsor or CRO has been by phone, fax, email, and/or an EDC system.   While the EDC system is no longer accessible, the sites still and always have had the ability to make a SAE reporting via phone, fax, and email, including through use of the SAE Notification Form as provided in the Safety Management Plan.  Thus, any SAE can be reported outside of and without need for an EDC system.

**CytoDyn Has Unfettered Access to the Source Medical Records for All Ongoing Trials**

16.     According to Section 1.52 of Good Clinical Practice Guideline, Source Documents are defined as:

> Original documents, data, and records (e.g., hospital records, clinical and office charts, laboratory notes, memoranda, subjects' diaries or evaluation checklists, pharmacy dispensing records, recorded data from automated instruments, copies or transcriptions certified after verification as being accurate copies, microfiches, photographic negatives, microfilm or magnetic media, x-rays, subject files, and records kept at the pharmacy, at the laboratories and at medico-technical departments involved in the clinical trial).

17.     CytoDyn has immediate and unfettered access to all source medical records through the contracts it, not Amarex, has with each and every site for each of the four ongoing trials.  These contracts give CytoDyn the same information it claims it needs from the EDC databases.  In fact, the source data is better and more accurate than the EDC data given that EDC data often contains input entry/transcription errors entered by the clinical site and may not yet have been verified against the source medical records (doctor/nurse files).

18.     With this unfettered access, and 92 patients in the ongoing clinical studies, CytoDyn could have easily assembled all information it now claims it has urgent need for via the EDC.

**The EDC Databases**

19.     CytoDyn is grossly overreaching in what it seeks regarding the EDC.  It seeks not just the data in the EDC (which data is immediately available from each of the clinical sites), but also the EDC computer program/software.  Even had CytoDyn not materially breached its contract with Amarex, it never would be entitled to the computer program/software, which is a system developed by and owned by Amarex, not CytoDyn.  The following example demonstrates this: when a patient goes to his/her doctor and says please give me my health records, the doctor does not give the patient the doctor's document management program and database; rather, the doctor gives only the specific records generated for that patient, or copy of the raw data (e.g., the test results, the full patient chart, etc.).  The same would be true here:  the document management program would never be given to CytoDyn.

20.     CytoDyn also wrongly claims that Amarex is mismanaging the EDC data based on the supposed "snapshots" of the EDC that it says show the errors.  This claim is misleading and wrong.  There are no errors inputted by Amarex.  Any errors are by the doctors' offices and the nurses at the testing sites,  resulting from transcription errors or mistakes in inputting data or failing to input any data at all (missing data) into the EDC.  But, that snapshot Cytodyn is referring to, just reflects one point in time and not the process by which Amarex seeks to solidify the accuracy of the data by sending queries to the doctors' offices or actually visiting the doctors' offices  and going over the source documents (patient's folder) to point out the inaccuracies or missing data so that the sites, not Amarex, may correct the inputted data.  This process of verification also demonstrates why doctors treating the patient should not depend on the EDC data but rather they should rely on the source records in their offices, not the data inputted (sometimes incorrectly) into the EDC, for the medical information necessary to care for the patient.  In fact, the entries in the EDC are not finalized with queries confirmed for accuracy until the EDC is locked, and it is not

locked until the end of the study.  None of the four ongoing trials have been locked because they are nowhere near that point of locking, and thus CytoDyn's attempt to use "snapshots" to show purported errors is not credible.

### The Biological License Application Complained About by Dr. Nader Pourhassan

21.     At paragraph 27 of his Declaration, Dr. Nader Pourhassan wrongly attempts to blame Amarex for CytoDyn's own issues, this time for the FDA's rejection of CytoDyn's Biological License Application for HIV treatment (the "BLA").

22.     In actuality, the FDA rejected CytoDyn's BLA because Dr. Pourhassan directed Amarex to file the BLA prematurely, knowing it was incomplete, lacking in appropriate content, and not ready for submission.  Dr. Pourhassan was warned of the issue repeatedly.

23.     Dr. Pourhassan sent the following affirmative directions to Amarex: "Please file the BLA no later than next week Wednesday, even if we are short in no matter what portion of whatever it is that we are short."  See Ex C, April 14, 2020 email from Nader Pourhassan to Amarex.  His justification for his premature direction, as stated in his email, stems from a stock price drop and to allay "investors who are very frustrated with me and CytoDyn".  *Id.*

24.     At Dr. Pourhassan's direction, Amarex submitted the incomplete and lacking BLA to the FDA.  Not surprisingly, the FDA rejected the filing and refused to file it because the "application does not contain all pertinent information and data needed to complete a substantive review." Ex D, FDA Refusal To File Letter dated July 8, 2020.  Dr. Pourhassan and CytoDyn received exactly what was to be expected, a refusal to file for missing and incomplete information or, as Dr. Pourhassan put it: "even if we are short in no matter what portion of whatever it is that we are short."

25.     Further, now that CytoDyn is trying to justify its failure to pay, or even dispute, nearly $14,000,000 in unpaid Amarex invoices, Dr. Pourhassan has changed his tune of long

standing praises of Amarex to unfounded criticisms and material omissions of CytoDyn's own conduct.  For example, in an April 27, 2020 interview, Dr. Pourhassan praised Amarex for this work:

> Congratulations to Amerex [Amarex] for not letting down all of our shareholders and many patients in great need of leronlimab. Special thanks goes to Dr. Cush Doty [Kush Dhody] and the main person at Amerex [Amarex], their CEO, Dr. Kossam Kosampur [Kazem Kazempour], and to CytoDyn's team, especially our Chief Technology Officer, Dr. Nitya Ray who took the CMC shattered pieces and successfully put it back together in an artistic fashion; and in doing so, he also finalized a superb deal for CytoDyn with Samsung Biologics. So in short, ladies and gentlemen, the BLA is submitted. [Ex. E, misspelling in original]

26.     This praise was not a one-off event. On July 4, 2020 Dr. Pourhassan appeared on a program titled "Doctor Been Talks." During his appearance, Dr. Pourhassan stated that he "was taught quite a bit of stuff from drug development from Amarex: Dr. Kossam Kosampur [Kazem Kazempour]. Dr. [K]ush Dhody." Ex. F (misspellings in original).

27.     Dr. Pourhassan appeared on the "Doctor Been Talks" again on July 18, 2020 and once again praised Amarex, saying that it did a fantastic job preparing the FDA protocol for leronlimab. Ex. G.

28.     Last, during a special meeting of CytoDyn's stockholders on July 22, 2020, Dr. Pourhassan reiterated that Amarex and its experts "have done spectacularly for" CytoDyn. Ex. H.

29.     Finally, in its attempt to cast blame for all its problems on the FDA rejection of the BLA, CytoDyn fails to inform the Court of the substantial new work assigned to Amarex following the FDA rejected submission.  For example, between August and June 2021, CytoDyn signed nine new work orders associated with further tasks under the BLA, it launched a long-hauler study for a COVID therapeutic in December 2020, and between September 2020 and March 2021, CytoDyn

signed four amendments for even further COVID studies.  Accordingly, Amarex is not to blame for CytoDyn's failure to pay.

### There Is No Emergency Unblinding Needed for the 4 Ongoing Trials

30.    I have read the Declaration of Dr. Christopher Recknor, where he suggests that there may be emergency situations in the four ongoing trials where the EDC is needed to quickly learn whether a patient in the clinical trial received the experimental drug or a placebo.  This is false.  First, the EDC is not used for emergency unblinding.  Rather, emergency unblinding is part of WebView, which remains active and accessible by the ongoing trial sites.  See Ex. H, which contains the registered WebView users from each trial site.  Thus, if emergency unblinding was necessary (it is not as explained below), it can and would done via the active WebView tool, not the EDC.  Second, all of the four ongoing trials are in the stage that the doctors only give to the patients unblinded treatment.  Both patients and doctors are unblinded to the treatment being used, neither doctors nor patients are blinded to the treatments.  That is, no patient is receiving a placebo at this time in these four studies, but rather all are now receiving the active experimental drug of CytoDyn.  Dr. Recknor materially omitted this important fact.  Here, where all patients are receiving the active drug in this open label trial (administration of a known experimental drug), there is no and cannot be any need for unblinding or an emergency to unblind a patient for the treatment they are taking at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _26 OcT 2021_

Kazem Kazempour, Ph.D

8

# Exhibit A

Interest Calculation
Assumes 1% interest per month invoice is outstanding
# of months past due is based on the invoice due date and using 10/22/21 as the date of past due (e.g.: invoice due July 15, 2021 is 3 months overdue as of 10/22/21)
AR Aging of invoices is as of 10/22/2021

| Row Labels | Sum of Amount Outstanding (Functional) | Interest Calcuation |
|---|---|---|
| 0 | 1,515,586.42 | - |
| 1 | 838,309.81 | 8,383.10 |
| 2 | 933,950.41 | 18,679.01 |
| 3 | 766,603.99 | 22,998.12 |
| 4 | 1,133,983.51 | 45,359.34 |
| 5 | 1,628,248.52 | 81,412.43 |
| 6 | 1,612,702.51 | 96,762.15 |
| 7 | 1,363,661.60 | 95,456.31 |
| 8 | 2,444,544.17 | 195,563.53 |
| 9 | 812,162.36 | 73,094.61 |
| 10 | 29,344.42 | 2,934.44 |
| 11 | 30,664.42 | 3,373.09 |
| 12 | 28,224.42 | 3,386.93 |
| 13 | 27,510.92 | 3,576.42 |
| 14 | 27,716.92 | 3,880.37 |
| 15 | 29,826.82 | 4,474.02 |
| 16 | 35,180.40 | 5,628.86 |
| 23 | 100.00 | 23.00 |
| 26 | 3,661.00 | 951.86 |
| **Grand Total** | **13,261,982.62** | **665,937.60** |

| Bill To Customer | Reference | Transaction Number | Transaction Date | Due Date | Amount Due Original | Amount Outstanding | AGED Functional Any To 30 | AGED Functional 31 To 60 | AGED Functional 61 To 90 | AGED Functional 91 To 120 | AGED Functional 121 To Any | Account | Project Number | Month /Year Due | Months Past Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CytoDyn, Inc. | CONV_15826 | 15826 | 6/30/2019 | 7/30/2019 | 26,176.02 | 3,661.00 | | | | | 3,661.00 | 4180 - Consulting | CONV_15826 | 07/2019 | 26 |
| CytoDyn, Inc. | CONV_16211 | 16211 | 10/8/2019 | 11/7/2019 | 100.00 | 100.00 | | | | | 100.00 | 1223 - Passthrough | CONV_16211 | 11/2019 | 23 |
| CytoDyn, Inc. | CD16_GVHD2 | 192175 | 5/3/2020 | 6/2/2020 | 27,565.92 | 27,565.92 | | | | | 27,565.92 | 4180 - Consulting | CD16_GVHD2 | 06/2020 | 16 |
| CytoDyn, Inc. | CD38_Basket | 192793 | 5/4/2020 | 6/3/2020 | 69,892.42 | 7,614.48 | | | | | 7,614.48 | 4180 - Consulting | CD38_Basket | 06/2020 | 16 |
| CytoDyn, Inc. | CD16_GVHD2 | 192781 | 6/11/2020 | 7/11/2020 | 29,254.82 | 29,254.82 | | | | | 29,254.82 | 4180 - Consulting | CD16_GVHD2 | 07/2020 | 15 |
| CytoDyn, Inc. | CD09_Extension | 192838 | 6/3/2020 | 7/3/2020 | 572.00 | 572.00 | | | | | 572.00 | 4180 - Consulting | CD09_Extension | 07/2020 | 15 |
| CytoDyn, Inc. | CD16_GVHD2 | 193279 | 7/1/2020 | 7/31/2020 | 206.00 | 206.00 | | | | | 206.00 | 4180 - Consulting | CD16_GVHD2 | 07/2020 | 14 |
| CytoDyn, Inc. | CD16_GVHD2 | 193360 | 7/23/2020 | 8/22/2020 | 27,510.92 | 27,510.92 | | | | | 27,510.92 | 4180 - Consulting | CD16_GVHD2 | 08/2020 | 14 |
| CytoDyn, Inc. | CD16_GVHD2 | 193874 | 8/3/2020 | 9/2/2020 | 27,510.92 | 27,510.92 | | | | | 27,510.92 | 4180 - Consulting | CD16_GVHD2 | 09/2020 | 13 |
| CytoDyn, Inc. | CD16_GVHD2 | 194749 | 9/2/2020 | 10/2/2020 | 28,224.42 | 28,224.42 | | | | | 28,224.42 | 4180 - Consulting | CD16_GVHD2 | 10/2020 | 12 |
| CytoDyn, Inc. | CD16_GVHD2 | 195666 | 10/1/2020 | 10/31/2020 | 30,314.42 | 30,314.42 | | | | | 30,314.42 | 4180 - Consulting | CD16_GVHD2 | 10/2020 | 11 |
| CytoDyn, Inc. | CD39-COVID19 | 196113 | 10/21/2020 | 11/20/2020 | 150.00 | 150.00 | | | | | 150.00 | 4180 - Consulting | CD39-COVID19 | 11/2020 | 11 |
| CytoDyn, Inc. | CD41_COVID19 | 196136 | 10/23/2020 | 11/22/2020 | 200.00 | 200.00 | | | | | 200.00 | 4180 - Consulting | CD41_COVID19 | 11/2020 | 11 |
| CytoDyn, Inc. | CD16_GVHD2 | 196533 | 11/2/2020 | 12/2/2020 | 27,400.92 | 27,400.92 | | | | | 27,400.92 | 4180 - Consulting | CD16_GVHD2 | 12/2020 | 10 |
| CytoDyn, Inc. | CD39-COVID19 | 196598 | 11/4/2020 | 12/4/2020 | 693.50 | 693.50 | | | | | 693.50 | 4180 - Consulting | CD39-COVID19 | 12/2020 | 10 |
| CytoDyn, Inc. | CD41_COVID19 | 196703 | 11/9/2020 | 12/9/2020 | 1,250.00 | 1,250.00 | | | | | 1,250.00 | 4180 - Consulting | CD41_COVID19 | 12/2020 | 10 |
| CytoDyn, Inc. | CD37_Comp TNBC | 196885 | 11/23/2020 | 12/23/2020 | 5,775.00 | 5,775.00 | | | | | 5,775.00 | 4180 - Consulting | CD37_Comp TNBC | 12/2020 | 9 |
| CytoDyn, Inc. | CD18_MonoTherapy | 197096 | 11/30/2020 | 12/30/2020 | 386.19 | 386.19 | | | | | 386.19 | 4180 - Consulting | CD18_MonoTherapy | 12/2020 | 9 |
| CytoDyn, Inc. | CD30_Breast Cancer | 197097 | 11/30/2020 | 12/30/2020 | 113.42 | 113.42 | | | | | 113.42 | 4180 - Consulting | CD30_Breast Cancer | 12/2020 | 9 |
| CytoDyn, Inc. | CD39_COVID19 | 197100 | 11/30/2020 | 12/30/2020 | 218.59 | 218.59 | | | | | 218.59 | 4180 - Consulting | CD39_COVID19 | 12/2020 | 9 |
| CytoDyn, Inc. | CD41_COVID 19 | 197101 | 11/30/2020 | 12/30/2020 | 608.42 | 608.42 | | | | | 608.42 | 4180 - Consulting | CD41_COVID 19 | 12/2020 | 9 |
| CytoDyn, Inc. | CD41_COVID19 | 197238 | 12/1/2020 | 12/31/2020 | 265,766.70 | 265,766.70 | | | | | 265,766.70 | 4180 - Consulting | CD41_COVID19 | 12/2020 | 9 |
| CytoDyn, Inc. | CD29_CDI02 | 197365 | 12/2/2020 | 1/1/2021 | 25,874.90 | 25,874.90 | | | | | 25,874.90 | 4180 - Consulting | CD29_CDI02 | 01/2021 | 9 |
| CytoDyn, Inc. | CD28_mono ext | 197370 | 12/2/2020 | 1/1/2021 | 29,047.89 | 29,047.89 | | | | | 29,047.89 | 4180 - Consulting | CD28_mono ext | 01/2021 | 9 |
| CytoDyn, Inc. | CD24_AllCompassionate | 197464 | 12/2/2020 | 1/1/2021 | 22,841.58 | 22,841.58 | | | | | 22,841.58 | 4180 - Consulting | CD24_AllCompassionate | 01/2021 | 9 |
| CytoDyn, Inc. | CD18_MonoTherapy | 197390 | 12/2/2020 | 1/1/2021 | 114,846.78 | 114,846.78 | | | | | 114,846.78 | 4180 - Consulting | CD18_MonoTherapy | 01/2021 | 9 |
| CytoDyn, Inc. | CD16_GVHD2 | 197391 | 12/2/2020 | 1/1/2021 | 25,350.42 | 25,350.42 | | | | | 25,350.42 | 4180 - Consulting | CD16_GVHD2 | 01/2021 | 9 |
| CytoDyn, Inc. | CD09_Extension | 197393 | 12/2/2020 | 1/1/2021 | 25,782.31 | 25,782.31 | | | | | 25,782.31 | 4180 - Consulting | CD09_Extension | 01/2021 | 9 |
| CytoDyn, Inc. | CD02_IB | 197394 | 12/2/2020 | 1/1/2021 | 55,074.00 | 55,074.00 | | | | | 55,074.00 | 4180 - Consulting | CD02_IB | 01/2021 | 9 |
| CytoDyn, Inc. | CD39_COVID19 | 197410 | 12/3/2020 | 1/2/2021 | 17,053.96 | 17,053.96 | | | | | 17,053.96 | 4180 - Consulting | CD39_COVID19 | 01/2021 | 9 |
| CytoDyn, Inc. | CD16_GVHD2 | 197464 | 12/4/2020 | 1/3/2021 | 27,927.45 | 27,927.45 | | | | | 27,927.45 | 4180 - Consulting | CD16_GVHD2 | 01/2021 | 9 |
| CytoDyn, Inc. | CD25_BLA | 197484 | 12/6/2020 | 1/5/2021 | 116,602.75 | 116,602.75 | | | | | 116,602.75 | 4180 - Consulting | CD25_BLA | 01/2021 | 9 |
| CytoDyn, Inc. | CD30_Breast Cancer | 197573 | 12/10/2020 | 1/9/2021 | 25,700.00 | 25,700.00 | | | | | 25,700.00 | 4180 - Consulting | CD30_Breast Cancer | 01/2021 | 8 |
| CytoDyn, Inc. | CD30_Breast Cancer | 197644 | 12/14/2020 | 1/13/2021 | 1,500.00 | 1,500.00 | | | | | 1,500.00 | 4180 - Consulting | CD30_Breast Cancer | 01/2021 | 8 |
| CytoDyn, Inc. | CD045 Covid Approval | 197634 | 12/22/2020 | 1/21/2021 | 51,892.00 | 51,892.00 | | | | | 51,892.00 | 4180 - Consulting | CD045 Covid Approval | 01/2021 | 8 |
| CytoDyn, Inc. | CD16_GVHD2 | 197882 | 12/29/2020 | 1/28/2021 | 304.35 | 304.35 | | | | | 304.35 | 4180 - Consulting | CD16_GVHD2 | 01/2021 | 8 |
| CytoDyn, Inc. | CD41_COVID 19 | 198065 | 12/29/2020 | 1/28/2021 | 420,665.82 | 420,665.82 | | | | | 420,665.82 | 4180 - Consulting | CD41_COVID 19 | 01/2021 | 8 |
| CytoDyn, Inc. | CD39_COVID19 | 198066 | 12/29/2020 | 1/28/2021 | 97,376.70 | 97,376.70 | | | | | 97,376.70 | 4180 - Consulting | CD39_COVID19 | 01/2021 | 8 |
| CytoDyn, Inc. | CD38_Basket | 198067 | 12/29/2020 | 1/28/2021 | 32,759.36 | 32,759.36 | | | | | 32,759.36 | 4180 - Consulting | CD38_Basket | 01/2021 | 8 |
| CytoDyn, Inc. | CD37_Comp TNBC | 198068 | 12/29/2020 | 1/28/2021 | 25,268.69 | 25,268.69 | | | | | 25,268.69 | 4180 - Consulting | CD37_Comp TNBC | 01/2021 | 8 |
| CytoDyn, Inc. | CD25_BLA | 198070 | 12/29/2020 | 1/28/2021 | 111,895.25 | 111,895.25 | | | | | 111,895.25 | 4180 - Consulting | CD25_BLA | 01/2021 | 8 |
| CytoDyn, Inc. | CD18_MonoTherapy | 198073 | 12/29/2020 | 1/28/2021 | 87,188.66 | 87,188.66 | | | | | 87,188.66 | 4180 - Consulting | CD18_MonoTherapy | 01/2021 | 8 |
| CytoDyn, Inc. | CD30_Breast Cancer | 198075 | 12/29/2020 | 1/28/2021 | 40,044.64 | 40,044.64 | | | | | 40,044.64 | 4180 - Consulting | CD30_Breast Cancer | 01/2021 | 8 |
| CytoDyn, Inc. | CD29_CDI02 | 198076 | 12/29/2020 | 1/28/2021 | 25,082.90 | 25,082.90 | | | | | 25,082.90 | 4180 - Consulting | CD29_CDI02 | 01/2021 | 8 |
| CytoDyn, Inc. | CD28_mono ext | 198077 | 12/29/2020 | 1/28/2021 | 31,842.01 | 31,842.01 | | | | | 31,842.01 | 4180 - Consulting | CD28_mono ext | 01/2021 | 8 |
| CytoDyn, Inc. | CD24_AllCompassionate | 198079 | 12/29/2020 | 1/28/2021 | 20,697.14 | 20,697.14 | | | | | 20,697.14 | 4180 - Consulting | CD24_AllCompassionate | 01/2021 | 8 |
| CytoDyn, Inc. | CD16_GVHD2 | 198082 | 12/29/2020 | 1/28/2021 | 25,350.42 | 25,350.42 | | | | | 25,350.42 | 4180 - Consulting | CD16_GVHD2 | 01/2021 | 8 |
| CytoDyn, Inc. | CD14_Phase 3 | 198089 | 12/29/2020 | 1/28/2021 | 2,549.95 | 2,549.95 | | | | | 2,549.95 | 4180 - Consulting | CD14_Phase 3 | 01/2021 | 8 |
| CytoDyn, Inc. | CD09_Extension | 198090 | 12/29/2020 | 1/28/2021 | 25,574.20 | 25,574.20 | | | | | 25,574.20 | 4180 - Consulting | CD09_Extension | 01/2021 | 8 |
| CytoDyn, Inc. | CD02_IB | 198098 | 12/29/2020 | 1/28/2021 | 74,338.00 | 74,338.00 | | | | | 74,338.00 | 4180 - Consulting | CD02_IB | 01/2021 | 8 |
| CytoDyn, Inc. | CD41_COVID19 | 198514 | 1/5/2021 | 2/4/2021 | 18,304.70 | 18,304.70 | | | | | 18,304.70 | 4180 - Consulting | CD41_COVID19 | 02/2021 | 8 |
| CytoDyn, Inc. | CD41_COVID19 | 198515 | 1/5/2021 | 2/4/2021 | 9,131.50 | 9,131.50 | | | | | 9,131.50 | 4180 - Consulting | CD41_COVID19 | 02/2021 | 8 |
| CytoDyn, Inc. | CD41_COVID19 | 198518 | 1/5/2021 | 2/4/2021 | 71,587.50 | 71,587.50 | | | | | 71,587.50 | 4180 - Consulting | CD41_COVID19 | 02/2021 | 8 |

| Vendor | Invoice | Project | Amount | Amount | Date | Date | Account | Amount | Project | Period | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OpsDyn, Inc. | 198519 | CD41_COVID19 | | 202,680.83 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 202,680.83 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198520 | CD41_COVID19 | | 57,869.10 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 57,869.10 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198521 | CD41_COVID19 | | 13,453.20 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 13,453.20 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198522 | CD41_COVID19 | | 46,205.50 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 46,205.50 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198523 | CD41_COVID19 | | 68,984.50 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 68,984.50 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198524 | CD41_COVID19 | | 96,319.50 | 2/4/2021 | 1/5/2021 | 4180 - Consulting | 96,319.50 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198603 | CD41_COVID19 | | 252,999.00 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 252,999.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198604 | CD41_COVID19 | | 213,036.75 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 213,036.75 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198605 | CD41_COVID19 | | 8,381.25 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 8,381.25 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198606 | CD41_COVID19 | | 97,362.00 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 97,362.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198607 | CD41_COVID19 | | 33,500.00 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 33,500.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198608 | CD41_COVID19 | | 6,750.00 | 2/6/2021 | 1/7/2021 | 4180 - Consulting | 6,750.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198645 | CD39-COVID19 | | 1,350.00 | 2/10/2021 | 1/11/2021 | 4180 - Consulting | 1,350.00 | CD39-COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198647 | CD41_COVID19 | | 19,167.00 | 2/10/2021 | 1/11/2021 | 4180 - Consulting | 19,167.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198648 | CD41_COVID19 | | 2,700.00 | 2/10/2021 | 1/11/2021 | 4180 - Consulting | 2,700.00 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198650 | CD41_COVID19 | | 78,196.75 | 2/10/2021 | 1/11/2021 | 4180 - Consulting | 78,196.75 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198697 | CD33_Emergency IND | | 125,627.00 | 2/12/2021 | 1/13/2021 | 4180 - Consulting | 125,627.00 | CD33_Emergency IND | 02/2021 | 8 |
| OpsDyn, Inc. | 198905 | CD30_Breast Cancer | | 107.96 | 2/24/2021 | 1/25/2021 | 4180 - Consulting | 107.96 | CD30_Breast Cancer | 02/2021 | 8 |
| OpsDyn, Inc. | 198906 | CD37_Comp TNBC | | 567.25 | 2/24/2021 | 1/25/2021 | 4180 - Consulting | 567.25 | CD37_Comp TNBC | 02/2021 | 8 |
| OpsDyn, Inc. | 198967 | CD39-COVID19 | | 1,692.43 | 2/24/2021 | 1/25/2021 | 4180 - Consulting | 1,692.43 | CD39-COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198968 | CD41_COVID19 | | 1,336.75 | 2/24/2021 | 1/25/2021 | 4180 - Consulting | 1,336.75 | CD41_COVID19 | 02/2021 | 8 |
| OpsDyn, Inc. | 198969 | CD45_COVID | | 88.78 | 2/24/2021 | 1/25/2021 | 4180 - Consulting | 88.78 | CD45_COVID | 02/2021 | 8 |
| OpsDyn, Inc. | 199221 | CD41_COVID 19 | | 405,505.18 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 405,505.18 | CD41_COVID 19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199222 | CD39_COVID19 | | 56,358.78 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 56,358.78 | CD39_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199223 | CD38_Basket | | 3,213.20 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 3,213.20 | CD38_Basket | 03/2021 | 7 |
| OpsDyn, Inc. | 199224 | CD37_Comp TNBC | | 28,243.35 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 28,243.35 | CD37_Comp TNBC | 03/2021 | 7 |
| OpsDyn, Inc. | 199225 | CD34_Nash | | 6,342.98 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 6,342.98 | CD34_Nash | 03/2021 | 7 |
| OpsDyn, Inc. | 199226 | CD33_Emergency IND | | 133,852.40 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 133,852.40 | CD33_Emergency IND | 03/2021 | 7 |
| OpsDyn, Inc. | 199227 | CD30_Breast Cancer | | 44,267.08 | 3/2/2021 | 2/1/2021 | 4180 - Consulting | 44,267.08 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199268 | CD29_CDI02 | | 32,904.65 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 32,904.65 | CD29_CDI02 | 03/2021 | 7 |
| OpsDyn, Inc. | 199269 | CD28_mono ext | | 31,414.99 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 31,414.99 | CD28_mono ext | 03/2021 | 7 |
| OpsDyn, Inc. | 199272 | CD25_BLA | | 257,962.10 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 257,962.10 | CD25_BLA | 03/2021 | 7 |
| OpsDyn, Inc. | 199273 | CD24_AllCompassionate | | 23,063.82 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 23,063.82 | CD24_AllCompassionate | 03/2021 | 7 |
| OpsDyn, Inc. | 199274 | CD18_MonoTherapy | | 100,797.71 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 100,797.71 | CD18_MonoTherapy | 03/2021 | 7 |
| OpsDyn, Inc. | 199275 | CD16_GVHD2 | | 25,350.42 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 25,350.42 | CD16_GVHD2 | 03/2021 | 7 |
| OpsDyn, Inc. | 199276 | CD14_Phase 3 | | 9,844.95 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 9,844.95 | CD14_Phase 3 | 03/2021 | 7 |
| OpsDyn, Inc. | 199277 | CD09_Extension | | 25,980.72 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 25,980.72 | CD09_Extension | 03/2021 | 7 |
| OpsDyn, Inc. | 199278 | CD02_IB | | 81,162.00 | 3/4/2021 | 2/2/2021 | 4180 - Consulting | 81,162.00 | CD02_IB | 03/2021 | 7 |
| OpsDyn, Inc. | 199461 | CD30_Breast Cancer | | 4,137.00 | 3/11/2021 | 2/9/2021 | 4180 - Consulting | 4,137.00 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199462 | CD30_Breast Cancer | | 1,957.00 | 3/11/2021 | 2/9/2021 | 4180 - Consulting | 1,957.00 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199463 | CD37_Comp TNBC | | 5,451.00 | 3/11/2021 | 2/9/2021 | 4180 - Consulting | 5,451.00 | CD37_Comp TNBC | 03/2021 | 7 |
| OpsDyn, Inc. | 199516 | CD38_Basket | | 1,937.00 | 3/13/2021 | 2/11/2021 | 4180 - Consulting | 1,937.00 | CD38_Basket | 03/2021 | 7 |
| OpsDyn, Inc. | 199577 | CD41_COVID19 | | 4,811.00 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 4,811.00 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199585 | CD41_COVID19 | | 9,701.00 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 9,701.00 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199586 | CD41_COVID19 | | 8,946.00 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 8,946.00 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199587 | CD41_COVID19 | | 2,501.00 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 2,501.00 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199589 | CD41_COVID19 | | 5,859.90 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 5,859.90 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199594 | CD41_COVID19 | | 5,505.70 | 3/17/2021 | 2/15/2021 | 4180 - Consulting | 5,505.70 | CD41_COVID19 | 03/2021 | 7 |
| OpsDyn, Inc. | 199615 | CD30_Breast Cancer | | 10,690.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 10,690.00 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199616 | CD24_AllCompassionate | | 15,088.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 15,088.00 | CD24_AllCompassionate | 03/2021 | 7 |
| OpsDyn, Inc. | 199617 | CD28_mono ext | | 5,281.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 5,281.00 | CD28_mono ext | 03/2021 | 7 |
| OpsDyn, Inc. | 199621 | CD09_Extension | | 1,564.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 1,564.00 | CD09_Extension | 03/2021 | 7 |
| OpsDyn, Inc. | 199622 | CD18_MonoTherapy | | 325.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 325.00 | CD18_MonoTherapy | 03/2021 | 7 |
| OpsDyn, Inc. | 199623 | CD29_CDI02 | | 325.00 | 3/18/2021 | 2/16/2021 | 4180 - Consulting | 325.00 | CD29_CDI02 | 03/2021 | 7 |
| OpsDyn, Inc. | 199704 | CD30_Breast Cancer | | 1,200.00 | 3/20/2021 | 2/18/2021 | 4180 - Consulting | 1,200.00 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199705 | CD30_Breast Cancer | | 600.00 | 3/20/2021 | 2/18/2021 | 4180 - Consulting | 600.00 | CD30_Breast Cancer | 03/2021 | 7 |
| OpsDyn, Inc. | 199722 | CD41_COVID19 | | 7,110.50 | 3/21/2021 | 2/19/2021 | 4180 - Consulting | 7,110.50 | CD41_COVID19 | 03/2021 | 7 |

