# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| CYTODYN, INC.,  )<br>  ) <br>  Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> AMAREX CLINICAL RESEARCH, LLC, *et al*.,  ) <br>  ) <br>  Defendants.  ) | Civil Action No.: 8:21-cv-02533-PJM |

## DECLARATION OF PATRICK M. McCARTHY ESQUIRE

1. Pursuant to 28 U.S.C. § 1746, I, Patrick M. McCarthy, Esquire, make the following statements based on personal knowledge.

2. I am over eighteen years of age, have personal knowledge of the facts set forth herein, and am competent to testify to the same.

3. I graduated from Michigan State University in 1990 with honors, and from the University of Detroit Mercy School of Law in 1993 with a J.D. *magna cum laude* and am a lawyer in good standing licensed to practice law in the United States Courts of Appeals for the Federal Circuit, the First, Third, Sixth, Seventh and Eighth Circuits, in several United States District Courts and in the State of Michigan,

4. I have litigated and arbitrated complex business and commercial matters for almost thirty years and am Chairman of Howard and Howard Attorneys PLLC, where I am an equity principal.

5. I have been consistently selected to Michigan Super Lawyers (2009-2021), which also includes the Top 50 Michigan Business Lawyers (2013-2015) and Top 100 Michigan Lawyers

(2012-2016), and I have been recognized by The Best Lawyers in America© (2013-2022), Michigan Leading Lawyers (2014-2021) and dBusiness magazine's Top Lawyers (2011, 2013-2014, 2016-2018, 2020).

6. I am counsel of record in the instant litigation (admitted *pro hac vice*) and also for Amarex Clinical Research, LLC in the companion arbitration case in the AAA, captioned *In the Matter of the Arbitration between CytoDyn, Inc. and Amarex Clinical Research, LLC*, 01-21-0016-7895 (the "AAA Matter") (*pro hac vice* application filed in the Circuit Court for Baltimore City in the AAA Matter, which is pending in Baltimore, Maryland).

7. I have previously represented and am familiar with Amarex Clinical Research, LLC.

8. Based on my knowledge of the pending AAA Matter, my experience with Amarex, my experience litigating complex matters in the AAA specifically and arbitrations generally, my knowledge and understanding of the average and expected costs associated with litigation and arbitration, my analysis of the reasonably likely legal fees to my law firm and to Miles & Stockbridge P.C., AAA fees, arbitrator fees, deposition and transcript costs, and substantial expert (financial, industry, etc.) fees and costs, I estimate that that Amarex will likely incur fees and costs in the AAA Matter over the course of twelve to eighteen months, and depending upon uncertain factors such as CytoDyn's conduct and tactics in the arbitration, of approximately $2,000,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: /0-26-2021

Patrick M. McCarthy, Esquire