UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CYTODYN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAREX CLINICAL RESEARCH, LLC, *et al*., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 8:21-cv-02533-PJM |

**[PROPOSED] ORDER ON
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendants' Response in Opposition, and any Reply thereto, it is this ___ day of November, 2021, hereby ORDERED:

1. That Plaintiff's Motion for a Preliminary Injunction is hereby **DENIED**; and

2. That the Clerk shall close this case.

   **OR**

1. That Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED**;

2. That pursuant to Fed.R.Civ.P. 65(c), within ten (10) days of the date of this Order, Plaintiff shall post a stand-by letter of credit in the amount of $15,927,920 with a reputable and established financial institution for the benefit of Amerex Clinical Research, to be drawn against upon CytoDyn's inability or failure to pay any arbitration award or judgment entered in favor of Amarex and against CytoDyn, and to be held until the earlier of conclusion of such arbitration (currently pending as AAA Case No.

01-21-0016-7895) and payment in full of all obligations deemed owed by CytoDyn to Amarex, the agreement of the parties, or a further Order of this Court; and

3. That within ten (10) days from the date of this Order, CytoDyn shall inform Amarex precisely which services it requests that Amarex continue to perform, and shall pay Amarex, for the period beginning October 22, 2022 and including the first full month for which the services are requested, the full amount due and owing for such services, and thereafter, on the first day of each additional month in advance for such services. The services performed shall be invoiced consistent with the historical and agreed charges set forth in the MSA, or as otherwise agreed.

_____
**Hon. Peter J. Messitte**
**United States District Judge**