# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. ) | |
| ) | |
| *Plaintiff*, ) | Civil Action No. 8:21-cv-2533 (PJM) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| AMAREX CLINICAL RESEARCH, LLC, ) | |
| and NSF INTERNATIONAL, INC. ) | |
| ) | |
| ) | |
| *Defendants*. ) | |

## DECLARATION OF DR. CHRISTOPHER P. RECKNOR, M.D.

I, Dr. Christopher P. Recknor, M.D., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Senior Executive Vice President of Clinical Research at CytoDyn, and have extensive knowledge of CytoDyn's research and development activities and its relationship with Amarex Clinical Research, LLC. I make this declaration on the basis of my experience at CytoDyn, including my work on the development of leronlimab.

2. As the sponsor of the leronlimab clinical trials, CytoDyn must ensure the safety of patients participating in the trials. The physicians and other medical staff at the trial sites where leronlimab is administered are also responsible for patient safety, and handle the front-line treatment of the patients in the trials. However, the responsibility for patient safety is shared among all the stakeholders in a clinical trial, including the sponsor.

1

3. In fact, as sponsor, CytoDyn has the ultimate responsibility to determine whether to continue or terminate the trial, based on up-to-date safety and efficacy information about how patients are responding to their leronlimab treatment.

4. One way that CytoDyn ensures patient safety is through the continuous monitoring of data collected from the trial sites where leronlimab is administered to patients.

5. As permitted by FDA regulations, CytoDyn delegated many of its patient safety responsibilities to Amarex, CytoDyn's contract research organization (CRO). One of Amarex's responsibilities has been to manage the collection of clinical data from trial sites across the country.

6. At each trial site, the doctors administering leronlimab (or, in a randomized controlled trial, a placebo) collect data on the patients in the trial during routine patient visits. The doctors input this data into CytoDyn's electronic data capture database ("EDC"), which Amarex administers as part of its contractual relationship with CytoDyn.

7. The EDC is the primary means that Amarex has used to monitor adverse events, and is a tool Amarex used on a daily basis to ensure that CytoDyn's studies are being conducted safely at clinical trial sites.

8. The EDC is an essential tool for ensuring that a trial is being properly administered to protect patient safety.

9. There are other means of communicating with trial sites, such as by fax or email, and the records in the EDC might be largely replicated in paper records at the trial sites. However, the EDC is the primary tool that CytoDyn and Amarex have used to maintain trial records and monitor patient safety in all of CytoDyn's studies.  CytoDyn and Amarex have never trained the trial sites to use any means other than the EDC to transmit clinical data, including adverse event and significant adverse event reports, to CytoDyn and Amarex.

10. The study protocols developed by CytoDyn, and the data management and monitoring plans developed by Amarex, assume that data collection, validation, and verification will all be performed using the EDC, not using paper records communicated by fax or email. The data in the EDC is then supposed to be double-checked with monitoring visits by Amarex to the trial sites.

11. Amarex is supposed to monitor the data input at each trial site and across the entire trial to identify trends and anomalies in the data, including trends or anomalies that might affect patient safety.

12. The ability to aggregate data from many trial sites and from multiple trials is critical to monitoring patient safety, because trends might not be apparent from the patient data available to a single trial site for a single trial. Medical staff at one trial site therefore might not recognize an issue that is affecting patients throughout the trial, because at any given site the issue might only be affecting one patient. The EDC, as the tool that aggregates data from all the trial sites and all the studies, is the primary and best way for Amarex (or another CRO) to identify and monitor these issues.

13. The EDC also allows Amarex to retrieve and analyze patient information for those previously enrolled in a clinical trial.

14. Amarex's failure to properly validate and verify the EDC data, and to conduct contractually required monitoring visits to double-check the EDC data, have resulted in serious problems with the EDC data, which can only be identified and fixed with access to the EDC. By failing to perform its contractually required duties *and* cutting off CytoDyn's EDC access, Amarex has prevented CytoDyn from overseeing Amarex as CRO, and from effectively ensuring the safety of the ongoing trials.

15. In order to close out a clinical trial and report results to the FDA, CytoDyn is required as the trial sponsor to aggregate and analyze the "cleaned"—that is, validated and verified—data from each site and each patient in the trial. Prior to launching the trials, CytoDyn and Amarex agreed—consistent with FDA regulations and Good Clinical Practice—that this cleaning and close-out process would be completed using the EDC. Now, having relied on Amarex to maintain the EDC, CytoDyn is unable to close out its trials because of Amarex's interference.

16. As of today, CytoDyn has 12 "open" trials—8 of which have been completed but are still open. These trials remain open because Amarex has failed to perform the required cleaning and close-out process in the EDC, and refuses to give CytoDyn access to the EDC so that CytoDyn can perform this process itself.

17. Although adverse reactions to a treatment sometimes present during the course of the clinical trial, some adverse reactions may not appear until after a clinical trial ends. Because all of CytoDyn's trials are for leronlimab, data from completed past trials, including randomized controlled trials, may also be relevant to the safety of patients in the ongoing trials. Thus, in order to fully analyze trends and anomalies in the data for the ongoing trials, CytoDyn needs access to *all* of its clinical data from *all* of the leronlimab trials. This data is aggregated and stored in the EDC, which Amarex refuses to allow CytoDyn to access.

18. Because some of CytoDyn's past trials have been randomized controlled trials, patients in those trials were blinded and some received a placebo rather than receiving leronlimab. As a result, investigation of an adverse event in an ongoing study could require the unblinding of patients from a past study in order to determine whether certain symptoms or other clinical markers in past patients might be related to leronlimab treatment. For instance, if a patient in one of the ongoing studies were to develop an unusual rash, and the data available in the EDC showed that a

patient in a past study had also developed a similar rash, it would be necessary to unblind that past patient to determine whether he or she received leronlimab or a placebo. If the past patient did receive leronlimab, that would indicate that the rash may be a side effect of leronlimab treatment. If the past patient received a placebo, that would indicate that the rash may be unrelated to leronlimab treatment, both in the past and current patients.

Dated: 05NOV2021

Dr. Christopher P. Recknor, M.D.