IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC.<br><br>   *Plaintiff,*<br><br>v.<br><br>AMAREX CLINICAL RESEARCH, LLC,<br>and NSF INTERNATIONAL, INC.<br><br>   *Defendants.* | )<br>)<br>) Civil Action No. 8:21-cv-2533 (PJM)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARY ANN IVY

I, Mary Ann Ivy, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Corporate Counsel at CytoDyn Inc. I make this declaration on the basis of my personal knowledge of the facts described herein.

2. I have collected every invoice Amarex submitted to CytoDyn since 2014, and have reviewed the invoices to identify all references to electronic data capture or EDC services (the "EDC-Related Charges"), while excluding *de minimis* amounts charged for EDC helpdesk services.

3. Amarex has submitted 350 invoices to CytoDyn that contain charges for EDC services. The total amount of the EDC-Related Charges on those invoices is $3,126,369.20.

4. It is undisputed that CytoDyn has paid in full 249 of those invoices, including full payment for EDC-Related Charges of $2,790,517.70.

1

5.   CytoDyn disputes and has not paid 101 invoices containing EDC-Related Charges totaling $335,851.50.

6.   The unpaid charges for EDC-Related Services therefore total 10.1 percent of EDC-related services invoiced by Amarex.

7.   I have also reviewed all of the invoices identified by Amarex as unpaid, and have confirmed that four of those invoices—nos. 196895, 198518, 198523, 198605—were pass-through invoices for trial site fees, and CytoDyn paid them directly to the trial sites rather than to Amarex. Thus, those invoices have been fully paid by CytoDyn to the trial sites, despite being included on Amarex's list of unpaid invoices.

Dated: 11/5/21

_____
Mary Ann Ivy