

**Rachel T. McGuckian, Esquire**
301.517.4816
rmcguckian@milesstockbridge.com

November 9, 2021

**VIA ECF**

The Honorable Peter J. Messitte
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

Re:   CytoDyn, Inc. v. Amarex Clinical Research, LLC, et al.
      United States District Court of Maryland Case No. 8:21-cv-02533-PJM

Dear Judge Messitte:

On behalf of the parties, I write to inform that negotiations are underway, and if successful, will resolve the preliminary injunction motion before the Court (and the entirety of this case).  For that reason, we respectfully request that any decision on the pending Motion (ECF 6) be delayed until next week.  The parties will provide a joint status report on Monday, November 15, 2021.

Sincerely,

*Rachel T. McGuckian*
Rachel T. McGuckian

RTM/mlh

cc:   All Counsel of Record

11 N. Washington Street, Suite 700  |  Rockville, MD 20850-4229  |  301 762-1600  |  mslaw.com

BALTIMORE, MD   •   EASTON, MD   •   FREDERICK, MD   •   RICHMOND, VA   •   TYSONS CORNER, VA   •   WASHINGTON, D.C.

117196\000001\4858-7792-6146.v1