

**Rachel T. McGuckian, Esquire**
301.517.4816
rmcguckian@milesstockbridge.com

November 15, 2021

**VIA ECF**

The Honorable Peter J. Messitte
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

Re:   CytoDyn, Inc. v. Amarex Clinical Research, LLC, et al.
      United States District Court of Maryland Case No. 8:21-cv-02533-PJM

Dear Judge Messitte:

On behalf of the parties, I write to inform that negotiations to resolve the preliminary injunction motion (ECF 6) were unsuccessful.

Sincerely,

*Rachel T. McGuckian*
Rachel T. McGuckian

RTM/mlh

cc:   All Counsel of Record

11 N. Washington Street, Suite 700  |  Rockville, MD 20850-4229  |  301 762-1600  |  mslaw.com

BALTIMORE, MD  •  EASTON, MD  •  FREDERICK, MD  •  RICHMOND, VA  •  TYSONS CORNER, VA  •  WASHINGTON, D.C.

117196\000001\4858-7792-6146.v1