UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CYTODYN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 8:21-cv-2533-PJM |
| v. ) | |
| ) | |
| AMAREX CLINICAL RESEARCH, LLC, *et al*., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Amarex Clinical Research, LLC ("Amarex") and NSF International ("NSF"), by their attorneys, Rachel T. McGuckian, Miles & Stockbridge P.C., Jon R. Steiger, Patrick M. McCarthy and Howard & Howard Attorneys PLLC, and for their motion to dismiss pursuant to Federal Rule of Civil Procedure 12, state as follows:

For the reasons stated in more detail in Defendants' Memorandum in Support of Their Motion to Dismiss Plaintiff's Amended Complaint for Declaratory and Injunctive Relief, no allegations support any claim against NSF International in this case. CytoDyn also fails to request any relief from or against NSF. Additionally, Amarex should be dismissed because CytoDyn failed to allege that it is entitled to a preliminary injunction, and the remaining requests for relief pleaded against Amarex belong in arbitration pursuant to the Parties' arbitration agreement.

WHEREFORE, Defendants respectfully request the Court grant their motion to dismiss.

Respectfully submitted,

/s/ Rachel T. McGuckian
Rachel T. McGuckian
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
Phone: 301-762-1600
Email: rmcguckian@milesstockbridge.com

Jon. R. Steiger
Patrick M. McCarthy
HOWARD & HOWARD ATTORNEYS PLLC
450 W 4th Street
Royal Oak, Michigan 48067
Phone: 248-645-1483
Email: pmm@h2law.com
Email: js@h2law.com

*Attorneys for Defendants*
*Amarex Clinical Research LLC and NSF*
*International*