UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CYTODYN, INC, | : |
| Plaintiff, | : Civil Action No. 21-2533-PJM |
| v. | : |
| AMAREX CLINICAL RESEARCH, LLC, et al., | : |
| Defendants. | : |

## DECLARATION OF JULIE TIMMER

1. Pursuant to 28 U.S.C. § 1746, I, Julie Timmer, make the following statements based on personal knowledge.

2. I am over eighteen years of age, have personal knowledge of the facts set forth herein, and am competent to testify to the same.

3. I am the Vice President and Chief Legal Officer of NSF International.

4. In my position as Vice President and Chief Legal Officer of NSF International I have extensive knowledge of where NSF conducts business.

5. NSF International does not own any property within the State of Maryland.

6. NSF International does not have an office in Maryland.

7. NSF International does not have any contractual relationship with CytoDyn.

8. Because NSF International does not have any contractual relationship with CytoDyn, it necessarily does not have any contractual relationship with CytoDyn relating to Maryland or Maryland law.

9. NSF International is not the entity that owns Amarex or any portion of it.



10. Neither NSF International nor any of its representatives have taken over discussions with CytoDyn regarding clinical trials being run by Amarex.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____    _____
　　　　　　　　　　　　　　　　　Julie Timmer