UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CYTODYN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 8:21-cv-2533-PJM |
| v. ) | |
| ) | |
| AMAREX CLINICAL RESEARCH, LLC, *et al*., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the accompanying Memorandum of Law in Support and Exhibits thereto, Plaintiff's Opposition and Defendants' Reply, it is, this ___ day of _____, hereby ORDERED:

1. That Defendant NSF International's Motion to Dismiss is hereby **GRANTED** on the basis that that this Court does not have personal jurisdiction over NSF International; and

2. That Amarex Clinical Research Inc.'s Motion to Dismiss is hereby **GRANTED** on the basis that CytoDyn's non-injunctive claims against Amarex are governed by a valid arbitration agreement and therefore this Court lacks subject matter jurisdiction over such claims.

                                                                                            _____
                                                                                            **Hon. Peter J. Messitte**
                                                                                            **United States District Judge**