IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CYTODYN, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 21-2533** |
| | * | |
| **AMAREX CLINICAL RESEARCH, LLC, *et al.*,** | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

Having considered Plaintiff's Motion for Preliminary Injunction (ECF No. 6), Defendants' Opposition to same (ECF No. 27), Plaintiff's reply (ECF No. 28), the Parties' memoranda of law, exhibits, and oral argument having been held on December 16, 2021, it is, for reasons stated on the record, this 21 day of December 2021

**ORDERED**

1. Plaintiff CytoDyn's Motion for Preliminary Injunction, ECF No. 6, is **GRANTED**. The Court is satisfied that Plaintiff has established it is entitled to the issuance of a Preliminary Injunction, subject to the posting of a $6,500,000.00 bond. The Court has determined that each factor required for the issuance of a Preliminary Injunction has been established: Plaintiff is likely to succeed on the merits; absent relief, Plaintiff will suffer irreparable harm; the balance of equities tips in Plaintiff's favor; and an injunction would be in the public interest.

2. Accordingly, Plaintiff, through one or more independent designees, shall be entitled to conduct an audit of Amarex's work for CytoDyn, which access shall not include access to

materials of any other clients of Amarex, except that Plaintiff shall have access to Amarex's general policies and procedures insofar as they may be relevant to CytoDyn's audit. Defendants shall cooperate fully with respect to said audit, which shall to the maximum extent possible be in person, but Plaintiff shall have the option of conducting the audit in whole or in part virtually. Plaintiff agrees to currently pay the costs associated with the audit. Any costs associated with the maintenance of the EDC databases shall be a matter to be pursued in the arbitration between the parties. Insofar as any impediments may be occasioned by Defendants, the Court will be available to rule on potential sanctions. The audit shall be conducted after February 1, 2022, and shall to the maximum extent possible be concluded within seven business days during normal business hours, which shall be extendable by the Court for good cause shown, but in any event shall be promptly concluded. The Parties have stipulated that a copy of the written report of the audit shall be shared with Defendants.

3. Plaintiff shall have full and unimpeded access to all of its materials in the possession of Defendant Amarex, including full and unimpeded, <u>immediate</u> access to Electronic Data Capture (EDC) databases. Defendant Amarex shall immediately provide up to five user accesses with administrative rights to CytoDyn employees, for a period of no longer than 90 days. To facilitate this access, CytoDyn shall provide to Amarex the names of such CytoDyn employees so that Amarex may establish the required access.

4. With Respect to the Trial Master files, Amarex shall commence a rolling production of these files on January 14, 2022 with a completion date of January 31, 2022. Within that time frame, Amarex shall provide the said Trial Master files as quickly as possible.

5. Plaintiff shall post a bond in the amount of Six Million Five Hundred Thousand Dollars ($6.5M), prior to January 14, 2022.

                                                /s/
                           PETER J. MESSITTE
                   UNITED STATES DISTRICT JUDGE