IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<u>CytoDyn, Inc.</u>        *

**Plaintiff,**

                                 *      Case No. <u>8:21-cv-02533-PJM</u>

v.

<u>Amarex Clinical Research LLC, et al.,</u>        *

**Defendant.**        *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the <u>Defendants Amarex Clinical Research LLC and NSF International, Inc.</u>

I certify that I am admitted to practice in this Court.

<u>January 13, 2022</u>
Date

<u>/s/ *Joshua J. Gayfield*</u>
Signature

<u>Joshua J. Gayfield (#29189)</u>
Printed name and bar number

<u>MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202</u>
Address

<u>jgayfield@milesstockbridge.com</u>
Email address

<u>(410) 385-3734</u>
Telephone number

<u>(410) 773-9096</u>
Fax number