UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CYTODYN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 8:21-cv-2533-PJM |
| v. ) | |
| ) | |
| AMAREX CLINICAL RESEARCH, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to United States District Court for the District of Maryland Local Rule 101(2), the undersigned hereby requests that this Court withdraw the appearance of Rachel T. McGuckian as counsel for Defendants Amarex Clinical Research, LLC and NSF International, Inc.

Respectfully submitted,

/s/ *Rachel T. McGuckian*
Rachel T. McGuckian (D. Md. #22452)
**MILES & STOCKBRIDGE P.C.**
11 North Washington Street, Suite 700
Rockville, Maryland 20850-4229
Telephone:  301-762-1600
Email: rmcguckian@milesstockbridge.com

*Attorneys for Defendants*
*Amarex Clinical Research LLC and NSF International*

117196\000001\4883-2155-4441.v1

## CERTIFICATE OF SERVICE

I hereby certify, this 13th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>Mark D. Hopson
>Benjamin M. Mundel
>Jacquelyn E. Fradette
>Lucas W.E. Croslow
>Sidley Austin LLP
>1501 K Street, N.W.
>Washington, D.C.  20005

>/s/ *Rachel T. McGuckian*
>Rachel T. McGuckian