IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>AMAREX CLINICAL RESEARCH, LLC, )<br>and NSF INTERNATIONAL, INC. )<br>)<br>*Defendants.* ) | Civil Action No. 8:21-cv-2533 (PJM) |

**NOTICE TO WITHDRAW APPEARANCE OF COUNSEL**

Lucas W.E. Croslow respectfully requests that the Court withdraw his appearance as counsel for Plaintiff CytoDyn, Inc. as provided in Local Rule 101. Mr. Croslow will resign shortly from Sidley Austin LLP and accordingly must withdraw from this representation. Plaintiff CytoDyn Inc. will continue to be represented by Mark D. Hopson, Benjamin M. Mundel, and Jacquelyn E. Fradette.

DATED: January 13, 2022

Respectfully submitted,

/s/ Lucas W.E. Croslow
Lucas W.E. Croslow†
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000

*Counsel for Plaintiff CytoDyn, Inc.*

† Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       /s/ Lucas W.E. Croslow
                                       Lucas W.E. Croslow

277110212