### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. | ) |
| | ) |
|     *Plaintiff,* | ) Civil Case No. 8:21-cv-02533 |
| | ) |
|   *v.* | ) |
| | ) |
| | ) **Joint Stipulation** |
| AMAREX CLINICAL RESEARCH, LLC, | ) |
| and NSF INTERNATIONAL, INC. | ) |
| | ) |
| | ) |
|     *Defendants.* | ) |

### JOINT STIPULATION

Plaintiff CytoDyn, Inc. ("CytoDyn") and Defendants Amarex Clinical Research, LLC ("Amarex") and NSF International (identified in the Complaint as NSF International, Inc.), by and through their undersigned counsel, respectfully stipulate and request that this Court enter an order modifying its December 21, 2021 Order [Dkt. 35] (the "Prior Order") as follows:

1.    The deadline for CytoDyn to post a bond of Six Million Five Hundred Thousand Dollars ($6.5M) as provided in paragraph 5 of the Prior Order shall be extended to February 4, 2022. CytoDyn shall have an additional option to extend the deadline to February 14, 2022.

2.    Upon posting of the bond, Amarex shall commence a rolling production of, and electronically transfer, the Trial Master files to CytoDyn, which shall be completed by February 21, 2022. If CytoDyn exercises its option to post a bond by February 14th, Amarex shall complete its electronic transfer production by March 3, 2022. CytoDyn agrees to provide Amarex with at least two business days' notice of the posting of its bond so Amarex may begin its electronic production following posting of the bond.

      3.      The independent audit of Amarex (¶ 2 of the Prior Order) shall begin within 7 days of the posting of the bond, and CytoDyn shall cause its auditor designees to provide Amarex with an audit plan at least 7 days prior to commencement of the audit.

      4.      Defendant NSF International shall be dismissed without prejudice.  The parties will promptly submit an Order of Dismissal.

DATED: January 14, 2022

                                            Respectfully Submitted,

        /s/ Jacquelyn E. Fradette
        Mark D. Hopson
        Benjamin M. Mundel
        Jacquelyn E. Fradette
        Sidley Austin LLP
        1501 K Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 736-8000

        *Counsel for Plaintiff CytoDyn, Inc.*


        /s/ Patrick M. McCarthy
        Patrick M. McCarthy
        Jon R. Steiger
        HOWARD & HOWARD ATTORNEYS PLLC
        450 W 4th Street
        Royal Oak, Michigan 48067
        Email: pmm@h2law.com
        Email: js@h2law.com

        Joshua J. Gayfield
        MILES & STOCKBRIDGE P.C.
        100 Light Street
        Baltimore, MD 21202
        Phone: (410) 385-3734
        jgayfield@milesstockbridge.com

        *Attorneys for Defendants Amarex Clinical*
        *Research LLC and NSF International*