IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CYTODYN, INC. | ) | Civil Case No. 8:21-cv-02533 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMAREX CLINICAL RESEARCH, LLC, | ) | |
| and NSF INTERNATIONAL, INC. | ) | |
| | ) | |
| *Defendants*. | ) | |

**STIPULATED ORDER OF DISMISSAL OF NSF AND ADMINISTRATIVE CLOSURE WITHOUT PREJUDICE AND WITHOUT COSTS**

Pursuant to this Court's Order entered on January 18, 2022 [Dkt. 43] granting the Joint Stipulation by the parties [Dkt. 42] and associated agreement of the parties for dismissal of NSF International, and based on further stipulation of the parties to administratively close the entire of this matter;

IT IS HEREBY ORDERED that Defendant NSF International (identified in the complaint as "NSF International, Inc.") is dismissed without prejudice and without costs to either party.

IT IS FURTHER ORDERED that the remainder of the case as to claims against Defendant Amarex Clinical Research, LLC ("Amarex") is administratively closed and the parties will resolve all claims (including Plaintiff's request for attorneys' fees and costs) in the pending arbitration.

IT IS FURTHER ORDERED that this Court's Preliminary Injunction Order [Dkt. 35 as modified in Dkts. 42 and 43] (the "Preliminary Injunction Order") remains in place, including the requirement that CytoDyn post the bond as set forth therein and file the bond with the Court (which the Clerk of the Court shall accept for filing after this order) and the requirements, both conditioned

on posting of the bond, that Amarex provide CytoDyn with the trial master files and cooperate with an independent audit.

      IT IS FURTHER ORDERED that Amarex's motion to dismiss is denied as moot.

      IT IS FURTHER ORDERED that any party may move to re-open the case for the purpose of addressing compliance with the Preliminary Injunction Order or to terminate the Preliminary Injunction Order.

      IT IS SO ORDERED.

                                                              Hon. Peter J. Messitte
                                                              U.S. District Court Judge

Approved as to form on January 28, 2022:

| SIDLEY AUSTIN LLP | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| /s/Benjamin Mundel | /s/Patrick M. McCarthy |
| By: Benjamin Mundel | By: Patrick M. McCarthy |
| Counsel for Plaintiff CytoDyn, Inc. | Counsel for Defendants NSF International and Amarex Clinical Research, LLC |