Bond No: SUR0068110

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYTODYN, INC. )<br>)<br>    *Plaintiff,* )<br>) <br>    *v.* )<br>)<br>AMAREX CLINICAL RESEARCH, LLC, )<br>and NSF INTERNATIONAL, INC. )<br>)<br>    *Defendants.* ) | Civil Action No. 21-2533 (PJM) |

KNOW ALL BY THESE PRESENTS:

That we, CytoDyn, Inc., as Principal, and Argonaut Insurance Company, an Illinois corporation, as Surety, are held and firmly bound unto Amarex Clinical Research, LLC and NSF International, Inc., in the penal sum of Six Million Five-Hundred Thousand and 00/100 Dollars ($6,500,000.00), lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, by an Order of the above-entitled Court, Plaintiff is required to file a bond as a condition for the Judge granting a preliminary injunction requiring turnover of Plaintiff's data held by Defendants and requiring Defendant Amarex Clinical Research LLC to submit to an audit as set forth in the Court's oral decision on December 16, 2021 and in the written order issued December 21, 2021.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the Principal, in consideration of the issuance of said Preliminary Injunction Order, shall undertake to pay all costs and damages which the Defendant may sustain by reason of said Order being issued if the same be wrongful and without sufficient cause, then this obligation shall be void, otherwise to remain in full force and effect.

PROVIDED, HOWEVER, that the liability of the Surety shall terminate with the dissolution of the Preliminary Injunction Order and in no event shall this bond be applicable to a subsequent permanent Injunction.

FURTHER PROVIDED, HOWEVER, that in no event shall the Surety's liability exceed the penal sum of this Bond.

SIGNED AND SEALED this __14th__ day of February, 2022.

**CytoDyn, Inc.**

By: _____
Principal

**ARGONAUT INSURANCE COMPANY**

By: _____
Attorney-in-Fact for Surety   Sheila J. Montoya

**Approved:**

Date:                                By: _____
                                     United States District Judge

# Argonaut Insurance Company
## Deliveries Only: 225 W. Washington, 24th Floor
## Chicago, IL 60606
## United States Postal Service: P.O. Box 469011, San Antonio, TX 78246
## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the Argonaut Insurance Company, a Corporation duly organized and existing under the laws of the State of Illinois and having its principal office in the County of Cook, Illinois does hereby nominate, constitute and appoint:

Sheila J. Montoya, Shaleen R. Lovitt, John Browning, Justin Tomlin, Thomas McCoy Jr., Kelli E. Housworth, Susan J. Lattarulo

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on its behalf as surety, and as its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

$97,550,000.00

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of Argonaut Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the Company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the Argonaut Insurance Company, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Argonaut Insurance Company has caused its official seal to be hereunto affixed and these presents to be signed by its duly authorized officer on the 19th day of November, 2021.

Argonaut Insurance Company

by: _____
Gary E. Grose, President

STATE OF TEXAS
COUNTY OF HARRIS SS:

On this 19th day of November, 2021 A.D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICER OF THE COMPANY, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said corporation, and that Resolution adopted by the Board of Directors of said Company, referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

KATHLEEN M MEEKS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM EXP 07/15/25
NOTARY ID 557902-8

Kathleen M. Meeks
(Notary Public)

I, the undersigned Officer of the Argonaut Insurance Company, Illinois Corporation, do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the Seal of said Company, on the __14th__ day of __February__, 2022.

_____
Austin W. King, Secretary

**IF YOU HAVE QUESTIONS ON AUTHENTICITY OF THIS DOCUMENT CALL (833) 820 - 9137.**