| Company | ID | Code | Account | Amount | Amount | Date | Code | Account | Amount | Date | Period | # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OpsDyn, Inc. | 199723 | CD41_COVID19 | 4180 - Consulting | | 2,795.00 | 2,795.00 | 3/21/2021 | CD41_COVID19 | 4180 - Consulting | 2,795.00 | 03/2021 | 7 |
| OpsDyn, Inc. | 199876 | CD24_AllCompassionate | 4180 - Consulting | | 1,110.00 | 1,110.00 | 2/23/2021 | CD24_AllCompassionate | 4180 - Consulting | 1,110.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200032 | CD118_MonoTherapy | 4180 - Consulting | | 324.45 | 324.45 | 2/25/2021 | CD118_MonoTherapy | 4180 - Consulting | 324.45 | 03/2021 | 6 |
| OpsDyn, Inc. | 200079 | CD41_COVID 19 | 4180 - Consulting | | 4,275.14 | 4,275.14 | 3/27/2021 | CD41_COVID 19 | 4180 - Consulting | 4,275.14 | 03/2021 | 6 |
| OpsDyn, Inc. | 200090 | CD39-COVID19 | 4180 - Consulting | | 607.00 | 607.00 | 2/26/2021 | CD39-COVID19 | 4180 - Consulting | 607.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200091 | CD41_COVID19 | 4180 - Consulting | | 740.00 | 740.00 | 2/26/2021 | CD41_COVID19 | 4180 - Consulting | 740.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200099 | CD118_MonoTherapy | 4180 - Consulting | | 475.00 | 475.00 | 2/26/2021 | CD118_MonoTherapy | 4180 - Consulting | 475.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200101 | CD29_CDI02 | 4180 - Consulting | | 1,745.00 | 1,745.00 | 2/26/2021 | CD29_CDI02 | 4180 - Consulting | 1,745.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200225 | CD41_COVID 19 | 4180 - Consulting | | 913,416.73 | 913,416.73 | 3/1/2021 | CD41_COVID 19 | 4180 - Consulting | 913,416.73 | 03/2021 | 6 |
| OpsDyn, Inc. | 200228 | CD39_COVID19 | 4180 - Consulting | | 25,882.04 | 25,882.04 | 3/1/2021 | CD39_COVID19 | 4180 - Consulting | 25,882.04 | 03/2021 | 6 |
| OpsDyn, Inc. | 200230 | CD38_Basket | 4180 - Consulting | | 5,411.83 | 5,411.83 | 3/1/2021 | CD38_Basket | 4180 - Consulting | 5,411.83 | 03/2021 | 6 |
| OpsDyn, Inc. | 200238 | CD37_Comp TNBC | 4180 - Consulting | | 26,381.24 | 26,381.24 | 3/1/2021 | CD37_Comp TNBC | 4180 - Consulting | 26,381.24 | 03/2021 | 6 |
| OpsDyn, Inc. | 200246 | CD33_Emergency IND | 4180 - Consulting | | 86,966.80 | 86,966.80 | 3/1/2021 | CD33_Emergency IND | 4180 - Consulting | 86,966.80 | 03/2021 | 6 |
| OpsDyn, Inc. | 200258 | CD30_Breast Cancer | 4180 - Consulting | | 43,957.90 | 43,957.90 | 3/1/2021 | CD30_Breast Cancer | 4180 - Consulting | 43,957.90 | 03/2021 | 6 |
| OpsDyn, Inc. | 200264 | CD29_CDI02 | 4180 - Consulting | | 32,904.65 | 32,904.65 | 3/1/2021 | CD29_CDI02 | 4180 - Consulting | 32,904.65 | 03/2021 | 6 |
| OpsDyn, Inc. | 200265 | CD28_mono ext | 4180 - Consulting | | 28,502.37 | 28,502.37 | 3/1/2021 | CD28_mono ext | 4180 - Consulting | 28,502.37 | 03/2021 | 6 |
| OpsDyn, Inc. | 200273 | CD25_BLA | 4180 - Consulting | | 106,886.00 | 106,886.00 | 3/1/2021 | CD25_BLA | 4180 - Consulting | 106,886.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200275 | CD24_AllCompassionate | 4180 - Consulting | | 22,748.98 | 22,748.98 | 3/1/2021 | CD24_AllCompassionate | 4180 - Consulting | 22,748.98 | 03/2021 | 6 |
| OpsDyn, Inc. | 200276 | CD118_MonoTherapy | 4180 - Consulting | | 68,765.94 | 68,765.94 | 3/1/2021 | CD118_MonoTherapy | 4180 - Consulting | 68,765.94 | 03/2021 | 6 |
| OpsDyn, Inc. | 200277 | CD16_GVHD2 | 4180 - Consulting | | 25,350.42 | 25,350.42 | 3/1/2021 | CD16_GVHD2 | 4180 - Consulting | 25,350.42 | 03/2021 | 6 |
| OpsDyn, Inc. | 200278 | CD14_Phase 3 | 4180 - Consulting | | 2,549.95 | 2,549.95 | 3/1/2021 | CD14_Phase 3 | 4180 - Consulting | 2,549.95 | 03/2021 | 6 |
| OpsDyn, Inc. | 200279 | CD09_Extension | 4180 - Consulting | | 24,874.07 | 24,874.07 | 3/1/2021 | CD09_Extension | 4180 - Consulting | 24,874.07 | 03/2021 | 6 |
| OpsDyn, Inc. | 200280 | CD02_IB | 4180 - Consulting | | 99,834.00 | 99,834.00 | 3/1/2021 | CD02_IB | 4180 - Consulting | 99,834.00 | 03/2021 | 6 |
| OpsDyn, Inc. | 200320 | CD29_CDI02 | 4180 - Consulting | | 560.00 | 560.00 | 3/3/2021 | CD29_CDI02 | 4180 - Consulting | 560.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 200389 | CD41_COVID19 | 4180 - Consulting | | 703.00 | 703.00 | 3/4/2021 | CD41_COVID19 | 4180 - Consulting | 703.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 200491 | CD24_AllCompassionate | 4180 - Consulting | | 470.00 | 470.00 | 3/12/2021 | CD24_AllCompassionate | 4180 - Consulting | 470.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 200484 | CD41_COVID19 | 4180 - Consulting | | 280.00 | 280.00 | 4/11/2021 | CD41_COVID19 | 4180 - Consulting | 280.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 200494 | CD45_Covid Approval | 4180 - Consulting | | 86,980.00 | 86,980.00 | 3/12/2021 | CD45_Covid Approval | 4180 - Consulting | 86,980.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 200937 | CD29_CDI02 | 4180 - Consulting | | 12,920.00 | 12,920.00 | 3/26/2021 | CD29_CDI02 | 4180 - Consulting | 12,920.00 | 04/2021 | 6 |
| OpsDyn, Inc. | 201011 | CD29_CDI02 | 4180 - Consulting | | 280.00 | 280.00 | 3/30/2021 | CD29_CDI02 | 4180 - Consulting | 280.00 | 04/2021 | 5 |
| OpsDyn, Inc. | 201141 | CD41_COVID19 | 4180 - Consulting | | 440.00 | 440.00 | 4/12/2021 | CD41_COVID19 | 4180 - Consulting | 440.00 | 05/2021 | 5 |
| OpsDyn, Inc. | 201276 | CD39_COVID19 | 4180 - Consulting | | 53,120.98 | 53,120.98 | 4/5/2021 | CD39_COVID19 | 4180 - Consulting | 53,120.98 | 05/2021 | 5 |
| OpsDyn, Inc. | 201278 | CD38_Basket | 4180 - Consulting | | 1,309.40 | 1,309.40 | 4/5/2021 | CD38_Basket | 4180 - Consulting | 1,309.40 | 05/2021 | 5 |
| OpsDyn, Inc. | 201285 | CD37_Comp TNBC | 4180 - Consulting | | 34,276.72 | 34,276.72 | 4/5/2021 | CD37_Comp TNBC | 4180 - Consulting | 34,276.72 | 05/2021 | 5 |
| OpsDyn, Inc. | 201293 | CD33_Emergency IND | 4180 - Consulting | | 85,469.10 | 85,469.10 | 4/5/2021 | CD33_Emergency IND | 4180 - Consulting | 85,469.10 | 05/2021 | 5 |
| OpsDyn, Inc. | 201294 | CD30_Breast Cancer | 4180 - Consulting | | 44,323.36 | 44,323.36 | 4/5/2021 | CD30_Breast Cancer | 4180 - Consulting | 44,323.36 | 05/2021 | 5 |
| OpsDyn, Inc. | 201309 | CD29_CDI02 | 4180 - Consulting | | 33,003.65 | 33,003.65 | 4/6/2021 | CD29_CDI02 | 4180 - Consulting | 33,003.65 | 05/2021 | 5 |
| OpsDyn, Inc. | 201310 | CD28_mono ext | 4180 - Consulting | | 37,497.55 | 37,497.55 | 4/6/2021 | CD28_mono ext | 4180 - Consulting | 37,497.55 | 05/2021 | 5 |
| OpsDyn, Inc. | 201316 | CD25_BLA | 4180 - Consulting | | 207,411.00 | 207,411.00 | 4/6/2021 | CD25_BLA | 4180 - Consulting | 207,411.00 | 05/2021 | 5 |
| OpsDyn, Inc. | 201319 | CD24_AllCompassionate | 4180 - Consulting | | 32,762.02 | 32,762.02 | 4/6/2021 | CD24_AllCompassionate | 4180 - Consulting | 32,762.02 | 05/2021 | 5 |
| OpsDyn, Inc. | 201320 | CD118_MonoTherapy | 4180 - Consulting | | 72,442.70 | 72,442.70 | 4/6/2021 | CD118_MonoTherapy | 4180 - Consulting | 72,442.70 | 05/2021 | 5 |
| OpsDyn, Inc. | 201321 | CD16_GVHD2 Amendment | 4180 - Consulting | | 25,350.42 | 25,350.42 | 4/6/2021 | CD16_GVHD2 Amendment | 4180 - Consulting | 25,350.42 | 05/2021 | 5 |
| OpsDyn, Inc. | 201322 | CD14_Phase 3 | 4180 - Consulting | | 2,549.95 | 2,549.95 | 4/6/2021 | CD14_Phase 3 | 4180 - Consulting | 2,549.95 | 05/2021 | 5 |
| OpsDyn, Inc. | 201323 | CD09_Extension | 4180 - Consulting | | 30,735.43 | 30,735.43 | 4/6/2021 | CD09_Extension | 4180 - Consulting | 30,735.43 | 05/2021 | 5 |
| OpsDyn, Inc. | 201324 | CD41_COVID19 | 4180 - Consulting | | 18,440.00 | 18,440.00 | 4/6/2021 | CD41_COVID19 | 4180 - Consulting | 18,440.00 | 05/2021 | 5 |
| OpsDyn, Inc. | 201325 | CD02_IB | 4180 - Consulting | | 125,378.00 | 125,378.00 | 4/6/2021 | CD02_IB | 4180 - Consulting | 125,378.00 | 05/2021 | 5 |
| OpsDyn, Inc. | 201422 | CD41_COVID 19 | 4180 - Consulting | | 769,098.24 | 769,098.24 | 4/9/2021 | CD41_COVID 19 | 4180 - Consulting | 769,098.24 | 05/2021 | 4 |
| OpsDyn, Inc. | 201700 | CD45_Covid Approval | 4180 - Consulting | | 41,440.00 | 41,440.00 | 4/21/2021 | CD45_Covid Approval | 4180 - Consulting | 41,440.00 | 05/2021 | 4 |
| OpsDyn, Inc. | 201749 | CD09_Extension | 4180 - Consulting | | 805.00 | 805.00 | 4/26/2021 | CD09_Extension | 4180 - Consulting | 805.00 | 05/2021 | 4 |
| OpsDyn, Inc. | 201758 | CD24_AllCompassionate | 4180 - Consulting | | 5,635.00 | 5,635.00 | 4/26/2021 | CD24_AllCompassionate | 4180 - Consulting | 5,635.00 | 05/2021 | 4 |
| OpsDyn, Inc. | 201789 | CD14_Phase 3 | 4180 - Consulting | | 145.30 | 145.30 | 4/28/2021 | CD14_Phase 3 | 4180 - Consulting | 145.30 | 05/2021 | 4 |
| OpsDyn, Inc. | 201790 | CD41_COVID 19 | 4180 - Consulting | | 1,288.45 | 1,288.45 | 4/28/2021 | CD41_COVID 19 | 4180 - Consulting | 1,288.45 | 05/2021 | 4 |
| OpsDyn, Inc. | 201793 | CD45 Covid Approval | 4180 - Consulting | | 189.98 | 189.98 | 4/28/2021 | CD45 Covid Approval | 4180 - Consulting | 189.98 | 05/2021 | 4 |
| OpsDyn, Inc. | 201816 | CD28_mono ext | 4180 - Consulting | | 1,610.00 | 1,610.00 | 4/29/2021 | CD28_mono ext | 4180 - Consulting | 1,610.00 | 05/2021 | 4 |
| OpsDyn, Inc. | 201817 | CD09_Extension | 4180 - Consulting | | 280.00 | 280.00 | 4/29/2021 | CD09_Extension | 4180 - Consulting | 280.00 | 05/2021 | 4 |
| OpsDyn, Inc. | 202032 | CD41_COVID 19 | 4180 - Consulting | | 539,079.78 | 539,079.78 | 5/5/2021 | CD41_COVID 19 | 4180 - Consulting | 539,079.78 | 06/2021 | 4 |
| OpsDyn, Inc. | 202059 | CD39_COVID19 | 4180 - Consulting | | 52,516.48 | 52,516.48 | 5/6/2021 | CD39_COVID19 | 4180 - Consulting | 52,516.48 | 06/2021 | 4 |

| Entity | Invoice | Description | Account | Amount | Amount | Date | Date | Amount | Amount | Description | Account | Period | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CytoDyn, Inc. | 202061 | CD38, Basket | 4180 - Consulting | 15,252.78 | | 6/5/2021 | 5/6/2021 | 15,252.78 | 15,252.78 | CD38, Basket | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202062 | CD37, Comp TNBC | 4180 - Consulting | 26,103.74 | | 6/5/2021 | 5/6/2021 | 26,103.74 | 26,103.74 | CD37, Comp TNBC | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202064 | CD33, Emergency IND | 4180 - Consulting | 32,397.40 | | 6/5/2021 | 5/6/2021 | 32,397.40 | 32,397.40 | CD33, Emergency IND | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202065 | CD30, Breast Cancer | 4180 - Consulting | 38,366.43 | | 6/5/2021 | 5/6/2021 | 38,366.43 | 38,366.43 | CD30, Breast Cancer | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202066 | CD25, BLA | 4180 - Consulting | 174,897.83 | | 6/5/2021 | 5/6/2021 | 174,897.83 | 174,897.83 | CD25, BLA | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202067 | CD29, CD02 | 4180 - Consulting | 33,003.65 | | 6/5/2021 | 5/6/2021 | 33,003.65 | 33,003.65 | CD29, CD02 | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202068 | CD28, mono ext | 4180 - Consulting | 28,567.14 | | 6/5/2021 | 5/6/2021 | 28,567.14 | 28,567.14 | CD28, mono ext | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202069 | CD24, AllCompassionate | 4180 - Consulting | 20,530.46 | | 6/5/2021 | 5/6/2021 | 20,530.46 | 20,530.46 | CD24, AllCompassionate | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202070 | CD18, MonoTherapy | 4180 - Consulting | 63,577.67 | | 6/5/2021 | 5/6/2021 | 63,577.67 | 63,577.67 | CD18, MonoTherapy | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202071 | CD16, GVHD2 | 4180 - Consulting | 25,051.42 | | 6/5/2021 | 5/6/2021 | 25,051.42 | 25,051.42 | CD16, GVHD2 | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202072 | CD14, Phase 3 | 4180 - Consulting | 2,549.95 | | 6/5/2021 | 5/6/2021 | 2,549.95 | 2,549.95 | CD14, Phase 3 | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202073 | CD09, Extension | 4180 - Consulting | 24,940.05 | | 6/5/2021 | 5/6/2021 | 24,940.05 | 24,940.05 | CD09, Extension | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202075 | CD02, IB | 4180 - Consulting | 45,338.00 | | 6/5/2021 | 5/6/2021 | 45,338.00 | 45,338.00 | CD02, IB | 4180 - Consulting | 06/2021 | 4 |
| CytoDyn, Inc. | 202226 | CD28, mono ext | 1223 - Passthrough | | 1,250.00 | 6/13/2021 | 5/14/2021 | 1,250.00 | 1,250.00 | CD28, mono ext | 1223 - Passthrough | 06/2021 | 4 |
| CytoDyn, Inc. | 202228 | CD28, mono ext | 1223 - Passthrough | | 607.00 | 6/20/2021 | 5/21/2021 | 607.00 | 607.00 | CD28, mono ext | 1223 - Passthrough | 06/2021 | 4 |
| CytoDyn, Inc. | 202419 | CD24, AllCompassionate | 1223 - Passthrough | | 270.00 | 6/25/2021 | 5/26/2021 | 270.00 | 270.00 | CD24, AllCompassionate | 1223 - Passthrough | 06/2021 | 3 |
| CytoDyn, Inc. | 202460 | CD16, GVHD2 | 4455 - Services | | 250.00 | 6/27/2021 | 5/28/2021 | 250.00 | 250.00 | CD16, GVHD2 | 4455 - Services | 06/2021 | 3 |
| CytoDyn, Inc. | 202491 | CD18, MonoTherapy | 4455 - Services | | 172.30 | 6/27/2021 | 5/28/2021 | 172.30 | 172.30 | CD18, MonoTherapy | 4455 - Services | 06/2021 | 3 |
| CytoDyn, Inc. | 202492 | CD24, AllCompassionate | 4455 - Services | | 176.05 | 6/27/2021 | 5/28/2021 | 176.05 | 176.05 | CD24, AllCompassionate | 4455 - Services | 06/2021 | 3 |
| CytoDyn, Inc. | 202494 | CD39, COVID19 | 4455 - Services | | 1,614.81 | 6/27/2021 | 5/28/2021 | 1,614.81 | 1,614.81 | CD39, COVID19 | 4455 - Services | 06/2021 | 3 |
| CytoDyn, Inc. | 202495 | CD41, COVID 19 | 4455 - Services | | 1,236.55 | 6/27/2021 | 5/28/2021 | 1,236.55 | 1,236.55 | CD41, COVID 19 | 4455 - Services | 06/2021 | 3 |
| CytoDyn, Inc. | 202692 | CD29, CD02 Open Label | 4180 - Consulting | | 33,003.65 | 7/2/2021 | 6/2/2021 | 33,003.65 | 33,003.65 | CD29, CD02 Open Label | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202696 | CD45 Covid Approval | 4180 - Consulting | | 58,320.00 | 7/2/2021 | 6/2/2021 | 58,320.00 | 58,320.00 | CD45 Covid Approval | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202697 | CD41, COVID 19 | 4180 - Consulting | | 301,451.54 | 7/2/2021 | 6/2/2021 | 301,451.54 | 301,451.54 | CD41, COVID 19 | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202701 | CD39, COVID19 | 4180 - Consulting | | 53,120.98 | 7/2/2021 | 6/2/2021 | 53,120.98 | 53,120.98 | CD39, COVID19 | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202709 | CD38, Basket | 4180 - Consulting | | 6,916.53 | 7/2/2021 | 6/22/2021 | 6,916.53 | 6,916.53 | CD38, Basket | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202710 | CD37, Comp TNBC | 4180 - Consulting | | 22,450.95 | 7/2/2021 | 6/22/2021 | 22,450.95 | 22,450.95 | CD37, Comp TNBC | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202712 | CD33, Emergency IND | 4180 - Consulting | | 22,275.40 | 7/2/2021 | 6/22/2021 | 22,275.40 | 22,275.40 | CD33, Emergency IND | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202713 | CD30, Breast Cancer | 4180 - Consulting | | 36,217.20 | 7/2/2021 | 6/22/2021 | 36,217.20 | 36,217.20 | CD30, Breast Cancer | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202714 | CD28, mono ext | 4180 - Consulting | | 28,761.45 | 7/2/2021 | 6/22/2021 | 28,761.45 | 28,761.45 | CD28, mono ext | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202715 | CD25, BLA | 4180 - Consulting | | 12,928.00 | 7/2/2021 | 6/22/2021 | 12,928.00 | 12,928.00 | CD25, BLA | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202716 | CD24, AllCompassionate | 4180 - Consulting | | 21,679.66 | 7/2/2021 | 6/22/2021 | 21,679.66 | 21,679.66 | CD24, AllCompassionate | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202717 | CD18, MonoTherapy | 4180 - Consulting | | 67,339.15 | 7/2/2021 | 6/22/2021 | 67,339.15 | 67,339.15 | CD18, MonoTherapy | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202718 | CD16, GVHD2 | 4180 - Consulting | | 24,139.22 | 7/2/2021 | 6/22/2021 | 24,139.22 | 24,139.22 | CD16, GVHD2 | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202719 | CD14, Phase 3 | 4180 - Consulting | | 7,073.85 | 7/2/2021 | 6/22/2021 | 7,073.85 | 7,073.85 | CD14, Phase 3 | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202720 | CD09, Extension | 4180 - Consulting | | 23,238.70 | 7/2/2021 | 6/22/2021 | 23,238.70 | 23,238.70 | CD09, Extension | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202721 | CD02, IB | 4180 - Consulting | | 42,754.00 | 7/2/2021 | 6/22/2021 | 42,754.00 | 42,754.00 | CD02, IB | 4180 - Consulting | 07/2021 | 3 |
| CytoDyn, Inc. | 202728 | CD28, mono ext | 2600 - Deferred Revenue | 607.00 | 607.00 | 7/2/2021 | 6/22/2021 | 607.00 | 607.00 | CD28, mono ext | 2600 - Deferred Revenue | 07/2021 | 3 |
| CytoDyn, Inc. | 203031 | CD28, mono ext | 4180 - Consulting | 607.00 | 607.00 | 7/15/2021 | 6/15/2021 | 607.00 | 607.00 | CD28, mono ext | 4180 - Consulting | 07/2021 | 2 |
| CytoDyn, Inc. | 203032 | CD30, Breast Cancer | 1223 - Passthrough | 391.10 | 391.10 | 7/28/2021 | 6/29/2021 | 391.10 | 391.10 | CD30, Breast Cancer | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203052 | CD39-COVID19 | 4455 - Travel Reimbursem | 635.00 | 635.00 | 7/28/2021 | 6/28/2021 | 635.00 | 635.00 | CD39-COVID19 | 4455 - Travel Reimbursem | 07/2021 | 2 |
| CytoDyn, Inc. | 203054 | CD28, mono ext | 1223 - Passthrough | 1,110.00 | 1,110.00 | 7/28/2021 | 6/28/2021 | 1,110.00 | 1,110.00 | CD28, mono ext | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203055 | CD09, Extension | 1223 - Passthrough | 475.00 | 475.00 | 7/28/2021 | 6/28/2021 | 475.00 | 475.00 | CD09, Extension | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203056 | CD18, MonoTherapy | 1223 - Passthrough | 11,250.00 | 11,250.00 | 7/28/2021 | 6/28/2021 | 11,250.00 | 11,250.00 | CD18, MonoTherapy | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203057 | CD24, AllCompassionate | 1223 - Passthrough | 635.00 | 635.00 | 7/28/2021 | 6/28/2021 | 635.00 | 635.00 | CD24, AllCompassionate | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203058 | CD29, CD02 Open Label | 1223 - Passthrough | 280.00 | 280.00 | 7/28/2021 | 6/28/2021 | 280.00 | 280.00 | CD29, CD02 Open Label | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203059 | CD38, Basket | 1223 - Passthrough | 4,246.00 | 4,246.00 | 7/28/2021 | 6/28/2021 | 4,246.00 | 4,246.00 | CD38, Basket | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203060 | CD44 Long Hauler | 1223 - Passthrough | 5,208.00 | 5,208.00 | 7/28/2021 | 6/29/2021 | 5,208.00 | 5,208.00 | CD44 Long Hauler | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203066 | CD30, Breast Cancer | 1223 - Passthrough | 6,467.00 | 6,467.00 | 7/29/2021 | 6/29/2021 | 6,467.00 | 6,467.00 | CD30, Breast Cancer | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203067 | CD41, COVID19 | 1223 - Passthrough | 4,655.00 | 4,655.00 | 7/29/2021 | 6/29/2021 | 4,655.00 | 4,655.00 | CD41, COVID19 | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203068 | CD41, COVID19 | 1223 - Passthrough | 7,778.00 | 7,778.00 | 7/29/2021 | 6/29/2021 | 7,778.00 | 7,778.00 | CD41, COVID19 | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203072 | CD44 Long Hauler | 1223 - Passthrough | 750.00 | 750.00 | 7/29/2021 | 6/29/2021 | 750.00 | 750.00 | CD44 Long Hauler | 1223 - Passthrough | 07/2021 | 2 |
| CytoDyn, Inc. | 203173 | CD34, Nash | 1223 - Amarex Net Passthr | 2,461.00 | 2,461.00 | 7/31/2021 | 7/1/2021 | 2,461.00 | 2,461.00 | CD34, Nash | 1223 - Amarex Net Passthr | 08/2021 | 2 |
| CytoDyn, Inc. | 203180 | CD34, Nash | 1223 - Amarex Net Passthr | 5,030.00 | 5,030.00 | 7/31/2021 | 7/1/2021 | 5,030.00 | 5,030.00 | CD34, Nash | 1223 - Amarex Net Passthr | 08/2021 | 2 |
| CytoDyn, Inc. | 203230 | CD41, COVID 19 | 4180 - Consulting | 343,301.13 | 343,301.13 | 8/3/2021 | 7/4/2021 | 343,301.13 | 343,301.13 | CD41, COVID 19 | 4180 - Consulting | 08/2021 | 2 |
| CytoDyn, Inc. | 203231 | CD39, COVID19 | 2600 - Deferred Revenue | 53,249.98 | 53,249.98 | 8/3/2021 | 7/4/2021 | 53,249.98 | 53,249.98 | CD39, COVID19 | 2600 - Deferred Revenue | 08/2021 | 2 |
| CytoDyn, Inc. | 203232 | CD38, Basket | 4180 - Consulting | 6,397.69 | 6,397.69 | 8/3/2021 | 7/4/2021 | 6,397.69 | 6,397.69 | CD38, Basket | 4180 - Consulting | 08/2021 | 2 |

Note: This page is a single very dense financial ledger table. Values are reproduced to the best reading of the image. The left-side amount figure is repeated across several adjacent columns in the source; it is shown once below as "Amount". A sparse split-amount column and the right-side account amount mirror the main figure.

| Company | Doc # | Description | Date A | Date B | Split Amt | Amount | Account | Description | Period | G |
|---|---|---|---|---|---|---|---|---|---|---|
| OpDyn, Inc. | 203233 | CD37 - Comp TNBC | 8/3/2021 | 7/4/2021 | | 508.51 | 2600 - Deferred Revenue | CD37 - Comp TNBC | 08/2021 | 2 |
| OpDyn, Inc. | 203234 | CD34 - Nash | 8/3/2021 | 7/4/2021 | | 54,615.88 | 2600 - Deferred Revenue | CD34 - Nash | 08/2021 | 2 |
| OpDyn, Inc. | 203235 | CD30 - Breast Cancer | 8/3/2021 | 7/4/2021 | | 65,426.74 | 4180 - Consulting | CD30 - Breast Cancer | 08/2021 | 2 |
| OpDyn, Inc. | 203237 | CD29 - CD02 Open Label | 8/3/2021 | 7/4/2021 | | 48,381.75 | 4180 - Consulting | CD29 - CD02 Open Label | 08/2021 | 2 |
| OpDyn, Inc. | 203237 | CD28 - mono ext | 8/3/2021 | 7/4/2021 | | 32,986.68 | 4180 - Consulting | CD28 - mono ext | 08/2021 | 2 |
| OpDyn, Inc. | 203238 | CD25 - BLA | 8/3/2021 | 7/5/2021 | | 33,680.00 | 4180 - Consulting | CD25 - BLA | 08/2021 | 2 |
| OpDyn, Inc. | 203239 | CD24 - AllCompassionate | 8/4/2021 | 7/5/2021 | | 20,478.92 | 4180 - Consulting | CD24 - AllCompassionate | 08/2021 | 2 |
| OpDyn, Inc. | 203287 | CD18 - Monotherapy | 8/5/2021 | 7/6/2021 | | 91,516.00 | 4180 - Consulting | CD18 - Monotherapy | 08/2021 | 2 |
| OpDyn, Inc. | 203288 | CD16 - GVHD2 | 8/5/2021 | 7/6/2021 | | 26,675.72 | 4180 - Consulting | CD16 - GVHD2 | 08/2021 | 2 |
| OpDyn, Inc. | 203289 | CD14 - Phase 3 | 8/5/2021 | 7/6/2021 | | 2,549.95 | 4180 - Consulting | CD14 - Phase 3 | 08/2021 | 2 |
| OpDyn, Inc. | 203290 | CD09 - Extension | 8/5/2021 | 7/6/2021 | | 26,751.68 | 4180 - Consulting | CD09 - Extension | 08/2021 | 2 |
| OpDyn, Inc. | 203292 | CD02 - IB | 8/5/2021 | 7/6/2021 | | 53,872.00 | 4180 - Consulting | CD02 - IB | 08/2021 | 2 |
| OpDyn, Inc. | 203305 | CD34 - Nash | 8/6/2021 | 7/7/2021 | | 607.00 | 1223 - Amarex Net Passthr | CD34 - Nash | 08/2021 | 2 |
| OpDyn, Inc. | 203310 | CD34 - Nash | 8/6/2021 | 7/7/2021 | | 1,821.00 | 1223 - Amarex Net Passthr | CD34 - Nash | 08/2021 | 2 |
| OpDyn, Inc. | 203317 | CD44 Long Hauler | 8/7/2021 | 7/8/2021 | | 2,249.00 | 1223 - Amarex Net Passthr | CD44 Long Hauler | 08/2021 | 2 |
| OpDyn, Inc. | 203333 | CD30 - Breast Cancer | 8/9/2021 | 7/10/2021 | | 876.00 | 1223 - Amarex Net Passthr | CD30 - Breast Cancer | 08/2021 | 2 |
| OpDyn, Inc. | 203334 | CD28 - mono ext | 8/9/2021 | 7/10/2021 | 1,431.68 | 1,431.68 | 1223 - Amarex Net Passthr | CD28 - mono ext | 08/2021 | 1 |
| OpDyn, Inc. | 203462 | CD02 - IB | 8/13/2021 | 7/14/2021 | 7,730.00 | 7,730.00 | 1223 - Amarex Net Passthr | CD02 - IB | 08/2021 | 1 |
| OpDyn, Inc. | 203553 | CD34 - Nash | 8/15/2021 | 7/16/2021 | | 7,047.00 | 1223 - Amarex Net Passthr | CD34 - Nash | 08/2021 | 1 |
| OpDyn, Inc. | 203636 | CD33 - Emergency_IND | 8/18/2021 | 7/19/2021 | | 425.00 | 1223 - Amarex Net Passthr | CD33 - Emergency_IND | 08/2021 | 1 |
| OpDyn, Inc. | 203849 | CD28 - mono ext | 8/26/2021 | 7/27/2021 | | 3,750.00 | 1223 - Amarex Net Passthr | CD28 - mono ext | 09/2021 | 1 |
| OpDyn, Inc. | 203851 | CD18 - MonoTherapy | 8/26/2021 | 7/27/2021 | | 4,011.34 | 4455 - Travel Reimbursemt | CD18 - MonoTherapy | 09/2021 | 1 |
| OpDyn, Inc. | 203852 | CD29 - CD02 Open Label | 8/26/2021 | 7/27/2021 | | 785.18 | 4455 - Travel Reimbursemt | CD29 - CD02 Open Label | 09/2021 | 1 |
| OpDyn, Inc. | 203853 | CD34 - Nash | 8/26/2021 | 7/27/2021 | | 2,404.77 | 4455 - Travel Reimbursemt | CD34 - Nash | 09/2021 | 1 |
| OpDyn, Inc. | 203854 | CD37 - Comp TNBC | 8/26/2021 | 7/27/2021 | | 1,738.47 | 4455 - Travel Reimbursemt | CD37 - Comp TNBC | 09/2021 | 1 |
| OpDyn, Inc. | 204056 | CD44 Long Hauler | 9/1/2021 | 8/2/2021 | | 196,257.04 | 4180 - Consulting | CD44 Long Hauler | 09/2021 | 1 |
| OpDyn, Inc. | 204060 | CD41 - COVID19 | 9/1/2021 | 8/2/2021 | | 94,175.71 | 4180 - Consulting | CD41 - COVID19 | 09/2021 | 1 |
| OpDyn, Inc. | 204069 | CD16 - GVHD2 | 9/1/2021 | 8/2/2021 | | 247,640.04 | 4180 - Consulting | CD16 - GVHD2 | 09/2021 | 1 |
| OpDyn, Inc. | 204070 | CD38 - Basket | 9/1/2021 | 8/2/2021 | | 52,631.93 | 4180 - Consulting | CD38 - Basket | 09/2021 | 1 |
| OpDyn, Inc. | 204071 | CD34 - Nash | 9/1/2021 | 8/2/2021 | | 16,216.39 | 4180 - Consulting | CD34 - Nash | 09/2021 | 1 |
| OpDyn, Inc. | 204072 | CD34 - Nash | 9/1/2021 | 8/2/2021 | | 5,472.23 | 4180 - Consulting | CD34 - Nash | 09/2021 | 1 |
| OpDyn, Inc. | 204073 | CD30 - Breast Cancer | 9/1/2021 | 8/2/2021 | | 50,869.05 | 4180 - Consulting | CD30 - Breast Cancer | 09/2021 | 1 |
| OpDyn, Inc. | 204074 | CD29 - CD02 Open Label | 9/1/2021 | 8/2/2021 | | 54,158.01 | 4180 - Consulting | CD29 - CD02 Open Label | 09/2021 | 1 |
| OpDyn, Inc. | 204075 | CD28 - mono ext | 9/1/2021 | 8/2/2021 | | 38,547.70 | 4180 - Consulting | CD28 - mono ext | 09/2021 | 1 |
| OpDyn, Inc. | 204076 | CD25 - BLA | 9/1/2021 | 8/2/2021 | | 48,256.83 | 4180 - Consulting | CD25 - BLA | 09/2021 | 1 |
| OpDyn, Inc. | 204077 | CD24 - AllCompassionate | 9/1/2021 | 8/2/2021 | | 36,352.75 | 4180 - Consulting | CD24 - AllCompassionate | 09/2021 | 1 |
| OpDyn, Inc. | 204138 | CD18 - Monotherapy | 9/2/2021 | 8/3/2021 | | 22,682.50 | 4180 - Consulting | CD18 - MonoTherapy | 09/2021 | 1 |
| OpDyn, Inc. | 204139 | CD16 - GVHD2 | 9/2/2021 | 8/3/2021 | | 78,889.03 | 4180 - Consulting | CD16 - GVHD2 | 09/2021 | 1 |
| OpDyn, Inc. | 204140 | CD14 - Phase 3 | 9/2/2021 | 8/3/2021 | | 13,083.12 | 4180 - Consulting | CD14 - Phase 3 | 09/2021 | 1 |
| OpDyn, Inc. | 204141 | CD09 - Extension | 9/2/2021 | 8/3/2021 | | 2,549.95 | 4180 - Consulting | CD09 - Extension | 09/2021 | 1 |
| OpDyn, Inc. | 204142 | CD29 - CD02 Open Label | 9/2/2021 | 8/3/2021 | | 23,860.81 | 4180 - Consulting | CD29 - CD02 Open Label | 09/2021 | 1 |
| OpDyn, Inc. | 204145 | CD02 - IB | 9/2/2021 | 8/3/2021 | 280.00 | 280.00 | 1223 - Passthrough | CD02 - IB | 09/2021 | 1 |
| OpDyn, Inc. | 204491 | CD29 - CD02 Open Label | 9/22/2021 | 8/23/2021 | | 39,674.00 | 4180 - Consulting | CD29 - CD02 Open Label | 09/2021 | 0 |
| OpDyn, Inc. | 204520 | CD29 - CD02 Open Label | 9/23/2021 | 8/24/2021 | 280.00 | 280.00 | 1223 - Passthrough | CD29 - CD02 Open Label | 09/2021 | 0 |
| OpDyn, Inc. | 204580 | CD39-COVID19 | 9/25/2021 | 8/26/2021 | 280.00 | 280.00 | 1223 - Passthrough | CD39-COVID19 | 09/2021 | 0 |
| OpDyn, Inc. | 204582 | CD18 - Mono/Therapy | 9/25/2021 | 8/26/2021 | | 9,045.63 | 4455 - Travel Reimbursemt | CD18 - MonoTherapy | 09/2021 | 0 |
| OpDyn, Inc. | 204583 | CD24 - AllCompassionate | 9/25/2021 | 8/26/2021 | | 3,386.89 | 4455 - Travel Reimbursemt | CD24 - AllCompassionate | 09/2021 | 0 |
| OpDyn, Inc. | 204584 | CD34 - Nash | 9/25/2021 | 8/26/2021 | | 7,219.63 | 4455 - Travel Reimbursemt | CD34 - Nash | 09/2021 | 0 |
| OpDyn, Inc. | 204585 | CD16 - GVHD2 | 9/25/2021 | 8/26/2021 | | 4,080.53 | 4455 - Travel Reimbursemt | CD16 - GVHD2 | 09/2021 | 0 |
| OpDyn, Inc. | 204586 | CD39 COVID19 | 9/25/2021 | 8/26/2021 | | 1,083.57 | 4455 - Travel Reimbursemt | CD39 COVID19 | 09/2021 | 0 |
| OpDyn, Inc. | 204587 | CD41 - COVID 19 | 9/25/2021 | 8/26/2021 | | 2,667.77 | 4455 - Travel Reimbursemt | CD41 - COVID19 | 09/2021 | 0 |
| OpDyn, Inc. | 204653 | CD41 - COVID 19 | 9/29/2021 | 8/30/2021 | | 202,093.92 | 4180 - Consulting | CD41 - COVID 19 | 09/2021 | 0 |
| OpDyn, Inc. | 204654 | CD38 - Basket | 9/29/2021 | 8/30/2021 | | 27,463.08 | 4180 - Consulting | CD38 - Basket | 09/2021 | 0 |
| OpDyn, Inc. | 204679 | CD37 - Comp TNBC | 9/29/2021 | 8/30/2021 | | 22,884.17 | 4180 - Consulting | CD37 - Comp TNBC | 09/2021 | 0 |
| OpDyn, Inc. | 204679 | CD34 - Nash | 9/29/2021 | 8/30/2021 | | 2,728.75 | 4180 - Consulting | CD34 - Nash | 09/2021 | 0 |
| OpDyn, Inc. | 204693 | CD30 - Breast Cancer | 9/29/2021 | 8/30/2021 | 44,253.31 | 36,389.04 | 4180 - Consulting | CD30 - Breast Cancer | 09/2021 | 0 |

| Company | Invoice | Description | Date 1 | Date 2 | Amount | Amount | Amount | Amount | Code | Description | Period | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OpsDyn, Inc. | 204694 | CD29_CD02 Open Label | 8/30/2021 | 9/29/2021 | 40,019.75 | 40,019.75 | 40,019.75 | 40,019.75 | 4180 - Consulting | CD29_CD02 Open Label | 09/2021 | 0 |
| OpsDyn, Inc. | 204695 | CD28_mono ext | 8/30/2021 | 9/29/2021 | 47,444.52 | 47,444.52 | 47,444.52 | 47,444.52 | 4180 - Consulting | CD28_mono ext | 09/2021 | 0 |
| OpsDyn, Inc. | 204696 | CD24_AllCompassionate | 8/30/2021 | 9/29/2021 | 52,282.42 | 52,282.42 | 52,282.42 | 52,282.42 | 4180 - Consulting | CD24_AllCompassionate | 09/2021 | 0 |
| OpsDyn, Inc. | 204697 | CD18_Monotherapy | 8/30/2021 | 9/29/2021 | 90,069.36 | 90,069.36 | 90,069.36 | 90,069.36 | 4180 - Consulting | CD18_Monotherapy | 09/2021 | 0 |
| OpsDyn, Inc. | 204698 | CD14_Phase 3 | 8/30/2021 | 9/29/2021 | 2,549.95 | 2,549.95 | 2,549.95 | 2,549.95 | 4180 - Consulting | CD14_Phase 3 | 09/2021 | 0 |
| OpsDyn, Inc. | 204699 | CD09_Extension | 8/30/2021 | 9/29/2021 | 24,996.67 | 24,996.67 | 24,996.67 | 24,996.67 | 4180 - Consulting | CD09_Extension | 09/2021 | 0 |
| OpsDyn, Inc. | 204715 | CD02_IB | 8/31/2021 | 9/30/2021 | 4,730.00 | 4,730.00 | 4,730.00 | 4,730.00 | 4180 - Consulting | CD02_IB | 09/2021 | 0 |
| OpsDyn, Inc. | 204853 | CD45 Covid Approvals | 9/11/2021 | 10/11/2021 | 5,542.50 | 5,542.50 | 5,542.50 | 5,542.50 | 4180 - Consulting | CD45 Covid Approvals | 10/2021 | 0 |
| OpsDyn, Inc. | 205093 | CD34_Nash | 9/7/2021 | 10/7/2021 | 280.00 | 280.00 | 280.00 | 280.00 | 1223 - Passthrough | CD34_Nash | 10/2021 | 0 |
| OpsDyn, Inc. | 205316 | CD34_Nash | 9/20/2021 | 10/20/2021 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1223 - Passthrough | CD34_Nash | 10/2021 | 0 |
| OpsDyn, Inc. | 205427 | CD14_Phase 3 | 9/28/2021 | 10/28/2021 | 1,163.76 | 1,163.76 | 1,163.76 | 1,163.76 | 4455 - Travel Reimbursement | CD14_Phase 3 | 10/2021 | 0 |
| OpsDyn, Inc. | 205428 | CD18_MonoTherapy | 9/28/2021 | 10/28/2021 | 4,034.27 | 4,034.27 | 4,034.27 | 4,034.27 | 4455 - Travel Reimbursement | CD18_MonoTherapy | 10/2021 | 0 |
| OpsDyn, Inc. | 205429 | CD24_AllCompassionate | 9/28/2021 | 10/28/2021 | 850.14 | 850.14 | 850.14 | 850.14 | 4455 - Travel Reimbursement | CD24_AllCompassionate | 10/2021 | 0 |
| OpsDyn, Inc. | 205430 | CD28_mono ext | 9/28/2021 | 10/28/2021 | 1,506.15 | 1,506.15 | 1,506.15 | 1,506.15 | 4455 - Travel Reimbursement | CD28_mono ext | 10/2021 | 0 |
| OpsDyn, Inc. | 205441 | CD29_CD02 Open Label | 9/28/2021 | 10/28/2021 | 3,149.77 | 3,149.77 | 3,149.77 | 3,149.77 | 4455 - Travel Reimbursement | CD29_CD02 Open Label | 10/2021 | 0 |
| OpsDyn, Inc. | 205432 | CD34_Nash | 9/28/2021 | 10/28/2021 | 5,477.48 | 5,477.48 | 5,477.48 | 5,477.48 | 4455 - Travel Reimbursement | CD34_Nash | 10/2021 | 0 |
| OpsDyn, Inc. | 205433 | CD38_Basket | 9/28/2021 | 10/28/2021 | 3,506.13 | 3,506.13 | 3,506.13 | 3,506.13 | 4455 - Travel Reimbursement | CD38_Basket | 10/2021 | 0 |
| OpsDyn, Inc. | 205434 | CD39_COVID19 | 9/28/2021 | 10/28/2021 | 1,262.86 | 1,262.86 | 1,262.86 | 1,262.86 | 4455 - Travel Reimbursement | CD39_COVID19 | 10/2021 | 0 |
| OpsDyn, Inc. | 205435 | CD41_COVID 19 | 9/28/2021 | 10/28/2021 | 1,513.38 | 1,513.38 | 1,513.38 | 1,513.38 | 4180 - Consulting | CD41_COVID 19 | 10/2021 | 0 |
| OpsDyn, Inc. | 205436 | CD44 Long Hauler | 9/28/2021 | 10/28/2021 | 4,533.27 | 4,533.27 | 4,533.27 | 4,533.27 | 4455 - Travel Reimbursement | CD44 Long Hauler | 10/2021 | 0 |
| OpsDyn, Inc. | 205538 | CD24_AllCompassionate | 10/12/2021 | 03/12/2021 | 12,920.00 | 12,920.00 | 12,920.00 | 12,920.00 | 1223 - Amarex Net Passthr | CD24_AllCompassionate | 10/2021 | 0 |
| OpsDyn, Inc. | 205689 | CD44 Long Hauler | 10/4/2021 | 11/3/2021 | 32,283.72 | 32,283.72 | 32,283.72 | 32,283.72 | 4180 - Consulting | CD44 Long Hauler | 11/2021 | 0 |
| OpsDyn, Inc. | 205690 | CD41_COVID 19 | 10/4/2021 | 11/3/2021 | 280,863.66 | 280,863.66 | 280,863.66 | 280,863.66 | 4180 - Consulting | CD41_COVID 19 | 11/2021 | 0 |
| OpsDyn, Inc. | 205711 | CD39_COVID19 | 10/4/2021 | 11/3/2021 | 27,463.08 | 27,463.08 | 27,463.08 | 27,463.08 | 4180 - Consulting | CD39_COVID19 | 11/2021 | 0 |
| OpsDyn, Inc. | 205694 | CD34_Nash | 10/4/2021 | 11/3/2021 | 37,179.15 | 37,179.15 | 37,179.15 | 37,179.15 | 4180 - Consulting | CD34_Nash | 11/2021 | 0 |
| OpsDyn, Inc. | 205695 | CD38_Basket | 10/4/2021 | 11/3/2021 | 14,106.17 | 14,106.17 | 14,106.17 | 14,106.17 | 4180 - Consulting | CD38_Basket | 11/2021 | 0 |
| OpsDyn, Inc. | 205700 | CD37_Comp TNBC | 10/5/2021 | 11/4/2021 | 15,065.10 | 15,065.10 | 15,065.10 | 15,065.10 | 4180 - Consulting | CD37_Comp TNBC | 11/2021 | 0 |
| OpsDyn, Inc. | 205707 | CD30_Breast Cancer | 10/5/2021 | 11/4/2021 | 13,093.89 | 13,093.89 | 13,093.89 | 13,093.89 | 4180 - Consulting | CD30_Breast Cancer | 11/2021 | 0 |
| OpsDyn, Inc. | 205711 | CD29_CD02 Open Label | 10/5/2021 | 11/4/2021 | 33,003.65 | 33,003.65 | 33,003.65 | 33,003.65 | 4180 - Consulting | CD29_CD02 Open Label | 11/2021 | 0 |
| OpsDyn, Inc. | 205715 | CD28_mono ext | 10/5/2021 | 11/4/2021 | 30,460.14 | 30,460.14 | 30,460.14 | 30,460.14 | 4180 - Consulting | CD28_mono ext | 11/2021 | 0 |
| OpsDyn, Inc. | 205716 | CD24_AllCompassionate | 10/5/2021 | 11/4/2021 | 42,420.92 | 42,420.92 | 42,420.92 | 42,420.92 | 4180 - Consulting | CD24_AllCompassionate | 11/2021 | 0 |
| OpsDyn, Inc. | 205717 | CD18_Monotherapy | 10/5/2021 | 11/4/2021 | 255,062.52 | 255,062.52 | 255,062.52 | 255,062.52 | 4180 - Consulting | CD18_Monotherapy | 11/2021 | 0 |
| OpsDyn, Inc. | 205719 | CD16_GVHD2 | 10/5/2021 | 11/4/2021 | 37,173.24 | 37,173.24 | 37,173.24 | 37,173.24 | 4180 - Consulting | CD16_GVHD2 | 11/2021 | 0 |
| OpsDyn, Inc. | 205722 | CD09_Extension | 10/5/2021 | 11/4/2021 | 19,742.71 | 19,742.71 | 19,742.71 | 19,742.71 | 4180 - Consulting | CD09_Extension | 11/2021 | 0 |
| OpsDyn, Inc. | 205723 | CD02_IB | 10/5/2021 | 11/4/2021 | 4,730.00 | 4,730.00 | 4,730.00 | 4,730.00 | 4180 - Consulting | CD02_IB | 11/2021 | 0 |
| GRAND TOTAL | | | | | 13,450,797.91 | 13,261,982.52 | 1,515,866.42 | 853,231.81 | 919,355.41 | 767,853.99 | 9,205,674.99 | |

# Exhibit B



**Rachel T. McGuckian, Esquire**
301.517.4816
rmcguckian@milesstockbridge.com

October 21, 2021

**VIA EMAIL** (bmundel@sidley.com)

Benjamin M. Mundel, Esquire
Sidley Austin, LLP
1501 K Street, N.W.
Washington, D.C.  20005

Re:    Medical Monitoring Activities Associated with SAE Reporting
       United States District Court of Maryland Case No. 8:21-cv-02533-PJM

Dear Mr. Mundel:

Amarex confirms it has not stopped and will continue medical monitoring activities associated with SAE reporting until the earlier of the resolution of the preliminary injunction proceedings or CytoDyn advises that it no longer needs Amarex to perform these activities.  For clarification, Amarex will perform these activities in the same manner as it has been since September 24, and EDC access will not be restored.  The sites may continue to report any SAEs by sending the SAE Notification Form to Amarex via email or fax or by contacting Amarex via phone.  In the event a site reports a SAE to Amarex, the Amarex team will notify CytoDyn.  Amarex will continue to invoice CytoDyn for these activities and CytoDyn shall provide timely payment for the same.

Sincerely,

*Rachel T. McGuckian*
Rachel T. McGuckian

RTM/mlh

cc:    Mark D. Hopson, Esquire (mhopson@sidley.com)
       Lucas Croslow, Esquire (lcroslow@sidley.com)
       Jacquelyn E. Fradette, Esquire (jfradette@sidley.com)
       Jon R. Steiger, Esquire (js@h2law.com)
       Patrick M. McCarthy, Esquire (pmm@h2law.com)

11 N. Washington Street, Suite 700  |  Rockville, MD 20850-4229  |  301 762-1600  |  mslaw.com

BALTIMORE, MD  •  EASTON, MD  •  FREDERICK, MD  •  RICHMOND, VA  •  TYSONS CORNER, VA  •  WASHINGTON, D.C.

117196\000001\4864-3390-9760.v1

# Exhibit C

**From:** Nader Pourhassan <npourhassan@cytodyn.com>
**Sent:** Tuesday, April 14, 2020 10:49 AM
**To:** Kush Dhody <kushd@amarexcro.com>; Kazem Kazempour <kazemk@amarexcro.com>
**Cc:** Nitya Ray <nray@cytodyn.com>
**Subject:** BLA submission

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Nitya and Kush:
Today we have so far in 1 hour almost 20% drop in our stock price. Yesterday we had drop also after putting out great results about COVID-19 patients we are seeing these type of decline.

This drop will be much deeper if we don't file our BLA as the message board now is getting bombarded by investors who are very frustrated with me and CytoDyn.

Please file the BLA no later than next week Wednesday, even if we are short in no matter what portion of whatever it is that we are short.

Dear Nitya: Please communicate with Kush about how much time they need to prepare the CMC portion after you send it to them. Kush told me yesterday he needs one week if so, they need the CMC package tomorrow to make the next week's Wednesday deadline. Please talk to Kush to see if there is any way they could take 1-2 days to prepare the CMC portion for final filling as you and I discussed yesterday

Dear Kush: The COVID-19 is no longer CytoDyn's top priority as if the stock continues its drift then financially we will have problems financing itself. THE MOST IMPORTANT thing now is BLA. Please focus on that urgently only.

With best regards
Nader

Nader Pourhassan, PhD
Director, President & CEO
CytoDyn Inc. (www.cytodyn.com)
1111 Main Street, Suite 660
Vancouver, Washington 98660
(360)980-8524 Ext. 1 - Work
(360)980-8549 - Fax
(503)348-4173-Cell

**CONFIDENTIALITY NOTICE.** This e-mail transmission and any documents, files, or previous e-mail messages appended or attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, or use of the information contained or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone 503-348-4173 or return e-mail message (npourhassan@cytodyn.com) and delete the original transmission, its attachments, and any copies without reading or saving in any manner. Thank you.

# Exhibit D



BLA 761144

**REFUSAL TO FILE**

CytoDyn, Inc.
Attention: Kazem Kazempour, PhD.
Regulatory Agent on Behalf of CytoDyn
20201 Century Boulevard, 4th Floor
Germantown, MD 20874

Dear Dr. Kazempour:[1]

Please refer to your biologics license application (BLA), dated May 11, 2020, received May 11, 2020, submitted under section 351(a) of the Public Health Service Act for PRO 140, injectable solution.

After a preliminary review, we find your application does not contain all pertinent information and data needed to complete a substantive review. Therefore, we are refusing to file this application under 21 CFR 601.2(a).

The application has numerous omissions and inadequacies so severe as to render the application incomplete and also introduces significant impediments to a prompt and meaningful review because there is the need for substantial amounts of additional data and analyses along with corrections in datasets.

We are refusing to file this application for the reasons identified below. Section I provides a high-level summary of the deficiencies and Section II provides a detailed description of each deficiency and the information needed to resolve the deficiency.

**I.  High-Level Summary of Refuse to File Deficiencies.**

A.  <u>Absence of Analyses of Data Supporting the Proposed Dose</u>

The BLA does not include critical information and analyses needed to permit substantive clinical, statistical, clinical virology and clinical pharmacology review of your proposed dose. In many cases, these issues are deficiencies that were clearly communicated to you before submission of the application (see Section II for specific details). These deficiencies require resolution before a meaningful review can occur.

B.  <u>Electronic Dataset Quality Issues</u>

There is an absence of important variables (e.g., time to virologic failure at the assigned dose) and analysis group flags in the analysis files containing the primary

---

[1] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

BLA 761144
Page 2

efficacy data needed for substantive clinical, statistical, clinical virology and clinical pharmacology review of your product. Additionally, the datasets have numerous instances of missing data and the files are not adequately defined or properly indexed.

C. <u>Absence of Demographic Subset Analyses Needed for Substantive Review of Product Effectiveness and Safety</u>

Assessing the safety and effectiveness in subpopulations (sex, age, race, and ethnicity) is an integral part of the BLA review. Your BLA did not include analyses of subpopulations with regard to effectiveness; the Summary of Clinical Efficacy, the CD02 CSR, and the CD03 CSR did not include these analyses and the ISE was omitted from the submission. While the ISS and Summary of Clinical Safety included sections with relevant titles such as "Adverse Events by Age" and "Adverse Events by Gender", the content of these sections was largely line-listings without substantive assessments addressing whether age or sex appeared to have impacted safety outcomes in your clinical development program. Neither the ISS nor the Summary of Clinical Safety includes analyses of safety by race or ethnicity.

D. <u>Device-Related Issues</u>

No data from studies conducted with the drug in the device were included in the submission, and no information is included on the manufacturer of the syringe and needles.

## II. Detailed Description of Refuse to File Deficiencies and Information Needed to Resolve These Deficiencies.

Section II provides detailed descriptions of the deficiencies summarized in Section I.

A. <u>Absence of Analyses of Data Supporting the Proposed Dose</u>

Your BLA does not include the pertinent information needed for FDA reviewers to perform a substantive review of the dose you have selected. As we told you in our December 16, 2019, correspondence:

We acknowledge that you have selected 700 mg as the to be marketed dose. Assessing whether the data from CD03 and CD02 support the 700 mg dose for the intended population and indication will be a review issue. With your BLA submission, you should submit an integrated assessment and detailed summary that supports your selected dose and incorporates virologic outcomes, safety data (including laboratory abnormalities), exposure related data (including population pharmacokinetics and exposure-response relationship analyses), receptor occupancy data (including both method validation report and bioanalytical report of clinical samples), and anti-idiotypic antibody data (including both method validation report and bioanalytical report of clinical samples). The integrated assessment should reflect data from the 3 doses evaluated in CD03 and for the 350 mg dose evaluated in HTE MDR patients in CD02.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

BLA 761144

Page 3

Despite the specific advice above, which echoed the advice we provided you on January 22, 2019, following our presentation of the revised BLA submission plan to the CDER's Medical Policy and Program Review Council (MPPRC), the BLA includes only a 2-page "Rationale for Dose Section" that is identical to the rationale you provided with the proposed CD08 trial, which we told you in our June 3, 2019, correspondence was insufficient.

Your application does not include the information and analyses needed to permit FDA reviewers (clinical, statistical, clinical virology and clinical pharmacology) to perform a substantive review of the proposed dose. The application is missing an integrated assessment that incorporates detailed summaries reflecting data from the participants randomized to receive 350 mg, 525mg, and 700mg in CD03 and for the 350 mg dose evaluated in HTE MDR patients in CD02. Furthermore, your application does not include multiple reports that are needed to permit a substantive review.

Detailed descriptions of the deficiencies related to dose determination are described below by discipline.

**i.     Assessment of Effectiveness by Dose**

The statistical reviewer is unable to conduct a substantive review to assess the proposed dose with respect to efficacy because critical statistical analyses were not provided. First, an integrated assessment of efficacy was not provided. Second, the comparisons of effectiveness by dose provided in the Summary of Clinical Efficacy and the CD03 CSR were conducted by dose group instead of between the randomized arms. Because CD03 is an ongoing trial with staggered enrollment and variable duration of exposure depending on when the subject was enrolled, analyses of dose by randomized arm are essential to the review of efficacy. Please refer to our November 11, 2019, correspondence that explains the importance of displaying CD03 data by randomization group.

In addition, your BLA application does not include any analyses of Anti-Drug Antibodies (ADA) or any assessment of any association between ADA and virologic failure. In our January 22, 2019, correspondence, we provided you with specific advice for your BLA submission wherein we communicated CDER's Medical Policy and Program Review Council members' concerns about the possibility that ADA may impact leronlimab effectiveness. Specifically, we advised you that the BLA should include a detailed narrative to explain whether or not ADA is associated with virologic failure.

<u>Items Needed to Permit a Substantive Review of Efficacy of the Proposed Dose</u>

a.   The submission does not include an integrated assessment of efficacy, which is essential for your BLA because your proposed dosing is supported by data from the CD03 trial, but treatment of the proposed patient population is supported by

Reference ID: 4637977

BLA 761144

Page 4

data from the CD02 trial. Such an assessment is expected in an Integrated Summary of Effectiveness (which was not submitted) or alternatively, in certain instances, the Module 2 Summary of Clinical Efficacy. In your case, the Summary of Clinical Efficacy did not include an integrated assessment of efficacy.

b. The application should include a summary of the results of all studies pertinent to the indication, as well as provide a comparison across studies, assessment of subpopulations, and information relevant to dosing. The Module 2 Summary of Clinical Efficacy would be an appropriate location for this information.

c. All the analyses and tables in the CD03 CSR should be organized such that concurrently randomized arms can be compared.

d. The tables in the CD03 CSR should account for the duration of exposure for all efficacy and safety analyses, e.g. using incidence density rate.

e. The software program files used to generate the analysis datasets from the source datasets and those used to generate efficacy and safety tables, figures, and listings in the CD02 CSR, CD03 CSR, ISS, and ISE should be submitted.

f. All variables used to produce tables/figures in the CD02 and CD03 CSR should be included in the analysis datasets.

g. The BLA should include an assessment of ADA by dose and randomization group and analyses of whether ADA impacted effectiveness.

### ii.    Assessment of Safety by Dose

The clinical reviewer is unable to perform a substantive review of safety by dose because the Integrated Summary of Safety (ISS), Summary of Clinical Safety, and CD03 CSR do not include the pertinent information needed and because there are numerous instances of missing data. Importantly, the comparisons of safety by dose in CD03 were conducted by dose group instead of between the randomized arms (and then by dose). For the reasons outlined in Section II.A.i., analyses of dose by randomized arm are essential to the review of safety. Second, missing data and missing sections present significant impediments to a prompt and meaningful review of safety. Thirdly, the BLA does not include case report forms (CRFs).

- <u>Missing Data</u>: In the ISS, adverse events (AEs) are identified as "uncoded," including serious events, events leading to death, and life-threatening events. The Summary of Clinical Safety and CD03 CSR also include frequent "uncoded" listings.

- <u>Missing Analysis of Clinical Implications of ADA</u>: Specific analyses of any clinical implications of ADA, including both safety and virologic failure events should be addressed in the ISS, Summary of Clinical Safety, and CD02 and CD03 CSRs. Risk factors for ADA (e.g. dose, demographic subgroup, duration of exposure, comorbidities) should be evaluated.

- <u>Missing ISS and Summary of Clinical Safety Sections</u>: In addition to providing analyses of safety by demographic subgroups, your revised ISS, Summary of Clinical Summary, and CD03 and CD02 CSRs should present safety data in a way that allows for a meaningful review of safety of your product. Numerous ISS

Reference ID: 4637977

BLA 761144

Page 5

and Summary of Clinical Safety sections are blank, missing, or missing substantive assessments, as outlined below.

- o Summary of Clinical Safety Section 2.7.4.2.8.2 titled "Adverse Events Requiring Drug Discontinuation" re-lists the SAEs, instead of addressing the events that led to drug discontinuation (i.e. both serious and non-serious events that led to drug discontinuation), which is a necessary component of a BLA.
- o No information is provided in the section "Adverse Events Leading to Drug Interruption"
- o Summary of Clinical Safety Section 2.7.4.2.8.2 titled "Other Significant Adverse Events" provides a reference to AEs that led to treatment discontinuation (which is actually a repeated assessment of SAEs).
- o ISS Section 6. "Clinical Laboratory Evaluation" section does not include an assessment. Instead, the section refers to CSRs. The same is true of Summary of Clinical Safety Section 2.7.4.3 of the same title.
- o ISS Section 7. "Vital signs, physical findings, and other observations related to safety" section does not include an assessment. Instead, the section refers to CSRs. The same is true of Summary of Clinical Safety Section 2.7.4.4 of the same title.
- o Specific analyses of injection site reaction events, including any evidence of systemic manifestations (e.g., hypotension, fever, difficulty breathing) within the post-administration monitoring period. Risk factors for injection site reactions (e.g. dose, duration of exposure, demographic subgroup, comorbidities) should be examined and an overall assessment of impact of injection site reactions on patient outcomes (e.g., leronlimab discontinuation, additional treatment required or preventative measures) provided.
- o Analyses of definitely, probably, and possibly related events should be presented together because separate analyses of each assessment of causality do not facilitate review of patterns of safety events.

Note: Refer to Section IIC for issues related to demographic subset analyses of safety outcomes by age, sex, race, and racial subgroup.

- <u>Missing CRF's and Patient Narratives</u>: CRFs and some patient narratives for deaths, discontinuations due to adverse events, and serious adverse events are missing.

<u>Items Needed to Permit a Substantive Review of Safety of the Proposed Dose</u>

a. The Summary of Clinical Safety and CD03 CSR should include analyses of dose by randomized arms.
b. Your revised ISS and Summary of Clinical Summary should be complete and include substantive assessments for each section, presenting safety data in a way that allows for a meaningful review of safety of your product. The safety data presented within each section should be relevant to its section title.

c. The CD03 and CD02 CSRs should also present safety data in a way that allows for a meaningful review of safety of your product.

d. The ISS, Summary of Clinical Safety, and CSRs should include minimal missing data ("uncoded"), particularly for events leading to death, serious events, and life-threatening events.

e. Your submission should include CRFs or patient narratives for all deaths, discontinuations due to adverse events, and serious adverse events. The following subjects have no CRF or narrative: PRO 140 CD02-203006, PRO 140 CD02-202020, PRO 140 CD01-01027, PRO 140 CD01-01053, PRO 140 CD01-01061, PRO 140 CD01-01064, PRO 140 CD02-213507, PRO 140 CD02-214009, PRO 140 CD02-215002, PRO 140 CD02-238007, PRO 140 CD02-238037, PRO 140 CD02-240501, PRO 140 CD03-308002.

Refer to Section IIC for the listing of needed demographic subset analyses.

### iii. Assessment of Clinical Virology by Dose

The application does not include the information needed for the clinical virology reviewer to perform a substantive review of virologic outcomes by dose. Clinical Virology reports summarizing virologic failures with baseline characteristics, baseline resistance, and resistance emergence to PRO140 and optimized background treatment are missing.

- No Clinical Virology Report for Study CD02 was submitted; assessments of virologic failures and resistance emergence to PRO 140 and optimized background therapy are missing.
- No Clinical Virology Report for Study CD03 was submitted; assessments of virologic failures and PRO 140 resistance emergence, which are necessary to compare efficacy of PRO 140 in each dose group (350 mg, 500 mg and 700 mg) are missing.

Items Needed to Permit a Substantive Clinical Virology Review of the Proposed Dose

a. A comprehensive CD02 Clinical Virology Study Report should be submitted with a complete assessment of the virologic failures including evaluations of PRO 140 resistance, optimized background therapy (OBT) resistance, and tropism. This report should contain assessments of:

- Baseline characteristics of virologic failures.
  - Overall ARV treatment experience at study entry.
  - Resistance to OBT at baseline.
  - Tropism at Baseline.
- Assessment of reason for failure in virologic failures.

BLA 761144
Page 7

- o Resistance to PRO 140 at failure.
  - Assessment of Tropism at failure.
    - Assay methodology.
    - Outgrowth of CXCR4 tropic virus a reason for failure?
  - CCR5 tropic virus: phenotype to PRO 140 and env genotype.
  - Cross-resistance with MVC.
- o Emergent resistance to OBT.

b. A comprehensive CD03 Clinical Virology Study Report should be submitted with an assessment of virologic failures and PRO 140 resistance emergence by randomization group and dose group. This report should contain assessments of:

- Tropism at baseline for all subjects.
  - o Assay methodology for tropism assay (DNA) in suppressed patients.
- An assessment of virologic failures in CD03.
  - o Number and proportion of virologic failures in each dose group by randomization group.
  - o Frequency of resistance emergence to PRO 140 in virologic failures of each dose group.
    - CXCR4 tropism.
    - CCR5-tropic PRO 140 resistance (genotypic and phenotypic).
    - MVC cross-resistance.

### iv.   Assessment of Pharmacokinetics and Pharmacodynamics by Dose

The application does not include the information needed for the clinical pharmacology review team to perform a substantive review of pharmacokinetics (PK) and pharmacodynamics (PD) by dose. Specifically, the application does not include complete bioanalytic reports, the population PK (Pop PK) analysis report does not include the agreed upon studies used for the analysis, and the receptor occupancy report includes only "representative data." Detailed descriptions of these deficiencies are provided below:

- Absence of Bioanalytical Reports:  Assessing the quality of the PK data submitted in support of a BLA application is an integral part of the Clinical Pharmacology BLA review. During the Pre-BLA meeting (June 2018) and in our November 2019 correspondence, we requested the applicant submit complete bioanalytical reports (reports which describe analysis of concentrations of leronlimab in blood samples collected in the clinical trials). Despite the advice provided on two separate occasions, the bioanalytical reports are not included in your BLA submission.
- Incomplete "Overview of Clinical Pharmacology" Section: The Overview of Clinical Pharmacology section does not include an integrated summary of

BLA 761144
Page 8

clinical pharmacology results. Instead, the document only refers to Summary of Clinical Pharmacology Studies section.

- Incomplete Summary of Clinical Pharmacology Studies:  The Summary of Clinical Pharmacology document does not include PK or PD results from any of the clinical studies. Instead, the summary document only includes information on the study design for each study and a summary of adverse events for some studies.

- Submission of Unagreed Upon Population PK (Pop PK) Analysis:  A thorough assessment of dose selection is critical to ensure the safe and effective use of drugs. Methodologies such as Pop PK analysis are used to assess dose selection and to evaluate the impact of intrinsic and extrinsic factors on drug exposure. Hence, it is critical that the data used to build and validate population pharmacokinetic models are robust. Therefore, we requested a Pop PK analysis to support the selection of a higher dose [700 mg, based on the dose-finding study in the monotherapy study (CD03)] than the dose evaluated in the pivotal trial (CD02), because you only analyzed the PK data at the proposed dose (700 mg) using Pop PK analysis method. In your correspondence dated January 16, 2019, you described plans to use studies CD02, CD03, and CD06 studies for the Pop PK model development and covariate analysis. Rather than submitting a Pop PK analysis as described in that correspondence, the submitted analysis in your BLA includes data from CD02, CD03, and Study 2101 without a clear rationale for including the results from study 2101 and excluding the results from trial CD06. Of note, the formulation used in Study 2101 (formulation two) is significantly different from the formulation used in CD02, CD03, and CD06 (formulation four) and the current PK sampling times across the formulations do not support a comparative test via Pop PK. In the absence of comparability data between formulations two and four, a substantive review of the Pop PK analysis to assess the proposed dosing regimen cannot be conducted.

- Missing CCR5 Receptor Occupancy Data: Following the January 2019 MPPRC meeting, DAV communicated the following comment: "Members of the Council asked about the CCR5 receptor occupancy data for the 350 mg, 525 mg and 700 mg doses. Please submit this data with your BLA." DAV reiterated this request in our December 16, 2019, correspondence. Despite this advice, the BLA includes only representative data from 525 mg and 700 mg in the receptor occupancy report. In addition, the receptor occupancy validation report does not adequately address numerous methodologic concerns, which are elaborated below under item "e".

Items Needed to Permit for Substantive Clinical Pharmacology Review of the Proposed Dose

a. Bioanalytical Reports:
The revised BLA should include complete bioanalytical reports describing the analysis of concentrations of leronlimab in blood samples collected in the clinical

trials. Please refer to FDA's Guidance for Industry: Bioanalytical Method Validation.

b. Overview of Clinical Pharmacology:
The revised overview of clinical pharmacology document should include the integrated summary of PK and, if available, PD results.

c. Summary of Clinical Pharmacology Studies:
The revised Summary of Clinical Pharmacology document should include PK and, if available, PD results from the clinical studies.

d. Pop PK Analysis:
To address the deficiencies relevant to PopPK outlined above, the BLA should include comparability data to "bridge" formulations two and four to support inclusion of data from study 2101 or a revised analysis should be submitted that excludes data from Study 2101 but includes data from trial CD06. To provide additional support for the proposed dose, the revised analysis should include simulations of exposure-vs-efficacy and exposure-vs-safety from robust Pop PK and exposure-response models for efficacy and safety (if exists) and submit all datasets, analyses, and simulation codes for review.

e. CCR5 Receptor Occupancy Data:
The revised CCR5 receptor occupancy report should include comprehensive assessments of receptor occupancy for the 350 mg, 525 mg and 700 mg doses by randomization group. These analyses should account for the timing of the assessment with regard to study drug administration and duration of exposure. The analyses should also assess whether receptor occupancy results correlate with virologic outcomes/effectiveness. In addition, the revised validation report should address the following methodologic concerns:

- Validation of the "Receptor Occupancy assay" was performed with CCR5 cells lines and extrapolated to interpreting results on patient peripheral blood lymphocytes (PBLs). Blocking effects of PRO-140 in the RO assay should be verified with normal PBLs. Isotype antibody controls should be included to accurately set negative cut off parameters and define backgrounds.
- Methods used to process and stain patient cells should be provided.
- The report should clearly indicate how baseline and total CCR5 expression are calculated and how this baseline figure is used to calculate the percentage of receptor occupancy in patients before and after therapy.
- The revised report should provide FACS binding results to support the claim that "background fluorescence" accounts for the residual staining (~30-40%). The validation results with PRO-140 blocking of 2D7 on CEM CCR5+ cells showed reduction of staining 60-70% with residual staining attributed to "background fluorescence". When background staining is considered, the % inhibition of antibody binding is now 99%, referred to as 99% Receptor Occupancy. FACS binding results should be provided to document these claims and data analysis. Residual binding that is not blocked by PRO-140 may represent CCR5 receptors that do not bind to the drug but remain on the cell surface and are accessible to virus infection.

Reference ID: 4637977

BLA 761144
Page 10

- In addition to competitive binding for anti-CCR5 antibodies, PRO-140 binding to CCR5 may also downmodulate the receptor by internalization after drug treatment. Efforts should be made to measure PRO-140 coating of patient cells and to address whether this drug induces receptor internalization.
- CEM cells showed 9 percent 2D7 CCR5 staining and 70% binding to 45531 CCR5. The revised report should address whether this staining in CEM are specific for CCR5 or non-specific given that it is assumed that CEM does not express CCR5.
- The report states that anti-CCR5 45531 antibody had an inconsistent staining pattern on CCR5 negative and positive cells but was still used in assays at the "manufacturer's recommended dilution". The revised report should clearly indicate whether 45531 included in the panel for staining patient cells and, if so, provide the rationale for including this antibody given the inconsistent staining pattern.
- Non-fixed cells were used for PRO-140 blocking of 2D7 anti-CCR5 binding. The revised report should clearly indicate whether the PRO-140 epitope sensitive to fixation.

B. Electronic Dataset Quality Issues:

As an integral part of the BLA review, the clinical, statistical, clinical virology and clinical pharmacology reviewers perform independent analyses of the submitted datasets to confirm your analyses and to explore any additional review issues that are identified during the BLA review. The datasets submitted are missing critical elements needed to permit substantive clinical, statistical, clinical virology and clinical pharmacology review of the BLA.

**i. Critical Elements in Statistical Datasets are Missing**

The FDA reviewer conducts independent analyses of multiple datasets to determine the validity of your submitted analyses of efficacy, assess the robustness of results, and evaluate results based on evidentiary standards. Therefore, the substantial omission of the variables from the submitted datasets and lack of clear definitions for some major outcome variables prevent a substantive statistical review of the BLA application. To permit a substantive statistical review, all variables used to produce tables in the CSR should be included in the analysis datasets.

Dataset Elements Needed to Permit a Substantive Statistical Review:

a. Trial CD02:
- ADSL: Add a variable for the screening date.
- ADEFFOUT: Add a variable for the Week 25 virologic outcome using FDA snapshot approach.
b. Trial CD03:
- ADEFFOUT:

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

- o Clarify if VFFL indicates the virologic failure status at the assigned/ randomized dose.
- o Add variable for time to virologic failure at the assigned dose.
- o Clarify which variables contain the information for HIV-1 RNA <50 copies/mL at Week 24, Week 48 at assigned/randomized dose. Note that subjects who received higher dose or ART because of virologic failure should be marked as HIV-1 RNA >= 50 copies/mL for those variables.
- o Clarify which variables contain the information for HIV-1 RNA <50 copies/mL at Week 24, Week 48 at combined assigned/randomized and rescue dose. In addition, variables for the dose associated with these outcomes and variables that indicate whether the subject received rescue therapy by the time of these outcomes should be included.
- o FDA snapshot approach should be used for the missing virologic outcomes at Weeks 24 and 48.
- o Several subjects who have not reached Week 24 (WK24FL=missing) show Week 24 viral load < 50 copies/mL (V2450FL=Y). Please explain or correct.
- o Add an indicator variable for subjects who reached Week 48.
- o Several variables used in the CD03 CSR Table 11-8 and 11-9 are not in the dataset, such as rescued (Y/N), achieved suppression (Y/N), and dose (assigned dose, higher dose, or ART). All variables used in the CSR should be included in the analysis datasets and submitted.
- • ADDS:
- o Clarify the definitions for variable EOP01STT, specifically, how "COMPLETED", "VIROLOGIC FAILURE", "DISCONTINUED", etc. are defined. Subjects with the dose increased in period 02 are marked as "COMPLETED" for period 01. However, these subjects should be coded as a virologic failure in period 01. Additionally, include the variables that indicate the end of period 01 status, with the following information: completion of the 24 weeks of treatment; completion of the 48 weeks of treatment; premature treatment discontinuation for the assigned/randomized dose by Week 24; the reasons for the premature treatment discontinuation (e.g. adverse event, virologic failure, lost to follow-up, etc.).
- o Several variables used in the CD03 CSR Table 10-2 are not in the dataset, such as study completion, early discontinuation, and reasons for early discontinuation. All variables used in the CSR should be included in the analysis datasets and submitted.

### ii. Critical Elements in the Safety Datasets are Missing

The FDA reviewer must analyze the adverse event (AE) datasets to identify patterns suggestive of potential safety issues, assess whether AEs are related to study treatment (e.g. investigator's determination of relatedness, time to onset, AE outcome with regard to continuation or discontinuation of study treatment, concomitant therapies), and assess the impact of adverse reactions on patients

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

BLA 761144
Page 12

(e.g. time to resolution, severity, AE outcome). These analyses are essential for FDA's benefit-risk assessment as well as to inform appropriate product labeling, if approved. The submitted datasets have numerous omissions and are, therefore, insufficient to allow a substantive clinical review of the BLA.

Of note, the data quality issues listed below, which are extensive, reflect issues identified during the filing review and may indicate that the process used to collect data from the CRFs was  flawed. If that is the case, additional errors may become apparent during BLA review.

<u>Dataset elements needed to permit a substantive review of safety</u>

a. ADAE datasets missing preferred term (AEDECOD), system organ class (AESOC), lowest level term (AELLT), high level term (AEHLT), and high-level group term (AEHLGT) for numerous AEs:
   - ADAE for CD03: There are 28 adverse events missing AEDECOD, AESOC, AELLT, AEHLT, AEHLGT.
   - ADAE for ISS: There are 88 adverse events missing AEDECOD, AESOC, AELLT, AEHLT, and AEHLGT.
   - The CD02, CD03, and ISS adae.xpt datasets should include terms in the AEDECOD, AESOC, AELLT, AEHLT, and AEHLGT columns for all adverse events.

b. Incomplete start and/or end date information for AEs:
   - ADAE for CD02: There are 10 adverse events with incomplete start date information (AESTDTC) and 5 adverse events with missing or incomplete end date information (AEENDTC).
   - ADAE for CD03: There are 2 adverse events with incomplete start date information (AESTDTC) and 5 adverse events with missing or incomplete end date information (AEENDTC).
   - ADAE for ISS: There are 45 adverse events with incomplete start date information (AESTDTC) and 49 adverse events with missing or incomplete end date information (AEENDTC).

c. The CD02, CD03, and ISS adae.xpt datasets should include start and end dates for all AEs or a rationale should be provided why such data are not included for specific AEs.

d. Toxicity grading is missing from laboratory datasets.
   - The CD02 and CD03 Protocols specify that the DAIDS toxicity tables will be used for toxicity grading. However, the ADLB datasets do not include grading. Graded laboratory abnormalities are standard and important components of antiretroviral drug product labeling.

e. Antiretroviral, optimized background therapy, and concomitant medication entries are present in CM.xpt but missing in ADCM. The CD02, CD03, and ISS ADCM.xpt datasets should include all antiretroviral and optimized background therapy concomitant medications.

- ADCM for CD02: CM.xpt includes 256 entries not present in the ADCM.
- ADCM for CD03: CM.xpt includes 814 entries not present in the ADCM.

f. Information regarding Action Taken with Drug missing
- ADAE for ISS: Please provide complete information for action taken with drug. There are 146 missing values in the AEACN column.

g. AE reported after death and cause of death missing, suggesting data integrity concern:
- ADAE for ISS: In the ISS dataset, but not the CD03 dataset, CD03-301013 is reported to have died on June 30, 2019, but no data on the cause of death is provided. By our assessment, this death appears to have been among the 5 reported Phase 3 deaths enumerated in Table 4-22 in the ISS report. However, CD03-301013 is reported to have experienced AETerm "right arm abscess" at a date subsequent to the reported death. For this specific participant (PRO 140 CD03-301013), the cause of death and the timing of the right arm abscess for PRO 140 CD03-301013 should be clarified. Please refer to Section II.B.v for comments regarding data quality.

### iii. Critical Elements in the Virology Resistance Datasets are Missing

The clinical virology reviewer conducts independent analyses using submitted datasets to assess validity of Applicant's analyses of the product's antiviral activity and to evaluate for development of viral resistance to the product. Therefore, the clinical virology reviewer needs usable resistance datasets to be able to completely analyze the virologic failures for baseline characteristics, baseline resistance, resistance emergence to PRO 140 and optimized background treatments, and virus tropism changes. An assessment of virologic failures is necessary to understand the reasons for treatment failure and to be able to provide this information to prescribers/patients so that optimal treatment can be provided to the appropriate patient population. The ADGENO datasets for Study CD02 and CD03, as submitted, are not acceptable to permit a substantial clinical virology review.

<u>Dataset Elements Needed to Permit Substantive Clinical Virology Review</u>

a. Importantly, row variables ZNT, ZREF, ZAF, NT, NA, AF **must be removed** in order to use the dataset for review. As stated in Guidance for Submitting HIV-1 Resistance data, these should be blank if amino acid substitution is same as reference (or there is no tropism or phenotypic data).

- There are other columns in which to indicate if the assay failed. If genotypic data failed, then indicate Y in GENOFAIL column; if not available, leave blank.  If phenotypic data failed, indicate Y in PHENOFAIL column; if not available, leave blank.

b. There are multiple rows for same visit day. Data from PhenoSense GT, PhenoSense Integrase, GeneSeq Integrase, and PhenoSense Entry+Trofile for

Reference ID: 4637977

BLA 761144
Page 14

the plasma and PhenoSense Entry+TrofileDNA should all be combined into one row for the visit.

- The different methodologies can be listed in separate columns: GENOMET1, GENOMET2, GENOMET3, etc, and PHENOMET1, PHENOMET2, etc. The methodology and assays used to assess genotype, phenotype, and tropism (i.e., PhenoSense GT, PhenoSense Integrase, GeneSeq Integrase, and PhenoSense Entry+Trofile for the plasma and PhenoSense Entry+TrofileDNA.) should be reported and described in the "Materials and Methods" sections of the CD02 and CD03 clinical virology study reports requested above.

### iv. Receptor Occupancy Datasets are Missing

As part of the FDA reviewer's assessment of the receptor occupancy data as support for the selected dose, the FDA reviewer needs the receptor occupancy datasets in order to perform an independent analysis of the data.

<u>Dataset Elements Needed to Permit Substantive Clinical Pharmacology Review</u>

The CCR5 receptor occupancy datasets should include flags that indicate randomization group and initial randomized dose (350 mg, 525 mg and 700 mg). The datasets should also clearly indicate the last leronlimab dose and timing of the last dose in relationship to the timing of the assay and clearly indicate virologic outcome.

### v. Data Quality

The high number of data quality issues identified during the filing review indicate that the process used to construct ADaM datasets from SDTM datasets and produce CSRs from the analysis datasets may have been flawed and suggest that additional errors will likely become apparent during BLA review.

<u>Dataset Quality Issues in Need of Resolution to Permit a Substantive BLA Review</u>

Additional Quality Control of the all the datasets should be performed prior to submitting the revised BLA.

### C. <u>Absence of Demographic Subset Analyses</u>

Assessing the safety and effectiveness in subpopulations (sex, age, race, and ethnicity) is an integral part of the BLA review. Your BLA did not include analyses of subpopulations with regard to effectiveness; the Summary of Clinical Efficacy, the CD02 CSR, and the CD03 CSR did not include these analyses and the ISE was omitted from the submission. While the ISS and Summary of Clinical Safety included sections with relevant titles such as "Adverse Events by Age" and "Adverse Events by Gender", the content of these sections were largely line-listings without substantive assessments addressing whether age or sex appeared to have

Reference ID: 4637977

impacted safety outcomes in your clinical development program. Neither the ISS nor the Summary of Clinical Safety includes analyses of safety by race or ethnicity.

Items Needed to Permit a Substantive Review of Safety and Efficacy by Demographic Subgroup

a. Subgroup analyses for sex, age, race, and racial subgroups are needed in the ISE (omitted from BLA submission), the Summary of Clinical Efficacy, the CD02 CSR, and the CD03 CSR.  These analyses should be substantive, providing your assessment of whether differences in effectiveness by sex, age, race, or ethnicity were evident in your clinical trials and how the numbers of participants in each subpopulation enrolled impact the strength of the assessment.

b. The revised BLA submission should include substantive assessments of safety in subpopulations (sex, age, race, and ethnicity). Similar to the assessments of efficacy by subpopulation, the analyses of safety by subpopulation should provide your assessment whether adequate numbers of participants in each subpopulation were enrolled and whether there were any meaningful differences in safety in subpopulations.

D.  Device-Related Issues

You have stated that the 'To-be-marketed kit' will contain glass vials, 3 mL syringes with 1" long 20-gauge needles for drawing up the drug, and two 5/8" 25-gauge luer lock safety needles for subcutaneous injection into patients. However, no studies conducted with the drug in the device were included in the submission, and no information is included on the manufacturer of the syringe and needles.

Items Needed to Permit a Substantive Review of the Device

a. Submit the Essential Performance Requirements (EPR) testing on the device with the drug (i.e., dose volume, break loose force, glide force), and reference to the 510(k) for the marketed device that will be used with the drug.

**III. Additional Issues**

In addition to the Refuse-To-File issues outlined above, you should address the following issues when you resubmit your application.

A.  Safety Data

The results of the GU and CNS sub-studies should be included with the BLA submission.

B.  Human Factors Related Issues

The revised BLA should include the following:

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

BLA 761144
Page 16

i.    An updated use-related risk analysis (URRA).

ii.    A mock-up of your container (vial) label and carton labeling with text and graphics in PDF format. A picture of the label on the vial or a picture of the carton on a counter is insufficient for the Agency to properly review the full content (text and graphics) on the container label and carton labeling.

iii.    Instructions for Use (IFU) in editable MS Word format to facilitate the exchange of labeling comments and revisions between the sponsor and FDA.

iv.    If you intend to include a Patient Package Insert (PPI), submit it in editable MS Word format.

v.    Clarify if you intend to include a Quick Reference Guide (QRG) as part of the user interface.  If so, submit it in editable MS Word format. Additionally, clarify whether you included the QRG as part of your user interface in your April 27, 2020 human factors validation study report.

vi.    Please submit two (2) intend-to-market samples to assist in completion of our review. Address the samples to the following:

> OSE Human Factors Sample Steward
> Food and Drug Administration
> 10903 New Hampshire Avenue, Bldg 22, Room 4477
> Silver Spring, MD
>
> Use zip code 20903 if shipping via United States Postal Service (USPS).
> Use zip code 20993 if sending via any carrier other than USPS (e.g., UPS, DHL, FedEx).
>
> Please instruct the package carrier that a signature is NOT required for delivery if the package is dropped off at the designated inbox.
>
> Please confirm receipt of this communication and include the delivery carrier's tracking number for the package in your response.

C.  <u>Product Quality Related Issues</u>

i.    Form FDA 356h documents are incomplete. Provide a Form FDA 356h that includes complete establishment information on the locations of all manufacturing, packaging, and control sites for both drug substance and drug product.

ii.    The following errors and discrepancies were identified in your application, which should be corrected in a resubmission:

a.    Multiple hyperlinks in Module 3 are not functional or incorrect.

b.    Under Section 3.2.S.2.2 Description of Manufacturing Process and Controls, two versions of Table 18—Low pH Viral Inactivation Process

Reference ID: 4637977

BLA 761144
Page 17

    Parameters are provided with discrepancies in the acceptable ranges for the same process parameters.

    c.   Under Section 3.2.S.2.2 Description of Manufacturing Process and Controls, Table 26 - Viral Filtration Process Parameters indicates the acceptable range for viral filtrate pool hold time at room temperature is ≤ 96 hours, which appears inconsistent with the maximum hold time of 72 hours for this step provided in Table 1 - Leronlimab FDS Process Intermediate Hold Conditions and Sample Points under Section 3.2.S.2.4 Control of Critical Steps and Intermediates – In-Process Hold Times.

    d.   An incomplete Table 9 – Leronlimab Lot Genealogy was provided in Section 3.2.P.2.3 Manufacturing Process Development – Development History. The current table exceeds the margin of the page, which renders information in the affected column(s) illegible.

iii.   Results from ongoing stability studies at long-term and accelerated storage conditions were provided for the to-be-marketed 2.4 mL final drug product (FDP) lots, which were manufactured between March and July of 2019. Provide all available stability data for the primary 2.4 mL FDP stability lots in a resubmission.

iv.   Under Section 3.2.S.2.1 Manufacturers, in Table 1 - Manufacturer Responsibility Summary, DMF 3493 is referenced. Provide a letter of authorization from the DMF holder for cross reference of this DMF to the BLA.

v.   Update Section 3.2.S.2.1 Manufacturers to include information on facilities responsible for cell bank manufacturing, cell bank storage, unprocessed bulk harvest testing, and drug substance storage.

vi.   In Section 3.2.S.2.2 Description of Manufacturing Process and Controls, you provided process parameters and performance attributes for each DS manufacturing step. However, not all critical process parameters (CPPs) identified in your manufacturing process are included. One example is that feed volume and feed time for the production bioreactor step (step 10), identified as CPPs in Section 3.2.S.2.6 Manufacturing Process Development, are not listed in Section 3.2.S.2.2. Update Section 3.2.S.2.2 to ensure it accurately describes your DS manufacturing process. Include information on the purpose and general description of each step, and list all CPPs, in-process tests, and hold times with corresponding acceptable ranges or limits.

vii.   Under Section 3.2.P.2.3 Manufacturing Process Development – Comparability, Comparability Evaluation Between Leronlimab (Sp2/0) Process B DP and Leronlimab (CHO) Process C DP, you state that "analytical comparability was assessed between leronlimab FDP lots #4122-162-C001 (Process B, 135 mg/mL, Sp2/0), PRO140162-001 (Process B, 135 mg/mL, Sp2/0), PRO140182-001 (Process C, 135 mg/mL, CHO) and 4120-182-C001 (Process C, 100 mg/mL, CHO). The comparability was evaluated between these lots based on the release results and the results of extended characterization studies." However, you only provided release and characterization results from lots 4122-

BLA 761144
Page 18

162-C001 and 4120-182-C001. Update your comparability assessment to include release and characterization results from the other two lots (PRO140162-001 and PRO140182-001).

viii. Implement pressure monitoring upstream of the sterilizing filters and/or flow rate monitoring downstream of the sterilizing filters to ensure that routine production parameters do not exceed validated range due to filter clogging. Additional filter validation may be needed to establish the pressure and flow rate limits.

ix. Provide data to demonstrate container closure integrity (CCI) at worst-case capping conditions (i.e., minimum and maximum crimper height settings and capping pressures) used in routine leronlimab manufacturing.

x. Media fill information and data provided in section 3.2.P.3.5. are incomplete. Provide the following information:

   a. A bracketing approach may be used for requalification of the aseptic process simulation for the fill line. However, as indicated in the 1994 FDA Guidance for Industry, media fill data using "the same container closure system and filling process that is to be used for the product should be described" in the application. Perform at least one media fill using the container closure system and aseptic filling process representative of leronlimab DP manufacture and update section 3.2.P.3.5 with a summary of results.

   b. Describe the routine and non-routine interventions performed during media fills.

   c. Provide the numbers of units filled and incubated for each media fill, and a brief description for the units that were filled but not incubated.

xi. Information provided in section 3.2.P.3.3, subsection 4, Secondary Packaging, indicates that leronlimab is provided as a single-use convenience kit containing 2 leronlimab vials and two 3-mL sterile plastic syringes with 1" long 20-G needles. Provide a letter of authorization in section 1.4 to cross-reference the drug master file containing the sterilization validation data for the plastic syringes and needles co-packaged with leronlimab finished drug product. Alternatively, submit the sterilization validation data in section 3.2.P.3.5.

xii. Your method verification for sterility testing was inadequate.

   a. Sterility verification was conducted with 20 vials of DP lot 3-FIN-3143, filled at 1.4 mL/vial, i.e. a testing volume of 28 mL. However, routine testing for the commercial leronlimab DP batch is conducted with 20 vials filled at 2 mL/vial, i.e. 40 mL testing volume. Method verification should be conducted using the proposed commercial testing volume.

   b. Method verification should be conducted with a total of 3 independent lots.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

BLA 761144
Page 19

xiii.   Provide a summary report of low endotoxin recovery (LER).
xiv.   Provide results from 2 additional lots to support qualification of the in-process bioburden testing.

D.   Prescribing Information

i.   Proof-read your proposed Prescribing Information such that it is free of typographical errors, the table of contents reflects the contents of the full prescribing information, and that all sections contain complete information.
ii.   The prescribing information references Patient Information and Instructions for Use; these sections  should be included in the labeling section of the submission.
iii.   Provide PDF and WORD versions of your proposed Prescribing Information.
iv.   Labeling should be identified and submitted as an SPL file and placed in a single folder. We refer you to the Guidance for Industry Providing Regulatory Submissions in Electronic Format — Content of Labeling - https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-regulatory-submissions-electronic-format-content-labeling.
v.   Ensure that the SPL file and the Prescribing Information templates incorporate the same information (i.e. Highlights and Table of Contents match across both documents).

E.   Exclusivity

i.   Section 1.3.5.3 of your BLA submission, entitled "Exclusivity Claim," requests "new drug product exclusivity under section 505(b)." Specifically, you "claim new chemical entity for five years." BLAs, which are submitted under section 351 of the Public Health Service Act, are not eligible for the periods of exclusivity described in section 505 of the Federal Food, Drug, and Cosmetic Act and 21 CFR 314.108. However, certain BLAs submitted under section 351(a) may be eligible for reference product exclusivity. (See section 351(k)(7) of the Public Health Service Act).  For additional information regarding reference product exclusivity, including recommendations on information to submit in a 351(a) BLA that can help the Agency determine eligibility for reference product exclusivity, we refer you FDA's draft guidance, "Reference Product Exclusivity for Biological Products Filed Under Section 351(a) of the PHS Act - https://www.fda.gov/regulatory-information/search-fda-guidance-documents/reference-product-exclusivity-biological-products-filed-under-section-351a-phs-act (this draft guidance, when finalized, will represent the Agency's current thinking on the topics therein).

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
www.fda.gov

BLA 761144
Page 20

F.  <u>Financial Disclosure Information</u>

i.  Resubmit updated financial disclosure information for your covered studies. An applicant is required to submit to FDA a list of all clinical investigators who conducted covered studies <u>and to identify those who are full-time or part-time employees of the sponsor</u> of each covered study see (21 CFR § 54.4). This information should be updated for relevant changes that occur during the course of the investigation(s) and for one year following completion of the studies (see 21 CFR § 54.4(b)). Financial disclosure forms must be signed by the applicant or an authorized representative (see 21 CFR 54.2(g) and 54.4(a)(1)). The financial disclosure forms were signed by CytoDyn's authorized representative and not CytoDyn. Documentation that the representative is authorized to sign on the CytoDyn's behalf is needed.

Please note that this filing review represents a preliminary review of the application and is not indicative of deficiencies that would be identified if we performed a complete review.

Within 30 days of the date of this letter, you may request in writing a Type A meeting about our refusal to file the application. A meeting package should be submitted with this Type A meeting request. To file this application over FDA's protest, you must avail yourself of this meeting.

If, after the meeting, you still do not agree with our conclusions, you may request that the application be filed over protest. In that case, the filing date will be 60 days after the date you requested the meeting. The application will be considered a new original application for user fee purposes, and you must remit the appropriate fee. If you choose to file over protest, FDA will generally not review any amendments to the application and will generally not issue information requests during the review cycle. Resubmission goals will not apply to any resubmission of this application.

**PROPOSED PROPRIETARY NAME**

If you intend to have a proprietary name for the above-referenced product, submit a new request for review of a proposed proprietary name when you resubmit the application. For questions regarding proprietary name review requests, please contact the OSE Project Management Staff via telephone at 301-796-3414 or via email at <u>OSECONSULTS@cder.fda.gov</u>.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

BLA 761144
Page 21


If you have any questions, call Suzanne Strayhorn, Sr. Regulatory Project Manager, at (240) 402-4247 or (301) 796-1500.

Sincerely yours,

*{See appended electronic signature page}*

Debra Birnkrant, MD
Director
Division of Antivirals
Office of Infectious Diseases
Center for Drug Evaluation and Research

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-----------------------------------------------------------------------------------------

/s/

-----------------------------------------------------------


DEBRA B BIRNKRANT
07/08/2020 05:07:34 PM

# Exhibit E

CytoDyn Investor Community Call April 2020
April 27th, 2020, 1:00 pm EST to April 27th, 2020, 1:48 pm EST

**Participants**
Nader Pourhassan, CEO
Bruce Patterson, MD
Jacob Lalezari, MD
Guest Speaker
Michael Mulholland, Interim CFO

# Prepared Remarks

**Operator:**
Greetings and welcome to the CytoDyn Investment Community Conference Call.

At this time, all participants are in a listen-only mode. A question-and-answer session will follow the presentation. If anyone should require operator assistance during the conference, please press star-zero on your telephone keypad. Please note, this conference is being recorded.

I will now like to turn the conference over to our host, Michael Mulholland, Interim CFO. Thank you, you may begin.

**Michael Mulholland, Interim CFO:**
Thank you.

Hello everyone, and thanks for joining us today. This is Michael Mulholland, Interim CFO of CytoDyn. I'm joining us on today's call is our President and CEO, Dr. Nader Pourhassan, and doctors Bruce Patterson and Jacob Lalezari.

**Michael Mulholland, Interim CFO:**
Before we begin, it is essential that we provide you with important cautionary language related to certain federal securities laws.

Our remarks during today's conference call will include forward-looking statements. Forward-looking statements are not guarantees of future performance and involve known and unknown risks, uncertainties, and other factors that are difficult to predict.

Actual results may be materially different from any future results expressed or implied by such forward-looking statements. These risks and uncertainties include, among other matters: statements regarding Leronlimab's potential efficacy in certain immunology and oncology indications; the company's ongoing ability to raise additional new capital; that clinical trials may not commence or proceed as planned; products that appear promising in early trials may not subsequently proved to be viable on safety or efficacy grounds; products may not receive regulatory approval or market acceptance; competition may reduce the commercial potential of our products; we may experience product recalls, manufacturing issues or product liability; and, our patents may be challenged, or unenforceable.

Although forward-looking statements help to provide complete information about the company, forward-looking statements may be less reliable than historical information. The company undertakes no obligation to update publicly these forward-looking statements except as required by Law. Please refer to our recent quarterly and annual reports filed with the Securities and Exchange Commission for more information about the risks and uncertainties that could cause actual results to differ materially as compared to our current expectations.

I would now like to turn the call over to Dr. Nader Pourhassan. Nader?

**Nader Pourhassan, CEO:**
Thank you, Mike and thank you all for being on this call. Today we have some exciting news for the use of leronlimab in treating patients infected with COVID-19. Dr. Bruce Patterson will address this news shortly.

The format of today's update is, first, the BLA submission update, two, the cancer update, and the third one, the exciting news about what Dr. Patterson has discovered from the blood sample analysis of the patients that were enrolled by Dr. Harish Seethamraju at the Montefiore Medical Center.

**Nader Pourhassan, CEO:**
The first update is the BLA submission, which is a historical achievement for CytoDyn.

As everyone knows, the BLA timeline was pushed back constantly. These push-backs were all due to Cytodyn's success. The first success is with a higher dose of leronlimab in monotherapy. Then it got pushed back because of the success of leronlimab application in coronavirus and overwhelming interest from hospitals and patients to get leronlimab, which led to initiation of two new clinical trials,

which takes a tremendous amount of work from our CRO and our CytoDyn team.

Then it got pushed back because of the coronavirus shutdown of the lab side, and even the manufacturing of leronlimab that shorted [out] the availability of our stability data from AGC.

**Nader Pourhassan, CEO:**
Our success with cancer also contributed to our delay of the BLA. Initiating two trials for over 20 different chances is not an easy task. Ask anyone in this field, and they will inform you.

The good news is, CytoDyn just filed the full BLA last night without slowing down our cancer programs, without slowing down our impressive work in coronavirus, and without blinking on the tremendous financial pressure from everywhere.

**Nader Pourhassan, CEO:**
Congratulations to Amerex for not letting down all of our shareholders and many patients in great need of leronlimab. Special thanks goes to Dr. Cush Doty and the main person at Amerex, their CEO, Dr. Kossam Kosampur, and to CytoDyn's team, especially our Chief Technology Officer, Dr. Nitya Ray who took the CMC shattered pieces and successfully put it back together in an artistic fashion; and in doing so, he also finalized a superb deal for CytoDyn with Samsung Biologics. So in short, ladies and gentlemen, the BLA is submitted.

**Nader Pourhassan, CEO:**
Second update is about our cancer program.

Nearly all the cancer patients, more than 12 or so, end up having zero CTCs -- circulating tumor cells -- after 3 to 6 weeks of treatment with leronlimab. While most of the patients are not able to give us blood samples for the CTC analysis during the last few months due to the travel ban because of COVID-19, I can report to you in regards to my own family member who is on leronlimab and has breast cancer HER2+ with metastasis to liver, lung, and brain.

Just in regards to the metastasis who have brain. The latest MRI has indicated very positive results. The doctor told my wife about her mother's condition last week that, and I'm quoting, he never imagined her situation to be like it is today. Furthermore, he indicated that all the credits for not having brain metastases all over her brain goes to leronlimab. She still has a spot and lesions, but overall doing fantastic. My mother-in-law wanted me to thank all the shareholders of CytoDyn for making leronlimab available to patients like herself. She believes she's alive today because of CytoDyn's shareholders.

**Nader Pourhassan, CEO:**
But her testimony about her life being saved with leronlimab is not the only testimony from cancer patients, and it is certainly not the only indication that lives are being saved by leronlimab. There are a few testimonies like this in our current war against COVID-19. To have a solution against COVID-19 is to save humanity from a powerful plague. A plague that is taking lives by thousands every day, and that brings us to today's most powerful news of CytoDyn's history. In the past, I thought the day we filed the BLA, after all these tremendous obstacles, that the BLA filing would be the biggest news of CytoDyn's history. But thank God it is not the case. We have news that is by far much larger than the BLA.

**Nader Pourhassan, CEO:**
So allow me to update you on our fight against COVID-19 with leronlimab. Blood sample analysis of the first 10 patients that were enrolled in emergency IND at Montefiore Medical Center were analyzed by Dr. Bruce Patterson, day 0, 3, 7, 14, 21, and some cases day 28, whatever ability data they have, revealed some exciting news. And Dr. Patterson will address them.

I want to emphasize here that without Dr. Seethamraju's heroic board action to use leronlimab in COVID-19 patients, none of these discoveries would have been possible. And many thanks to Dr. Patterson for his tireless effort in discovery and laboratory analysis to assist CytoDyn in saving patients' lives.

It is very important, as CytoDyn's story gets unfolded, that shareholders realize the value that one man has brought to us, and he is CytoDyn's chairman of the board and chief medical officer, Dr. Scott Kelly. One of his many supports for CytoDyn was the introduction of Dr. Bruce Patterson to CytoDyn. He also is the man who has pushed all the non-HIV indication of leronlimab forward and supported me in this difficult task without any limits. As the CEO of CytoDyn, I went through a lot of challenges in the last eight years, and without Dr. Kelly, most of our victories would not been possible. And I probably would not be here today enjoying this wonderful success with you, shareholders.

**Nader Pourhassan, CEO:**
So back to the update with coronavirus. This blood sample analysis by Dr. Bruce Patterson are all taking place at IncellDx, the diagnostic laboratory that Dr. Bruce Patterson founded and is the CEO of. CytoDyn has signed an agreement with IncellDx to conduct all tests needed for our COVID-19 patients, and in the future, perhaps, our cancer patients. These results are impressive and we expect probably several publications surrounding these findings to be out in the next few days and weeks.

As of this morning. Dr. Bruce Patterson believes, he has discovered several very important facts about

COVID-19 that could have a very strong impact on the war against COVID-19. So Dr. Bruce Patterson, could you please give those updates to the shareholders?

**Bruce Patterson, MD:**
Yeah. Thank you, Nader. It's it's a real pleasure to be on this call. But most importantly, it's a pleasure to be able to reveal what we've discovered and how that could potentially help this horrible pandemic and get people back to work and save patients' lives.

Most importantly, we've heard a lot about interleukin-6 as being the key to the cytokine storm. Well, I'm telling you today COVID-19 is a RANTES disease. RANTES is the protein that binds to CCR5, and it's elevated to levels that are equivalent to an even greater [degree] than interleukin-6, both in mild-to-moderate patients, and in critically ill patients. The RANTES has also been attributed to renal failure, liver failure, and coagulation issues. So, there is nothing that RANTES hasn't been involved in, and that makes sense because RANTES coordinates the movements of cells throughout the body.

**Bruce Patterson, MD:**
Second, treatment of leronlimab in these patients brought IL-6 down by 14 days to normal levels, which was truly amazing. And that [was] by a combination of inhibiting the sequestration of macrophages in the lungs, and also the change in the production of IL-6, the re-polarization that we've heard about, and changing macrophages away from the pro-inflammatory phenotype. In addition, leronlimab restored the immune cells in a horrible immune suppression, so that by day 14 the CD4/CD8 ratios that were used also to measure immunosuppression in HIV-AIDS were restored to normal over 14 days. Most importantly, and this was uh, all we could hope for, because we knew that we blocked key regulatory cells which inhibit the immune response as well as other factors, leronlimab decreases plasma viral loads.

We are the first to report the ability to quantify virus in the plasma. And this is the first report that this immune modulator, not an antiviral, is responsible for reductions in plasma virus, as if it were an antiviral. That is remarkable for one drug to restore the immune system, and decrease the viral burden in these patients. That is what gives us great hope and great excitement about leronlimab going forward in these trials.

**Bruce Patterson, MD:**
The cautionary aspect of that finding is that we have to be concerned about our blood supply. Coronavirus now exists in blood, not just the lungs, and current testing for the blood supply, including units given to patients, plasma, has not been determined, and has not been addressed appropriately.

So, these findings are dramatic, they are all very exciting and unreported in COVID-19 infection. And up-regulation of RANTES can account for a role in just about all the comorbidities in COVID-19 infection. In the use of leronlimab, our hope is that in addition to restoring lung function, we also reduce the comorbidity in these patients.

So, I'll turn it back over to Nader at this point.

**Nader Pourhassan, CEO:**
Thank you so much, Dr. Patterson. Next speaker for us is Dr. Jacob Lalezari. He is known for conducting many clinical trials with new potential drugs. He knows the process very well; Dr. Lalezari is very familiar with all the data that is coming out of Dr. Patterson's lab, and all the clinical outcome [data] of our emergency IND patients. And what he has seen until now has convinced him, one hundred percent, that the war against COVID-19 has the potential of victory through leronlimab. Dr. Lalezari, please tell us your thoughts so far.

**Jacob Lalezari, MD:**
Thank you, Nader, and good morning everyone. It is a great relief to be able to speak plainly and openly now. For the last two three weeks Nader and Bruce, and the core team and I have been sitting on these data that point to remarkable proof-of-concept -- remarkable work that Bruce is done -- and not being able to share it while we see the carnage on TV has been agonizing.

I'd like to just start by again saying that I don't have any equity or stock in this company. So, I am as much impartial as possible and impartial broker; it will be plenty for me to get a good night's sleep when this is over. Talk about forward-looking statements -- my focus for CytoDyn now is really three things. I would like to see -- and I'll circle back in a minute as to why these are my priorities -- I would like to see some sort of compassionate use access for ICU patients, doctors, nurses, respiratory therapists, who are all in an impossible situation. It's clear that this drug is working. It's working better than we could have ever imagined. I'll get back to that in a minute. And the sooner we bring relief to those people in those critical situations, the better.

**Jacob Lalezari, MD:**
I'm obviously hoping that the manufacturing of this drug is ramped up as soon as possible, because we're going to have to address a world-wide need for this. And to that end, I've already made contact with folks at World Health, and at Gates, and at the Clinton Foundation to begin the conversation.

This really has been an amazing story, I'll just touch base on four points.

**Jacob Lalezari, MD:**
On March 20th, we wrote the FDA suggesting that instead of an emergency IND process, we do a compassionate use, because it would be too much paperwork and too complicated, and that was based on seeing two or four patients at the Montfiore ICU extubated within 48 hours -- which seemed like a remarkable result -- although, an anecdote at best -- but still, and at that point we said, let's do a compassionate use and not have these doctors who are so busy do all these IND applications.

We wrote to them again on March 27th and said we would like to have a compassionate use protocol, because we now see that in four of four of these patients from the ICU that Dr. Patterson is showing us, this rapid balancing of the immune system -- CD4/CD8 counts, and rapid decreases in IL-6 and other cytokines. You know that's of course, it's a 1 and 16 chance that you get four wins in a row, but they said no.

**Jacob Lalezari, MD:**
But then the key day was on April 8th, when we wrote back to them again and said the situation has become morally perilous in that we now see seven of seven patients having these incredible laboratory responses that Bruce is showing, and moreover, we now know that if they seem too good, they're not too good to be true because now we know that RANTES is driving the disease.

**Jacob Lalezari, MD:**
It was incredible good luck for CytoDyn. It was born of good intentions to think that we could influence migration of regulatory T-cells and the polarization of macrophages and thereby affect clinical outcomes in COVID-19. But we didn't know and what was incredibly lucky for CytoDyn, and I think for all of humanity, is that this process is fundamentally being driven by RANTES and RANTES' job in life is to fundamentally bind to CCR5.

So when we interrupt that access, we are breaking the basic parthenogenesis of the disease, and that explains these extraordinary laboratory findings, where seriously critically ill patients are showing return of immune homeostasis within days of a single Sub-Q injection. And that in itself is astonishing -- and it seemed too astonishing, really, until we understood that RANTES was driving the disease. And then the last time we asked FDA for compassionate use, when Bruce remarkably showed his viral load decreases in all patients. So I think it has been an incredible story. It's been fortunate in that it's all come through this hodgepodge of emergency IND. We are obviously trying to enroll the clinical studies as fast as we can. But in the meantime, there's no doubt in my mind anymore about how important a drug this is going to be for COVID-19, and I'll leave it there.

**Nader Pourhassan, CEO:**
Thank you so much. I appreciate that, Dr. Lalezari. So just a few more updates. Over 50 emergency INDs have been approved by the FDA so far to CytoDyn. Most of these patients have been injected, but not all. Data out of the patients in treatment with leronlimab in emergency INDs are anecdotal, but some have remarkable results. Our phase 2 COVID-19 enrollment is going very well, and we are now more than one-third enrolled, and we believe the other two thirds would be much faster, because now we have more sites enrolled.

Our phase 2b/3 COVID-19 enrollment is at 12 patients, and we are hoping to do interim analysis at 50; again, the sights are set. So we believe this could go pretty fast -- much faster than the initial 12.

**Nader Pourhassan, CEO:**
The next update is that the FDA approved the name of Vyrologix for our product leronlimab. So hopefully, in commercialization, leronlimab will be under the Vyrologix name. In regards to fundraising, I will just say a few words. And I can not count how many times in the past I have told our board that I will not raise large funds at thirty cents because we believed we can get to a much higher level in our stock price. That's what we were hoping for and believed in. Mr. Jordan Nandenoff and Dr. Scott Kelly were amongst the main supporters for me in this regard, and all through these years.

**Nader Pourhassan, CEO:**
And today, I am still thinking the same way. We are way undervalued to raise large funds unless we can uplist. We will update everyone about all this very soon, how we are going forward with our fundraising. As everyone knows, our last fundraising was at $4.50, without any warrants. So with that allow us to go to Q&A.

# 

**Operator:**
Thank you. At this time, we will conduct our question-and-answer session. If you would like to ask a question, please press star one on your telephone keypad. A confirmation tone will indicate that your line is in the question queue. You may press star-two if you would like to remove your question from the queue. For participants using speaker equipment, please pick up your handset before pressing the star keys. We will pause for a few moments as we collect questions. Thank you.

And once again, to ask the question, press star-one on your telephone keypad. Our first question comes from Yi Chen with HC Wainwright. Please state your question. Okay, please press star one

more time, if you're connected via chat. ... I will now move on to the next question; and the next question comes from Jeff Pfeiffer. Please go ahead. Jeff Pfeiffer, your line is open.

**Nader Pourhassan, CEO:**
Hello. Perhaps they don't know what to push? Maybe you want to run over, I mean, yeah, maybe go over the instructions.

**Operator:**
Sure. Just another reminder, to ask a question, press star one on your telephone keypad. One moment.

**Nader Pourhassan, CEO:**
This is going to be good as there's no questions.

**Operator:**
Our question comes from Kevin Wiel with *[garbled]*, go ahead with your question, please.

**Guest Speaker:**
Yes, can you hear me?

**Nader Pourhassan, CEO:**
Yes, please. Go ahead.

**Guest Speaker:**
Yes, so given the potential for leronlimab in COVID-19 and lung diseases, and the great expense of running trials which could easily run into hundreds of millions of dollars, it's wise pick low-lying fruits, but it's also wise to pick indications with great market. So, for instance: COPD, which the Yale group is looking at, and potentially asthma. I was wondering what the potential for considering those indications is, what the priorities are?

**Nader Pourhassan, CEO:**
So, our priority is now continue with the coronavirus. First thing, because this is what is dangerous for the whole world, and looks like we have some very positive data. So we are going full blast with that.

We're not going to slow down the cancer, because that's a deadly disease. And, this is a small company, small limited resources, and we are now being noticed, so we are gonna just, you know, keep going forward. The BLA got filed. As everybody realized, it was difficult. So the path, going forward, is these three indications right now: cancer, 23 different cancers, and the other indications that we have, like NASH, GVHD. We are definitely looking for licensing, agreement for those indications. But yeah, we probably are not looking at asthma or other indications that they have brought to us, people are brought to us. There are some indications that we might look, because they have a lot of funding around it, for example, influenza, but we will talk about those at a later time.

Next question, please.

**Operator:**
Thank you. Our next question comes from Peter Levine with Ameriprise. Please state your question.

**Guest Speaker:**
Hi. Can everybody hear me?

**Nader Pourhassan, CEO:**
Yes, go ahead.

**Guest Speaker:**
All right. I was wondering. And I may have missed this, but do you have an estimate date of when you'll have the analysis of the first 50 patients? The interim analysis?

**Nader Pourhassan, CEO:**
So. Thank you for your question. Probably, we'll have the 75 patients in the Phase 2 much quicker than the 50 patients. We never know, but at the rate that we're going, probably, four weeks, we should have 50 patients in that population. But our goal right now is to get the 75 patients, because that one, we believe, it would be much faster.

**Guest Speaker:**
And that, so to clarify that you believe...

**Jacob Lalezari, MD:**
It would be three to four weeks.

**Nader Pourhassan, CEO:**
Oh. That's what we believe. And please keep in mind that I have been right 2 out of I think hundred of the last guesses that I had. So, I'll try to make my guesses better, but this is very difficult environment to make guesses. But, but we are hopeful that we could do it very quickly.

**Guest Speaker:**
Okay. Thank you.

**Operator:**
Thank you and next question comes from Robert Beck with Pinnacle Investments. Please state your question.

**Guest Speaker:**
Hi. Can you hear me?

**Nader Pourhassan, CEO:**
 Yes, go ahead.

**Guest Speaker:**
Great. My question is for the last doctor. Excuse me if I'm mispronouncing your name.

**Jacob Lalezari, MD:**
 Yes. Dr. Lalezari.

**Guest Speaker:**
Yes. You said in the last call and this call that you're not a shareholder, and I'm just wondering why that's the case. Is it something that you feel is too risky or why wouldn't you also be a shareholder, if things are working better than you could have even imagined?

**Jacob Lalezari, MD:**
Well, so my primary job in life, or hobby, is I run a clinical virology research program in San Francisco, Quest Clinical Research. I've never owned stock. I've done about 350 or 400 clinical studies now, and I've never owned stock, and never thought it was right to own stock, and I just stepped in to help Nader as CMO and then CSO in their dealings with the FDA around COVID-19. So this is just a voluntary sort of ...

**Guest Speaker:**
I get it.

**Nader Pourhassan, CEO:**
Let me answer -- if you don't mind, let me answer that question in a different way. Sometimes, everything in life is not about money only, and some people look at things like Jay does: saving patients' lives means a lot to him. He gets a kick out of it. So go ahead, please.

**Guest Speaker:**
That's great. I have another follow-up question. So, the clinical data seems to be amazing, and very exciting. How long do you think it will get to go through the FDA? And then, the second question is, when do you think you're going to get off the pink sheets?

**Nader Pourhassan, CEO:**
Now these are great questions. Thank you. So with FDA, as you know, we have to be very careful to follow their guidance. They're excellent in giving us guidance.

They are the ones that led us to this path of Phase 2 and Phase 3 that we are enjoying seeing the enrollment going picking up. So we're going to follow everything they said. We don't know when we're going to get approval.

Again, if we get them (guidance), you're going to be upset; if our guidance just doesn't go through and if we don't get (guidance), people are going to say why you say "no comment"? But this time, you know, we are very close to finishing the 75 patients, you know, three or four weeks, I believe but let's see what happens in regards to pink sheets, Mike. Would you like to talk about uplisting?

**Michael Mulholland, Interim CFO:**
Just briefly, there's three quantitative criteria that we've got circled and have been totally dialed-in on these last couple of years.

Quite simply, number one, is the stock price: needing to meet the minimum threshold for New York or NASDAQ. Number: two sufficient levels of positive stockholders' equity at the time of uplist, and lastly, depending on the exchange we would uplist to, anywhere from twelve to eighteen months of projected cash requirements on the balance sheet at the time. So as we move forward, we're checking off the list, and we're making some great progress.

**Nader Pourhassan, CEO:**
Thank you. Mike. Next question, please. Thank your for your question.

**Operator:**
Thank you. Our next question comes from Yi Chen with HC Wainwright. Please state your question.

**Guest Speaker:**
Hi. Thank you for taking my question. So regarding the decreasing viral log, can you tell us how soon that happens, and what's the scale of decrease? And what's the duration of the viral load decrease? Does that suggest that leronlimab could potentially be developed as a chronic therapy for COVID-19 vector patients?

**Nader Pourhassan, CEO:**
Bruce, please. Dr. Patterson, could you please?

**Bruce Patterson, MD:**
Yea sure. I mean all of that is going into our paper which should go out in the next 24 hours. The extent I can tell you is statistically significant, and it occurs within seven days. So it's concomitant with the restoration of the immune system, decrease in T-Regs, T-Reg receptor occupancy.

All of this is contributing to all-of-a-sudden the body being able to clear virally-infected cells. So it's all very exciting, but the ramifications are profound, because when you think about viral infections, you can't think about viral infections without the immune system.

And when you're thinking about emerging pathogens and emerging viruses that may come in the future, this has to be the front line for therapy, knowing that the enhancement of the innate immune response in the absence of adaptive immunity, because you've never seen the virus before.

It's supremely encouraging -- not only for now, and not only for COVID-19 -- but for the future in being able to be more prepared for emerging infections in the future, because obviously enhancing the immune system is important.

**Bruce Patterson, MD:**
And the fact is, we saw this in cancer. When we saw the results of leronlimab in cancer, we hypothesized that is was because of the blockade of T-regs, which inhibit the immune response, and also the repolarization of the macrophages making them anti-tumor. The fact is, cleared virally-infected cells and tumor cells is very similar. And we learned from Opdivo and Keytruda that your body is the most important weapon that we have against both cancer and viruses.

And, the same is true, and even more so, with leronlimab , which is got a more generalized even mechanism of action than PDL-1 -- not all tumors are PDL-1 positive, but I guarantee you, all the tumors that are in the basket trial will have cells surrounding them -- infiltrates of cells that are CCR5 positive. Now, not every tumor will be CCR5 positive, but we have shown that that doesn't matter. So what we have found in COVID-19 mechanistically has profound importance in CytoDyn's cancer program, and just does nothing but support the reasons why we went into cancer.

**Guest Speaker:**
I mean, but do you think it's conceivable that leronlimab could be developed as a chronic therapy for COVID-19, or do you think it is possible at a certain point the source -- covid -- plasma could be annihilated? Is that important?

**Bruce Patterson, MD:**
Well, listen, I mean, I think we've shown that this could be the one drug that does it all. And, again, I think the mild-to-moderate trial will show that.

I mean, we're -- we show in the paper that's about to be submitted that RANTES is extremely elevated in the mild-to-moderate -- immediately. Not IL-6. RANTES! So it's almost immediate that Ramses is upregulated, which starts this vicious cycle of an influx of immune cells making more cytokines and more chemokines, and you know more cells coming in, and eventually immune sequestration, and potentially, immune exhaustion.

And, you know, if in turn that restores the immune response even in the mild-to-moderate and it reduces viral load, you know, it may be the one single bullet that everybody's talking about.

**Guest Speaker:**
Nader, you previously mentioned that CytoDyn will apply for government grants for leronlimab as a treatment for covid-19. Can you provide us an update on that?

**Nader Pourhassan, CEO:**
So that's because we can't talk about the name of the government agency. I can tell you that that's going forward. Dr. Scott Kelly is taking care of those applications that we were given a green light by the government agencies saying that "we wanted to see your application", and we are interested in funding, and Dr. Bruce Patterson has been very much involved in that, but we will update everybody hopefully very soon. This is one another reason that I am not raising funds very quickly.

**Guest Speaker:**
My final question is regarding the monotherapy for HIV patients. When do you think that trial -- the ongoing trial is going to be completed? And when do you think you can start the registration directives in the trial?

**Nader Pourhassan, CEO:**
Because Amerex has been putting every person that works in that building on our project, and they continue with the other projects that they have [moved on] very slowly because of us, we just don't have the resources and funding. What we want to focus our efforts right now.

The major, major importance to me is dilution of CytoDyn. When we took over in July 2018, we did not dilute the company in the last year-and-a-half the way it was being diluted before. So now my focus is just to be careful with the dilution. So if we're going to do anything else like monotherapy, we need to take a little bit pause and not push that very fast. That's for the quality of life; saving life is our number one priority -- quality of life would be the second. So we're going to wait on that a little bit.

**Guest Speaker:**
Okay. Thank you.

**Nader Pourhassan, CEO:**
Yeah. Thank you. Next question, please?

**Operator:**
Our next question comes from Gus Rodrigo with Westpark Capital. Please state your question.

**Guest Speaker:**
Hey, gentlemen. Can you hear me okay?

**Nader Pourhassan, CEO:**
Yes. Go ahead, please.

**Guest Speaker:**
Excellent, excellent. You mentioned at the last round of funding that you guys did was at the $4.50 level, but there were no warrants issued. Is there any other funding that been done prior with any warrants that might provide funding for the company going forward to alleviate some of the capital pressures?

**Nader Pourhassan, CEO:**
Mike, could you please --

**Michael Mulholland, Interim CFO:**
Yeah. Thanks for asking. A brief look at our cap table would indicate that we have well in excess of one hundred million warrants still outstanding; as a matter of fact, in the subsequent events footnotes in our 10-Q that was filed a couple of weeks ago, we indicated or disclosed that from March one until early April in about a five-week period, we raised over $7.4 million dollars. And so, now with a firming stock price, we expect to be able to add more capital to the company, just through organic natural exercises of our existing outstanding warrants.

**Nader Pourhassan, CEO:**
And I believe we have about ten million in the last few months that we have received for warrants altogether?

**Michael Mulholland, Interim CFO:**
Yeah.

**Guest Speaker:**
What's the exercise price on those warrants?

**Michael Mulholland, Interim CFO:**
The weighted average is about $0.65.

**Guest Speaker:**
Okay. Any call feature on those, or were you guys in the company able to call them if you wanted?

**Michael Mulholland, Interim CFO:**
No call feature.

**Guest Speaker:**
All right, excellent. All right. Thank you very much.

**Nader Pourhassan, CEO:**
Thank you. Next question?

**Operator:**
Our next question comes from Mark Lieber with Newmark. Please state your question.

**Guest Speaker:**
Hi. Congratulations, everyone. Sounds very exciting.

**Nader Pourhassan, CEO:**
Thank you.

**Guest Speaker:**
You had mentioned that there was something coming from The English Department of Health? Also did your drug ever get used on Boris Johnson? And lastly, there was going to be an article in the New England Journal of Medicine. Did that happen?

**Nader Pourhassan, CEO:**
Yes. So thank you for your question. New England Journal of Medicine was published, and I really want to bring everybody's attention to the cytokine storm data that was attached to that letter that was published. Dr. Bruce Patterson evaluated those numbers.

And in regards to UK, we have already started the process of getting a compassionate use the agreement and probably having our trial enrolled in the United Kingdom, and we will update to the whole shareholders as soon as we have more information about that.

Next question --

**Guest Speaker:**
Boris Johnson?

**Nader Pourhassan, CEO:**
No, no, we did not give our product to Boris Johnson.

**Operator:**
The next question comes from Nick Cova with Tenaska Capital. Please state your question.

**Guest Speaker:**
Ah, yeah. Congratulations guys. One thing I wanted to find out about was, given that the FDA relaxing the telehealth requirements, could the cancer patients use a combination of a local doctor plus telehealth with Dr. Lalezari to commence participation in our cancer trials?

**Nader Pourhassan, CEO:**
So that's another thing we are working on. But again, you have to have the first injection has to have happened, and the instruction that needs to be followed and all that. So we're working on all of that. But again, that's another thing that, you know, is on our list.

**Guest Speaker:**
Okay. Another question I had was, in our February 6th conference call you say the doctor Kelly had identified a company that do preclinical study on NASH, and can you provide any update on that preclinical work?

**Nader Pourhassan, CEO:**
Yeah, absolutely. That study is going forward, and Dr. Kelly's involved in it, and he's watching over that, so it'll be a few weeks is still before we can get any information. It takes like six-to-eight weeks to study.

**Guest Speaker:**
Okay, and last question I had was, given that the FDA wanted all of our CD-03 mono trial data filed with this combo BLA, what are your chances or your expectations regarding the FDA giving some kind of nod on mono, based on that data being submitted?

**Nader Pourhassan, CEO:**
I think it's zero chance. That's what I think. Because FDA has rules and regulation that is superb. We love that. We  want to obey those laws and the laws, the regulation that they explain to us is they want it in another's trial if it'll try and that's it.

And I think, I actually agree with them. It has to be a pristine trial that shows the efficacy with no doubt. When you take patients out of the pills, they're concerned about resistance. They're concerned about many things, and we have to answer all those questions and we will do it in another trial, but I see zero chances of them giving us approval on monotherapy based upon this investigative trial, which they were very kind to let us conduct. Over 600 patients. Nobody thought we would do a monotherapy over 600 patients when at the very beginning the FDA said: "You're not allowed to do more than 12 patients. You need to form a Data Safety Monitoring Board", because they were worried about the patients. And that's the main job at the FDA. I believe the main concern is, is that going to hurt the patients or not?

**Nader Pourhassan, CEO:**
Thank you. Next question. Next please. *[Crosstalk.]* Oh, go ahead, go ahead, Nick. Go ahead.

**Guest Speaker:**
I'm just going to say one last thing. You mentioned work on getting approval in Taiwan and China. Any updates on that?

**Nader Pourhassan, CEO:**
Yep. Yes, so in regards to Taiwan and China, Dr. Brendan Rae, business development, and now the head of our business development, Dr. Scott Kelly, who has two positions now, they're working together very closely with several different companies. I don't want to give any updates on those. We have enough updates in my opinion right now. But I do like to talk about them very soon when we get to a more firm position with these companies, but we are working on it -- with China, not Taiwan. Taiwan we have put that on the back burner for now.

**Guest Speaker:**
Okay. Thank you.

**Nader Pourhassan, CEO:**
Next question, please.

**Operator:**
Our next question comes from Robert Tycher with Paulson Investments. Please state your question.

**Guest Speaker:**
Yeah. Hello. Can you hear me?

**Nader Pourhassan, CEO:**
Yes, go ahead please.

**Guest Speaker:**
I have a couple questions. One being a layman, Dr. Patterson talked about... what is it? RANCID? Could you spell what it is? RANCID? I'm not quite sure. RAMSES? What is the, umm...

**Bruce Patterson, MD:**
Yeah... it's RANTES -- R A N T E S.

**Guest Speaker:**
R A N T E S. And now --

**Bruce Patterson, MD:**
The other name for it is CCL5. That's a more current name.

**Guest Speaker:**
CCL5?

**Bruce Patterson, MD:**
CCL5, yes.

**Guest Speaker:**
Right. So what is the difference? I mean if you could just elaborate for just a moment... *[Dr. Nader Pourhassan: "excuse me, excuse me, please ask questions related to CytoDyn; the detailed science questions we will have to refer you to the journal"].* All right — well, I'm sorry. *[crosstalk]*

If I may, there are a number of people who have observed that there's something political going on with this hydroxychloroquine and then with the other — remdesivir. There's not nearly as much mention of leronlimab. There is some, and I'm wondering why, after all of this, with so many people in such dire condition, why compassionate use has not been approved? It seems to me to be the number one thing here, and I'm sure everyone on this call — so many other people are concerned about that. When do you think that they will finally, the patients are in such dire condition, why will they not allow compassionate use?

**Nader Pourhassan, CEO:**
So let me repeat what I have said over and over again. FDA has a tremendous responsibility and

they're performing it in the most spectacular way; trust me. I'm from Iran. I know the FDA in Iran: it sucks! Now this country has this kind of regulatory environment, and you guys should really appreciate it: because they want to make sure that the safety of the patients are important.

When 200 companies run to them say, "hey, we got the solution to coronavirus! Please say something positive so our stock can go up", they get worried. They get worried about patients to help. So they have given us everything we have asked for. What else do they want to do?

Now the compassionate use, they are working on that also. They have given us some positive feedback of what to do to enroll patients faster. The FDA is on the side of United States citizen trying to help them to have a product that is good.

And leronlimab? We were not on the map. Nobody thought we were on the map. We didn't know. Dr. Patterson and Dr. Scott Kelly had talked about it, And then when doctor Sid Hamraoo from Montefiore Medical Center heroically came forward and said "I need this": that is what started everything. Thank God for that. But other than that, please trust me on that. FDA is doing everything right, in my opinion. Okay, with that, let's finish the call please, operator.

**Operator:**
Thank you. This concludes today's conference. All parties may disconnect. Have a great day. Thank you everybody, bye-bye.


https://www.transcriptshare.com/s/cydy/call-april-27-2020

# Exhibit F

Leronlimab Discussion With Dr. Been, July 4
July 4th, 2020, 3:00 pm EST to July 4th, 2020, 3:58 pm EST

**Participants**
Nader Pourhassan, CEO
Dr. Mobeen Syed

**Dr. Mobeen Syed:**
This is Dr. Mobeen Syed from www.drbeen.com.

Today we have a very important guest with us. You have been asking for having him here, having to talk about leronlimab. He is the CEO and founder, and the director, and the president of CytoDyn.

Leronlimab, as you may have heard before, and if not — it is a monoclonal antibody, which has very very promising results for HIV and other studies that led — and Dr. Pourhassan will talk about that. It is a very promising outcome for the COVID-19 patients as well, for which we are very, very excited. So I wanted to make sure that we can talk with Dr. Pourhassan.

So Dr. Pourhassan, welcome.

**Nader Pourhassan, CEO:**
Thank you for having me, Doctor. I appreciate it.

# CEO & CytoDyn Background

**Dr. Mobeen Syed:**
Very good. So, I have a number of questions that we have curated from some of our #koolbeens. And then I am sure that there are going to be questions as we talk live as well, so I will mix those questions.

The very important first question that I have been asked a lot is your own background. So somebody mentioned that you are from a mechanical engineering background, and how did you come to found and run this company? *So, tell us a little bit about yourself.*

**Nader Pourhassan, CEO:**
Thank you, and I appreciate it for having me.

And yes. I came to the United States when I was 14 years old. And at that time, I went to school and got my Bachelor's of Science in Mechanical Engineering, then my Master's Program.

But when I got my master's, my dad was kicked out of the army in the Iranian revolution. So I was able to go to — my dad wanted me to do business and take care of the family: my mother and four brothers, and children — my four brothers and sisters. I did that while I got my PhD in Mechanical Engineering. So, I had 25 years of experience with business, which I did very well with. And I had my difficulties of, at some point we didn't work, but I came back and every time I fell down on business, I was able to get up again.

**Nader Pourhassan, CEO:**
So with all that, my wife asked me to join CytoDyn, because she thought that would be a noble thing to do, to be able to save lives and be able to make, you know, money for the shareholders also. So that would be a great business. So I left my teaching job that I had at the Center for Advanced Learning and closed all the businesses.

And my wife actually funded — we didn't have a lot of money — we funded my first year of working at CytoDyn, raised money and then, when we saw that the drug that was there at the time I was there, was not working, I was very fortunate to find PRO-140.

**Nader Pourhassan, CEO:**
When I found out PRO-140, I was taught a lot of things by the inventor of PRO-140, Dr. Paul Maddon, ==I was taught quite a bit of stuff from drug development from Amarex: Dr. Kossam Kosampur, Dr. Cush Dhody.==

Once I got my training in regulatory, and be able to know what to do to make that drug work and get it through approval, I changed everything in the company. We let the scientists that we had actually go, because we needed a drug development path, not a new molecule. And that's when I brought in Dr. Robert Schooley from University of California in San Diego, Dr. Paul Maddon — the inventor, Dr. Scott Hammer, Dr. Jay Lalezari, who has been tremendous for us.

And with those people around me, we were able to talk about options, and I selected monotherapy and the rest just, you know, ten — six — the last six years it's just been developing to where we are right now.

# Current State of CytoDyn

**Dr. Mobeen Syed:**
Awesome.

So I actually — fascinating background, and thank you very much for taking on this challenge. One thing that is asked, and you mentioned a little bit about that as well, is CytoDyn itself.

Tell us a little bit about the company and how is it progressing? How is it adding value for the patients, for the shareholders, for the employees? What is happening at CytoDyn?

**Nader Pourhassan, CEO:**
So at CytoDyn, I have always said to everybody that we believe that monotherapy PRO-140 would be a very appropriate path.

At the time I said that, some of the board members almost fired me. And the FDA wasn't very happy at that time. They made us have a Data Safety Monitoring Board and only due to our patients. At that time, we bought PRO-140 for three and half million dollars down payment, and nobody thought there was a path forward a bit — but me.

So I saw that through Doctor Roberts fully, not myself. Doctor David [*Feigal?*] was in touch with us at that time. Doctors from ViiV were in touch with us — John Pottage.

**Nader Pourhassan, CEO:**
And after studying it very carefully, we went in that path, and CytoDyn was on the brink of bankruptcy when I got it. They had $2 in the account and they had bankruptcy papers filed. It was my wife who funded it and we got back on our feet over there and then... PRO-140 was a big challenge because nobody believed in the pathway forward. But once we got the first results of monotherapy and patients from the HIV world said *"I want this"* — *"there is no more pills for me"* ... four-to-five pills every day at the exact time.

So that impacted patients, and we had a video that — ten patients who said *"wow"*, they cry. They said *"you gave our life back to us"*. That feeling of being able to touch a person's life in that way was not something I was used to. As a medical doctor, you and your colleagues are very well used to saving people's life. I wasn't.

**Nader Pourhassan, CEO:**
And that gave me a tremendous energy.

And when I started looking at the other aspects of this product, I realized that there is a lot of potential. And this product is all credited to Dr. Paul Maddon and William Olson — not me! I did not make this product. I should get zero credit for that. The credit I should get is that I was fortunate enough to find the right business path for it, and develop it to this point.

**Nader Pourhassan, CEO:**
So CytoDyn is now sitting at about 3 and 1/2 billion dollars, so from 3 and 1/2 million. But the product — we're fortunate, thank God, to get it to 3 and 1/2 billion. And that's what — everybody's excited, and I am excited, all the shareholders are excited, and we hope to build on that.

**Dr. Mobeen Syed:**
Excellent. Thank you very much. And I want to — so of course, thank you very much that you are so generous to the inventors of the molecule. I wanna note for our viewers here, that sometimes it's not just the molecule itself, it is the business wrapper, the packaging around there, that actually decides the success or failure of the drug.

So, of course, as much as you're saying that you have zero credit in it, without this leadership, without the execution, things do not go anywhere. I do agree as well, I have so many entrepreneurial friends as well — the execution and the right path forward is very, very important. So thank you very much for your contribution in that as well.

**Nader Pourhassan, CEO:**
I appreciate it. Thank you.

# Leronlimab in COVID-19

**Dr. Mobeen Syed:**
So now if you go to some of the user questions — some of the "koolbeens" questions as we call them. And so after this, the main question at this time, which is — I wanna to open with those questions, and then we'll go to other discussions too, the leronlimab related questions.

So from your site, and I have done a couple of lectures about the leronlimab's mechanism of action as well. From your site, it is said that leronlimab can actually reduce a cytokine storm for COVID-19 context. So tell us a little bit about leronlimab in COVID-19 context, and what trials — we would then ask you about the trials, and how are the results coming through?

**Nader Pourhassan, CEO:**
So we had the leronlimab being very successful in monotherapy for a sub-population of HIV patients who have R5 virus, which is the virus that uses CCR5. And the fact that it binds to CCR5 was very fascinating for us, that it could allow it to have potential in GVHD. Animal study was tremendous. And then when we used it in cancer, specifically my own mother-in-law — doctor gives it a few months to live, and then we saw what happened. Thank God she is still alive because of leronlimab, in my opinion.

Then came COVID-19, and everybody thought — we just jump on this and say *"we want to do COVID-19 because everybody's doing it; and we get publicity"*. But, that had nothing to do with it. As a matter of fact, when Dr. Robert Thomason, I'm sorry, Dr. Scott Kelly told me that, you know, it's not the virus, it's the what the virus does to the body which causes it to have ARDS, and we have an impact on that.

I called Dr. Bruce Patterson and I said *"does it do that?"*. And he said *"yes, absolutely"*, without hesitation. So we immediately called our regulatory team and said — immediately file IND (Initial New Drug Application) and a protocol for Phase 2.

**Nader Pourhassan, CEO:**
When we did that, FDA says *"hold on — we gave you Phase 2 for graft-versus-host disease, we gave you Phase 2 for NASH, but we're not going to give you Phase 2 for COVID-19, cause you don't have any animal study group. You don't even have an in vitro study. Give us something to help you"*.

So 60 days waiting and then another 30 days, so it'd be 3 months and maybe more waiting. That's when Dr. Seethamraju from Montefiore, which — I call him a "hero" doctor — stepped in and caught FDA, and says *"my patients are dying any minute. I need this"*. Ramdesivir didn't work, nothing worked. So when he gave to the patients, the first two patients, I was so excited to hear that. He said, that one of the patients extubated *himself*, and he believed in it. And that's started everything, and then the whole thing that we have right now, as you can see where we are. I'll be happy to answer any question about the trials.

Would you like me to go forward?

**Dr. Mobeen Syed:**
Absolutely. Absolutely. If you can tell us a little bit. So the basic curiosity that I have, some of the health departments that I have been talking — we have done above hundred and six videos about COVID-19.

So from many countries people have been in contact with us and they've been asking for what is a promising thing that we can use. So it would be great for all of us to understand that. What have you learned from your trials? What is the potential benefit? And what is your confidence level with that?

**Nader Pourhassan, CEO:**
Yeah. So as those two patients went on, Dr. Seethamraju asked for nine more emergency IND immediately. His own exact words to me on the phone at that time was: *"You need to move, because these patients are dying, and I don't want to just stand there and watch them die"*. I said, you know, with the ask for emergency of IND, I'll be more than happy. He did that, then he went — eleven patients were given the drug. Some of them start dying, not because of leronlimab, because they stopped giving them treatment of ventilation, they were — those conditions were gotten because the resources are limited.

But then, when those stories came out that four patients actually live, and a lot of, the other ones were not dying, because they stop leronlimab or, I'm sorry, stop their own ventilation. So what happened is Dr. Otto Yang from UCLA asked for this. And when we injected the patient who had Remdesivir and was on ventilator, and nothing was working, and her husband asked for leronlimab, Dr. Otto Yang gave the leronlimab to Samantha Mottet. She told me I could use her name.

She said that her husband said *"you were completely gone and you came back alive!"* And that has started something very beautiful with Dr. Otto Yang. Twenty nine patients got injected at his Institute. Many of them got discharged, many of them got intubated. And Dr. Nicholas Agresti got four patients intubated who took the product.

**Nader Pourhassan, CEO:**
There was a patient that was on ECMO who got off of the trial. I mean the ECMO.

So all of this led us that — hey, we need to have FDA give us Phase 2, but already FDA, as soon as they saw what happened with Dr. Seethamraju's patient, immediately FDA worked with us. They did not delay it a day. They said — you got Phase 2, go forward. So I've got to thank FDA for that.

So that happened and the Phase 2— not One: Two; one Phase 3 and one Phase 2. So that had an

impact on the whole thing. And Phase 2 was mild-to-moderate 75 patients and Phase 3 came to be for 390 patients.

And we are now finishing the trial with Phase 2. Oh, I'm sorry, we've finished the trial already 87 patients, but only 86 will count, because one of them didn't, it was not able to go forward after got enrolled. And the results of these patients — everybody keep asking me *"tell us something, so we can be very happy about the primary endpoint is going to be hit"*.

**Nader Pourhassan, CEO:**
And I can't! These are double-blinded. I don't have any idea what they have. But what I do know, is that the 60-patient emergency IND, I'm sorry, 75-patient emergency IND, 65 took the leronlimab, the other 10 — some of them ask for the leronlimab by the time they shipped it to them, the patients were dead. So that's how bad the condition of these patients are.

So looking at those results and knowing the mechanism of action that has been clearly described now, is giving me a lot of hope. But now we have three papers that we are, that doctors are working for their data. Dr. Seethamraju — 11 patients, Dr. Otto Yang — 29 patients, Dr. Nicholas Agresti — 4 patients. All three are going to be published and the mechanism of action will also be described more and more.

**Dr. Mobeen Syed:**
Excellent. So these are the results, excellent results in the US.

I want to ask you one more thing. And in the "koolbeens" discussions — normally we talk about — the before getting the disease and then having the prophylaxis, and then the mild cases, and moderate cases, and severe, and critical. *In this spectrum, where does leronlimab sit? What is the right time to use this drug?*

**Nader Pourhassan, CEO:**
So that's the one of the questions, that our scientists are, you know, dealing with also and the doctors who gave these products to their patients.

First of all, mild-to-moderate patients are the patients in this trial that have a high fever, and they need hospitalization, and then they go to the hospital. Then they are able to take our product if they want to.

Critical patients are the patients — critical or severe patients — are the patients who need to get some kind of oxygen or a ventilator intubated or so forth. Whether we can give this product for anti-viral drug — we don't know. But Dr. Bruce Patterson's results from his laboratory — now, we did a lot of studies with this, the blood of the patients, because of the doctors who treat these patients, but the results showed that the viral load went down quite a bit.

**Nader Pourhassan, CEO:**
Now, we need to verify these things through a randomized trial. Viral load was not one of the things that we have verified. But if we drop the viral load, then there is more mechanism of action here that we have not explored. To explore this mechanism of action through other study would take time. But to do a randomized trial, the quick one, that will not take time.

We hope to get approval. If we get approval quickly, everything else we will check to see if it's — if it can help people not to get COVID-19, perhaps. But I'm not the scientist behind it. So I won't be able to talk about the science of it, but I can tell you that all the scientists who work for us, they believe that that's something that we definitely have got to look at.

**Dr. Mobeen Syed:**
Got it. So can I then summarize this to say, that anywhere from mild-to-moderate — that means inside the hospital. And onwards within the hospital when there is the progression of the disease, stages of the disease, this drug can be used in them.

**Nader Pourhassan, CEO:**
Yes, if we get approval. Obviously we are hoping for that.

One thing that — a lot of people are sending us email. They want to take leronlimab after they get over COVID-19, because they don't — never fully recover.

**Dr. Mobeen Syed:**
Yes.

**Nader Pourhassan, CEO:**
Now, all doctors believe that could help tremendously. But them thinking that doesn't mean approval from FDA. We have to go through those paths. So we will have a lot of exploring to do post-approval, which we hope to get soon.

# Big Pharma, the SEC, Stock Price

**Dr. Mobeen Syed:**
So tell me this. So, exactly, this is what I wanted to ask as well. This has been a very common question as well from "koolbeens" — that when do we get the approvals? Is there any — some of the folks had sent me the messages as well, that is there any big pharma, small pharma issue going on as well? So can you tell us a little bit more about the approvals within the US? What is going on there? Is there any, are you having any challenges in terms of big-small pharma, any such things?

**Nader Pourhassan, CEO:**
So, you know, a lot of people keep thinking and emailing us — they say *"Big Pharma is keeping leronlimab down and so forth"*. None of those are true according to what I believe.

The big pharmas like Gilead, J&J, ViiV, I'm very proud to know those companies, because those companies — they are saving people's lives and making money. That — can't be any better than that. So I have nothing to say about what they're doing, cause I don't even know what they're doing exactly. I know that they are building more products and saving people's lives. HIV single-handedly was handled by Gilead.

**Nader Pourhassan, CEO:**
But what we do, is we understood the regulatory pathway. And the regulatory pathway — FDA doesn't give preferences to Big Pharma because they're Big Pharma. Actually they, in my opinion, they give a lot of preferences to us, because we got to do a fifty-patient study for efficacy in our HIV population, because our safety was demonstrated in over nine hundred patients with hardly any serious adverse events.

So, with that said, I saw firsthand in the last eight years that FDA just wants to make sure the drug is safe. Once you to demonstrate your efficacy and whether you're a Big Pharma, or small pharma, I don't think they care.

**Dr. Mobeen Syed:**
I see.

So just for our viewers. What we are hearing is, this is not about the Big Pharma or small pharma, it is about the FDA's confidence level, it's about you demonstrating the results, it's about the study that is going on.

**Nader Pourhassan, CEO:**
Absolutely. Absolutely.

**Dr. Mobeen Syed:**
So you are not — you're not challenged at this time to move forward. It is mostly the proof of the drug itself?

**Nader Pourhassan, CEO:**
Absolutely, and I've got to say — so some people were very upset, and I was too, that we saw that there was some, perhaps, illegal shorting in our stock. You have to separate the stock from the company, because the stock — now you got institution, now you got all those things that could happen, which is very very wrong. For example, fifty one million shares was sold in our company traded and FINRA and SEC probably would be looking at it.

Somebody put a bad news, says: *"CytoDyn is just a fake. They don't have anything"*. No? All this information that we've put out from FDA... FDA is a very very, you know, careful organization, they immediately would call us, if we do anything that is not right, or if we say anything that's not right.

**Nader Pourhassan, CEO:**
We said in, I believe in April 27th, that we submitted the full BLA. FDA immediately said *"no, we don't agree"*. And we immediately set to the public that it is not completed. It's going to be completed a few more days, and it was.

But the shorts would say *"they lied or they make up all these big stories"*, which is absolutely not true. I would suggest everybody watched the press releases, those have to go through compliance to regulatory department, those press releases have to be a hundred percent right or we get in trouble. And we have not been in trouble with the SEC or FINRA in the last — 2012 I became CEO — since eight years ago.

**Dr. Mobeen Syed:**
Makes sense. Absolutely correct.

And in this context I want to — don't mind me, don't be offended, but there are some questions that we could discuss, and these are hard questions for us as well. So a couple of questions here. One of the question is from George here. Why did the stock drop from 10 to 6? Is there a pump-and-dump going on? And we have been a little bit careful for other companies as well. So you are here; we can actually ask those questions from you right now.

**Nader Pourhassan, CEO:**

Absolutely. So Andrew Left from Citron report. They put out a report. And then there was quite a bit of selling: fifty one million shares is not something that you've seen in OTCB. And the fact that the company hold the $4.75 and then it came back to 8 dollars and it bounced back and forth, and it stopped at 6 dollars, that tells us that even when we under tremendous attack from the shorts, we have people who believe in us, we have, perhaps, institutions who believe in us.

The analysts that they do their work, they see that this is real. This is not something we make up. We don't make up things about patients going and telling how great their lives were saved. If it was, we would have been shut down.

So people have to be strong and just believe in fundamental. Anything in the fundamental they don't feel good about it, then they should, perhaps, sell their shares. But if they feel good about it, they should just go with the facts. And the facts are — we have done very well so far. Thank God.

**Dr. Mobeen Syed:**
Absolutely. And I would like to put in my two cents here as well. That, guys, when I talked about the leronlimab with you all in the previous discussions, I actually did a lot of research about the mechanism of action, and then I have done a bunch of immunology for the last ten years. So I first made sure that what I'm talking about is something that can actually stand on its legs. And after that is, when I came out, and I said that leronlimab looks like a promising drug.

And once again, thank you very much Dr. Pouhassan for coming over and talking with the "koolbeens" directly.

**Nader Pourhassan, CEO:**
Absolutely.

# Unblinding of Data

**Dr. Mobeen Syed:**
So if you allow me, I'm going to continue with our discussions.

One comment that I am. And I have my questions over here, so I'm reading as well... So some very common questions that I've received, was the unblinding of the data, right? So, can you speak a little bit about that?

**Nader Pourhassan, CEO:**
Absolutely. So the 86 patients, or the 87 — and we only had 86 with the data. Eighty-six patients finished the trial. I mean, I'm sorry, it was enrolled on May or June 17th. So June 17th that patient got enrolled. So you have to wait 14 days. So on July 1st or 2nd, that patient finished the trial portion that had to do with efficacy.

Now, some people might think "okay", then unblind it the next day. It doesn't work like that. You have to have a statistical analysis plan that has been submitted to FDA, which says that you need this data, that data, and all the hospitals have to sign off on the data with the Amarex before anything — anybody touches the blind of the data. Once every data comes in, and all the plans that we have made before unblinding is set with FDA, then you unblind it.

**Nader Pourhassan, CEO:**
So you got to be very very careful. As everybody knows, Gilead did an interim analysis, changed the number N and then they changed the primary endpoint. Very smart. And they did it legally. It was. They wanted to go to move from primary endpoint to that half past they can, the patients can be discharged versus the antiviral. There was no antiviral activity in Remdesivir, but it helped the patients discharge four days [*early*]. That's significant and they could get approval.

We have to be smart to do things the right way. When we go to FDA, we are at point A. We tell FDA, we predict point B — the finish line. If we don't get that, we don't get approved. And now we have done all the enrollment, and the enrollment two weeks is over. All hospitals are signing off. We will have results in July. Now how early, I am very hesitant to say — couple of weeks or ten days, because the last time I tried to say what's in my mind and give a guess, that guess didn't come true and everybody gets upset.

So we — I'm very confident to say we won't have the results in July. How early in July, I just can't know.

# Uplisting to NASDAQ

**Dr. Mobeen Syed:**
Makes sense. Yeah, totally makes sense. So I want to stay on the trial discussion. However, there is a question that is pressing right now and people are actually asking and repeating as well. So that question is about the uplisting. So why not? I ask you this question before and then we're going to go

back to the trials so [tell us about?] the uplisting?

**Nader Pourhassan, CEO:**
So in regards to NASDAQ of uplisting, we now have a price that can qualify us for NASDAQ. Thank God for that. We also have potential to raise money to go to NASDAQ right now. Uh, however, we believe that the potential of this stock, as I always said in the past, double-digit doesn't cut it in my opinion, three, four digit. Naw, these are large numbers, it is my guess; this could be completely wrong.

But my guess is that so I am always hesitant to raise money. I want to make sure that I get the maximum value. When we were at thirty cents, I keep saying that in every time I am going to raise just enough money to get today to the next month. All the bankers told me, that I'm the most stupidest person in the world. *"Nobody raises money every month-by-month. You gotta raise a lot of money!"* Well, we would have a company with half a billion shares at one time. You had that offer for $15 million dollars for half a billion shares. So we didn't do that.

But now we want to raise the money at the time that we have our primary endpoints announced, at the time we feel like the shareholder have got the perfect value. And once we've raised that money, we will go to NASDAQ. But as of right now, we have asked NASDAQ that we want to uplist, and they are reviewing your application right now. As soon as they come back, say *"okay, do A & B"*, ok, we might do that and uplist. So hopefully within the next few weeks, we will have something to talk about, that — something solid to talk about.

**Dr. Mobeen Syed:**
I love it. Thank you very much because this has been a question that was interested so many in. And there is actually a follow-up question as well. So, please keep in mind that I want to go back to the trials and the drug as well, but there is a lot of interest in the company's performance as well.

So there is another follow-up question that, please follow-up regarding the stock, Dr. Pourhassan and Mr. Mulholland said there would be a surprise, shareholders would be happy about. Has that happened with the stock?

**Nader Pourhassan, CEO:**
So when we said there would be, I said *"Michael Mulholland has something up his sleeve"* — that there is a shortcut always in getting to uplisting. At that time, the price of the stock wasn't at the price that it is — it was much lower I believe. And that is to allow us not to raise money before uplisting, and we are waiting for that to see if that would be accepted. Especially with the special situation with pandemic requires special actions, and we are asking to hopefully not to have to — for us not to meet the funding requirement of uplisting. So we're waiting for that right now

# Discussions With Big Pharma

**Dr. Mobeen Syed:**
Got it. So a couple of more questions about the company. This is a detour. We're going to go back to the trials. Two more questions that are very interesting even for me to figure that out.

And one question is about your discussions with the big pharma. So somebody had asked me that, asked the kind doctor, maybe, have you been talking with some companies? Is Gilead been in discussions with you? Is there something that you can share or anything about this, the buyout part of it?

**Nader Pourhassan, CEO:**
Sure. Absolutely. Whenever there is a discussion of a licensing or buyout, we have to sign CDA — "Confidential Disclosure Agreement". When you do that, you cannot talk about the company. That's all would be in closed doors. I have a habit of letting everybody know everything I know at the time as much as I can, as much as I'm allowed to. When we did the licensing agreement from Vyera Pharmaceuticals that gave us eighty seven million dollar milestone payment that could come to us in the future sales, I said this kind of binding, non-binding agreement. About ten weeks later everybody said that I was not [] and that was something that was made up.

And we announce, we made the deal. Now I said in the public. We have been talking to the big pharmas. I can't name, I can also say that we also talking to big media that want [.to do?.] to look at the results as soon as it comes out. Both of them want that. And as soon as the results come out, they will be able to see that, and, perhaps, we see what happened after that.

**Nader Pourhassan, CEO:**
But everybody should pay attention that the results that we were so excited weren't even for COVID-19 — there were with cancer. And we were in breakthrough destination, and we were going that path, and that got delayed because of COVID-19, but those patients in cancer are still going forward!

So this company has multiple things. And COVID-19 — hopefully, we can save a lot of patients and get approval. But once that happens, once these results come out, and if it is positive, all of our

shareholders should be very very happy; and the opportunities are going to be multiple, opportunities from all over the world.

# Leronlimab Scalability

**Dr. Mobeen Syed:**
Excellent. Thank you very much.

So now, I'm going to start going towards the trials again. So one more question here. *Going towards from the company towards the trials, people had been asking this question as well, that if and when the drug becomes — is proven to be safe and we can go forward with it, do you have the availability? Do you have the resources available to make it scalably available globally? What is your capacity at this time, or what are you doing to help with the capacity?*

**Nader Pourhassan, CEO:**
So as I have said in the past, thanking Dr. Nitya Ray, our Chief Technology Officer, who built PRO-140 from day one at Progenics, and we are fortunate to have him. He made an agreement with Samsung Biologics who has more capacity than Lanza.

And to transfer the technology for any manufacturing process, it takes a year or a year and half. So thank God, we started this 2 and 1/2 years ago. So we got all of that out of the way, so we have a giant manufacturing which is Lanza, which can produce tremendous amount of product.

We have to give always, excuse me, an upfront payment sometimes, because Lanza just did a deal for three hundred and sixty million dollars, that was in the public domain with the company that got three hundred sixty millions upfront. The fact that they're willing to work with us, and we might have to pay some upfront payment, that's where we are holding the orders. But even though, we have to give money like that, I have told to the Chief Operating Technology Officer to order what ever they can make, all of it. And we are good with it. And doctor came at the Samsung Biologics, said that they were booked, but they are giving us some potential opportunity to manufacture. We are going to get 1.2 million vials this year.

**Nader Pourhassan, CEO:**
So we are going to have that much to go forward, if we are fortunate to have an approval, which we believe we could. And then the next year, we could get as much as ten million vials or so. Now those are again numbers that I'm just working with these people, with folks at AGC and Samsung.

But if we have what we believe we have, and if the government believes in us at the time we have hopefully approval, and there will be tremendous help coming to us. So we don't have to sell shares and get this product. The bankers, the banking system that we have, the investment banking that we have, they will all be able to get us the non-dilutive funding, tremendous amount of funding. And we believe in being able to manufacture whatever we want in Samsung, would be huge for us.

**Dr. Mobeen Syed:**
Got it.

And I was actually going to ask, you've already answered this question. Now that, once it is approved, once there is confidence in it, then, of course, the resources will become available, because one 1.2 million vials for this year — we have a problem going on at a scale which is in the scale of billions, so how we look towards companies that can offer hope to make themselves so scalable and fast that we can serve humanity and protect people?

**Nader Pourhassan, CEO:**
No, absolutely.

# Trials In Other Countries

**Dr. Mobeen Syed:**
So thank you very much.

One more. So now, going back towards the trials. *So we are aware of the trials in the US, are there trials going on in other countries and how, have they the started, have they stopped, when are the expected dates for the results, any light over there?*

**Nader Pourhassan, CEO:**
Yeah. Absolutely. We don't turn away anybody, almost. When we were told that they wanted England — they wanted United Kingdom wanted to have a trial, I told Amarex to move as quickly as possible. Then, United Kingdom, they then told us what we have to do. We did everything and now we are close to getting that going. But I'm just shocked that it took this long for United Kingdom to give us the clearance. Now, we also were talking to the Dr. Gustavo Reyes Terán, the head of NIH in Mexico, and I

know he's doing his best to get the trial moving forward.

**Nader Pourhassan, CEO:**
But CytoDyn turns things around very quickly. We've taken two-three weeks to get a memorandum of understanding from Mexico. But we turned it around and signed it within 48 hours or so. They asked us for protocol, we return the protocol to them within like three hours. No? Think about it. We had to modify the protocol that we had, but within three hours. I have told to all our team, we don't have room to sit down and do anything but to get the job done right now. So with Mexico, I'm pretty little bit surprised that we haven't started the trial, but if that trial starts, it is a twenty five-patient trial to approval, most likely.

So then we have trials that we were talking about in Brazil. That took again a little bit of time now. There is a hold up on that, and I am waiting to see what they want to do. We're willing to go forward as soon as anybody wants. And we have a CRO called Amarex that everybody should know, that we don't, we're [we'll..] very very very quickly.

# Are The Wheels Turning Slowly?

**Dr. Mobeen Syed:**
So I think I'm going to dig a little deeper in this question as well. And the, I'm going to put my own thought that I've been discussing with my friends as well. And that is that, look when the Remdesivir use started, it was a very quick authorization, and then approvals, and the trials, and then compassionate use, and availability of the drug.

For leronlimab, the way I look at the mechanism of action, I actually believe that this drug can actually help. *Why are the — why is the traction not there? Why is the the wheel turning so slow? Is it the company, is it the process of the NIH and others? Why is it not taking off quickly?*

**Nader Pourhassan, CEO:**
And so, that's a very good question. And we have to realize that there was only one doctor who believed in the science the way our scientists believed, and that was Dr. Seethamraju. When he asked FDA for emergency IND, the person at the FDA told them that nobody has in the country has asked for leronlimab, and rightfully so, because CCR5 and the role of CCR5 has been extensively researched in the last fifteen years only, not before that.

So people are now realizing — like Pfizer didn't know that their CCR5 antagonist has any role in GVHD — accidentally they found out. So for us to show that, FDA obviously wants to see the results. So when we went forward, we didn't have the support of NIH. NIH in America, they opened up 49 or 50 sites for Remdesivir. They had sites overseas that they opened up very quickly. And they enrolled a thousand-some patients. We only needed 75 patients, but we have to fund everything and we have to start from, you know, zero, and get every site set up with one CRO that we have.

**Nader Pourhassan, CEO:**
So we had a lot of challenges, but, as the trial went on and as the publicity came from our press releases and the results paneled to be exactly what we were hoping to be, then we got fortunate to the situation where we are enrolling. I mean we are being enrolled within 2 months.

So if you look at any biotech in United States and call them, and say — can you enroll and start the trial from zero and get to the 70 patients - 80 patients within three months, they would laugh. They would say that's impossible what we did in that kind of timeline.

**Dr. Mobeen Syed:**
Makes sense.

And and for our viewers, I'm looking at the discussions here. For our viewers, as much as the leronlimab is another monoclonal antibody, I would actually remind us that the mechanism of action of this drug is very different from other antibodies that we have seen. So some antibodies are just looking at IL-6 or IL-12, or tumor necrosis factor...

This drug, or the mechanism of action that I have read up so far, has a much more profound and broader effect that helps with the COVID-19. So I would not put this drug in the same category as others. I think that this has more potential, because it is balancing out the CD4-CD8 ratios. It is balancing out the, what it is helping with the cytokine storm with the CCL5 and CCR5. So the mechanism of action contains a lot more potency compared to the other drugs. So I just want to make sure that the "koolbeens" here, do not just slot it as another drug, which is IL-6 blocker, or something like that.

**Dr. Mobeen Syed:**
So, with this discussion, one more question that comes up very commonly and I just saw that here as well. That is the countries, for example, India, Pakistan, other emerging markets. If they want to start the trials, how — what is a process for them to connect with you, or are you connecting with them? I would like to ask you about India and then Pakistan, and other such countries. What is — how are you

reaching out?

**Nader Pourhassan, CEO:**
So we haven't reached out to anybody, because we have got our hands full in the United States trying to get that approval and all the
other trials we have. But what we have is, if anybody wants to do a trial over there, and they are having enough connection with the health authorities in that country to make the process go faster, we take them very seriously.

And we move very quickly, and they can email me. My email is npourhassan@cytodyn.com, and I immediately turn it to our regulatory team. But we want to make sure that whoever wants to do that, has enough capability to have their health department in their country pay attention to them. If it's not, then they have to start from zero, and it takes long time.

# Pricing of Leronlimab

**Dr. Mobeen Syed:**
Makes sense. Got it.

So I will actually personally talk with some of the health departments as well that have been reaching out to me and saying that — hey, do you have something that, or some company, or some drug that we can hang our hat on. So I'm going to connect you with some of those as well. But I definitely believe that there is a need outside of the US as well to connect with the other countries, because of the dire situation that is happening there.

One more question, which is very important to me and it's very near and dear to my heart, and that is the pricing of it. The very first time I've talked about leronlimab, I looked at the prices and the prices for the HIV and for the cancer, they were high. And I said that COVID-19, as much as it is important to save every single life, in the terms of billions of people becoming sick or getting exposed, this would be a costly drug.

*So tell me a little bit about the pricing and what is your approach towards the cost of this drug?*

**Nader Pourhassan, CEO:**
So because Remdesivir has been already approved, they are setting the price of the drug. So if they set up any kind of price, we believe very easily be can beat that and/or match that. So to go out immediately — be the certain price, because of the, all other conditions that are there, for example, having a pandemic is something that we have to do a lot of homework. We can't just say what price right away.

We don't want it to overcharge people. That's for sure. But we have been approached by very very wealthy individuals, billionaires that have said, that if you get approval, we would want to fund the product for overseas, but not to give you a huge price. Are you good with that? I said — well, I'm good with that, but it's not me. I have bosses also, which is the Board of Directors; and but they all have told me that they are willing to work with any country.

Once we get approval, if they want to fund it with manufacturing to make extra product, there is no problem for us. And if we're going to make less money from saving the lives outside of United States, that's a very very good thing. But in the United States we have already the prices being set; there is Medicare, there are rebates, and all of those things that would be taken care of. Patients, hopefully, we'll be able to enjoy getting the product without having to pay any money, perhaps.

**Dr. Mobeen Syed:**
Makes sense. Got it. So I can probably at least assume from this discussion, that for the emerging markets, for the people who are in dire need, it is possible that there are price considerations, which can make it affordable for them.

**Nader Pourhassan, CEO:**
Absolutely. It has to be. Absolutely.

# Counterindications?

**Dr. Mobeen Syed:**
Got it. So thank you very much.

One more question, which has been asked before as well, and I'm seeing some questions here too. And that is: if you are aware of any contraindication, does this drug — if somebody is, let's say, on hydroxy or Ivermectin or some other drugs that they're taking for COVID-19, is this an additive drug or does it have any contraindications from the trials so far or from the science so far, to say it could not work in combination with this or that drug?

**Nader Pourhassan, CEO:**
So we have zero drug-to-drug interaction problems. We have shown that, and Progenics has shown that before we even bought that product. That — because of the mechanism of action of binding to the CCR5, it has no problem to be used with other drugs. And Dr. Paul Maddon one time told me this product is surprising him. When he first invented it, that won't even be able to kill an animal by giving him five thousand milligrams... he made the rats to become three times their size.

So the drug, also, again, has no drug-to-drug interaction that we know about it, all the studies that we have shown. But one thing everybody should know is leronlimab was studied by Dr. Dennis Burger, who is a ex-professor at OHSU. When he did this three years ago, he went to Providence Medical Center and gave the product to the [MYSIS?] study.

And in regards to MS (multiple sclerosis), there is also so fantastic, that when he told the board, he cried — he broke down and cried, because his own wife has MS. He said *"we never seen anything like this"*. When we did animal study with Nash, the fatty deposit was reduced so much. So this truck does, you know, have quite a bit of potential, and we are willing to work with the pricing of it, we are willing to work with anybody, we are willing to do whatever we need to do to get it into the hands of all the patients for all the indications that they might need.

# Approval Hurdle & Insurance

**Dr. Mobeen Syed:**
Perfect. Thank you very much. So there is a question that has been asked a couple of times. I'm going to read that out to you as well. So the question is: *how successful must be the Phase 2 trial so that the FDA approves leronlimab, and do you know any drug that is already approved after Phase 2 trial?*

**Nader Pourhassan, CEO:**
So when you have a serious — when you have unmet medical needs situation — with cancer, for example, let's just talk about that. There are drugs that are approved with sixteen or twenty patients. We hear about that all the time because the condition is unmet medical need.

Now, would FDA look at this and say that COVID is _not_ unmet medical need? Would FDA say, well, we're okay, it's not unmet medical need? I don't know. Would they say *"the results of your Phase 2 is pretty good, but not good enough to just go to the approval. You should do phase three"*? I don't know.

**Nader Pourhassan, CEO:**
Would we then say [?] this is good enough to get approval? Again, I don't know. But odds of — or looking at this — the logic behind looking at this as potential approval is just because FDA guys say the unmet medical need population can approval much sooner. So we have to just wait and see. I just don't know what's going to happen.

**Dr. Mobeen Syed:**
Got it. And so there's a question in terms of the pricing, and the question is, *what about the uninsured in the USA? So, of course it is about 34 million or more people who are not insured. If they are are in the need of leronlimab — if leronlimab is successful and safe, how do they get the drug?*

**Nader Pourhassan, CEO:**
 So, in regards to COVID-19, this is something that would affect everybody. We're all in this together. So if anybody has this and they don't have insurance, I don't think any hospital is going to say *"no forget it. You have to go home because you know, we just can't — you don't have insurance."* And I don't know how that works. haven't even looked at.

People who are work with us [in the] American region — we just signed an agreement with them and we announced that yesterday that we signed a distribution with them. So they will definitely be able to address that. But the last thing we want to do is not to give leronlimab to people who need it. So whatever we have to do at that time, we have to see what it is, what we can do, and then reply to that.

**Dr. Mobeen Syed:**
Thank you very much. Thank you for for this, because, to me this is very important — that the folks who are suffering at this time.

So we as humanity at this time are suffering, our businesses are suffering, our well-being is suffering. We cannot have the social contact that we are very used to. We like to meet each other and talk with each other. Then our dear ones are dying at this time. They're suffering through this. So any any help with that can come our way, and thank you very much for your very kind and generous discussion here that you can offer those drugs, and you would see at that time what can be done with humanity. So, thank you very much for that.

# Other Uses of Leronlimab

**Dr. Mobeen Syed:**
So one more question. Probably we are reaching the tail end of the interview.

*Leronlimab — what other things so, HIV, cancer. Would you like to tell us — koolbeens — what are the other uses of leronlimab?*

**Nader Pourhassan, CEO:**
So, Dr. Parviz Lalezari, who's father to Dr. Jay Lalezari — Jay Lalezari is prestigious key opinion leader for clinical trials — So his dad, Parviz Lalezari, is also a friend of mine. He has been at Montfiore for 60 years — Montefiore Medical Center, where we did the COVID patients. He also is a professor at Albert Einstein College of Medicine, which is part of Montfiore.

**Nader Pourhassan, CEO:**
He reached out to us and said that he looked at Alzheimer's for many years, and then he looked at what leronlimab can do. He's just beyond himself.

He said, "I want to do a trial immediately. We have enough patients at Montfiore. Let's roll!" So I said "absolutely." We are preparing the IND and Phase 2 for Alzheimer's, so that would be the one of the parts that we're going to be doing.

NASH trial. I already have told Amarex to immediately start the trial now, because we believe the results are going to be great. GVHD trial is already going on, but it's been very slow because of COVID-19. Cancer ... 23 different cancers, two cancer [trials]. One of them in the Basket trial 22 [a trial for 22 different solid cancer tumors], and the other is the metastatic triple-negative breast cancer.

**Nader Pourhassan, CEO:**
And then we have all other trials like MS. MS — I have told Amarex to go forward very quickly. And we said we will do 10 trials this year. Now that includes the COVID-19 trials that we have. That's two of them. HIV was two of them. Monotherapy and combination ... so we have six more to go, and we are very excited to get all those trials started and get the human data , because we think it's going to be amazing data.

For me, to see my mother-in-law at home every day... that the doctor — the radiologist says she's not going to make it, and if it wasn't because of leronlimab, she wouldn't make it. It's convincing to me, to know, whether or not I am looking at anecdotal data — which I am looking at anecdotal data — that has to be there. But I'm going to work as hard as I can, and CytoDyn, and everybody else, to get the product tested in humans, in Phase 3, with all the trials.

# CytoDyn Collaborators

**Dr. Mobeen Syed:**
Got it. Thank you very much. One more question and that — again has been asked many times and that is about Dr. Bruce Patterson's work. *So who are the entities — who are the doctors who are collaborating with you, working with you? Who owns the data at this time? Who is actually processing the data? Can you shed some light on that?*

**Nader Pourhassan, CEO:**
Our shareholders own all the data that comes out, because our shareholders pay for those data, whether those data get generated at IncellDx with Dr. Bruce Patterson — or at Covance, or at other doctors we're working with. Dr. Pete [Amertis] ... other laboratories.

So we have many laboratories that we work with. All the data belongs to CytoDyn, but we like to let the physicians who are brave enough to use leronlimab and do a great job with the doctors to publish the data. So for that, our hero doctor, Doctor Seethamraju, will be publishing eleven-patient data — he is very close to doing that. Twenty-nine patients or so we are hoping that Dr. Otto Yang — he said he would be willing to publish — he wants to publish — we will give him a green light to do so. And then, Dr. Nicholas Agresti.

**Nader Pourhassan, CEO:**
So, from the very beginning, when we started with this company, we brought in top doctors in the world — Doctor Robert Schooley, Paul Madden, William Olsten — the names go on and on. And we established our HIV program.

Then we went to GVHD. Dr. Dennis Berger, Dr. Scott Kelley, who is our Chairman of the Board. We moved that.

Then we went to cancer. There is no one person that we depend on or anything, but laboratory-wise, we have many labs that we use. Dr. Bruce Patterson has done a great job. Dr. Jay Lalezari has done a great job. Drs. [Abit Habitus?]. Nicholas Agresti.

Dr. Chris Recknor, who finished a trial enrollment when we were sitting at fifty some — all of a sudden

we went to eighty six — thanks to Dr. Scott Keller, our Chairman of the Board who's always been there for me, and the company, and the shareholders.

**Nader Pourhassan, CEO:**
What we're doing is so — the number of people that's involved with us is a lot. We will only use the right people that can get us to the finish line very quickly. And we have a track record, that, thank God, is not too bad.

**Dr. Mobeen Syed:**
So then, from the comments, what I hear, to me, it seems like when the koolbeens are sending me the questions, it seems like we are waiting for Doctor Patterson's work. Is that the situation at this time, or that is just one part of the overall...?

**Nader Pourhassan, CEO:**
No, no. Doctor Patterson — we agreed to have him analyze the samples that comes from CD10 and CD12. And he was kind enough to take that project on. We also have other labs who chemokine storm. We have other labs that are working with us right now. So that's not the only lab.

What is holding up right now for publication is — we are working with Dr. Seethamraju to publish his paper, and Dr. Otto Yang, and Dr. Nicholas Agresti. These are the data that we have that we know what happened.

Some of them we have analysis from the labwork that was done, which was done at IncellDx. But that's just the labwork that was done at IncellDx. We don't have any other situation IncellDx but that. And we are not waiting for that. We are going to log the data, whether we those lab data [or not]. Because the lab data for CD10 is not what's going to make it or break it. It's actually the primary endpoint, which are the numbers that the hospitals input into the system.

So, we are going forward whether the lab comes in soon enough or not.

# The Severe / Critical Trial

**Dr. Mobeen Syed:**
Got it. Thank you very much. So last two or three questions and then we will — so there is one question here that is about — *please ask about the severe critical trial update. So, please.*

**Nader Pourhassan, CEO:**
Absolutely. So at one time, we said we might do 51 patients in the interim analysis. That's not happening. Obviously, we got more patients enrolled very quickly. We are sitting at almost 130...I believe 127 is where we are right now.

And enrollment, thanks again, to our Chairman of the Board [and] our Chief Medical Officer, Dr. Scott Kelly, who brought up Dr. Chris Recknor — is going through the roof now with the CD12. And we want to get the interim analysis done at the time that we have enough patients, and we will ask the FDA to make a decision on if it's OK or not.

But to do a safety look at the data, we can do that, and we will definitely let the FDA know, because we want to make sure at this time we don't make any mistake that is not allowed by FDA to do. Our data — look at the results of that, and the results of the CD-10. We hope to have both of them together at the same time, and that's our plan.

**Dr. Mobeen Syed:**
Got it. So one more question, and then I'll ask a surprise question after this one. This question is:

*Dr. Been, ask about the breast cancer patients. Are there yet more than 13 women analyzed and also have their metastasis fully stopped after a few weeks of injection?*

**Nader Pourhassan, CEO:**
So the patients that — their CTC — circulating tumor cells, which is a marker for metastasis — all the patients are zero. The new patients — the basket trial — we know how patients that have — not just breast cancer - other cancer - we have about five or six that Dr. Jay Lalezari has enrolled. He's been very active and doing a fantastic job; the enrollment is picking up. We will get the latest number hopefully soon, and let everybody know exactly where we are with the Breakthrough Designation process, and with the results of the trial.

**Dr. Mobeen Syed:**
I got it. Thank you very much. So one comment, and then one last question.

**Nader Pourhassan, CEO:**
Sure.

**Dr. Mobeen Syed:**

The comment I'm seeing this overwhelmingly over here so much appreciation for your work so much appreciation for your wife's contribution. So I have this comment right now. We're here tell your wife. Thank you. She along with you change the entire world or soon will so of course, it's a matter of Pride as well. So please thank you from all of us as there has been so much appreciation for your leadership and for your company and for whole whole team.

So here is my surprise question for you then, rotally different from the rest of the interview. *What is the secret of the leadership that you have learned so far? What is one or two things if you wanted to teach us all what would you like?*

**Nader Pourhassan, CEO:**
I'm always trying to be a good student ... and if I can just learn quite a bit myself, that will make me very happy. But in regards to, for example, CytoDyn. Whenever I look at a project in a previous businesses, with this business, to be an entrepreneur and be able to be successful you have to look at the whole thing two ways.

One is in my opinion my humble opinion. We should first look at it and analyze the situation. As we all know the equation $A = B + C$ ... you have to understand it before you get your "A". And if the process is very difficult ... $A = B + C + D$ ... then you have all these variables. You have to know the variables, analyze the mechanism of action of each variable, and then you might be able to guess the results.

That's what I did with monotherapy. I did a lot of work — which it's not time to talk about why we [didn't monitor people] with HIV ... and then the second portion is, which is very crucial, you have to have positive energy.

**Nader Pourhassan, CEO:**
You have to have enthusiasm. And for that indeed it to my wife who changed my life eighteen years ago, and we got married — and she is a wonderful person. And thanks everybody for thanking her. I have to do that everyday at least a thousand times, but I'm not doing it [now] ... I will be thanking her again.

**Dr. Mobeen Syed:**
Perfect. Thank you very much for your time. There are tons more questions here. Maybe we will request your time once again, but I know that you're very busy and you've given us almost an hour — now actually more than an hour. Thank you very much for your time. Thank you to you from coolbeenz as well. Thank you for coming over.

**Nader Pourhassan, CEO:**
Thank you. I appreciate here. I enjoyed it. Thank you.

**Dr. Mobeen Syed:**
Thank you. Have a good day.

**Nader Pourhassan, CEO:**
You too.

https://www.transcriptshare.com/s/cydy/leronlimab-discussion-with-dr-been-july-4

# Exhibit G

Leronlimab Discussion With Dr. Been, July 18
July 18th, 2020, 6:00 pm EST to July 18th, 2020, 6:52 pm EST

**Participants**
Nader Pourhassan, CEO
Dr. Mobeen Syed

**Dr. Mobeen Syed:**
Hello. This is Dr. Mobeen Syed from www.drbeen.com. Welcome to the *Doctor Been Talks*.

Today will continue our discussions about COVID-19. And one of the drugs that we had talked about was leronlimab. We have done those discussions about leronlimab separately. Then we had spoken with our guest here, doctor Pourhassan, in the past as well. And there are some exciting things that are happening in this area, and we, I are receiving a lots of comments about leronlimab and further discussions. So I thought we would request for a follow-up as well.

So Dr. Pourhassan joins us once more. Thank you very much doctor for joining us.

**Nader Pourhassan, CEO:**
My pleasure to be here, Dr. Mobeen.

**Dr. Mobeen Syed:**
Thank you very much. We have tons of questions from the #koolbeens here who are interested in understanding more. For the completion for this segment, I know that we had done this discussion in the past as well, about the background of CytoDyn and leronlimab, but just for the completion of this video segment, if I can request from you once more, if you can talk about CytoDyn, your background, what is leronlimab, so that we can then launch from there?

# CEO & CytoDyn Background

**Nader Pourhassan, CEO:**
Yes, sure. So my background is in mechanical engineering. But when I was asked to join the CytoDyn, I had a 25-year background in business. So I was able to come into CytoDyn and take the company out of bankruptcy. After a few years, we saw that FDA put a hold on that molecule, which was called "cytodyn", and that's when I was fortunate enough to come across Dr. Paul Maddon's molecule, which is leronlimab; at that time was called PRO-140.

We took it, and Dr. Paul Maddon practically babysitted me, and taught me everything I needed to know to go forward and be able to develop this product for a different path, which was practically my vision, but Dr. Paul Maddon said *"this is the path you want to take. That's fine, but this is how you should do it."*

And I brought the team that Dr. Paul Maddon had for PRO-140: Dr. Nitya Ray, manufacturing expert; Dr. [Tom Boie], and Amarex — Dr. Kush Dhody, who's under Dr. Kossam Kosampur. So the team came together very well. I was very pleased with that, and we are where we are right now.

**Dr. Mobeen Syed:**
Excellent. Thank you very much. And for the viewers as well, and for Dr. Pourhassan as well, when you see my eyes just shifting around here, I am looking at the questions, and I'm looking at the comments as well, and making sure that the viewers have their participation in here, as well. So first of all, in the comments, I'm seeing lots and lots of folks, saying *"thank you for coming back for the discussions"*. Thank you. Now some questions.

**Nader Pourhassan, CEO:**
Yeah, I'm sorry. Go ahead.

# Stat. Analysis Unblinded Data

**Dr. Mobeen Syed:**
These are the questions that I have already curated, and then I'm going to go over the questions here in the commentary as well, and go over them.

So some questions here about the data unblinding. So I'm going to start with that. *So, as someone not in medicine or research, I am very curious in steps of statistical analysis that's done with the unblinded data.* It is one. The similar question here is — is the data statistically significant, positive news? Has the FDA received any of the results at this point? When will we know who received placebo versus not? When can you publish and release that data? So lots of good questions.

**Nader Pourhassan, CEO:**
Very good questions. First of all, for everybody to know — to have a background that's not in biotech,

there are not any problems because you have to do a drug development. If you don't have the science background, like I don't, you need to have a top scientist to come and find a molecule. They call it discovery. The discovery for the leronlimab was done twenty-five years almost. So that discovery was done by Dr. Paul Maddon through Dr. William Olson, PhD from MIT, who worked for Dr. Paul Maddon. Dr. Paul Maddon did a fantastic job getting that product to get it.

Now, when it comes to Phase 1, Phase 2, Phase 3 — all those go well with FDA, and then you get to announce your primary endpoint. When you had your primary endpoint, FDA will look at that and say if you can file BLA or NDA (New Drug Application or Biological License Application). Once that's done, the FDA will have to give you a PDUFA date, and the PDUFA date will set the time for when they, how long time the FDA has to review all that application. If your application is not as extensive as they want it to be, then they could say — okay, refuse to file which we got. And then come and cure these things, and, perhaps, come and talk to us in a type A meeting to make sure this time we have everything settled down the right way, and then file BLA again, and that would delay at sometime a month or two.

**Nader Pourhassan, CEO:**
Once you do that, then you get a PDUFA date and you go forward. Now, in regards to COVID-19, everybody is very focused on this, and we said we will be unblinding the data by the last week, which I told everybody we are unblinding it. So during this week I don't have the data. I don't have the unlinded data. During the weekend Amarex is working very hard to have those results, and I'm hoping to be able to get results on Monday and have a press release on Tuesday.

Is it a statistically significant? Well, that's what we want to find out. We had 75 patients. There were 86 patients enrolled. There are two different types of analysis. One is ITT is intent-to-treat, just everybody has there. One is according to the statistical analysis plan (SAP) that we have already submitted to FDA. Their might be some patients not being able to count toward the analysis, because of some reason they didn't meet the going forward criteria.

**Nader Pourhassan, CEO:**
With all of that said, usually people will take 6 to 8 weeks after locking the data before they can announce something. This is not the case now, because we're in pandemic and we're going forward as fast as we can. So I have a lot of enthusiasm about the data from day one. Why? Because, as some people said anecdotal — don't just out work out of [?], and that was a quote, I believe, from Dr. Bruce Patterson.

And if that's happening, if we have those kind of results for six emergency IND in a very critical population, then, moreover, how is this going to come out. So the results as soon as we get that, we are able to announce whatever we can. They might be, you know, we just have to wait till few more days to get those results. We are anxious, but very very optimistic about it.

# Distribution / Sales Mechanism

**Dr. Mobeen Syed:**
Excellent. Thank you very much. Thank you.

So I'm going to look at my next question here. If the, so this has been a question that is very frequently asked, and it has two parts. One question is that *if the mild-to-moderate trial is a success, what is your next step in two ways?* Number one, *how would you set up the supply chain? How would you distribute it? Would this be available for outpatient? Would this be available in pharmacies? Would this be available for at home use?* Number one. And the second part is, *how are you envisioning to push further, do we go into the severe trial? What is your thought there?*

**Nader Pourhassan, CEO:**
So whenever you get approval for any indication, the FDA will require the label to match the indication of the protocol that was written on the protocol before you finish your Phase 3 — it will mirror that. So if I'm going to develop a product, for example, for HIV for a combination therapy, you can't give it to the patients for monotherapy once it's approved. That's called off-label, and it's not allowed, and it's illegal. And we will never do that.

So with mild-to-moderate population, Dr. Anthony Fauci said something so powerful, that I told our folks, our team members to put that on our website for people to go and listen. At the 11 mark of that video, which is right now available in our website www.cytodyn.com, Dr. Anthony Fauci at 11 minute-mark says, that the vaccine has, you know, there're challenges but they're hopeful about vaccine, they have treatment, but in regards to treatment, he said, he is very hopeful for monoclonal antibodies. He said two of them held a lot in Ebola, for Ebola before. And because monoclonal antibody target in exact specific location, they are very important sometimes. So he added that safety and efficacy is very important.

**Nader Pourhassan, CEO:**
Now we have a monoclonal antibody, that is no secret, that has shown indication in clinical trials and in pre-clinical trial for multiple indications — cancer, twenty three different cancers, and we have positive results in Nash animal study and so forth. So if we get mild-to-moderate result to be very successful,

then we'll be telling the FDA — here are the results, would you be approving us or would you be giving us a Phase 3?

Now pandemic or not, FDA has rules about unmet medical need population. Keep in mind — mild-to-moderate population recover very well. So this study is, the title of the protocol is to evaluate leronlimab for a Phase 2 for efficacy and safety. So we have quite a bit of a subject to talk about, we have about 8, I believe, 8 secondary endpoints and a primary endpoint, and all of those things. So we have to give the results to FDA and see what we can do. But that's why we articulated to have a safety look at the same time that we do this trial, the other trials, which are for critical population and be able to give the FDA some more results, so they can make a decision, is it time to make exception and make it approved, emergency approval immediately or is it something more we need to do?

Doctor Anthony Fauci says, *"you might have mini monoclonal antibody for mild-to-moderate and some for severe".* Well, we're the only one right now that's done for both of them and, God willing, we're going to see very soon where we are. We have shown everything in the 60 patients that we were allowed to show, and I'm just excited to show the rest of it.

# COVID-19 Prophylaxis?

**Dr. Mobeen Syed:**
The same here, the same here. I hope that if the results are good, and if we can look at that, hopefully, instead of just asking for severe, it is possible that we can move ahead with the approvals to.

And I wanted to add on one more comment over here about the prophylaxis as well. So somebody had asked me here, which was a very interesting question, and that was that for leronlimab, there has been a talk of the HIV prophylaxis in COVID-19. *Has there been a similar approach for leronlimab as for prophylaxis in COVID-19?*

**Nader Pourhassan, CEO:**
So it has not. Even though a lot of scientists would be looking at this very carefully for us, but we have to take one step at a time. They're very, you know, our challenges were like always very big. We didn't even get IND acceptance to the FDA, they wanted to do pre IND — rightfully so, as they were doing, everybody, because we have no animal study.

Doctor Seethamraju, which we call a "hero" doctor, opened that door. Now we got the Phase 2, and the Phase 2-3, and we finished the Phase 2. So that's a huge milestone. No? If these results are going to show what we are hoping to show, which is great safety, great, you know, efficacy and so forth. Then obviously we want to know what happened to the critical immediately which is right away, and then go for prophylaxis, and go for the patients' population that recover and, perhaps, they don't recover as much as they should recover. They still have lingering problems. We have a product that we believe can help in multiple settings of this population or we just going to have to open, you know, break the first barrier of getting approval, and then everything after that will fall in place.

# Mexico Trial

**Dr. Mobeen Syed:**
Got it. So can I put you in the spot for a little bit of, about Mexico trial? So last time when we spoke, in those days there was a discussion that there are trials starting in other countries as well. *Is there any any updates there? Have they started? Have you made progress there?*

**Nader Pourhassan, CEO:**
So our legal team, Ms. Arian Colachis — she was so articulated. I said, *"I don't know what's happening."* I mean, they ask us for protocol — we immediately sent it to them. They ask us for memorandum of understanding — we didn't even translate it to English. We just had the Spanish legal team review, and then we signed it, and sent it back. So now we got an attorney in Mexico. That's very close to our legal, our legal team knows that person, and he immediately formed a call.

In my last interview I said, *"I'm going to talk to the Mexico team right after this call",* which was yesterday. So after they call — after the interview with Proactive, I actually went and talked to them, and I said to the Mexico team — *"what is going on? We give you a memorandum of understanding, we gave you the protocol, we've done with our trial in the United States."* I go, *"we might not have any vials to even distribute between both countries, and you guys haven't moved?"* And the doctor in charge says, that *"I am shocked. I did not get a memorandum of understanding".* Dr. Gustavo Terán, he was, perhaps, not getting it. There was a miscommunication there before them. They went back and figure out what's happening. They are flooded with emails.

But again, if we get beautiful results right now, I think the whole world will pay attention. When we send the memorandum of understanding, then they won't be looking at any other drug, but ours. So I think, that the doctor was shocked. He promised that he's going to be getting on top of that right now. Our legal team is now in Mexico involved with them directly. So we don't, you know, delay anything

anymore. Hopefully, next week. I'll have some more information about this to share with everybody.

# Hanging In There

**Dr. Mobeen Syed:**
Excellent. And I just want you to quickly read this comment by Hardeep here: *"If this works, like I think it might for COVID-19, I am nominating Dr. Pourhassan for the Nobel Prize."*

**Nader Pourhassan, CEO:**
So thank you, thank you so much, but I will do respectfully pass it to the Dr. Paul Maddon who made the product. It's much more appropriate for him. He has been a fantastic person for me, and I can never thank him enough. So but I appreciate that.

**Dr. Mobeen Syed:**
Absolutely. And the thing that I'm seeing is the, in just like we have the #koolbeens tribe over here, and there is a passion, and there is an engagement with the scientific understanding and facts here, I see a lot of passion, a lot of support for CytoDyn, and its work, its leronlimab. So congratulations for that.

**Nader Pourhassan, CEO:**
I appreciate that. Now, when I got a call from the first patient, Samantha Moti, as she said, she was crying that she didn't, you know — her life was saved, her husband had told her what happened. And then the number of patients got more and more. And then you look at it, say — are these anecdotal? Obviously anecdotal, but when you have 60 of them, you're proud that you were able to be able to have a product, that you're blessed to have the product to do such things.

So this is a beautiful situation for CytoDyn's shareholders. I can't thank them enough for hanging in there. We went through very long period of time that the stock was getting beat up and all those shareholders hung in there. So I appreciate that.

**Dr. Mobeen Syed:**
Excellent. So, before I go to my previous comments, I want to look at some of the comments here as well and ask these questions, so the live viewers can chime in, as well.

So there is a question here. Have you any idea when into our trial participants and YouTuber, [Milan Thai] will learn if she got leronlimab or the placebo. I think it's still talking about the unblinding of the data.

**Nader Pourhassan, CEO:**
Yeah, we can talk about that. Allow us to have a press release on Tuesday morning. We are just a couple of days away. As we said before, our optimism is through the roof. You have to hold me down in regards to my optimism. So and it's all based on facts about the 60 patient emergency IND.

# Other Agencies Worldwide

**Dr. Mobeen Syed:**
Got it. One more from the live audience here. With the increase in COVID-19 cases in other highly populated countries such as India, is CytoDyn working with other NIH agency similar to Mexico to quell the impact?

**Nader Pourhassan, CEO:**
Not yet. I'm just very disappointed that the situation with Mexico took so long. Now, hopefully, that call yesterday would change it, but we have a 25 patient study with the critical population which could be enrolled within couple of weeks in Mexico, and then we could get approval. And I talked to Dr. Gustavo Reyes Terán, and he was aligned with that, but I'm sure he's overloaded. I mean with the majority, I mean these people are so overloaded. I am just, you know, feeling so bad for them. But let's see if we can get at this one NIH to work with us and get it done, and then, perhaps, many would follow.

**Dr. Mobeen Syed:**
Excellent. So I'm going to switch gear a little bit from data unblinding and towards doctor Bruce Patterson. So even last time, there were lots of questions about Dr. Patterson, and even now I have lots of questions on Twitter. I have a lot of questions on your previous video in the YouTube comments too. So I thought, I'll do some follow-up on these questions. So if you're ready for that?

**Nader Pourhassan, CEO:**
Of course, go ahead.



# IncellDX

**Dr. Mobeen Syed:**
So one question I'm going to read from here, and then I will, I'll go to the screen here as well.

The question is, *has CytoDyn considered purchasing of IncellDX Diagnostics, and bringing Dr. Patterson and his team under the CytoDyn banner?* So start from here.

**Nader Pourhassan, CEO:**
Yes. So people don't understand all the whole picture of how we go about. When I first got involved with CytoDyn being a mechanical engineer and in my engineering background, I became in the situation and I saw — hey, our scientists at that time were not going forward, and we are working with people's money, it's our shareholders money that pay my salary. So, I mean, I am responsible for every penny.

So when I separated from that scientists, you should see the chat board. They used bad words in the way that I never imagined people could use it against me, saying he is an arrogant man for not working with that scientists, but then we brought the right scientists — Dr. Paul Maddon, Dr. Scott Hammer, Dr. Jay Lalezari, and the names go on and on.

And then we accomplished what we did. They realized that I'm not really that crazy. I am trying to get the best bang for the shareholders' buck, you know, so I worked very hard on that and I took a lot of beating. Now a lot of our shareholders are, I guess, in touch with us. There is Bruce Patterson, and they are talking to. Someone who have told me that they have invested in a IncellDX — good for them and good for Dr. Patterson.

**Nader Pourhassan, CEO:**
My only situation is when we use any lab — if the price is like five times more in one lab, we go to the lab that's cheaper if the quality is exactly the same. So those analysis happens all the time. It's just a business decision. But in regards to having Dr. Patterson be part of CytoDyn, we have not talked about that beyond what we talked before. Dr. Patterson, obviously, you know, a strong scientist. He's welcomed to talk about leronlimab, but the data from laboratory always belongs to CytoDyn's shareholders.

So CytoDyn's shareholders would make that decision. They have trusted me with those decisions, and I hope, I don't fail them. But I would for sure have, you know, tell them — the shareholders, I will tell them exactly what I'm doing. That's what I'm doing right now. We changed lab from IncellDX to LabConnect, that's on the public domain. And Dr. Patterson is welcomed to talk about leronlimab or anything else. We love Dr. Patterson. We have no problem with him. And we just have to carry on business and go forward, but a lot of people want to tell us, how to go about and get the IncellDX's purchase, that we just don't make those decisions. The board members, and the board members, they don't have any intention of doing so.

# Cancer -> COVID19

**Dr. Mobeen Syed:**
Got it. Got it. Thank you very much.

One more follow-up question about Dr. Patterson. So Dr. Patterson has gone on record saying that this is a RANTES disease, COVID-19. *Was he responsible for the mechanism of action or can you tell me, how you do the link from? So how did we reach? Well, was there any route for Dr. Patterson from cancer to COVID-19?* So there are two questions in here.

**Nader Pourhassan, CEO:**
No no. Absolutely so. People should know the background. We started with monotherapy, because I chose monotherapy over five paths that Dr. Robert Schooley put in front of us. Monotherapy started everything. All these data we have for serious adverse events being negligible is from those studies that we conduct. Then we look at GVHD, because I was adamant about GVHD. There was a lot of push back from our scientist. We ignored them and went that path and GVHD got started.

Then, I wanted to go to cancer. The old board member who's suing the company right now stopped me. They actually stopped me. The executive chairman in the past stopped me from going in cancer. He said "no". And he overruled me. So in that year and half that the company went to negative 20 million dollars — that the debt under him — about that much. We, I suffered, I, you know, cried sometimes, you know, like a little baby because I saw everything we built was getting tear apart.

**Nader Pourhassan, CEO:**
Now, after that, we were going in cancer, we wanted to get breakthrough designation. It was a lot with Dr. Richard Still who came in and said *"I want to join your cancer program"*. We already had a cancer program. Dr. Dennis Burger who, I really love this person, is in hospital and we pray for him. He patented for cancer. So there's a lot of people who did a lot of things over here, not me. So don't give me the credit. Give it to the scientists — Dr. Dennis Burger, Dr. Paul Maddon, all of us.

So with all that said, then we had Dr. Scott Kelly. The chairman of the board is calling me and says

"you know what, I'm..". Before I say this Dr. Scott Kelly constantly reads, and he's so excited about cancer, all of these indications. And before he became the chairman of the board, he would call me and just go on and on — oh my God, you don't believe that there is indication in this area? And I don't know the science. I'm not at biological science and I keep saying *"Scott. Okay, I got it, you know, don't go too deep into the science because you lose me"*. So he called me and he said — *"Oh my God, we don't have indication in COVID-19, but we can stop the ARDS (Acute Respiratory Distress Syndrome)"*. And I said "well, I'm going to call Bruce". So I called Dr. Patterson. I said *"Bruce, Scott is saying we have an indication in ARDS"*. He said *"yeah, I think so"*. He was very sure, immediately said *"yes"*.

**Nader Pourhassan, CEO:**
So I had no problem. I called Scott and said — *"I'm putting the press release tomorrow"*. And he laughed. He said. I said the shareholders should know that there is a potential here, and I'm going to say "there is a potential". So we said that and then we sent the protocol immediately. A fantastic job Amarex did, preparing the protocol Dr. Kush Dhody within a week or so. We got it, gave it to the FDA and that's when everything got stopped, because FDA said *"no no no"*. And Dr. Seethamraju, "a hero doctor", carried us, making that emergency IND request.

Now, when that result was positive, Dr. Seethamraju from Montefiore wouldn't go another day with us. If he would give that to them, he's not very patient if it's a patient's life is at jeopardy. And I know you, perhaps, you will be the same. You worry about the patient's like, you don't care about the CEO calling you, say — "oh, I'm so excited". They hang up on if I do that. So he went ahead and he was excited, and he started texting me, calling me every day. We want to get more emergency IND, and then there's the story unfold the way we did.

**Nader Pourhassan, CEO:**
Now. We don't need any more scientists right now. We need drug development experts, which we have and we are working with them. We don't need a scientist to come and figure out another molecule for us. We don't have any more pipelines to explore. We don't want to discover anything more. And right now with the 40 or so indications, we will get another 50 indications. But let's work on the 40 indications, let's work on COVID-19 results. Those results go through somebody else. The laboratory, if the results are, but the primary endpoints, secondary endpoints are clinical outcomes — has nothing to do with anybody but the hospitals where the patients are at.

# Has Nader Seen The Data?

**Dr. Mobeen Syed:**
Got it. Got it. Thank you very much.

One more question. It is a mixture of various messages in it. So there is one part — so this is Kennen O'Neill, saying the smile was large in the last Proactive video. So it has been seen. *So have you seen COVID data? How is your relationship with Dr. Bruce Patterson, your thoughts on his TEDx?*

**Nader Pourhassan, CEO:**
Yeah. Doctor Patterson's TEDx was fantastic. He's — I love Dr. Patterson. With that said — Dr. Patterson is a great man. And he has done lab work for us. Whether we agree or disagree on some certain path of going forward, that has nothing to do with my feelings for Dr. Patterson. We made sure, that Dr. Patterson is happy, hopefully, with us, with all the contracts that we signed with him.

So with all that said. My smile that I was showing to everybody — everybody said "this is a hint". If that's the hint, then I've been hinting since December past year! I was not hinting right now. One of the investors who was kind enough, a shareholder said that to me, that I was very worried, but [?]. It says anecdotal — don't walk out of the ECMO. And that's, I think, Dr. Bruce Patterson's record. It is very well said. So I'll be wearing that shirt once I get the positive results — starting Tuesday most likely.

**Dr. Mobeen Syed:**
Got it. So talking about the result, there was a question, and this has been very common, and I believe you have touched on this before as well. Before the unblinding, did you have access to the clinical data from the anonymous patients?

**Nader Pourhassan, CEO:**
To the unblinded data?

**Dr. Mobeen Syed:**
Before the unblinding. I think yeah, I think that unblinding is not done yet.

**Nader Pourhassan, CEO:**
The unblinding is being done right now by Amarex, but I don't have any access to that. We have to wait till Monday. They can't just unblind something and just say *"here it is"*. There's a lot of work that goes on; usually, as you would note, in the most biotech companies it takes 4 to 6 weeks. So we asking for a couple of days, so I hope everybody's appreciating that.

**Dr. Mobeen Syed:**

Got it. So can I ask you a tough question a user is asking?

**Nader Pourhassan, CEO:**
Absolutely.

# HIV - Difference from 2006?

**Dr. Mobeen Syed:**
So Erjo0602 is saying, *"how is this drug different from 2006? FDA denied it then, why would they approve it now? It's not like you can work better today than thirteen years ago."*

**Nader Pourhassan, CEO:**
So I love these kind of questions. I absolutely live for these kind of questions. You know, if we're going to be pragmatic, and if we're going to be logical, if we're going to be right by our own conscience, and not just be long or short at some stock, and just use it as a reason and motivation for our talk; it would be a really good day for everybody.

Now. We took 800 patients; 595 in monotherapy and 45 before that, so that's 640 patients. It didn't work in 2006. In 2006 the FDA gave a letter. I have a letter from May 2006. The FDA said *"Fast Track designation is given to this company"*, because Dr. Paul Maddon at that time demonstrated that the product was better in resistance, side effect, toxicity and compliance — four reasons: 1, 2, 3, 4.

Better than the current drug. Dr. Jeffrey Jacobson went public and after Phase 2a said that this product drops the viral load within two days more than any approved drug out there. This is Dr. Jeffrey Jacobson from NIH. These are top people in the world.

**Nader Pourhassan, CEO:**
And when we saw the monotherapy — my God, people go without any drug. Do you know how it is to look at a patient who gives you a hug after two and a half years of being on leronlimab, saying *"four drugs, I was taking. Morning night, before going to bed, you know, all of these things. Now I'm free. And my body is feeling rejuvenated"* — even more than just, it's just like the body is getting better in other areas that the patients wouldn't understand.

Now, with those said, right now, we have 215 patients with one year, almost, with leronlimab putting away all that drugs. Three of them are right now going on in CD03 alone. There are some patients who have gone six years. What are we talking about when they say it's not working? *"It wasn't working, there is not"* — this drug according to Dr. Daniel Kuritzkes, who was Harvard University Medical School's top person, at least at in Birgham hospital. In that meeting that I've got to know about PRO-140 at that time, leronlimab, he said *"I don't think, there is any drug that could be better than this, but finding a way to make it commercial is the challenge"*. We found it, thank God.

Now, the drug worked then. It is working now. Is it going to get approval from the FDA? We're working with that. And if COVID-19, we get the results in a couple of days, and then a week later we'll talk about critical population. And if those are positive, I hope that person will come back and, at least, admit that it was working then and it's working now. That's my opinion.

# Manufacturing Scaling

**Dr. Mobeen Syed:**
Got it. Thank you very much.

There's a question from Shannon Williams.

*Please ask about manufacturing. Can they meet potential demand?* I'm going to connect this question to one in the discussion last time as well. I missed last time asking about American Regent or the other distribution wings that you may have been partnering with. *How will you meet, once you are approved, when you are approved, how would you meet the demand? How would you scale? Any light on that?*

**Nader Pourhassan, CEO:**
So to meet the demand, you have to have your drug substance come in, and then do fill and finish, and have it labeled. Labeling is happening in Sherpa. Right now they would be able to send that label — whatever approval if we do get, we put it in there, immediately send it to the hospital. The transaction will be conducted by American Regent — that's the United States company, a branch of Daiichi, which is, I believe, the second largest pharmaceutical in Japan. They're the mother company for American Regent.

So, we feel that we are in great shape with them. As soon as approval is given, if it is given, then FDA would, as soon as they give us the approval, we will have sales immediately happening, because we have people needing this. We don't have to go advertise this like HIV saying *"hey, I have a product. Add it to the list of approved drugs"*. We would immediately have access to sales and so forth.

**Dr. Mobeen Syed:**
Got it. Got it. So you feel that you're in a good shape when the time comes?

**Nader Pourhassan, CEO:**
Absolutely. Absolutely.

**Dr. Mobeen Syed:**
Absolutely. Awesome.

So a few questions. I'm going to switch clear towards the mechanism of action. And please feel free to say that — *"hey, I need my scientists to come and talk about them"*.

**Nader Pourhassan, CEO:**
Sure.

**Dr. Mobeen Syed:**
So high level discussions here.

**Nader Pourhassan, CEO:**
Yes.

**Dr. Mobeen Syed:**
So one of the questions that intrigued me as well, was about the Alzheimer's connection.

**Nader Pourhassan, CEO:**
 Yes

# Alzheimer's?

**Dr. Mobeen Syed:**
So just like a previous question like, how did we go from cancer to COVID-19 — how did you reach Alzheimer's? *Is that something that you're talking about that this drug can be helpful there as well? How have you observed that? Is there some connection with COVID? What is the context there? How can we understand Alzheimer's role in there?*

**Nader Pourhassan, CEO:**
Absolutely. So in the past, I would be talking to people at Diego [?] sometime. Dr. Mark Baker. It was a few years ago. And I said *"are you guys looking at maraviroc? What do you guys look at?"* And he would tell me that maraviroc — HIV rights is for ViiV. Everything else is for Pfizer. But he said that there is an indication that maraviroc might work on septic shock, might work on Alzheimer's, on recovering from a stroke. And then I would go to our scientists and say  — *"hey, these have potential"*, and the scientists always would say to me, that *"this product looks like it stops inflammation"*. It would actually allow patients to live longer, perhaps. These are all hypotheses — they've not proven or anything. That's what they would just be talking, when we talk. Now...

**Nader Pourhassan, CEO:**
When it comes to the doctor from Montefiore, the top Alzheimer doctor in the world, calls me and says that *"I've been looking at leronlimab very carefully"*. Now, these are the experts in their field — Dr. Parviz Lalezari. *"And I think you should immediately do a study in Alzheimer's. We have 400 patients in Montefiore"*. I don't even go there anymore after that and try to say *"okay, does the mechanism of action work, let me analyze it through my scientists?"*

I just asked to our scientists, is this something we should look at? Because we have such a great safety among 900 patients in the past, we immediately sent the protocol to FDA, we do in vitro studies sometimes and our rationale goes to the FDA. FDA looks at it, says  *"yes, go ahead go with Phase 2"*. Then we let the drug be administered and get human results. Just like we did with cancer.

My mother-in-law had problems, I mean, very bad problems — metastasis breast cancer to liver, lung and brain. Now, she survived. At that time that they said that she would not survive. The head doctor OHSU has said that — her brain — that without this, she wouldn't survive. Now my mother-in-law had some problems after she was doing good. She had to get more radiation because there are some problems. It is not an easy thing for one molecule to just take care of everything. We're not saying that. We're just saying,

**Nader Pourhassan, CEO:**
And do we want to explore other indications; do we need to scientists to tell us? Absolutely. Doctor Bruce, Dr. Scott Kelly, and I just brought this note to tell everybody: Timothy Brown's doctor, Dr. Gero Hutter, who is very famous in HIV, he's the one that realized that HIV cure in Timothy Brown — functional cure happened. So he's very well respected. He just signed an agreement with CytoDyn for the Scientific Advisory Board, because he is very much aligned with Dr. Jonah Sasha about that we might be able to do something in a bone marrow transplant settings for the HIV cure.

Now Dr. Scott Kelly also signed up. Dr. Hope Rugo for oncology — a very well-known director of the cancer department in San Francisco — University of California, San Francisco. In regards to NASH, we're going to bring the top person in NASH. So no one scientist is great in every one of these areas, but there are scientists that are very much specialized in those areas. We will bring them and Dr. Scott Kelly, who is doing fantastic job, in our next shareholder conference call — he will give the list of everybody that we have signed for the Scientific Advisory Board.

# Pregnant Women?

**Dr. Mobeen Syed:**
Awesome. Awesome. Thank you very much for that detailed answer.

While I continue on the mechanism of action, meanwhile a small question, which I am curious as well about, and that is from Sarmili586: *does the drug work on pregnant women and babies?*

**Nader Pourhassan, CEO:**
So we were told that it passes through the placenta, and therefore it will help the baby from getting HIV. Again, that's just take our scientists — who look at this. The scientists — they said that IgG4 antibody, that's the kind of antibody or monoclonal antibody leronlimab is, it passes through placenta. So as we speak, we have started a year and two months ago with pregnant monkeys.

The study has been already conducted for reproductive data that we have to give to FDA. And FDA was kind enough to say that you can give this data during the review time, but that study is revealing some beautiful results. And yes, most likely, we believe it will work for pregnant ladies, and that would be probably the only thing that an HIV-pregnant lady should take while she's pregnant and, perhaps, going to give birth to the baby, so to protect the baby without hurting him and taking all these toxic drugs.

# Safety?

**Dr. Mobeen Syed:**
Got it. Got it. Thank you very much.

So there is a question from Shantel. *What are the advantages and disadvantages of anyone taking this drug who may have underlying comorbidites, such as diabetes, epilepsy, autoimmune diseases, endometriosis, asthma. So any any safety and comorbidity issues that you may know?*

**Nader Pourhassan, CEO:**
We have not seen serious adverse events in the first 900 — hardly any, maybe one or two hundred question right now, but I'm not sure exactly, but hardly any. So, we have so much appreciation for Dr. Paul Maddon and William Olson. The way they made this drug. It binds to 108% the binding site that HIV uses. Somehow that binding site supposedly, probably [?] is fabulous, because other CCR5 antagonists don't do what leronlimab has shown.

So, we haven't had any problems, and that's why FDA has been so great with us. We asked for Nash, they give us the Phase 2; we asked for colon cancer, we got Phase 2; we asked for basket trial, and we got Phase 2. And now, I think, we have 5 or 6 patients enrolled in our basket trial — cancer basket trial. 22 different solid cancers. I think we have pancreatitis and prostate. I could be wrong, but there are different cancers beside breast cancer that are enrolling in that trial.

**Dr. Mobeen Syed:**
Got it. Got it. Thank you very much.

Continuing on with these discussions: there are so many questions. I think we can spend hours here. I'm aware of your time's importance as well. I'm trying to make sure that we have the best from you for the viewers over here.

So this is an interesting question, and I don't know if this is something that you can answer — maybe the scientist at a later time. The question is the prophylaxis: and I asked you this question a little bit earlier as well. So this question came up again. *For COVID-19 prophylaxis is there some way that — is there some trial in the [mild patients] — or do you have that thought, or it is for the advanced stages?*

**Nader Pourhassan, CEO:**
So for now, we only have mild-to-moderate and critical. But having said that, for prophylaxis, I need to share some fantastic results with everybody. And I will get these results documented so we can, perhaps, talk about it more. But everybody's asking us, do your HIV patients who are still taking the leronlimab, whether they're in extension or or not — have they got COVID-19? Some of these patients, we had patients, unfortunately, that were homeless — HIV patients who are homeless, and Dr. Jay Lalezari will take care of them. So they are not in a great situation. None of them got COVID-19 so far.

We don't have any data, if they do get, we get immediate report — SAE (Serious Adverse Event) will be reported to us. So do we have a hope that this might work? I definitely do, but we don't, we need to do this study as FDA has always said — the randomized pretty good to find out. We can do a small try, perhaps, and then be able to get this.

But in regards to HIV prevention, just allow me to say this: that this product is most likely once a month. The drug binds to the CCR5 for over 60 days, and it is 4 millilitres, half-life of 10 days. You will have half a millilitre after 40 days in your bodies. So imagine these people, these individuals, over 187,000 took Truvada for prevention in the United States. Imagine if you tell them you don't have to take Truvada where you have diarrhea, nausea — all these problems, when you don't have HIV yet.

Just take the injection once a month Sub-Q, self-administered. Unbelievable. And we are definitely going to explore all of these pathways. And we are in the midst of doing that, right now.

# Company Finances?

**Dr. Mobeen Syed:**
Got it. So I'm going throw in a finance question here. Should we still have more medical questions there, but Zoltan says: as an investor to the CEO, *how do you foresee this company in terms of finances in six months or a year from now?* And again, please feel free for whatever you want to answer, or not.

**Nader Pourhassan, CEO:**
Absolutely. Thank you for the question.

So, when the stock was sitting at 30 cents, and we were getting pounded by the whole community, I said, "we're not going to raise money at these levels". There was offer of twenty million at the same time for three hundred million shares, twenty or thirty million from a well-known bank. And a lot of those board members who were part of us before, they voted that if they say, yes, we definitely should do this, and I had always said "no".

And our board member Jordan Naydenov says "absolutely not, Nader, raise money as you need it". Every bank, investment banker involves who told me, that I am *"the most stupid person in the world because I'm not raising a whole bunch of money, and just dilute it! Dilution doesn't kill you."* They keep saying that. And Paul — I'm sorry Tom Frijohn, Chris Clark, and Bobby Roberts [?] those three guys I owe them a lot. They helped me to accomplish raising money little bit at that time.

**Nader Pourhassan, CEO:**
Now, we're not at that point anymore. We are the point that we filed application for NASDAQ. We have offers right now to raise money, but I feel very strong about what we have. So I'm not jumping and raising two hundred million dollars right now, even at the level of 5 dollars and then sit, relax as a CEO and just get my salary and just go forward. I said "no". The shareholders, the dilution means everything to me, and I'm going to ask the board to allow me to go forward with raising money after the uplist. Ten million — twenty million shares at, let's say, 7-8 dollars, hopefully, at that time. And we will have plenty of money.

Our last raise was at $4.50, when the stock was $2.20. But these are things — I don't take credit for the making of the product, it was Paul Maddon, but I take credit for this one.

**Dr. Mobeen Syed:**
For the business side of it. And thank you very much. I think very well done.

The comments, when I read here, where people keep saying that Dr. Pourhassan actually brought it back from the dead. I hear this comment again and again, so definitely there is a lot of good work that you've done.

Continuing with the questions. The trial-related — some more questions. One of this, set of questions is by one person here. *Will the trial results be published, and if so, by whom?* I believe you touched upon it a little bit earlier as well, my apologies for repeating it, but just put that in front of you, will be published, and if so by whom? What data can we expect from the Safety Board peak in the severe trial? If the results are what we hope what are CytoDyn' top priorities?

**Nader Pourhassan, CEO:**
So we got the top physicians in the world, in my opinion, that are going to be publishing that. Starting with Dr. Seethamraju from Montefiore, Dr. Otto Yang from UCLA, Dr. Nicholas Agresti and Dr. Chris Recknor, which I cannot thank him enough for bringing almost twenty some patients within two weeks to enroll.

These are top people. I mean, I'd say that, unfortunately, there are some very, you know, people who are, they have trouble, I guess, with themselves. They call these institutions and they try to verify what I said is right, and they bother these people. I hope they don't do that. But these people are good

people, and they are going to publish the paper and beyond that paper themselves.

Then Dr. Kush Dhody, I should never forget. The person who's behind all of these clinical trials from Dr. Kossam Kosampur's company is being fantastic. So they are all going to be publishing the paper immediately.

# FDA Communications

**Dr. Mobeen Syed:**
Got it. Thank you very much.

And here is a question from Tony Santo. *Did Dr. Pourhassan hear anything from FDA regarding these results so far? What's the update from FDA, Dr. Anthony Fauci, or big boss, Mr. Trump?* So here is the question.

**Nader Pourhassan, CEO:**
So we hope that if we have some beautiful results to report on Tuesday morning, perhaps, then we will be in a different ball game. I hope. We always said that the big media has talked to us. If the results are positive, Big Pharma are talking to us, if the results are positive.

So we are planning for success right now, and we hope that President Trump will hear about us if we do have some success. We hope that the people in charge hear about us, and help us with the manufacturing immediately, if they are happy with the results. But the FDA makes all those calls at the end of the day. They have to say — yes or no, go or no-go. And when you get that, then we really have something.

**Dr. Mobeen Syed:**
Got it. Thank you very much. So one more question, and this is the last one that I have here from Twitter. And this is a similar question that was asked last time as well.

So there are some questions, I believe they are important to our viewers. So they repeat them. This question is about a small sample size. *So, because of the small sample size, is it likely that the FDA will ask for a Phase 3 mild-to-moderate trial? If so, how quickly can CytoDyn get up and running with that?*

**Nader Pourhassan, CEO:**
So we let FDA answer that, but I want to answer it in a different way that at least I give something to this person's questions. A very good question.

In regards to the CD12, the critical population, we have 152 patients today. We hoped to be at 195. In the protocol, we have an interim analysis halfway through the trial — 195. At that time, if the result is good, we can have an approval, potential approval. This is a registrational trial. This is not the same as CD10. Now, we are going analyze this next week — not the interim analysis — but the safety — the Data Safety Monitoring Committee will look at the data independent of us and can communicate, independent of us, with FDA.

The primary endpoint in CD12 is mortality. So that's a very interesting thing. So if there is a potential that result is positive, I think FDA will do something with it. That's my guess. I'm not putting words in their mouths, but in regards to the CD10 study, we knew that mild-to-moderate people recover very well. But we also think that our product will be very very helpful, and helping those patients. So let's just wait a couple of days, and then a week later, we also have CD12. So we got a lot of results coming out, and hopefully we will be able to light it up.

**Dr. Mobeen Syed:**
And hopefully we can have you with us as a results come out, and we can have more discussions where we can dig deeper into the questions about unblinding, and unblinded data and so on.

**Nader Pourhassan, CEO:**
Absolutely.

# Vision

**Dr. Mobeen Syed:**
Thank you very much for this talk. The floor is yours. What is your message for all of us at this time? Professionals, patients, leronlimab, what should be doing at this time? How is the way it looked like? What is your vision at this time? How are you pushing things? What's your message?

**Nader Pourhassan, CEO:**
So, thank you so much for that. But Dr. Mobeen, people like you and doctors like you save lives. I don't even come close to compare myself to you, people, you guys are the wonderful people of saving lives.

Doctor Seethamraju, Dr. Paul Maddon, the inventor, who is a physician, and a PhD. All of these things — what I have to say is: I'm very shocked in the business; when the world of business comes in, it really pollutes everything, and you see a little bit different situations.

People should be very, very happy if they are involved with any product that can save people's lives. I mean, when we see all these shorts coming, they asked me to have an interview with the short side of people. And I always said — I'm all open. At the beginning, a few years ago, I thought these guys just want to know the facts. And I will talk to them, and then they would twist the words and change it.

So the best way, in my opinion, to be happy in life is to do your best, and do it honestly, and be very good as you can be, and communicate honestly. And hopefully, in biotech, there's a lot of good things to happen for good products, and, hopefully, we are one of them.

**Dr. Mobeen Syed:**
Excellent. So, thank you very much. Thank you once again for your valuable time. Hopefully, we'll see each other again next week, or the week after — whenever you have time with some good news as well.

**Nader Pourhassan, CEO:**
Thank you for having me, Dr. Mobeen Syed. It was my pleasure.

**Dr. Mobeen Syed:**
Welcome. And thank you to all the #koolbeens for your questions, for your participation, for being here, and for listening to the discussions. I would see you on Monday; tomorrow is my off. On Monday, we will have Dr. Bruce Patterson with us, and we'll have the discussions with him as well. So see you then.

https://www.transcriptshare.com/s/cydy/leronlimab-discussion-been-july-18

# Exhibit H

Special Meeting of Stockholders, July 2020
July 22nd, 2020, 12:30 pm EST to July 22nd, 2020, 12:59 pm EST

**Participants**
Nader Pourhassan, CEO
Scott Kelly, CMO
Michael Mulholland, CFO
Arian Colachis, General Counsel

# Intro

**Operator:**
Hello, and welcome to the special meeting of stockholders of CytoDyn, Inc. Please note that today's meeting is being recorded. During the meeting, we will have a question-and-answer session. You can submit questions or comments at any time by clicking the message icon.

It is now my pleasure to turn today's meeting over to Arian Colachis, General Counsel and Corporate Secretary of CytoDyn, Inc. Miss Colachis, the floor is yours.

**Arian Colachis, General Counsel:**
[Good morning, and welcome to the special meeting of stockholders] of CytoDyn. I would like to thank all of you for participating in our virtual meeting today. I am your moderator and now call the meeting to order.

A representative from Computershare, who will be acting as the inspector of elections for this meeting, is also in attendance. The inspector has informed me that a majority of the outstanding shares of common stock of CytoDyn are represented in this virtual meeting. I therefore declare a quorum present.

**Arian Colachis, General Counsel:**
Today's virtual meeting is a live audio webcast and will be recorded. At the end of the meeting, we will have a question-and-answer session. You may submit your questions or comments at any time by clicking message icon at the top of your screen. It looks like a TV on a chair. If you need a copy of the proxy statement, the links are provided online.

# Proxy Voting

**Arian Colachis, General Counsel:**
Okay. The order of business, I'll repeat, in case it was not clear, is consideration of the proposal described in the proxy statement to approve the adjournment of the special meeting to solicit additional proxies, if there are insufficient votes for the adoption of Proposal One at the special meeting to approve Proposal One. Those persons who are voting virtually, please cast your vote now. If you have given a proxy, your shares will be voted for you.

**Arian Colachis, General Counsel:**
That concludes the consideration of the proposal to adjourn the special meeting, if necessary, to solicit additional proxies.

**Arian Colachis, General Counsel:**
The online voting will now be closed. The proxies and votes capturing this meeting will be tabulated, and the voting results will be reflected in the minutes of the meeting and will be reported in a current report on Form 8-K to be filed with the Securities and Exchange Commission within the next few days. We will, however, take a few minutes now to complete the tabulation, so that we can provide you with an update on the preliminary voting results.

We have a question from our stockholders who are appearing on "how do we vote?" There should be a link on your screen, if you are appearing as a stockholder as opposed to a guest.

**Arian Colachis, General Counsel:**
Here are the preliminary results of the votes tabulated today. Proposal one — regarding the increase in the total number of authorized shares of common stock, eight hundred million. The Proposal was approved by over 65% of the shares outstanding.

Proposal two — regarding the adjournment of the special meeting. That proposal was approved by over 67% of the vote cast on the proposal.
This concludes the formal business at the stockholders' meeting, and the meeting is now adjourned.

It is now my pleasure to turn today's leading over to Dr. Pourhassan, our president and CEO, who will provide a brief overview of our business and future directions. Following management's comments, we

will have a short question-answer period. Again, if you are a stockholder of record, and would like to submit a question, you may submit questions online by clicking on the dialogue icon at the top of your screen. Dr. Pourhassan, the floor is now yours.

# Prepared Remarks

**Nader Pourhassan, CEO:**
Thank you, Arian, and thank you everyone for joining us in this special stockholders' meeting.

Before I start today's update, I must say, I recently have been receiving many kind emails from our shareholders. And I want to read you one that was sent to me last night that I appreciated very much. The email says — *"Dr. Pourhassan, congratulations on the good news today. I believe in CYDY and leronlimab. And I wanted to encourage you to continue fighting with all you have for the patients who are counting on you. They don't have a voice, but you can be their voice. Please don't get weary or tired. God bless".*

**Nader Pourhassan, CEO:**
Please note, and rest assured, that I am, and my whole team at CytoDyn are very energized. We are energized more than ever. And we will not stop working very hard until we explore every avenue and every indication for leronlimab's potential to help mankind. We are honored to serve you, the shareholders, and I thank you for giving us this opportunity. We are at CytoDyn believe that we are very close to be able to submit some solid data from our therapy for COVID-19 to the FDA for consideration — for final approval in two separate populations: mild-to-moderate, and critical & severe.

We will stay visible, transparent, and we will report honestly everything that happened in our company as frequently as possible, like usual. So allow me to update you in regards to recent activities. First, and most important, two COVID-19 trials; we started CD10, the mild-to-moderate population. As we all know, we have unblinded the data on our Phase 2 COVID-19 mild-to-moderate population. And CytoDyn announced yesterday the data in regards to the safety of the trial, and we'll be announcing the efficacy as soon as the statistical analysis of all the exploratory endpoints are evaluated.

**Nader Pourhassan, CEO:**
So in regards to yesterday's news about the safety of leronlimab in the COVID-19 trial. Usually in any clinical trial, if the final results demonstrate that the two arms of the study — the placebo and the drug — have the same number of serious adverse events — same number — then you have a fantastic result in regards to how safe the drug is. However, we already know leronlimab's safety with SAEs in over 900 patients and so forth, right? So, what is the significance of having almost three times more SAEs in placebo as compared to the leronlimab arm in this study?

Leronlimab is, probably, the only drug in the world right now that just announced that taking leronlimab for mild-to-moderate COVID-19 can lower the risk of having an SAE that could be life-threatening by 64%. We believe this is an amazing achievement.

In this population of mild-to-moderate COVID-19, almost all patients recover fine; therefore, the most urgent matter would be: how many life-threatening adverse events you could potentially have that would make your life miserable while you recover, right? Leronlimab demonstrated in CD10 study that it can lower that possibility by 64%. In the words of Dr. Jay Lalezari, this should be the efficacy for this population.

But allow me to let our Chief Medical Officer, who is also the Chairman of our Board, a very close friend of mine, Dr. Scott Kelly [talk]. Dr. Scott Kelly, could you please elaborate on these results that we just announced yesterday, and its scientific significance, please?

**Scott Kelly, CMO:**
Yes. Thank you, Nader.

COVID19 is a very complex disease, and we are using leronlimab to leverage the immune system to fight the virus, the restoration of the CD8 population, calm the cytokine storm, and prevent immune exhaustion through immune trafficking. This is a very complicated process without a room for error; if the immune system is not orchestrated perfectly, it has potential to show up as serious adverse events. When you look at some of the other drugs that were used in attempt to modulate the immune system for COVID-19 — for example, recent IL6 inhibitors — the SAEs worsened in the treated group versus placebo.

For leronlimab to show a 64% reduction in serious adverse events is remarkable. And we believe this will ultimately translate into improved patient clinical outcomes. This also provides us with further confidence in ability of leronlimab to play a safe role in the orchestration of immune trafficking and the tumor microenvironment for oncology indications. Many of the traditional treatments in oncology are burdened with serious adverse events. And we believe that if leronlimab proves effective in oncology, it will be a welcome addition to physicians' treatment options. Nader?

**Nader Pourhassan, CEO:**

Thank you, Scott. So we can't wait to put out the efficacy results as soon as the statistical team at Amarex completes that work. That work usually takes six weeks to create the top-line report; back in for Progenics that work took two years in one of the studies. We want to do this in few days.

As soon as we have the top-line report, we will send to the FDA the whole package and request emergency approval for this indication based on unmet medical need — the nature of this pandemic that we're living right now. So what does this mean if we might be a few weeks away from potential approval for leronlimab? What does it mean?

**Nader Pourhassan, CEO:**
In regards to our CD12 study, the process of approval could be even easier, as this study is the registrational study — a Phase 3-study, and FDA has agreed with us that this study could lead to approval, should the results be strong.

We're going to have the Data Safety Monitoring Committee (DSMC) take a look at the safety of the first one hundred patients, who have already completed the whole course of the trial, which is four weeks. Please note, this is not an interim analysis, but it's simply a safety look at the data by DSMC. We now have 153 patients enrolled in this study, and are very close to 195 mark. The actual number that was in the protocol for the interim analysis is 195, and we are very close to that.

**Nader Pourhassan, CEO:**
So, please note that in the last three-to-four months, we filed an IND for two COVID-19 studies. We opened mini centers at hospitals and enrolled patients, about 240 patients in a timeline that could be world record for any small office CD company. Check it out, please — 240 patients within three to four months, initiated two clinical trials. We completed one trial already, and the second is close to half mark, that allows us to have an interim analysis. No wonder there are lots of shorts that are nervous. I don't blame them.

To put this in perspective, it took us six years or so to enroll 640 monotherapy patients in HIV, a very easy population to enroll, as we always said. And now in three-to-four months — not six years, in three-to-four months, we enrolled 240 patients. I am so proud of our team who have done this amazing achievement so far. And our shareholders have been rewarded for these accomplishments, thank God, and to be exact, over 3.1 billion dollars have been put into our company's trading [market cap] — 3.1 billion dollars in the last seven months have been put into the trading, 930 million shares have been traded this year. I hope somebody can check this study, because I think this is a record also, world record.

This is from a company who had one molecule called cycoline, that the FDA put a hold on it and said *"stop your trial and go away!"*

**Nader Pourhassan, CEO:**
So allow me now to update the view on our cancer trial — all our cancer trials, 23 different cancer trials, a trial called a basket trial that the most people don't have. One of the few companies have a basket trial — 22 different cancer and 20 separate NCTNs by itself.

We're planning to meet with the FDA in September for a breakthrough designation discussion, as we believe we should have enough data to make a case for breakthrough designation. I don't know if everyone remembered because of the pandemic — everybody probably, forgot. We have potential for the breakthrough designation in 23 different cancers. We currently have six patients enrolled in our basket trial with five pending eligibility for a total of potentially 11 patients. In the NCTN's main trial and compassionate, we have 15 patients and 12 on pending eligibility, for a total of potentially 27 patients.

So I am now going to ask of Scott Kelly again to elaborate on mechanism of action of leronlimab that allows this kind of indication to be potential. Is this real, is this dream, is this a miracle — what is it, Dr. Kelly, please?

**Scott Kelly, CMO:**
Yes, Nader. Thank you.

So COVID-19 has been a great teacher for us in regards to leronlimab, and we believe that the safety in COVID-19 would translate into leronlimab's use in the tumor microenvironment.

In cancer, we work by controlling the tumor microenvironment by limiting T-reg infiltration, which shuts down the anti-tumor response, conversion of protumor M2 macrophages into anti-tumor M1 macrophages, limiting angiogenesis that enables tumor growth and controlling CCR5 tumor overexpression, which has been shown to correlate with poor patient clinical outcomes. All of this is supported by independent research and CCR5 antagonism independent of CytoDyn. Nader?

**Nader Pourhassan, CEO:**
Thank you, Scott. So now, I'd like to talk about the BLA submission. Lots of excitement among the short reports that [is] usually bunch of lies and deceit that leronlimab is not real. Well, I can tell everyone [that] GSK, ViiV spent over four hundred million — about four hundred million — on the injectable profile five — ten years almost, and the last day before they get approval — or last two weeks before they get approval, they got a Complete Response Letter, saying "rejected".

Atezolizumab, another antibody similar to us for HIV, had a PDUFA date, and right before getting the approval, they got six months delay because of manufacturing that was done in China, and they had a long list of items that they have to correct which took them a six-month delay.

We had no issues with our manufacturing so far, according to — we have enough product — enough information to have review. We some issues with our clinical section, which we believe we can resolve. But in regards to BLA, we are requesting the type A meeting, most likely next week. And after meeting with the FDA, we will give the shareholders the timeline for a new BLA submission and a potential date for PDUFA.

**Nader Pourhassan, CEO:**
Because of all these trials and different indications that this product has, and we are just a little OTCQB company who just becoming three-billion-dollar market cap size.

So now I want to let you know that I have asked Dr. Scott Kelly, our Chief Medical Officer, to put together a list of top key opinion leaders who could get very excited about the mechanism of action of leronlimab, because top scientists when they see the leronlimab is different than people who have no science background. They get very, very excited.

In the word of one of the professors at OHSU — I won't give his name — said that "when the results that I got from leronlimab I presented at the NIH meeting, everybody's eyes just got wide open." They said, "are you kidding? What is this product?" This is the experience we had with Dr. Dennis Berger's MS study; he has tears in his eyes — like he represented it to the board. He said "this is amazing".

Now, I have asked Dr. Scott Kelly to get ahold of top key opinion leaders to form a powerful scientific advisory board ... to help us with what? Not with discovery. We discovered leronlimab 25 years ago. Dr. Paul Madden and William Olsen did that. To help us to find a protocol. To help us with the top experts that we have at Amarex, who have done spectacularly for us, to maneuver the path that we go through to get to approval for each and every one of these indications. So with that, Dr. Kelley, can you update the shareholders where we are with that?

**Scott Kelly, CMO:**
Yes, Nader. Thank you.

In regards to the Scientific Board of Advisors, we have made significant progress. I would like to share with you some recent additions to our Scientific Board of Advisors. In HIV — I'll begin with Dr. Gero Hütter, best known for the achievement of being the first doctor to functionally cured HIV through an innovative procedure. His patient, Timothy Brown, also known as the "Berlin patient", is considered to be the first person cured of HIV. Dr. Hütter was instrumental and recognized the importance of the CCR5 receptor in HIV cure, and will be a vital asset to CytoDyn's Scientific Board of Advisors.

In oncology, Dr. Hope Rugo, who is a Professor of Medicine in the Division of Hematology and Oncology at the University of California, San Francisco where she is the Director of Breast Oncology and Clinical Trials Education. She has experience in malignant hematology, [and] bone marrow transplantation, with the strong interest in novel targeted therapies and immunotherapies for early and late-stage breast cancer. She is widely published and highly regarded in the field of oncology.

**Scott Kelly, CMO:**
Doctor Lish Dilugu [?]. He is Professor of Immunology at Cornell, Division of Infectious Diseases. His interests include HIV Immunology, HIV and aging, and he has a strong interest in cognitive impairments and Alzheimer's.

Doctor Erick Mininberg. Dr. Mininberg graduated from Dartmouth and University of Virginia Medical School, completed Hematology Fellowship at Baylor and his Medical Oncology Fellowship at MD Anderson. He will be helping us with clinical trial enrollment in the southeast region, and further exploration of indications in oncology.

Doctor Jonah Sasha. Dr. Sasha has a PhD in Molecular Microbiology and Immunology. Dr. Sasha will be helping us with our HIV cure and PrEP program.

We also have commitments for positions in the fields of pulmonary and lung transplants, two herpetologists with an emphasis on fatty liver disease and Nash, a physician who specializes in bone marrow transplant and blood cancers, among others. We will be announcing the many members of the Scientific Advisory Board in the coming weeks. Thank you.

**Nader Pourhassan, CEO:**
Thank you, Scott.

So now the last item, and then I'll ask Mike Mulholland, after this item, to update on uplisting.

You, shareholders, set 100 million shares to be authorized. A lot of people think that we're going to use 100 million shares right away and finish it, and then go again, another 100 million shares — that's not the way we work at CytoDyn, anymore. We used to work like that. From January 2017 to mid 2018, the

dilution that I have asked our team to put together to see what happens with this company, and what happened from the time that took us to recover. We diluted the company almost 600 million shares because of those mishaps.

Now, since December, where we got everything back on track, we have only — we have only — used 15.7 million shares in the last seven months, when the finances are now more needed, funding is a lot more needed than before, but yet, only 15.7 million shares. That should tell the shareholders the story.

Right now we have eighteen point-some million shares — 18 million shares that we could use — except 8 million is in an escrow account that we can't touch because of the people who are bringing lawsuits against us... the ex-board members of our company. I'm shocked, but anyway.

But if I use that 10 million shares right now, instead of, let's just, say at 5 bucks, that's 15 million dollars, I don't need to even use any other shares. Could put that hundreds million shares aside, right?

**Nader Pourhassan, CEO:**
So I want everybody to know that the total dilution in the last seven months was less than 16 million shares; that means that is a tremendous drop from the last three years of 600 million shares. And as we said, the last fundraising with 3.3 million shares we raised 17 million dollars. So we are in a whole new world; financially, people recognize our company, and we are going to use these shares very very carefully, as always, and make sure we do not get diluted too much.

With that regard, our warrant exercise this year alone has been almost 50 million dollars, and I would like to thank all the, I'm sorry, 48 million dollars, I would like to thank all the shareholders to participated in that, and ask everyone to please participate more, because there's about 50 million dollars
more worth of warrants out there that could stop us from selling any shares. That would help us, that 78 million warrants out there.

But with that, we'd like to uplist to NASDAQ. Mike Mulholland and his team have worked tirelessly. The other day, I went to the office, and I asked our controller Antonio, *"where is Mike? It is already 8:30 in the morning!"* He said *"he's late."* I said *"why?"* He said, *"he went home 2 hours ago".* So, this is a kind of work we have, we're doing at CytoDyn. So Mike, go ahead please.

**Michael Mulholland, CFO:**
Thanks, Nader. Exciting time for the company, and good morning.

Quick update on the NASDAQ application and review process. Think of it in terms of about a five-to-six week process. Last week was week number 1. We are now well into week 2. Next week, week 3, we expect to receive a Comment Letter from the NASDAQ uplisting staff. Our team will assemble and respond promptly to any additional follow-on questions they have. And so as we look ahead, weeks 5 on the continuum — it's about mid-August, and the outside week 6 is about the third week in August.

One final note is that one of the last pieces to this process will be the filing of the company's 10-K, which is due to the SEC not later than August 14th, and we're working very hard to file early so that this all comes together at the same time. Nader?

**Nader Pourhassan, CEO:**
Thank you, Mike. So what is the chance of us of getting NASDAQ within three weeks, in your opinion?

**Michael Mulholland, CFO:**
It's reasonable. I would put it around three to four weeks.

**Nader Pourhassan, CEO:**
Okay. We're not going to promise two and a half weeks. And we'll just wait and see what will happen.

Okay. Arian, should we go to Q&A?

# <u>Q&A</u>

**Nader Pourhassan, CEO:**
So I have a question that just came in. Can they hear us — can everybody hear us right now? So the question is "can you please talk about the registrational CD12 trial and the differences of that compared to your mild-to-moderate trial?"

Yes, we can. The mild-to-moderate trial is a Phase 2 that explored many different endpoints: time to get the ventilation, time off ventilation, and then the main primary endpoint, which we call "the primary endpoint", but in Phase 2 there is not a set primary endpoint, because Phase 2 is a discovery — it is discovering what you have, what your product can do. So if you look at 11 different, perhaps, items and you say — "hey, five of these we can make, you know, work on".

So then you do a Phase 3 and pin down those points. But in a pandemic, or when you have unmet

medical need, you can look at those, say — there's a clear difference, for example, in the time to getting better — like Ramdesivir has 11 days versus 15 days time-to-discharge. So if you have that, then you will go to FDA and have the discussion.

We believe, because this is an unmet medical need, and there's nothing out there that can do what leronlimab does, and has done in the emergency IND patients, we go to the FDA and request for the approval. That's CD10 — that's mild-to-moderate — so there is the work to be done here.

**Nader Pourhassan, CEO:**
With CD12, that's not the case. CD12 is the registrational trial for approval with a simple primary endpoint — number of mortality. Now, we have had serious adverse events reported to us, so we know there are quite a bit of deaths, unfortunately, in this trial. And when we unblinded, we get to see the difference.

A safety look at the data would allow the safety — the Data Safety Monitoring Committee — only to get unblinded and look at the data, and report to FDA, is it safe to continue and go forward? The interim analysis will give you complete analysis of the data until the point that you do interim analysis. You send that to FDA to make the case that we should get approved now, and not to continue. So [inaudible] and it's needed when the data is concluded. So that's... [inaudible]

**Operator:**
[inaudible]

**Nader Pourhassan, CEO:**
That's ok. Thank you. So, are we muted...? *(crosstalk)*

Our whole — Mike Mulholland, the whole board will vote on — *(laughter)* ... what they're going to do. Okay. So, any other questions? Arian, anything you see?

**Arian Colachis, General Counsel:**
I don't see any questions in the queue. But, we will entertain questions after today, if you email *cydy_team@cytodyn.com*. Also we welcome letters from our stockholders, and we do our best to respond promptly to any written inquiries.

**Arian Colachis, General Counsel:**
The meeting is now completed. You may now disconnect. Thank you for your attendance today. Okay, [inaudible]. Sorry.

**Nader Pourhassan, CEO:**
Thank you, everyone.

https://www.transcriptshare.com/s/cydy/special-meeting-july-2020

# Exhibit I

CD01 Extn_WebView_ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 1 | Caballero | Nancy | Dr. Huizenega | ncaballero |
| 1 | Kowalczyk | Ula | Quest - 01 | ukowalczyk |
| 1 | Le | Jimmy | Quest Clinical Research/eStudySite - 301 | jle |
| 1 | Post | Eric | Quest Clinical Research - 301 | epost |
| 1 | Duran | Lita | Quest Clinical Research - 301 | lduran |
| 1 | Lane | Jason | Quest Clinical Research - 301 | jlane |

CD02 Exth_WebView ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 201 | Bryant | Beth | Orlando Immunology Center | bbryant |
| 201 | DeJesus | Edwin | Orlando Immunology Center | edejesus |
| 201 | Garcia, CRC | Andres | Orlando Immunology Center | agarcia |
| 201 | MARQUEZ | OMAR | ORLANDO IMMUNOLOGY CENTER | omarquez |
| 201 | VELOZ | JANIZA | ORLANDO IMMUNOLOGY CENTER | jveloz |
| 201 | Wert, MA/CCRC | Wendy | Orlando Immunology Center | wwert |
| 202 | Moreno | Orlando | SouthCoast Research Center, Inc | omoreno |
| 203 | Loftus | Richard | Palmtree Clinical Research, Inc | rloftus |
| 203 | Martinez | Carlos | Palmtree Clinical Research, Inc | cmartinez |
| 203 | Phillips | Shayna | Palmtree Clinical Research, Inc | sphillips |
| 204 | Ulrich | Greg | Circle Care Center | gulrich |
| 207 | Anthony | Charmaine | Lalla-Reddy Medical Cooperation | canthony |
| 207 | lalla-reddy | sujata | lalla-reddy medical corp | slallareddy |
| 207 | Lepthien | Barbara | Lalla-Reddy Medical Corporation | blepthien |
| 207 | Martinez | angelina | Lalla-Reddy Medical Corp. | amartinez |
| 207 | Nguyen | Tony | Pacific Coast Medical Group | tonguyen |
| 209 | Berhe | Mezgebe | North Texas Infectious Diseases Consultants | mberhe |
| 209 | Caldwell | Jessica | NorthTexas Infectious Diseases Consultants | jcaldwell |
| 209 | Powell | Erin | North Texas Infectious Diseases Consultants, PA | epowell |
| 213 | DAQUIOAG | BENJAMIN | Therapeutic Concepts, PA | bdaquioag |
| 213 | Naqvi | Mohammad | Therapeutic Concepts | mnaqvi |
| 213 | Semien | Kayla | Therapeutic Concepts | ksemien |
| 213 | Swindle | Charlotte | Therapeutic Concepts | cswindle |
| 214 | Clementich | Dawn | Midway Immunology and Research Center | dclementich |
| 214 | Jacobs | Brenda | Midway Immunology and Research Center | bjacobs |
| 214 | Ramgopal | Moti | Midway Immunology and Research Center | mramgopal |
| 214 | Sharp | Carly | Midway Immunology and Research Center | csharp |
| 214 | Terry | Jennifer | Midway Immunology and Research Center | jterry |
| 216 | Brenner | Ann | Via Christi Research | abrenner |
| 216 | Krull | Janie | Via Christi Research | jkrull |
| 220 | Akil | Bisher | Chelsea Village Medical/Site 220 | bakil |
| 220 | Bartell | Lynne | Chelsea Village Medical/Site 220 | lbartell |
| 223 | Gubitz | Hannah | Premier Clinical Research | hgubitz |
| 223 | Schwietert | Isabella | Premier Clinical Research | ischwietert |
| 223 | Stout | Wesley | Premier Clinical Research | wstout |
| 224 | Andrews | Laurie | Yale University | landrews |
| 224 | Frank | Cyndi | Yale University | cfrank |
| 225 | Baer | Jenny | University of Cincinnati | jbaer |
| 225 | costea | Elizabeth | University of Cincinnati | ecostea |
| 225 | Fichtenbaum | Carl | University of Cincinnati | cfichtenbaum |
| 225 | Huaman Joo | Moises | University of Cincinnati | mhuamanjoo |
| 225 | Miller | Brenda | University of Cincinnati | bmiller |
| 226 | Asuncion | Katherine | St Hope Foundation | kasuncion |
| 226 | Azeem | Saima | ST. HOPE FOUNDATION, Inc | sazeem |
| 226 | Degazon | Kenneth | ST. HOPE FOUNDATION, Inc | kdegazon |
| 226 | Luna | Claudia | St. Hope Foundation | cluna |

CD02 Exth_WebView_ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 226 | Sims | James | St Hope Foundation | jsims |
| 226 | yallamanchi | varsha | sthopefoundation.org | vyallamanchi |
| 234 | Collins | Patrice | Howard Brown Health Center | pcollins |
| 234 | Sims | Kenyetta | Howard Brown Health Center | ksims |
| 234 | Warren | Ebony | Howard Brown Health Center | ewarren |
| 238 | Espinosa | Bert | Floridian Clinical Research | bespinosa |
| 238 | Galvez | Ada | EliteResearch Institute | agalvez |
| 238 | Gonzalez | Vismery | Floridian Clinical Research | vgonzalez |
| 238 | Lopez | Julio | Floridian Clinical Research | jlopez |
| 238 | Mur | Juan | Elite Research institute | jmur |
| 238 | Quevedo | Joseph | Floridian Clinical Research | jquevedo |
| 239 | Kowalczyk | Ula | Quest Clinical Research | ukowalczyk |
| 239 | Le | Jimmy | Quest Clinical Research/eStudySite | jle |
| 240 | Osorio | Jesus | Research Access Network | josorio |
| 240 | Schrader | Shannon | Research Access Network | sschrader |
| 239 | Duran | Lita | Quest Clinical Research | lduran |
| 239 | Jennings | Emily | Quest Clinical Reasearch | ejennings |
| 239 | Lane | Jason | Quest Clinical Research | jlane |
| 239 | Post | Eric | Quest Clinical Research | epost |

CD09_EXH_Webview_ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 301 | Duran | Lita | Quest Clinical Research - 301 | lduran |
| 301 | guevara | angela | Quest Clinical Research - 301 | aguevara |
| 301 | Jennings | Emily | Quest Clinical Reasearch - 301 | ejennings |
| 301 | Kowalczyk | Ula | Quest - 01 | ukowalczyk |
| 301 | LaLuce d'Luna | Ocèan | Quest Clinical Research, San Francisco - 301 | olalucedluna |
| 301 | Lane | Jason | Quest Clinical Research - 301 | jlane |
| 301 | Le | Jimmy | Quest Clinical Research/eStudySite - 301 | jle |
| 301 | Lewman | Olivia | Quest Clinical Research - 301 | olewman |
| 301 | Post | Eric | Quest Clinical Research - 301 | epost |
| 301 | Rabb | Natalie | Quest Clinical Research - 301 | nrabb |
| 301 | Radcliffe | Lian | Quest Clinical Research - 301 | lradcliffe |
| 301 | Streit | Jamie | Quest Clinical Research - 301 | jstreit |
| 301 | Tao | Luke | Quest Clinical Research - 301 | ltao |
| 301 | Velasquez-Velez | Sergio | Quest Clinical Research - 301 | svelasquezvelez |
| 301 | Weintraub | Bradley | Quest Clinical Research - 301 | bweintraub |
| 302 | Brenner | Ann | Via Christi Research | abrenner |
| 302 | Krull | Janie | Via Christi Research | jkrull |
| 303 | Ulrich | Greg | Circle Care Center | gulrich |
| 306 | McManus | Melissa | EStudySite | mmcmanus |
| 306 | O'Sullivan | Matthew | eStudySite | mosullivan |
| 306 | Poleon | Natie | eStudySite | npoleon |
| 306 | Smith | Danielle | eStudySite | dsmith |
| 307 | Akil | Bisher | Chelsea Village Medical | bakil |
| 307 | Bartell | Lynne | Chelsea Village Medical | lbartell |
| 308 | Arredondo | Isidra | Palmtree Clinical Research Inc | iarredondo |
| 308 | Loftus | Richard | Palmtree Clinical Research, Inc | rloftus |
| 308 | Martinez | Carlos | Palmtree Clinical Research, Inc | cmartinez |
| 308 | Phillips | Shayna | Palmtree Clinical Research, Inc | sphillips |
| 309 | Bryant | Beth | Orlando Immunology Center | bbryant |
| 309 | DeJesus | Edwin | Orlando Immunology Center | edejesus |
| 309 | Garcia, CRC | Andres | Orlando Immunology Center | agarcia |
| 309 | MARQUEZ | OMAR | ORLANDO IMMUNOLOGY CENTER | omarquez |
| 309 | VELOZ | JANIZA | ORLANDO IMMUNOLOGY CENTER | jveloz |
| 309 | Wert, MA/CCRC | Wendy | Orlando Immunology Center | wwert |
| 313 | Clementich | Dawn | Midway Immunolocy and Research Center | dclementich |
| 313 | Da Silva | Stephanie | Midway Immunolocy and Research Center | sdasilva |
| 313 | Jacobs | Brenda | Midway Immunolocy and Research Center | bjacobs |
| 313 | Ramgopal | Moti | Midway Immunolocy and Research Center | mramgopal |
| 313 | Sharp | Carly | Midway Immunolocy and Research Center | csharp |
| 313 | Terry | Jennifer | Midway Immunolocy and Research Center | jterry |
| 314 | Mehlek | Patrick | SUNY Upstate Medical University | pmehlek |
| 315 | Anorve | Angela | eStudySite | aanorve |
| 315 | DeChacco | Lindsay | eStudySite | ldechacco |
| 315 | Devera | Melanie | estudy site | mdevera |
| 315 | Harbison | Whitley | eStudySite | wharbison |
| 315 | Hunt | Angela | eStudySite | ahunt |

CD09 Exh_WebView_ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 315 | Meza | Cathy | eStudySite | cmeza |
| 315 | Miller | Sarah | eStudySite | smiller |
| 315 | odom | shandel | estudysite | sodom |
| 315 | Quillin | Kimberly | eStudySite | kquillin |
| 315 | Rosales | Ricardo | eStudySite | rrosales |
| 315 | Sanchez | Erica | eStudySite | esanchez |
| 315 | Smith | Ashley | eStudySite | assmith |
| 315 | Velasquez | Ann | eStudySite | avelasquez |
| 315 | Williams | Jamie | eStudySite | jwilliams |
| 316 | Andrews | Laurie | Yale University | landrews |
| 316 | Canny | Cathy | Yale New Haven Hospital | ccanny |
| 316 | Frank | Cyndi | Yale University | cfrank |
| 316 | kunzom | tenzin | yale new haven hospital | tkunzom |
| 316 | Laich | Leslie | Yale New Haven Hospital | llaich |
| 316 | Rembisz | Robert | Yale | rrembisz |
| 316 | Santiago | Frances | Yale University/Internal Medicine AIDS | fsantiago |
| 318 | Fuller | Evan | Pacific Oaks Medical Group | efuller |
| 318 | Holman | Travis | Pacific Oaks Medical Group | tholman |
| 318 | Radon | Joshua | Pacific Oaks Medical Group | jradon |
| 319 | Higgins | Niamh | Antiviral Research Center UCSD | nhiggins |
| 319 | Muttera | Leticia | UCSD-AVRC | lmuttera |
| 320 | Simpson | Cheryl | ARCA | csimpson |
| 320 | Sweeton | Bentley | ARCA | bsweeton |
| 321 | Osorio | Jesus | Research Access Network | josorio |
| 321 | Sarabia Jr | Arcenio | Research Access Network | asarabia |
| 321 | Schrader | Shannon | Research Access Network | sschrader |
| 322 | Campbell | Jasmine | Therapeutic Concepts | jcampbell |
| 322 | DAQUIOAG | BENJAMIN | Therapeutic Concepts, PA | bdaquioag |
| 324 | Espinosa | Bert | Floridian Clinical Research | bespinosa |
| 324 | Garcia-Alonso | Ivan | Floridian Clinical Research | igarciaalonso |
| 324 | Gonzalez | Vismery | Floridian Clinical Research | vgonzalez |
| 324 | Lopez | Julio | Floridian Clinical Research | jlopez |
| 324 | Quevedo | Joseph | Floridian Clinical Research | jquevedo |

CDI-NASH-01_WebView ProjUsers

| Site | LName | FName | OrgName | UserID |
|------|-------|-------|---------|--------|
| 101 | Flores | Carmen | Southern California Research Center | cflores |
| 101 | Hassanein | Amir | Southern California Research Center | ahassanein |
| 101 | Seyer | Kasey | Southern California Research Center | kseyer |
| 103 | Josephson | Karissa | American Research Corporation at the Texas Liver I | kjosephson |
| 103 | reidinger | joe | American Research Corporation at the Texas Liver I | jreidinger |
| 103 | Sotelo | Anthony | American Research Corporation | asotelo |
| 103 | Varnum | Krysta | American Research Corporation | kvarnum |
| 104 | Nelson | Andrew | Accel Research Sites | anelson |
| 104 | Serrano | Marlene | meridian research-Accel | mserrano |
| 104 | Wierzbicki | Erika | Accel Research Sites | ewierzbicki |
| 106 | Daniel | Katharine | Care United Research | kdaniel |
| 106 | Followwell | Megan | Care United Research, LLC | mfollowwell |
| 106 | Jasso | Jennifer | Care United Research, LLC | jjasso |
| 106 | Slaughter | Richard | Care United Research, LLC | rslaughter |
| 107 | Cano | Darlene | Catalina Research Institute | dcano |
| 107 | Diaz-Chavez | Mayra | Catalina Research Institute | mdiazchavez |
| 107 | Farand | Mashgan | Catalina Research Institute | mfarand |
| 107 | Lara | Edward | Catalina Research Institute | elara |
| 107 | Valenzuela | Louisito | Catalina Research | lvalenzuela |
| 107 | Zuniga | Yvette | Catalina Research Institute | yzuniga |
| 108 | Bowman | William | Sensible Healthcare, LLC | wbowman |
| 108 | Jimenez | Katie | Sensible Healthcare LLC | kjimenez |
| 108 | kowalski | yvette | Sensible Healthcare, LLC | ykowalski |
| 108 | Lopez | Milko | Sensible Health Care LLC | milopez |
| 109 | Espinosa | Bert | Floridian Clinical Research | bespinosa |
| 109 | Gonzalez | Vismery | Floridian Clinical Research | vgonzalez |
| 109 | Lopez | Julio | Floridian Clinical Research | jlopez |
| 109 | Ramirez | Yordan | Floridian Clinical Research | yramirez |
| 109 | Rodriguez | Ivete | Floridian Clinical Research | irodriguez |
| 109 | Sanchez | William | Floridian Clinical Research LLC | wsanchez |
| 110 | bryson | christine | Center for Advanced Research and Education | cbryson |
| 110 | Paulus | Carolyn | Center for Advanced Research & Education | cpaulus |
| 110 | Putureanu | Carla | Center for Advanced Research & Education | cputureanu |
| 110 | Recknor | Julie | Center for Advanced Research & Education | jrecknor |